UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA GUTIERREZ, et al.,

    Plaintiffs,

  v.

SANTA ROSA MEMORIAL HOSPITAL, et al.,

    Defendants.

Case No. 16-cv-02645-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 6, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEFENDANT'S MOTION TO DISMISS **SHALL** be filed by; November 10, 2016;
    Opp. Due: November 28, 2016; Reply Due: December 5, 2016;
    and set for hearing no later than December 16, 2016 at 9:00 AM.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: May 31, 2017.

DESIGNATION OF EXPERTS: 8/4/17; REBUTTAL: n/a;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: September 15, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; June 9, 2017;
    Opp. Due: June 23, 2017; Reply Due: June 30, 2017;
    and set for hearing no later than July 14, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 10, 2017 at 3:30 PM.

JURY TRIAL DATE: October 23, 2017 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 8 days days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

1
2  The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 10/31/16

_____
SUSAN ILLSTON
United States District Judge