

Case 3:16-cv-02645-SI   Document 50-7   Filed 06/13/17   Page 2 of 4

```
DATE: 02/23/16 @ 1528                    Northern California ITS *LIVE*                              PAGE 339
USER: ROMANORO01                   ITS Reports: Patients/Departments/Reports Print

Account#    Name                   Unit#        Status     Dept       Dept.Name                 Facility
                                                Report#    Report     Report.Name               Facility.Name

SV0083448563 GUTIERREZ,CYNTHIA     SM02706496 DIS IN       PHY        Physician Documentation   NSM
   Att.Phys Sanders,Victor                    0322-0453   PHY.PNHOSP Hospitalist Progress Note  Santa Rosa Memorial
Dictated.by Altaf, Mujeeb MD       03/22/2015 1206            Transcribed.by Altaf,Mujeeb MD          03/22/2015 1206
   Signed.by Altaf,Mujeeb          for Altaf,Mujeeb                    Signed Date/Time 03/22/15 1211
   Phys CC'd Southwest Community,Health Cli
```

\* \* \* \* \* \* \* \* \* R E P O R T \* \* \* \* \* \* \* \* \*

1  **Descr:** Template             **Type:** Templ    **Form.or.Screen:**            **Init.WDoc:**
Assessment/Plan
Reason for hospitalization
33yo F experienced an anoxic brain injury w/ cardiopulmonary arrest in the ED
waiting room

(1) Anoxic encephalopathy
Status:  Acute
Condition Status:  Unchanged
Diagnosis Present on Admission:  Yes
Assessment/Plan:  Pt had a in hospital cardiopulmonary arrest due to Aspiration
Pneumonia clearly concurred from the CXR, CT scans showing RLL consolidation
and Dr Lauterbach's note that food was aspirated from the ET tube.

CT head was (-) for any acute intracranial abnormality
MRI showed multiple relatively symmetric regions of cortical restricted
diffusion are observed involving the posterior frontal, parietal, and occipital
lobes.  Findings are consistent with laminar necrosis which may be seen with
hypoxic ischemic injury or prolonged hypoglycemia.  Findings may also be seen
with a excitotoxic damage related to continued uncontrolled seizure activity.
EEG: nonspecific encephalopathy.
CTA: (-) for PE
Echo Results:
1. Normal left ventricular size and systolic function with EF 60%
2. Left atrial enlargement.
3. No structural or functional valvular abnormalities of significance with the
possible exception of some pulmonic regurgitation.
4. Mild pulmonary hypertension.

Pt has received trach and PEG tube, on tube feeds, with poor prognosis for
recovery.
Cont eye drops and lacri-lube
Placement being pursued with Kentfield; awaiting to hear back. Will place when
the timing is appropriate and the family is in agreement

(2) End stage renal disease
Status:  Chronic
Condition Status:  Unchanged
Diagnosis Present on Admission:  Yes
Assessment/Plan:  Continuing HD per Nephrology
cont to monitor electrolytes (hyperkalemia, hypermagnesemia)
cont renavite, paricalcitol prn and epo

(3) Anemia of renal disease
Status:  Chronic
Condition Status:  Unchanged
Diagnosis Present on Admission:  Yes

SRMH019155

```
DATE: 02/23/16 @ 1528                  Northern California ITS *LIVE*                          PAGE 360
USER: ROMANORO01                ITS Reports: Patients/Departments/Reports Print
```

| Account# | Name | Unit# | Status Report# | Dept Report | Dept.Name Report.Name | Facility Facility.Name |
|---|---|---|---|---|---|---|
| SV0083448563 | GUTIERREZ,CYNTHIA | SM02706496 | DIS IN | PHY | Physician Documentation | NSM |
| Att.Phys | Sanders,Victor | | 0324-0318 | PHY.PNHOSP | Hospitalist Progress Note | Santa Rosa Memorial |
| Dictated.by | Altaf, Mujeeb MD | 03/24/2015 1015 | | Transcribed.by Altaf,Mujeeb MD | | 03/24/2015 1015 |
| Signed.by | Altaf,Mujeeb | for Altaf,Mujeeb | | Signed Date/Time 03/24/15 1024 | | |
| Phys CC'd | Southwest Community,Health Cli | | | | | |

```
* * * * * * * * * R E P O R T * * * * * * * * * *
  1  Descr: Template            Type: Templ    Form.or.Screen:            Init.WDoc:
Assessment/Plan
Reason for hospitalization
33yo F experienced an anoxic brain injury w/ cardiopulmonary arrest in the ED
waiting room

(1) Anoxic encephalopathy
Status:  Acute
Condition Status:  Unchanged
Diagnosis Present on Admission:  Yes
Assessment/Plan:  Pt had a in hospital cardiopulmonary arrest due to Aspiration
Pneumonia clearly concurred from the CXR, CT scans showing RLL consolidation
and Dr Lauterbach's note that food was aspirated from the ET tube.
Whether there was a component from use of dilaudid in er is possible.
Unfortunately now she has severe anoxic brain injury.
She would require placement in a  LTAC.
Pt has received trach and PEG tube, on tube feeds, with poor prognosis for
recovery.
Cont eye drops and lacri-lube
Placement being pursued with Kentfield; awaiting acceptance.



CT head was (-) for any acute intracranial abnormality
MRI showed multiple relatively symmetric regions of cortical restricted
diffusion are observed involving the posterior frontal, parietal, and occipital
lobes.  Findings are consistent with laminar necrosis which may be seen with
hypoxic ischemic injury or prolonged hypoglycemia.  Findings may also be seen
with a excitotoxic damage related to continued uncontrolled seizure activity.
EEG: nonspecific encephalopathy.
CTA: (-) for PE
Echo Results:
1. Normal left ventricular size and systolic function with EF 60%
2. Left atrial enlargement.
3. No structural or functional valvular abnormalities of significance with the
possible exception of some pulmonic regurgitation.
4. Mild pulmonary hypertension.


(2) Acute respiratory failure
Status:  Acute
Condition Status:  Resolved
Diagnosis Present on Admission:  Yes
Assessment/Plan:  s/p Trach.
Cause was Aspiration Pneumonia
Likely due to her Severe Gastroparesis
```

268

| TRIAGE TIME 0726 | ROOM 25 | EXAM RM TIME 0727 | COMPUTER OUT | ACUITY LEVEL (1) 2 3 4 5 | MODE OF ARRIVAL   WALKED   W/C   CARRIED   (STRETCHER) MEDICS UNIT# _____   OTHER _____ |

**CHIEF COMPLAINT** Cardiac arrest

PAIN   NOW _____/10   MAX _____/10   TIGHTNESS   BURNING
FLACC _____/10   NIPS _____/7   PRESSURE   ACHING
RADIATION _____   SHARP/STABBING   THROBBING

**INTERVENTION PTA** AM visit then DC and pt. in waiting room 2mg dilaudid, 4mg Zofran, 15 units Humulin R   □ SPINAL PRECAUTIONS   R.N. SIG

TIME: _____ INITIALS: _____   **NURSING ASSESSMENT**   ○ = pos   / — = neg

**NEUROLOGIC** □ N/A
Alert / Verbal / Pain / (Unresponsive)
Oriented to:
Person / Place / Time / Event
None / Age Appropriate
Cooperative / Agitated / Anxious
Combative / Lethargic / Aphasic
Cry Vigorous Weak Hi pitch
Weakness / Numbness
UE / LE   R / L
Ms Tone   WNL   Hypo   Hyper
Ant Font Soft/Flat Sunk Bulg

**CARDIOVASCULAR** □ N/A
Pink (Pale) / Flushed
Warm / Cool
(Dry) / Moist / Diaphoretic
JVD / Pedal Edema
Pulses _____
Rhythm PEA / rate 38
Cap Refill _____
Heart Sounds _____

**RESPIRATORY** □ N/A
Regular / Irregular   Agonal
Labored / Unlabored
Clear   R / L / Bilat
Crackles □ □ □
Rhonchi □ □ □
Wheezes □ □ □
Diminished □ □ □
Absent ☒ ☒ □
Stridor Grunting
Nasal Flaring / Retractions
Cough Nonprod / Prod

**ABDOMEN / GU** □ N/A
B.S. Present / Absent
(Soft) / Firm
Non-tender / Tender
(Distended)
N/V/D / Constipated
Urinary Δ
Dysuria
Vag. Bleed / Discharge
Jaundice

**MUSCULOSKELETAL** ☒ N/A
CSM Intact / Baseline / MAEW
Deformity / Abnormal Gait
Laceration
Bldg _____
Rash / Burn / Abrasion
Discolored
Ear   Pulling   R   L
Pain   R   L

| BP 212/128 | P 150 | R 52 | PULSE OX 100 | O₂/RA bag/mask | T 94.4 ax | ORAL RECTAL TEMPORAL | VISUAL AC:  OD  OS  OU  □ CR  □ UNC  20/___ 20/___ 20/___ | LMP | PREG G___ P___ | LACT AB___ |

SCREENINGS FOR:   TB   FALL RISK   ISO
SUICIDE   ABUSE _____
Learning Barriers _____
LEP _____   □ INTERPRETER
WT. ___ kg □ STATED □ MEASURED □ ESTIMATED   BROSELOW
HT. ___ □ STATED □ MEASURED □ ESTIMATED   IMMUNIZATIONS / TETANUS

PMHx   None   HTN   MI ___ Stent   Dysrhy ___   HF   PPM / AICD   CABG ___
Asthma   COPD   Pneu   (Renal Failure)   (Dialysis)   Kidney Dis   Migraine   TIA   CVA   Trauma
Alz/Dementia   Seizure   NIDDM   (IDDM)   Thyroid   GERD   PUD   Pancreatitis   Liver Dis
Psych _____   Appy   Chole   Hyster   Hepatitis   HIV   CA   Recent Inf
Soc Hx   ETOH   Rec Drugs   Smoker ___ PPD   Lives Alone _____

| TIME 0727 |   | IV #1 # Attempts | TIME |   | IV #2 # Attempts |
|---|---|---|---|---|---|
| DISCONTINUED CATH INTACT □ INIT MW   SITE RAC   SIZE 20g |  |  | DISCONTINUED CATH INTACT □ INIT ___ SITE ___ SIZE ___ |  |  |

**IV FLUIDS**

| TIME | BAG # | VOLUME TYPE | BOLUS TIME | BOLUS VOLUME | RATE | RN INIT | VOL. INFUSED | TIME DONE |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

TIME 0728   ENDOTRACHEAL TUBE
INSERTED BY Lauterbach
SIZE 8.0 ett / 24 /CM LIPS
PLACEMENT CONFIRMED (ETCO₂)
EID   BS  (RISE/FALL)   CXR

VENTILATOR MODE ACDC
RATE 14
FIO₂ 100   Vt 400
PEEP 5   PS ___

TIME 0759   NASOGASTRIC TUBE
INSERTED BY Deb Bishop
SIZE 18   PLACEMENT ✓ ___
COLOR reddish/brown
GUIAC: + —   RES VOL. 20

TIME 0815   URINARY CATHETER
INSERTED BY Deb Bishop
CATH SIZE 16   ☒ URINE METER
APPEARANCE  □ CLEAR  ☒ CLOUDY  □ GROSS BLOOD
COLOR yellow   RES VOL. ___

URINE DIP / CLEAN / CATH
Leuko ___   pH ___   Bilirubin ___
Nitrates ___   Blood ___   Glucose ___
Urobil ___   Spec Gr ___
Protein ___   Ketone ___   Initials ___

| TIME | TYPE | AMOUNT |   | TIME | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
|  |  |  | INTAKE / OUTPUT |  |  |  |

TOTAL INTAKE ___ mL   TOTAL OUTPUT ___ mL

PATIENT ID _____   SV83448563
CAT   REG ER
GUTIERREZ, CYNTHIA
SM02706496   07/31/1981   33   F
02/25/15 NSMED
Lauterbach, Stewart A

**Santa Rosa Memorial Hospital**
ST. JOSEPH HEALTH SYSTEM

**PATIENT CARE RECORD**
EMERGENCY DEPARTMENT

2297 (4/20/09) Page 1 of 2

SRMH-P199