

```
NAME: GUTIERREZ,CYNTHIA                        ACCT#:       SV0084235431

ADM DATE:    06/24/2015                        UNIT#:       SM02706496
ATTEND PHYS: Singhal,Maneesh                   SEX:         F
DIS DATE:    05/26/2016                        AGE:         33
DIS DISP:    Transf To  LTACH                  DOB:         07/31/1981
LOS:         337                               FIN CLASS:   MN
PT CLASS:    CIN                               ABS STATUS:  FINAL
```
---
DIAGNOSES
| | | | |
|---|---|---|---|
| ADMIT: | R40.3 | PERSISTENT VEGETATIVE STATE | |
| PRINC: | G93.1 | ANOXIC BRAIN DAMAGE, NOT ELSEWHERE CLASSIFIED | Y |
| | J69.0 | PNEUMONITIS DUE TO INHALATION OF FOOD AND VOMIT | M N |
| | R40.3 | PERSISTENT VEGETATIVE STATE | C Y |
| | A41.9 | SEPSIS, UNSPECIFIED ORGANISM | M N |
| | Z99.11 | DEPENDENCE ON RESPIRATOR [VENTILATOR] STATUS | C E |
| | N18.6 | END STAGE RENAL DISEASE | M Y |
| | J68.0 | BRONCHITIS & PNEUMONITIS D/T CHEMICALS, GAS, FUMES & VAPORS | C N |
| | J96.10 | CHRONIC RESPIRATORY FAILURE, UNSP W HYPOXIA OR HYPERCAPNIA | C Y |
| | I12.0 | HYP CHR KIDNEY DISEASE W STAGE 5 CHR KIDNEY DISEASE OR ESRD | C Y |
| | N39.0 | URINARY TRACT INFECTION, SITE NOT SPECIFIED | C Y |
| | J98.11 | ATELECTASIS | C N |
| | I67.89 | OTHER CEREBROVASCULAR DISEASE | C Y |
| | E87.1 | HYPO-OSMOLALITY AND HYPONATREMIA | C Y |
| | Z43.0 | ENCOUNTER FOR ATTENTION TO TRACHEOSTOMY | E |
| | K31.84 | GASTROPARESIS | Y |
| | E11.40 | TYPE 2 DIABETES MELLITUS WITH DIABETIC NEUROPATHY, UNSP | Y |
| | E11.43 | TYPE 2 DIABETES W DIABETIC AUTONOMIC (POLY)NEUROPATHY | Y |
| | E11.65 | TYPE 2 DIABETES MELLITUS WITH HYPERGLYCEMIA | Y |
| | K94.29 | OTHER COMPLICATIONS OF GASTROSTOMY | Y |
| | H40.9 | UNSPECIFIED GLAUCOMA | Y |
| | D50.9 | IRON DEFICIENCY ANEMIA, UNSPECIFIED | Y |
| | M62.59 | MUSCLE WASTING AND ATROPHY, NEC, MULTIPLE SITES | Y |
| | E11.21 | TYPE 2 DIABETES MELLITUS WITH DIABETIC NEPHROPATHY | Y |
| | H54.40 | BLINDNESS, ONE EYE, UNSPECIFIED EYE | Y |
| | E88.09 | OTH DISORDERS OF PLASMA-PROTEIN METABOLISM, NEC | Y |
| | I50.9 | HEART FAILURE, UNSPECIFIED | Y |
| | G89.4 | CHRONIC PAIN SYNDROME | Y |
| | R19.7 | DIARRHEA, UNSPECIFIED | N |
| | J98.09 | OTHER DISEASES OF BRONCHUS, NOT ELSEWHERE CLASSIFIED | N |
| | E63.8 | OTHER SPECIFIED NUTRITIONAL DEFICIENCIES | Y |
| | G40.909 | EPILEPSY, UNSP, NOT INTRACTABLE, WITHOUT STATUS EPILEPTICUS | Y |
| | D63.1 | ANEMIA IN CHRONIC KIDNEY DISEASE | Y |
| | I95.3 | HYPOTENSION OF HEMODIALYSIS | N |
| | E87.5 | HYPERKALEMIA | N |
| | E83.39 | OTHER DISORDERS OF PHOSPHORUS METABOLISM | N |
| | R06.6 | HICCOUGH | N |
| | E11.649 | TYPE 2 DIABETES MELLITUS WITH HYPOGLYCEMIA WITHOUT COMA | N |
| | K13.0 | DISEASES OF LIPS | N |
| | E89.0 | POSTPROCEDURAL HYPOTHYROIDISM | Y |
| | I73.9 | PERIPHERAL VASCULAR DISEASE, UNSPECIFIED | Y |
| | G31.89 | OTHER SPECIFIED DEGENERATIVE DISEASES OF NERVOUS SYSTEM | Y |
| | B30.9 | VIRAL CONJUNCTIVITIS, UNSPECIFIED | N |
| | B96.1 | KLEBSIELLA PNEUMONIAE AS THE CAUSE OF DISEASES CLASSD ELSWHR | N |
| | Z51.5 | ENCOUNTER FOR PALLIATIVE CARE | E |
| | Z99.2 | DEPENDENCE ON RENAL DIALYSIS | E |
| | Z79.01 | LONG TERM (CURRENT) USE OF ANTICOAGULANTS | E |
| | Z79.82 | LONG TERM (CURRENT) USE OF ASPIRIN | E |
| | Z79.4 | LONG TERM (CURRENT) USE OF INSULIN | E |
| | Z86.74 | PERSONAL HISTORY OF SUDDEN CARDIAC ARREST | E |
| | Z87.74 | PERSONAL HISTORY OF CONGENITAL MALFORM OF HEART AND CIRC SYS | E |
| | Z22.8 | CARRIER OF OTHER INFECTIOUS DISEASES | E |
| | Z28.82 | IMMUNIZATION NOT CARRIED OUT BECAUSE OF CAREGIVER REFUSAL | E |
| | Z88.5 | ALLERGY STATUS TO NARCOTIC AGENT STATUS | E |

---
OPERATIONS
| DATE | PROC CODE & NAME | | SURGEON | ANESTHESIOLOGIST |
|---|---|---|---|---|
| 06/24/15 | 0B21XFZ | CHANGE TRACHEOSTOMY DEVICE IN | Abdarbashi,Payu | |
| 06/24/15 | 5A1955Z | RESPIRATORY VENTILATION, GREAT | Nguyen,Khoi | |
| 06/30/15 | 5A1D60Z | PERFORMANCE OF URINARY FILTRAT | Green,Gopa B | |
| 07/09/15 | 30233N1 | TRANSFUSE NONAUT RED BLOOD CEL | Fritz,Benjamin | |
| 06/30/15 | 0D20XUZ | CHANGE FEEDING DEVICE IN UP IN | Shaw,Gary T | |
| 06/30/15 | 0D20XUZ | CHANGE FEEDING DEVICE IN UP IN | Shaw,Gary T | |
| 07/09/15 | 0B21XFZ | CHANGE TRACHEOSTOMY DEVICE IN | Dilisio,Ralph E | |

```
DATE: 06/29/16 @ 1127                    Northern California ITS *LIVE*                           PAGE 25
USER: ROMANORO01                  ITS Reports: Patients/Departments/Reports Print
```

| Account#   Name | Unit# | Status<br>Report# | Dept<br>Report | Dept.Name<br>Report.Name | Facility<br>Facility.Name |
|---|---|---|---|---|---|
| SV0084235431 GUTIERREZ,CYNTHIA | SM02706496 | DIS IN | HIM | Health Information Management | NSM |
| Att.Phys Singhal,Maneesh | | 0624-0320 | HP | History & Physical Report | Santa Rosa Memorial |
| Dictated.by Nguyen, Khoi MD | 06/24/2015 1635 | | | Transcribed.by Transcend Trans Interface | 06/24/2015 1823 |
| Signed.by Nguyen,Khoi | for Nguyen,Khoi | | | Signed Date/Time 06/29/15 2045 | |
| Phys CC'd | | | | | |

```
* * * * * * * * R E P O R T * * * * * * * * *
```
1 Descr:                          Type: Text   Form.or.Screen:                    Init.WDoc:
DATE OF ADMISSION:  06/24/2015

REASON FOR ADMISSION: Transfer back from Kentfield rehabilitation facility for
continued supportive care.

HISTORY OF PRESENT ILLNESS: This is a 33-year-old woman who unfortunately
underwent cardiac arrest and was admitted to Santa Rosa Memorial Hospital on 02/
25/2015 and was discharged to Kentfield on 06/03/2015 for rehabilitation
treatment. The patient suffered anoxic brain damage with encephalopathy from
the cardiopulmonary arrest. The patient also had aspiration pneumonia and was
in acute respiratory distress which required intubation, mechanical ventilation
, and then tracheostomy. The patient also has many other medical conditions
including end-stage renal disease on hemodialysis, anemia, hypertension,
uncontrolled type 2 diabetes. During the previous admission in Santa Rosa
Memorial Hospital, patient had a percutaneous endoscopic gastrostomy tube
placed for tube feeding. The patient was seen by neurologist J. Richard Mendius
, MD, and then Norick J Janian, MD, who was consulted on the case . Per
neurologists, the prognosis of recovery was very poor.  The patient has been in
a vegetative state and not responding although she was hemodynamically stable.
The patient was transferred to Kentfield rehabilitation center for
rehabilitation on 06/03/2015.

In the Kentfield facility, the patient was evaluated by rehabilitation
specialist. An electroencephalogram was done which showed severe abnormality,
but there was no evidence of epileptiform activity. It was believed that the
patient's vegetative state is likely permanent, and because of her complex
multiple medical problems, trial of activating medications is not recommended
because the risks far outweigh any potential benefits, and her prognosis for
achieving any meaningful recovery is nil.

For that reason, the patient was then transferred back to Santa Rosa today for
continued supportive treatment. The patient arrived in medical floor without
her family members,in vegetative state and not responding. All information was
taken from our records and Kentfield facility records.

PAST MEDICAL HISTORY: Per records, the patient has:
1. Uncontrolled type 2 diabetes.
2. Hypertension.
3. Anemia.
4. Gastroparesis.
5. Pediculosis capitis.
6. End-stage renal disease on hemodialysis.
7. History of seizures.
8. History of chronic pain syndrome.
9. Left eye blindness.
10. History of congestive heart failure.

SRMH000231

```
NAME: GUTIERREZ,CYNTHIA                      ACCT#:        SV0083448563

ADM DATE:    02/25/2015                      UNIT#:        SM02706496
ATTEND PHYS: Sanders,Victor                  SEX:          F
DIS DATE:    06/03/2015                      AGE:          33
DIS DISP:    Transf To  LTACH                DOB:          07/31/1981
LOS:         98                              FIN CLASS:    MN
PT CLASS:    CIN                             ABS STATUS:   FINAL
```
---
```
DIAGNOSES
ADMIT:   427.5      CARDIAC ARREST
PRINC:   507.0      FOOD/VOMIT PNEUMONITIS                                        Y
         427.5      CARDIAC ARREST                                         M      Y
         038.0      STREPTOCOCCAL SEPTICEMIA                               M      N
         518.4      ACUTE LUNG EDEMA NOS                                   M      Y
         348.1      ANOXIC BRAIN DAMAGE                                    C      Y
         780.03     PERSISTENT VEGETATIVE STATE                            C      Y
         578.9      GASTROINTEST HEMORR NOS                                C      Y
         518.0      PULMONARY COLLAPSE                                     C      Y
         132.0      PEDICULUS CAPITIS                                             N
         518.81     ACUTE RESPIRATORY FAILURE                              M      Y
         585.6      END STAGE RENAL DISEASE                                M      Y
         995.91     SEPSIS                                                 M      N
         403.91     HYPTNSV CHR KID DIS, UNSPEC, W CHR KD STAGE V OR ESRD  C      Y
         581.81     NEPHROTIC SYN IN OTH DIS                               C      Y
         996.73     OTH COMPL DUE TO RENAL DIALYSIS DEVICE,IMPL,GRAFT      C      N
         599.0      URIN TRACT INFECTION NOS                               C      N
         934.9      FB RESPIRATORY TREE NOS                                       Y
         536.3      GASTROPARESIS                                                 Y
         250.42     DIAB W RENAL MANIFEST, TYPE II OR UNSPEC TYPE, UNCONTROLLED   Y
         E911       RESP OBSTR-FOOD INHAL                                         Y
         E878.2     ABN REACT-ANASTOM/GRAFT                                       N
         E849.7     ACCID IN RESIDENT INSTIT                                      Y
         250.52     DIAB W OPHTHAL MANIFEST, TYPE II OR UNSPEC TYPE, UNCNTRLD     Y
         362.01     DIABETIC RETINOPATHY NOS                                      Y
         250.62     DIAB W NEURO MANIFEST, TYPE II OR UNSPEC TYPE, UNCONTROLLED   Y
         250.82     DIAB W OTH SPEC MANIFEST, TYPE II OR UNSPEC TYPE, UNCNTRLD    Y
         338.4      CHRONIC PAIN SYNDROME                                         Y
         724.5      BACKACHE NOS                                                  Y
         389.9      HEARING LOSS NOS                                              Y
         369.60     BLINDNESS, ONE EYE                                            Y
         345.90     EPILEPSY UNSPEC W/O MENTION INTRACTABLE EPILEPSY              Y
         795.51     NONSP RX TO TUBERCULIN SKIN TEST W/O ACTIVE TUBERCULOSIS      Y
         285.21     ANEMIA IN CHRONIC KIDNEY DISEASE                              Y
         535.40     OTH SPECIFIED GASTRITIS,W/O MENTION OF HEMORRHAGE             Y
         519.19     OTHER DISEASES OF TRACHEA AND BRONCHUS                        Y
         365.9      GLAUCOMA NOS                                                  Y
         997.5      SURG COMPL-URINARY TRACT                                      N
         V45.11     RENAL DIALYSIS STATUS                                         E
         V88.12     ACQUIRED PARTIAL ABSENCE OF PANCREAS                          E
         V49.85     DUAL SENSORY IMPAIRMENT                                       E
         V64.05     VACCIN NOT CARRIED OUT BECAUSE OF CAREGIVER REFUSAL           E
         V55.4      ATTEN TO ENTEROSTOMY NEC                                      E
         V15.1      HX-MAJOR CARDIOVASC SURG                                      E
         V63.2      WAIT ADM TO OTH FACILITY                                      N
```
---
```
OPERATIONS
DATE       PROC CODE & NAME                   SURGEON            ANESTHESIOLOGIST
03/08/15   31.1       TEMPORARY TRACHEOSTOMY           Russell,David J
02/25/15   96.72      CONTINUOUS INVASIVE MECHANICAL   Kang,Hyun
04/10/15   39.50      ANGIOPLASTY OF OTHER NON-CORON   Shaw,Gary T
02/27/15   96.56      BRONCH/TRACH LAVAGE NEC          Kang,Hyun
03/03/15   33.22      FIBER-OPTIC BRONCHOSCOPY         Kang,Hyun
02/26/15   96.05      RESP TRACT INTUBAT NEC           Lustberg,Alexan
03/03/15   33.22      FIBER-OPTIC BRONCHOSCOPY         Kang,Hyun
03/08/15   96.05      RESP TRACT INTUBAT NEC           Hegg,Aaron J
03/08/15   33.22      FIBER-OPTIC BRONCHOSCOPY         Hegg,Aaron J
02/25/15   45.16      ESOPHAGOGASTRODUODENOSCOPY [EG   Green,Gopa B
02/26/15   39.95      HEMODIALYSIS                     Kang,Hyun
02/25/15   96.6       ENTERAL INFUSION OF CONCENTRAT   Lauterbach,Stew
02/27/15   99.60      CARDIOPULM RESUSCITA NOS         Kang,Hyun
02/25/15   96.04      INSERT ENDOTRACHEAL TUBE         Lauterbach,Stew
02/25/15   00.17      INFUSION OF VASOPRESSOR AGENT    Lauterbach,Stew
02/25/15   96.07      INSERT GASTRIC TUBE NEC          Lauterbach,Stew
```

SRMH018507

```
04/17/15 99.04      PACKED CELL TRANSFUSION        Cheung,Eric
03/09/15 46.32      PERCUTANEOUS [ENDOSCOPIC] JEJU Caccavale,Micha
03/20/15 86.05      INCIS W REM OF FORIEGN BODY OR Shaw,Gary T
03/24/15 97.03      REPLACE SMALL BOWEL TUBE       Conway,Raymond
04/28/15 97.03      REPLACE SMALL BOWEL TUBE       Shaw,Gary T
05/20/15 97.03      REPLACE SMALL BOWEL TUBE       Shaw,Gary T
05/26/15 97.03      REPLACE SMALL BOWEL TUBE       Caccavale,Micha
05/30/15 97.03      REPLACE SMALL BOWEL TUBE       Conway,Raymond
04/10/15 88.49      CONTRAST ARTERIOGRAM NEC       Shaw,Gary T
04/10/15 39.90      INSEJ NON-DRUG-ELUTING PERIPHE Shaw,Gary T
04/10/15 00.45      INSERTION OF ONE VASCULAR STEN Shaw,Gary T
04/10/15 00.40      PROCEDURE ON SINGLE VESSEL     Shaw,Gary T
06/01/15 87.69      DIGESTIVE TRACT XRAY NEC       Caccavale,Micha
------------------------------------------------------------------------
CPT CODES
------------------------------------------------------------------------
DRG:     3   ECMO OR TRACH W MV 96+ HRS OR PDX EXC FACE, MOUTH & NEC

STATUS       $REIMB   MIN-LOS   STD-LOS            GRP VERS    GRP FC
F          35279.80              26.2              32          MN

CODER: GENDESA01
```

SRMH018508

```
DATE: 02/23/16 @ 1528                    Northern California ITS *LIVE*                          PAGE 377
USER: ROMANORO01                ITS Reports: Patients/Departments/Reports Print
```

| Account#    Name | Unit# | Status Report# | Dept Report | Dept.Name Report.Name | Facility Facility.Name |
|---|---|---|---|---|---|

```
SV0083448563 GUTIERREZ,CYNTHIA         SM02706496 DIS IN   PHY       Physician Documentation    NSM
     Att.Phys Sanders,Victor              0325-0720 PHY.PNHOSP Hospitalist Progress Note  Santa Rosa Memorial
Dictated.by Altaf, Mujeeb MD            03/25/2015 1543                                              03/25/2015 1543
  Signed.by Altaf,Mujeeb               for Altaf,Mujeeb        Transcribed.by Altaf,Mujeeb MD
  Phys CC'd Southwest Community,Health Cli                      Signed Date/Time 03/25/15 1543
```

(3) Aspiration into airway
Status:  Acute
Condition Status:  Resolved
Diagnosis Present on Admission:  Yes
Assessment/Plan:  Due to gastroparesis and subsequent cardio-respiratory arrest

(4) Gastroparesis diabeticorum
Status:  Chronic
Diagnosis Present on Admission:  Yes
Assessment/Plan:  Pt is well known to us with severe diabetic gastroparesis
with multiple admissions in the past.
I suspect her aspiration was due to her severe gastroparesis.

(5) End stage renal disease
Status:  Chronic
Condition Status:  Unchanged
Diagnosis Present on Admission:  Yes
Assessment/Plan:  Continuing HD per Nephrology
Cont to monitor electrolytes (hyperkalemia, hypermagnesemia)
Cont renavite, paricalcitol prn and epo

(6) Anemia of renal disease
Status:  Chronic
Condition Status:  Unchanged
Diagnosis Present on Admission:  Yes
Assessment/Plan:  H&H stable
Cont epo with dialysis per Nephro


(7) Hypertension
Status:  Acute
Condition Status:  Unchanged
Diagnosis Present on Admission:  Yes
Assessment/Plan:  Controlled
Cont amlodipine and metoprolol

(8) Poorly controlled diabetes mellitus
Status:  Chronic
Condition Status:  Unchanged
Diagnosis Present on Admission:  Yes
Assessment/Plan:  Well-controlled with Levemir 10units SQ QHs and pt not
needing insulin per sliding scale
Cont SSI, levemir and tube feeds
Pt was not hypoglycemic  on admission but few hours after the admission

(9) Hypothyroidism
Status:  Chronic

SRMH019193