

Atkinson-Baker Court Reporters
www.depo.com

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                          - - -
 4   CYNTHIA GUTIERREZ, JOSE HUERTA,   )
     SMH, RH and AH,                   )
 5                                     )
                        Plaintiffs,    )
 6                                     )
              vs.                      )   No. 4:16-cv-02645-DMR
 7                                     )
     SANTA ROSA MEMORIAL HOSPITAL,     )
 8   ST. JOSEPH HEALTH and DOES 1-50,  )
     inclusive,                        )
 9                                     )
                        Defendants.    )
10   ----------------------------------
11
12
13
14
15                      DEPOSITION OF
16                 STEWART LAUTERBACH, M.D.
17                   SANTA ROSA, CALIFORNIA
18                      MARCH 22, 2017
19
20
21
     ATKINSON-BAKER, INC.
22   COURT REPORTERS
     (800) 288-3376
23   www.depo.com
24   REPORTED BY:    MICHELLE D. BARBANTE, CSR NO. 12601
25   FILE NO.:   AB02108
```

1

Atkinson-Baker Court Reporters
www.depo.com

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                        - - -
 4  CYNTHIA GUTIERREZ, JOSE HUERTA,  )
    SMH, RH and AH,                  )
 5                                   )
                   Plaintiffs,       )
 6                                   )
            vs.                      )  No. 4:16-cv-02645-DMR
 7                                   )
    SANTA ROSA MEMORIAL HOSPITAL,    )
 8  ST. JOSEPH HEALTH and DOES 1-50, )
    inclusive,                       )
 9                                   )
                   Defendants.       )
10  ---------------------------------
11
12
13
14
15       Deposition of STEWART LAUTERBACH, M.D., taken on
16  behalf of Defendants, at 131-A Stony Circle, Suite 500,
17  Santa Rosa, California, commencing at 8:19 a.m.,
18  Wednesday, March 22, 2017, before Michelle D. Barbante,
19  CSR No. 12601.
20
21
22
23
24
25
```

2

Atkinson-Baker Court Reporters
www.depo.com

```
 1                 A P P E A R A N C E S:

 2     FOR PLAINTIFFS:

 3     LAW OFFICE OF DOUGLAS C. FLADSETH
       BY:  DOUGLAS C. FLADSETH, ESQ.
 4     1160 North Dutton Avenue
       Suite 180
 5     Santa Rosa, California 95401

 6     FOR DEFENDANTS:

 7     LaFOLLETTE, JOHNSON, DeHAAS, FESLER & AMES
       BY:  BRETT SCHOEL, ESQ.
 8     655 University Avenue
       Suite 119
 9     Sacramento, California 95825

10     FOR STEWART LAUTERBACH, M.D.:

11     DONNELLY NELSON DEPOLO & MURRAY
       BY:  JAMES M. NELSON, ESQ.
12     201 North Civic Drive
       Suite 239
13     Walnut Creek, California 94596

14

15

16

17

18

19

20

21

22

23

24

25
```

3

Stewart Lauterbach, M.D.
March 22, 2017

```
 1                       I N D E X

 2   WITNESS:  STEWART LAUTERBACH, M.D.

 3   EXAMINATION                                    PAGE

 4        By Mr. Schoel                             5, 56

 5        By Mr. Fladseth                          48, 58

 6

 7   EXHIBITS
                           DEFENDANTS'
     LETTER                DESCRIPTION              PAGE
 8
     A-   Santa Rosa Memorial Hospital ED             9
 9        Summary Report for 09/09/14
          Bate-stamped SRMH0567 to SRMH0585
10
     B-   Emergency Department Report dated          17
11        2/25/15 with Addendum 02/26/15

12                         PLAINTIFF'S
     NUMBER                DESCRIPTION              PAGE
13
                             (NONE)
14

15   QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

16                           (NONE)

17
     INFORMATION TO BE SUPPLIED:
18
                             (NONE)
19

20

21

22

23

24

25
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1   to maximize corporate profits at the risk of patient
 2   safety?
 3        A.   Never.
 4             MR. SCHOEL:  Okay.  I have no more questions.
 5   Thank you, Doctor.
 6             MR. NELSON:  Mr. Fladseth.
 7                         EXAMINATION
 8   BY MR. FLADSETH:
 9        Q.   All right.  Good morning, Dr. Lauterbach.
10   Obviously you're not a defendant in the case, certainly at
11   this point, and I did not notice you --
12             MR. NELSON:  That is an implied threat, so be
13   very careful.
14             THE WITNESS:  I heard that.
15   BY MR. FLADSETH:
16        Q.   Well, anyway, I did not notice your deposition,
17   so I am going to set forth a couple of objections on the
18   record on that basis.  That apparently Mr. Schoel advised
19   me right before the start of the deposition that he was
20   not able to find your addendum record, which is part of
21   Exhibit 2 to your deposition, in the hospital records, and
22   he was asking whether I even had that as part of the
23   records that he'd been produced.  And of course, I'm going
24   to have to check with my consultants.  And apparently
25   there's thousands of pages of records, so obviously,
```

48