

MRN#: SM02706496  
Patient: GUTIERREZ,CYNTHIA  
Report Status: Signed  
Documented By: LAUST001  
Documented Date: 02/25/15 0742  

Account#: SV0083448563  
Report Type: EDPHYRPT  
Report Mnemonic: PHY.ER  
Report#: 0225-0094  
Facility: NSM  

## Emergency Department Report

### ***ADDENDUM***
02/26/15

Addendum: Lauterbach,Stewart A on 2/26/15 @ 11:10

I failed to note in the note below that this patient immediately after the patient was intubated, a large piece of food was aspirated from the ET tube. This was removed by Dan, our respiratory therapist. I question if she could have had an aspiration leading to hypoxia, and the collapse.

---

*This Addendum is not considered FINAL until Signed by a Physician*

Authenticated By:  
<Electronically signed by Stewart A Lauterbach MD>  02/26/15 1113

Lauterbach, Stewart A MD

cc:

## History of Present Illness
HPI  
**Service date**  
2/25/15  
**Time Seen by MD:** 07:41  
**Chief complaint:** full arrest, refer to code record  
This is a 33y/o female that was seen here overnight in the ER, discharged this morning. She was sitting out in the waiting room when a patient's family member noticed she looked unresponsive. ER staff responded immediately and started CPR. Patient has a known history of ESRD. HPI is otherwise limited secondary to patient condition.  
**Location:** hospital  
**Onset/Duration/Timing:** started approximately - 0720 this morning  
**Related symptoms:** - unknown  

## Past Medical History
**Coded Allergies:**  
    No Known Allergies (Unverified , 2/25/15)  
        per huisband, no known allergies  
**Active Scripts**  
Hydrocodone Bit/Acetaminophen (Norco 10-325 Tablet)10 Mg/325 Mg Tab1 Tab PO Q6HR PRN (PAIN, Moderate to Severe(4-10)) #20 TAB  
    Prov:Brandwene,Elliott L                                      2/25/15  
Oxycodone Hcl/Acetaminophen (Percocet 10-325 Mg Tablet)1 Each Tablet1 Tab PO Q4HR  #10 TAB  
    Prov:Brandwene,Elliott L                                      2/6/15  
Hydrocodone Bit/Acetaminophen (Norco 5-325 Tablet)5 Mg/325 Mg Tab1-2 Tab PO Q6H PRN (PAIN, Moderate to Severe(4-10)) #15 TAB



Δπ EXHIBIT B  
Deponent Lauterbach, MD  
Date 3/22/17  Rptr. MOB  
WWW.DEPOBOOK.COM

   Prov:Allred,Kendall S         2/1/15
Metoclopramide Hcl (Reglan)10 Mg Tab10 Mg PO ACHS  #120 TAB  Ref 3
   Prov:Altaf,Mujeeb         1/22/15
Hydrocodone Bit/Acetaminophen (Norco 5-325 Tablet)5 Mg/325 Mg Tab1 Tab PO Q6H PRN (PAIN, Mild (1-3)) #30 TAB  Ref 0
   Prov:Quang,Angela M       1/16/15
Amlodipine Besylate (Norvasc)5 Mg Tab5 Mg PO DAILY  30 Days
   Prov:Junck,Daniel L        1/5/15
Atorvastatin Calcium (Lipitor)20 Mg Tab20 Mg PO QPM  #30 TAB  Ref 0
   Prov:Quang,Angela M       12/17/14
Furosemide (Lasix)80 Mg Tablet80 Mg PO DAILY  #30 TAB
   Prov:Altaf,Mujeeb         12/3/14
Ondansetron (Zofran Odt)4 Mg Tab.rapdis4 Mg PO BID PRN (NAUSEA/VOMITING) #10 TAB
   Prov:Muller,Ridgely O       11/2/14

**Reported Medications**
Hydralazine Hcl 50 Mg Tablet50 Mg PO BID  #120 TAB
  1/13/15
Metoprolol Tartrate 100 Mg Tablet100 Mg PO BID  #60 TAB
  TO TAKE AM OF SURGERY
  1/13/15
Brimonidine Tartrate (Brimonidine Tartrate 0.2%)5 Ml Drops1 Drop BOTH EYES TID  #5 ML
  6/7/14
Timolol Maleate (Timolol Maleate Ophth Soln 0.5%)10 Ml Drops1 Drop BOTH EYES BID  #10 ML
  6/7/14
Latanoprost 2.5 Ml Drops1 Drop BOTH EYES QPM  #2.5 ML
  6/7/14

**Travel History**
Travel and/or hospitalization outside the US in the last 30 days?
**Past medical records:** reviewed
**Endocrine history:** DM type 2, hypothyroidism
**Renal history:** renal failure, dialysis
**Other pertinent history:** chronic pain
**Family history of:** DM
**Smoking Status:** Never A Smoker
**History Of Substance Abuse:** No

## Review of systems
**ROS unobtainable due to:** acuity of condition

## Physical Exam
Exam
**Vital signs**

Initial Vital Signs

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 2/25/15 08:16 |  | 116 |  |  | 100 |  |  | 100 |
| 2/25/15 08:45 | 97.7 |  | 14 | 126/63 |  | Ventilator |  |  |

**Exam limitations:** clinical condition
**General appearance:** unresponsive, : - uremic frost
**Head/ENT:** atraumatic, no airway obstruction
**Respiratory:** lungs clear - after intubation, no spontaneous respirations
**Cardiovascular:** : - pulseless rhythm
**Abdomen:** soft, no distention
**Extremities:** no signs of trauma
**Neurologic:** unresponsive

## Glasgow Coma Scale
**Eye opening:** 1=none
**Verbal response:** 1=none

**Motor response**: 1=no response

## Data
### Vital Signs

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 2/25/15 08:45 | 97.7 | 88 | 14 | 126/63 | 100 | Ventilator | | 40 |
| 2/25/15 08:16 | | 116 | | | 100 | | | 100 |

## Medications Administered
### Given in ED

**Medications Administered**

| Medications (Trade) | Dose Ordered | Sig/Sch | Start Time Stop Time | Status | Last Admin Dose Admin |
|---|---|---|---|---|---|
| Pantoprazole Sodium/Sodium Chloride (Protonix Inj/ Normal Saline) | 100ml @ 10 mls/hr | Q10H | 2/25/15 08:10 | | 2/26/15 04:41 10 MLS/HR |
| Propofol | 100ml @ 0 mls/hr | Q0M PRN | 2/25/15 08:08 | | 2/26/15 08:21 0 MLS/HR |

## Diagnostics & Interpretation
**X-RAY (Interpreted by EP) :**
  Read by: Radiologist
  X-RAY type: chest
  # of views: 1
  X-RAY positive findings:  : - et low - called nurse - inc dens infilts lll, rul, rll.. stable cm, rt jug
**CT :**
**CT findings**
Head - negative acute
**Result Diagram:**
2/26/15 0614                                               2/26/15 0614



$$\frac{15.5H \diagdown 8.4L \diagup}{26.6L} 187 \qquad \frac{138 | 97L | 26H}{4.4 | 24 | 2.7H} \diagup 219H$$

### Lab Results

Laboratory Tests

| Test | 2/25/15 07:41 | 2/25/15 07:47 | 2/25/15 07:50 | 2/25/15 08:48 |
|---|---|---|---|---|
| POC Glucose | 200 H mg/dL (65-99) | | | 101 H mg/dL (65-99) |
| WBC | | 12.2 H 10^3/uL (3.5-11.0) | | |
| RBC | | 2.78 L 10^6/uL (3.50-5.50) | | |
| Hgb | | 8.1 L g/dL (12.0-15.0) | | |
| Hct | | 26.0 L % (36.0-45.0) | | |
| MCV | | 93 fL (79-95) | | |
| Plt Count | | 163 THD/uL (120-400) | | |

| Test | | Result | | |
|---|---|---|---|---|
| Manual Differential | | Not Indicated | | |
| Seg Neutrophils % | | 52.9 % (34-64) | | |
| Lymphocytes % | | 36.3 % (19-48) | | |
| Monocytes % | | 7.0 (3-9) | | |
| Eosinophils % | | 2.2 % (0-7) | | |
| Basophils % | | 1.6 % (0-2) | | |
| Anisocytosis | | 2+ | | |
| PT | | 14.5 Sec. (11.9-14.8) | | |
| INR | | 1.10 (0.6-1.4) | | |
| PTT | | 25.8 SEC (23.0-36.3) | | |
| Sodium | | 140 mmol/L (136-144) | | |
| Potassium | | 4.3 mmol/L (3.6-5.1) | | |
| Chloride | | 103 mmol/L (101-111) | | |
| Carbon Dioxide | | 24 mmol/L (22-32) | | |
| Anion Gap | | 13.0 H (3.0-11.0) | | |
| BUN | | 60 H mg/dL (8-20) | | |
| Creatinine | | 4.1 H mg/dL (0.40-1.00) | | |
| Est GFR (African Amer) | | 16 L ml/min (>60) | | |
| Est GFR (Non-Af Amer) | | 13 L ml/min (>60) | | |
| Glucose | | 210 H mg/dL (65-99) | | |
| Lactic Acid | | 6.5 *H mmol/L (0.5-2.2) | | |
| Calcium | | 9.8 mg/dL (8.9-10.3) | | |
| Total Bilirubin | | 0.6 mg/dL (0.3-1.2) | | |
| AST | | 42 H IU/L (15-41) | | |
| ALT | | 94 H IU/L (14-54) | | |
| Alkaline Phosphatase | | 266 H IU/L (32-91) | | |
| Rapid CK-MB (CK-2) | | 6.4 H ng/mL (0.6-6.3) | | |
| Rapid Troponin I | | < 0.05 ng/mL (<0.05) | | |
| Rap B-Natriuretic Pept | | > 5000 *H pg/mL (0-100) | | |
| Total Protein | | 6.5 gm/dL (6.1-7.9) | | |
| Albumin | | 2.9 L g/dL (3.5-4.8) | | |
| Globulin | | 3.6 H gm/dL (2.3-3.5) | | |
| ABG pH | | | 7.29 L (7.35-7.45) | |
| ABG pCO2 | | | 42.8 mmHg (32-45) | |
| ABG pO2 | | | 328.0 H mmHg | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | (83-100) |  |
| ABG pO2 at Pt Temp |  |  | 328 H mmHG (83-100) |  |
| ABG HCO3 |  |  | 20 L mmol/L (22-26) |  |
| ABG O2 Saturation |  |  | 100.0 H % (95-99) |  |
| ABG Base Excess |  |  | -5.7 L (-2 to +2) |  |

## Medical Decision Making
### Progress Notes
**Progress Note :**
  **Date:** Feb 25, 2015
  **Time:** 07:45
**Note**
Dr. Kang (ICU) at bedside, he will admit pt

### Medical decision making/Course
**Course**
This 33-year-old dialysis patient is extremely well known to us in the emergency department for numerous visits with nausea vomiting gastroparesis and also with a history of her multiple complications of diabetes was seen with nausea and vomiting last night. She was in good shape and the vomiting was brought under control and she was discharged as some many times previously. Her potassium was noted to be 4.9 in the department. She was discharged to the lobby and was apparently sitting there when she collapsed to the floor a code was called and our staff responded to the lobby to bring the patient back she's placed on a gurney and CPR started is no palpable pulses are detected she is placed in a critical care room him putting her on the gurney into the critical care room. CPR was continued she's intubated while the nurses are getting her hooked up to the monitors. On the cardiac monitor we see a narrow complex relatively bradycardic rhythm regular at perhaps 30. Given the critical nature of her dialysis port is accessed and her drugs are given via that route she's given calcium and bicarbonate based on the possibility of acute hyperkalemia. Is followed with epinephrine. On her initial ultrasound I can see valve motion within the heart but no significant wall motion. Following the epinephrine her heart rate speeds up and her contractility increases her blood pressure returns stopped and ultimately her heart rate is 150 slowly this drops back down to about 120. Her examination she is unresponsive she has the appearance of diabetes and renal failure, no pulses and agonal respiratory efforts. Dr.

Kang the intensivist is contacted and he comes down to see the patient and will admit her to the intensive care unit. The nephrologist are contacted.

## Procedures
### Intubation
**Time of Intubation:** 07:35
**Reason for Intubation:**
arrest
**Assessed for difficult airway:** Yes
**Intubation Method:** orotracheal
**Tube size:** 8.0
**Medications:** : - crash intubation
**Tube placement confirmation:** condensation in tube, equal chest rise, visualized going through cords
**Intubation complications:** none
**Post intubation xray:** position adjusted

## Critical Care
**Critical care time:** 30-74 mins excluding procedures
**Critical care time**

This critical care time did not overlap with any other physicians or include procedures. During this critical care time, the patient was at high risk of life threatening or organ threatening decompensation.

**Disposition**

Latest vital signs

| | Vital Signs |
|---|---|
| | 2/25/15 08:45 |
| Temp | 97.7 |
| Pulse | 88 |
| Resp | 14 |
| B/P | 126/63 |
| Pulse Ox | 100 |
| O2 Delivery | Ventilator |
| FiO2 | 40 |

**Impression:**
    **Primary Impression:** Cardiopulmonary arrest
    **Additional Impression:** ESRD (end stage renal disease) on dialysis
**Condition:** Critical
**Disposition:** Admit Acute Inpt This Fac
**Admit to:** ICU
**Admitting provider:** Dr. Kang

**Attestation**
*Documentation prepared by Arnold, Christina M, acting as medical scribe for and in the presence of Dr. Lauterbach 2/25/15 08:08*

All medical record entries made by the scribe were at my direction and in my presence. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally reviewed and agree with the discharge instructions and disposition.

EMR and Dragon Attestation - this medical document was created using an electronic medical record system with Dragon computerized dictation system. Although this document has been carefully reviewed, there may still be some phonetic and typographical errors. These errors are purely typographical, due to imperfections of the software programs, and do not reflect any compromise in the patient's medical care.

Lauterbach,Stewart A            Feb 25, 2015 07:42
Arnold,Christina M SCRIBE      Feb 25, 2015 08:09

*This is not considered FINAL until Signed by a Physician*

Authenticated By:
<Electronically signed by Stewart A Lauterbach MD> 02/26/15 0938
------------------------------------------------------------------
  Stewart A Lauterbach

CC: