I

# Brett Schoel

**From:** Brett Schoel
**Sent:** Tuesday, April 11, 2017 5:31 PM
**To:** Lynetta Goodwin (lgoodwin@ljdfa.com)
**Subject:** FW: Gutierrez v. SRMH discovery etc.


**From:** Douglas C Fladseth [mailto:doug.fladseth@medicalmalpracticegroup.com]
**Sent:** Tuesday, April 11, 2017 5:20 PM
**To:** 'James Nelson' <JNelson@dndmlawyers.com>; Brett Schoel <bschoel@ljdfa.com>; 'Douglas C Fladseth' <fladseth@aol.com>
**Subject:** Gutierrez v. SRMH discovery etc.

Jim it looks like we are going to have to bring in Team Health and your ER doctors so that we do not run into a potential "empty chair" problem while we are doing this discovery and of course no one wants to have to duplicate the discovery later on.

Can you accept service for them ?

Thanks, Doug.

1