

# Brett Schoel

| | |
|---|---|
| **From:** | Brett Schoel <bschoel@ljdfa.com> |
| **Sent:** | Friday, May 05, 2017 2:37 PM |
| **To:** | fladseth@aol.com |
| **Subject:** | Re: Cynthia Gutierrez v. SRMH et al. Proposed Amendment bringing in ER doctors and their principals... |

Can you just put in the stipulation that the hospital does not oppose the amended complaint? Politically, it may be difficult for the hospital to stipulate to bring in the ER group.

On May 5, 2017, at 2:28 PM, Douglas C Fladseth <fladseth@aol.com> wrote:

Brett and Jim:

We are prepared to file a proposed amended complaint to bring in the new defendants that Jim has already agreed to accept service for.

If you will both agree to stipulate to it then I am sure the Court will appreciate that as well .

Thanks, Doug.

1