

## Brett Schoel

**From:**      Brett Schoel
**Sent:**      Friday, May 12, 2017 2:59 PM
**To:**        Kelly Mortensen
**Cc:**        Lynetta Goodwin; Douglas C Fladseth; Douglas C. Fladseth Esq.
**Subject:**   Re: Gutierrez - Joint Case Management Statement

Doug,

I read your Stipulation and JCCR. We have a serious misunderstanding as to what we previously agreed. I cannot sign either document and we will need to file separate case conference reports.  As all of my prior emails state, I was under the impression we were going to file a motion/stipulation to vacate the trial date and all of the current deadlines until the new parties were brought it. I never agreed to simply continue the discovery deadline nor would I ever agree to that.  First, the Court is unlikely to grant that. Second, this will not give us time to file dispositive motions (and the Court is not going to extend that deadline) so I cannot agree to it. Third, I would never have agreed to extend the discovery deadline so you could bring a new cause of action against the hospital.  Not once in all of the prior written communications from you did you ever mention bringing a new cause of action against the hospital.  I think this was very underhanded of you.  Furthermore, I do not think the Court will grant the request because the first thing I am going to do is file a motion to dismiss any new cause of action for fraud.  Therefore, there is no way the pleadings can be settled in time for an October trial date.

I will not stipulate to continuing only the current discovery deadline and I will not sign a JCCR that says I will.  If you want to vacate the trial date and reset all of the deadlines, I will do that.  Also, I do not stipulate to you bringing a new cause of action against my client.  Of course, you have every right to bring a motion to do that and we will oppose it.

Sent from my iPad

On May 12, 2017, at 11:15 AM, Kelly Mortensen <dcfsecretary1@gmail.com> wrote:

> Lynetta,
>
> Attached is a draft of the Joint Case Management Statement due today.  Please let us know Mr. Schoel's thoughts as soon as he is able to review it.
>
> Thank you!
>
> *Kelly J. Mortensen*
> Assistant to Douglas C. Fladseth
>
> Law Office of Douglas C. Fladseth
> 1160 N Dutton Ave., Suite 180
> Santa Rosa, CA  95401
> 707-545-2600
> 707-545-0552 fax
> dcfsecretary1@gmail.com
> www.medicalmalpracticegroup.com

The Law Offices of Douglas C. Fladseth does not accept or consent to the service of process, motions, pleadings, documents, or any other items by electronic format. Correspondence via electronic format does not indicate agreement or consent to acceptance of service in that format. The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client or other applicable privileges, or constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.