UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA GUTIERREZ, et al.,

        Plaintiffs,

        v.

SANTA ROSA MEMORIAL HOSPITAL, et al.,

        Defendants.

Case No. 16-cv-02645-SI (SI)

SECOND
**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 17, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: January 31, 2018.

DESIGNATION OF EXPERTS: 2/1/18; REBUTTAL: 2/22/18;
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 16, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; March 23, 2018;
        Opp. Due: April 6, 2018; Reply Due: April 13, 20178;
        and set for hearing no later than April 27, 2018 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 29, 2018 at 3:30 PM.

JURY TRIAL DATE: June 11, 2018 at 8:30 AM.
        Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 8 days days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court granted the parties request to continue the trial date.
The newly added parties are in the process of reviewing the discovery.
The discovery is being loaded onto a "cloud" for the purpose of easy viewing.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated:    8/21/17

                                      SUSAN ILLSTON
                                      United States District Judge