| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

CYNTHIA GUTIERREZ, ET AL.,

    Plaintiffs,

  v.

SANTA ROSA MEMORIAL HOSPITAL, et al.,

    Defendants.

Case No. 16-cv-02645-SI (SI)

**SECOND PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: n/a at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 14, 2018.

DESIGNATION OF EXPERTS: 3/14/18; REBUTTAL: 4/5/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: April 27, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; May 4, 2018;
    Opp. Due: May 18, 2018; Reply Due: May 25, 2018;
    and set for hearing no later than June 8, 2018 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 10, 2018 at 3:30 PM.

JURY TRIAL DATE: July 30, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 8 days days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court granted the parties request to continue the trial date.
The newly added parties are in the process of reviewing the discovery.
The discovery is being loaded into a "cloud" for the purpose of easy viewing.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 12/22/17

_____
SUSAN ILLSTON
United States District Judge