1  JAMES M. NELSON, ESQ. (State Bar No. 91682); jnelson@dndmlawyers.com
   JOSEPH E. FINKEL, ESQ. (State Bar No. 167397); jfinkel@dndmlawyers.com
2  ALEXANDER M. ARONOV, ESQ. (State Bar No. 316839); aaronov@dndmlawyers.com
   DONNELLY NELSON DEPOLO MURRAY & EFREMSKY
3  A Professional Corporation
   201 North Civic Drive, Suite 239
4  Walnut Creek, CA  94596
   Tel. No. (925) 287-8181
5  Fax No. (925) 287-8188

6  Attorneys for Defendant
   Elliot Brandwene, M.D. and Stewart Lauterbach, M.D.
7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 CYNTHIA GUTIERREZ, JOSE HUERTA,          Case No.  16-CV-02645-SI
   SMH, RH and AH,
12                                          **EVIDENCE IN SUPPORT OF MOTION OF
            Plaintiffs,                      DEFENDANT STEWART LAUTERBACH,
13                                           M.D. FOR SUMMARY JUDGMENT**

14      vs.
                                            **Date:  June 8, 2018**
15 SANTA ROSA MEMORIAL HOSPITAL, ST.        **Time:  9:00 AM**
   JOSEPH HEALTH and DOES 1-50, inclusive,  **Dept.:  Courtroom 1 – 17th Floor**
16
            Defendants.                     **Complaint Filed:**  May 17, 2016
17                                          **Trial:**  November 19, 2018

18                                          ASSIGNED FOR ALL PURPOSES TO:
                                            **HON. SUSAN ILLSTON**
19 _____

20       Comes now Defendant Stewart Lauterbach, M.D. and submits the following evidence in

21 support of his motion for summary judgment.

22                  **TABLE OF CONTENTS**

23      Exhibit A    Plaintiffs' Gutierrez Complaint, ECF Doc. No. 1

24      Exhibit B    Plaintiffs' Gutierrez Second Amended Complaint, ECF Doc. No. 56

25      Exhibit C    Excerpts of Medical Record from Santa Rosa Memorial Hospital, pp. 000219-

26                   000272;

27      Exhibit D    Excerpts of Deposition of Stewart Lauterbach, M.D.;

28      Exhibit E    Declaration of Daniel A. McDermott, M.D., with attached curriculum vitae; and

                                            1

DONNELLY NELSON DEPOLO MURRAY & EFREMSKY
A Professional Corporation

1   Exhibit F   Declaration of Alexander M. Aronov in Support of Stewart Lauterbach, M.D.'s

2   Motion for Summary Judgment.

3   Dated: 04/25/2018

4                                          DONNELLY NELSON DEPOLO MURRAY & EFREMSKY

5

6   By:   _____

7   ALEXANDER M. ARONOV
    Attorneys For Defendant
8   Elliot Brandwene, M.D. and Stewart Lauterbach, M.D.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

*706-10464/AMA/462448.doc*

**DONNELLY NELSON DEPOLO MURRAY & EFREMSKY**
A Professional Corporation

# EXHIBIT A

1  **Douglas C. Fladseth**  (Bar No. 083420)
   **LAW OFFICE OF DOUGLAS C. FLADSETH**
2  **1160 North Dutton Avenue, Suite 180**
   **Santa Rosa, California 95401**
3  **Telephone: (707) 545-2600**
   **Fax: (707) 545-0552**
4  fladseth@aol.com

5
   **Attorneys for Plaintiffs**
6

7

8                     UNITED STATE DISTRICT COURT

9                     Northern District of California

10

11  CYNTHIA GUTIERREZ, JOSE HUERTA,          Case No.
    SMH, RH and AH,
12                                           **COMPLAINT**
                 Plaintiffs,
13
           vs.
14
    SANTA ROSA MEMORIAL HOSPITAL, ST.
15  JOSEPH HEALTH and DOES 1-50, inclusive,

16               Defendants.
                                      /
17

18                     **STATEMENT OF THE CASE**

19       1.      CYNTHIA GUTIERREZ was 33 years old when she presented to Defendant

20  SANTA ROSA MEMORIAL HOSPITAL at approximately 3:00 a.m. on February 25, 2015.

21       2.      CYNTHIA GUTIERREZ was diabetic.  She had end stage renal disease.  She

22  weighed 134 pounds and was 5' 2" tall.

23       3.      She worked at a Panera restaurant in Rohnert Park, California.

24       4.      Her husband is JOSE HUERTA.  They have three minor children, ages 15, 11 and

25  8.

26       5.      Because of her medical conditions, CYNTHIA was frequently a patient at

27  SANTA ROSA MEMORIAL HOSPITAL'S emergency room.

28  ///

---
                                        1
Complaint

1    6.    On this particular occasion, various laboratory and diagnostic tests were ordered.

2  Many of the test results were remarkable for the presence of life threatening disease.

3    7.    Inexplicably, these "red flags" were ignored.

4    8.    CYNTHIA was discharged from the emergency room at approximately 7:00 a.m.

5    9.    CYNTHIA was sitting in the waiting room when she collapsed.

6    10.    A Code Blue was called and she was resuscitated.

7    11.    She was transferred to the ICU.

8    12.    She has remained in a coma.

9    13.    No explanation has been provided to the family as to how this occurred.

10    14.    CYNTHIA has remained at SANTA ROSA MEMORIAL HOSPITAL, despite

11  attempts to transfer her elsewhere.

12                          **IDENTIFICATION OF PARTIES**

13    **A.    Plaintiffs.**

14    15.    CYNTHIA GUTIERREZ, 200 Craubrook Way #203, Santa Rosa, CA 95407.

15    16.    JOSE HUERTA, 200 Craubrook Way #203, Santa Rosa, CA 95407.

16    17.    SMH, 200 Craubrook Way #203, Santa Rosa, CA 95407.

17    18.    RH, 200 Craubrook Way #203, Santa Rosa, CA 95407.

18    19.    AH, 200 Craubrook Way #203, Santa Rosa, CA 95407.

19    **B.    Defendants.**

20    20.    SANTA ROSA MEMORIAL HOSPITAL (SRMH), 1165 Montgomery Drive,

21  Santa Rosa, California 95405.

22    21.    ST. JOSEPH HEALTH, 3345 Michelson Drive, Ste 100, Irvine, CA 92612.

23    22.    Does 1-50.

24                          **JURISDICTION AND VENUE**

25    23.    This case belongs in federal court under federal question jurisdiction because it is

26  about federal law(s) or right(s) of EMTALA.

27  ///

28  ///

---

2

Complaint

1       24.    Venue is appropriate in this Court because all Defendants live in California and at

2   least one of the Defendants lives in this district and because a substantial part of the events being

3   sued about happened in this district.

4       25.    Plaintiffs hereby demand a jury trial in this action.

5           **INTRADISTRICT ASSIGNMENT**

6       26.    This lawsuit should be assigned to San Francisco/Oakland Division of this Court

7   because this is the district where the event occurred.

8           **STATEMENT OF FACTS AND CLAIMS**

9       27.    CYNTHIA GUTIERREZ was 33 years old when she presented to Defendant

10  SRMH at approximately 3:00 a.m. on February 25, 2015.

11      28.    CYNTHIA GUTIERREZ was diabetic.  She had end stage renal disease.  She

12  weighed 134 pounds and was 5' 2" tall.

13      29.    She worked at a Panera restaurant in Rohnert Park, California.

14      30.    Her husband is JOSE HUERTA.

15      31.    Because of her medical conditions, CYNTHIA was frequently a patient at

16  SRMH'S emergency room.

17      32.    On this particular occasion, various laboratory and diagnostic tests were ordered.

18  Many of the test results were remarkable for the presence of life threatening disease.

19      33.    Inexplicably, these "red flags" were ignored.

20      34.    CYNTHIA was discharged from the emergency room at approximately 7:00 a.m.

21      35.    CYNTHIA was sitting in the waiting room when she collapsed.

22      36.    A Code Blue was called and she was resuscitated.

23      37.    She was transferred to the ICU.

24      38.    She has remained in a coma.

25      39.    No explanation has been provided to the family as to how this occurred.

26      40.    CYNTHIA has remained at SRMH, despite attempts to transfer her elsewhere.

27      41.    Defendants performed a cursory and inadequate screening.

28      42.    Defendants failed to stabilize CYNTHIA GUTIERREZ.

3

1      43.     Defendants ignored even their own test results showing life-threatening, unstable

2    conditions.  They nonetheless intentionally and recklessly chose to simply discharge CYNTHIA

3    GUTIERREZ.

4      44.     As such, Defendants failed to comply with EMTALA requirements to reasonably

5    screen and stabilize.

6      45.     Defendants intentionally and recklessly and negligently refused and failed to

7    follow federal law EMTALA and state law and their own policies and procedures all of which

8    mandated medical screening and stabilization CYNTHIA'S emergency medical conditions when

9    she presented to their ER.

10      46.     Defendants' pattern and practice was to deny and avoid care for indigent and

11    uninsured and underinsured and those with substance and/or mental health issues or apparent

12    questionable immigration status.

13      47.     Despite claiming to be a charitable and caring organization by history Defendants

14    have instead placed corporate profits and revenues ahead of patient care and safety due to

15    financial pressures they have received from competing facilities including but not limited to

16    Sutter Heath and Kaiser and for other unknown reasons.

17      48.     Defendants have previously and repeatedly "dumped" other patients in violation

18    of EMTALA including but not limited to Michael Torres, whom they discharged to die in their

19    parking lot due to severe pneumonia of days duration which went undiagnosed and untreated and

20    for which the hospital was cited by federal authorities.  They also "dumped" and refused even the

21    most cursory exam to another recent victim who wishes to not be identified in the Complaint.

22    They were also cited by Federal authorities for this second previous case.

23      49.     Both such cases were prosecuted by the undersigned.

24      50.     Defendants have also effectively discharged other patients by making them wait

25    inordinate times and discouraging them from coming to the ER and by pretending to perform the

26    requisite screening and stabilization procedures but instead minimizing all contacts and care and

27    ///

28    ///

Complaint

1    only seeking to try to avoid liability for violating EMTALA and other laws and the hospital's

2    own policies and procedures.

3       51.    SRMH has been repeatedly been cited for intentional understaffing by the CDPH

4    [California Department of Public Health.]

5       52.    SRMH has repeatedly discharged patients prematurely in order to maximize their

6    income and profits regardless of the risks imposed thereby on the patients.

7                     **FIRST CAUSE OF ACTION**

8                   **(EMTALA 42 U.S.C. 1395dd)**

9       53.    Plaintiffs reincorporate paragraphs 1 through 53, above.

10       54.    Defendants dumped and failed to screen or stabilize CYNTHIA GUTIERREZ in

11    violation of this law.

12                   **SECOND CAUSE OF ACTION**

13    **(WELFARE & INSTITUTIONS CODE 15657 including 15657 Enhanced Remedies)**

14       55.    Plaintiffs reincorporate paragraphs 1 through 54 above.

15       56.    CYNTHIA GUTIERREZ was a dependent adult per Welfare and Institutions

16    Section 15600, et seq. Defendants intentionally and recklessly neglected CYNTHIA causing her

17    severe suffering and emotional distress.

18                    **THIRD CAUSE OF ACTION**

19                       **(Negligence)**

20       57.    Plaintiffs reincorporate paragraphs 1 through 56 above.

21       58.    General negligence including unreasonable care in violation of the above stated

22    Federal and California statutory law and as well as in violation of Defendants' own policies and

23    procedures as well as breach of Defendants' general and fiduciary duties to provide standard and

24    reasonable care. Plaintiffs and each of them also claim damages as direct victims and as

25    bystanders due to negligent infliction of emotional distress.

26    ///

27    ///

28    ///

Complaint

1

**DEMAND FOR RELIEF**

2      Wherefore, Plaintiffs pray for relief as follows:

3      1.    For damages, economic and non-economic, to each of Plaintiff according to

4 proof;

5      2.    For enhanced remedies pursuant to California State Welfare & Institutions Code

6 §15657 including attorney fees;

7      3.    For exemplary/punitive damages including but not limited to as provided for by

8 California Civil Code §3294 based on Welfare & Institutions Code §15600, et seq. and

9 EMTALA;

10      4.    For EMTALA related remedies including, but not limited to, attorney fees and

11 costs and compensation to CYNTHIA GUTIERREZ and JOSE HUERTA and their family

12 members and loved ones; and

13      5.    Prejudgement interest in the amount of 10% per year or at the maximum level

14 recoverable by law.

15 DATED:  May 16, 2016          LAW OFFICES OF DOUGLAS C. FLADSETH

16

17                   /s/

18           DOUGLAS C. FLADSETH
          Attorney for Plaintiffs

19

20

21

22

**DEMAND FOR JURY TRIAL**

23      Plaintiffs hereby demand a jury trial in this action.

24 Dated: May 16, 2016          LAW OFFICES OF DOUGLAS C. FLADSETH

25

26                   /s/

27           DOUGLAS C. FLADSETH
          Attorney for Plaintiffs

28

6

Complaint

# EXHIBIT B

1 | **Douglas C. Fladseth** (Bar No. 083420)
**LAW OFFICE OF DOUGLAS C. FLADSETH**
2 | **1160 North Dutton Avenue, Suite 180**
**Santa Rosa, California 95401**
3 | **Telephone: (707) 545-2600**
**Fax: (707) 545-0552**
4 | fladseth@aol.com

5

**Attorneys for Plaintiffs**

6

7

8 | UNITED STATE DISTRICT COURT

9 | Northern District of California

10

11 | CYNTHIA GUTIERREZ, JOSE HUERTA,      Case No.  16-cv-02645-SI
SMH, RH and AH,

12 | **SECOND AMENDED COMPLAINT**
Plaintiffs,

13

14 | vs.

15 | SANTA ROSA MEMORIAL HOSPITAL,
ST. JOSEPH HEALTH, TEAMHEALTH,
CHASE DENNIS EMERGENCY MEDICAL

16 | GROUP, INC. ELLIOT BRANDWENE, M.D.,
STEWART LAUTERBACH, M.D. and

17 | DOES 1-50, inclusive,

18 | Defendants.

19

20 | **STATEMENT OF THE CASE**

21 |         1.        CYNTHIA GUTIERREZ was 33 years old when she presented to Defendant

22 | SANTA ROSA MEMORIAL HOSPITAL at approximately 3:00 a.m. on February 25, 2015.

23 |         2.        CYNTHIA GUTIERREZ was diabetic.  She had end stage renal disease.  She

24 | weighed 134 pounds and was 5' 2" tall.

25 |         3.        She worked at a Panera restaurant in Rohnert Park, California.

26 |         4.        Her husband is JOSE HUERTA.  They have three minor children, ages 15, 11

27 | and 8.

28 | ///

---

1

1    5.    Because of her medical conditions, CYNTHIA was frequently a patient at

2 SANTA ROSA MEMORIAL HOSPITAL'S emergency room.

3    6.    CYNTHIA had a previously documented severe adverse reaction/allergy to

4 Dilaudid,

5    7.    On this particular occasion, various laboratory and diagnostic tests were ordered.

6 Many of the test results were remarkable for the presence of life threatening disease.

7    8.    Inexplicably, these "red flags" were ignored.

8    9.    CYNTHIA was discharged from the emergency room at approximately 6:35 a.m.

9    10.    CYNTHIA was sitting in the waiting room when she collapsed.

10    11.    CYNTHIA was administered Dilaudid shortly before her collapse.

11    12.    A Code Blue was called and she was resuscitated.

12    13.    She was transferred to the ICU.

13    14.    She has remained in a coma.

14    15.    No explanation has been provided to the family as to how this occurred.

15    16.    CYNTHIA  remained at SANTA ROSA MEMORIAL HOSPITAL for many

16 months and is currently at Kentfield Rehabilitation Center.

17                    **IDENTIFICATION OF PARTIES**

18    **A.    Plaintiffs.**

19    17.    CYNTHIA GUTIERREZ, 200 Craubrook Way #203, Santa Rosa, CA 95407.

20    18.    JOSE HUERTA, 200 Craubrook Way #203, Santa Rosa, CA 95407.

21    19.    SMH, 200 Craubrook Way #203, Santa Rosa, CA 95407.

22    20.    RH, 200 Craubrook Way #203, Santa Rosa, CA 95407.

23    21.    AH, 200 Craubrook Way #203, Santa Rosa, CA 95407.

24    **B.    Defendants.**

25    22.    SANTA ROSA MEMORIAL HOSPITAL (SRMH), 1165 Montgomery Drive,

26 Santa Rosa, California 95405.

27    23.    ST. JOSEPH HEALTH, 3345 Michelson Drive, Ste 100, Irvine, CA 92612.

28    24.    TEAMHEALTH, 265 Brookview Centre Way, Ste 400, Knoxville, TN 37919

---

2

25.     CHASE DENNIS EMERGENCY MEDICAL GROUP, INC., 1165 Montgomery Drive, Santa Rosa, California 95405.

26.     ELLIOT BRANDWENE, M.D., 3105 Burkhart Ln, Sebastopol, CA 95472

27.     STEWART LAUTERBACH, M.D., 1165 Montgomery Drive, Santa Rosa, CA 95405

## JURISDICTION AND VENUE

28.     This case belongs in federal court under federal question jurisdiction because it is about federal law(s) or right(s) of EMTALA.

29.     Venue is appropriate in this Court because the majority of the Defendants are based in California and at least one of the Defendants lives in this district and because a substantial part of the events being sued about happened in this district.

30.     Plaintiffs hereby demand a jury trial in this action.

## INTRADISTRICT ASSIGNMENT

31.     This lawsuit should be assigned to San Francisco/Oakland Division of this Court because this is the district where the event occurred.

## STATEMENT OF FACTS AND CLAIMS

32.     CYNTHIA GUTIERREZ was 33 years old when she presented to Defendant SRMH at approximately 3:00 a.m. on February 25, 2015. She presented with persistent shortness of breath since 7:00pm the evening before.

33.     CYNTHIA GUTIERREZ was diabetic.  She had end stage renal disease.  She weighed 134 pounds and was 5' 2" tall.

34.     CYNTHIA GUTIERREZ had, in defendant hospital's records, previously documented severe adverse reaction(s) to Dilaudid.

35.     CYNTHIA GUTIERREZ previously worked at a Panera restaurant in Rohnert Park, California.

36.     CYNTHIA GUTIERREZ's husband is JOSE HUERTA. She has three minor children.

///

3

Second Amended Complaint                                                                16-cv-02645-SI

1    37.    Because of her medical conditions, CYNTHIA was frequently a patient at

2  SRMH'S emergency room.

3    38.    On this particular occasion, various laboratory and diagnostic tests were ordered.

4  Many of the test results were remarkable for the presence of life threatening disease.

5  Supplemental oxygen was started. Her blood pressure was recorded as 177/97 at 3:51 a.m.  At

6  5:27 a.m. her blood glucose was recorded as 418 which is extremely out of normal range. Her

7  Brain Natriuretic Peptide (BNP) was > 5000 with the normal range being 0-100. This evidences

8  profound congestive heart failure. A chest x-ray demonstrated prominence of the pulmonary

9  vascularity as well as bilateral interstitial infiltrates evidencing fluid overload with congestive

10 heart failure.

11   39.    Despite this clear evidence of life threatening disease in a known diabetic with

12 grossly abnormal blood sugar and extreme evidence of heart failure absolutely no screening was

13 done to determine the presence or absence of diabetic ketoacidosis. The laboratory tests

14 necessary to screen for this apparent disease process were simply not done. These necessary

15 screening tests none of which were done include: 1. arterial blood gas, 2. urinalysis, 3. serum

16 ketones and 4. anion gap calculations. These are all routine and standard screening exams

17 especially for patients who present with compelling evidence of acute diabetic ketoacidosis.

18   40.    Instead of admitting CYNTHIA and providing the necessary screening tests and

19 care, defendants chose instead to simply overdose her on narcotic pain medications which would

20 further suppress her respiratory system and discharge her from the hospital. At 4:21 a.m. she was

21 given 1 mg IV of Dilaudid.  At 6:22 a.m. she was given an additional 1mg IV of Dilaudid. The

22 Dilaudid was given ostensibly for right hand pain from peripheral neuropathy. It is not a usual or

23 appropriate narcotic for that purpose. Dilaudid is synthetic heroin, eight times stronger than

24 morphine. It is a respiratory depressant being given to a patient who presented with respiratory

25 difficulty. It is contraindicated for someone like CYNTHIA who presents with respiratory

26 distress such as persistent shortness of breath and particularly for someone with compelling

27 evidence of acute congestive heart failure and fluid overload.

28 ///

---

4

1    41.    Simply masking the problem and discharging the patient abdicates the ER's

2    responsibility to provide appropriate screening tests as part of basic and fundamental emergency

3    care.

4    42.    CYNTHIA was discharged from the emergency room at 7:00 a.m. The ER

5    physician and staff failed to admit MS. GUITIERREZ who continued to need ongoing screening,

6    monitoring, care, treatment and custody for her acute condition.

7    43.    CYNTHIA was sitting in the ER waiting room when she collapsed.

8    44.    CYNTHIA was administered Dilaudid shortly before her collapse.

9    45.    At 7:26 a.m. a Code Blue was called.  This was one hour and four minutes after

10    the staff administered IV Dilaudid to MS. GUTIERREZ.  The record indicates she had no

11    respirations at this time.  Resuscitation was initiated.

12    46.    She was transferred to the ICU.

13    47.    She has remained in a coma.

14    48.    No explanation has been provided to the family as to how this occurred.

15    49.    Defendants performed a cursory and inadequate screening.

16    50.    Defendants failed to stabilize CYNTHIA GUTIERREZ.

17    51.    Defendants ignored even their own test results showing life-threatening, unstable

18    conditions.  They nonetheless intentionally and recklessly chose to simply discharge CYNTHIA

19    GUTIERREZ.

20    52.    As such, Defendants failed to comply with EMTALA requirements to reasonably

21    screen and stabilize.

22    53.    Defendants intentionally and recklessly and negligently refused and failed to

23    follow federal law EMTALA and state law and their own policies and procedures all of which

24    mandated medical screening and stabilization of CYNTHIA'S emergency medical conditions

25    when she presented to their ER.

26    54.    Defendants' pattern and practice was to deny and avoid care for indigent and

27    uninsured and under insured and including, but not limited to, Medi-Cal patients such as

28    CYNTHIA and those with substance and/or mental health issues and/or apparent minority or

5

1    questionable immigration status and/or with Hispanic surnames and/or appearances such as

2    CYNTHIA GUTIERREZ.

3         55.    Despite claiming to be a charitable and caring organization by history Defendants

4    have instead placed corporate profits and revenues ahead of patient care and safety due to

5    financial pressures they have received from competing facilities including but not limited to

6    Sutter Heath and Kaiser and for other unknown reasons.

7         56.    Two prior cases, violating EMTALA by these same defendants, have also been

8    prosecuted by the undersigned. It is requested that the court take judicial notice of the federal and

9    state investigations copies attached hereto as Exhibit 1 & 2  citing these same defendants for

10   EMTALA and other violations in each of the above mentioned cases.

11        57.    Defendants have also effectively discharged other patients by making them wait

12   inordinate times and discouraging them from coming to the ER and by pretending to perform the

13   requisite screening and stabilization procedures but instead minimizing all contacts and care and

14   only seeking to try to avoid liability for violating EMTALA and other laws and the hospital's

15   own policies and procedures.

16        58.    SRMH has been repeatedly been cited for intentional understaffing by the CDPH

17   [California Department of Public Health.]

18        59.    It has just been discovered, at the deposition of CPR responding Emergency

19   room doctor, Dr. Lauterbach, taken by the hospital's attorney, beginning on March 22, 2017, that

20   defendants have unreasonably failed to provide and include all the critical records pertaining to

21   this event. Defendants for the first time produced a next day "addendum" authored by the CPR

22   responding Emergency room doctor, Dr. Lauterbach, claiming that CYNTHIA GUITIERREZ

23   was found to have food blocking her airway. No such blockage was mentioned in any of the

24   previously provided records (>30,000 produced), including but not limited to the original note by

25   Dr. Lauterbach, nor by the responding Respiratory Therapist, nor by the treating ICU doctor, nor

26   anyone else, that day, nor at any other time (other than a few vague references by Defendant only

27   after this motion was filed and without apparent basis since no "addendum" was in the originally

28   produced records).

Second Amended Complaint                                                                  16-cv-02645-SI

60.     It has also just been discovered, at the deposition of CPR responding Emergency room doctor, Dr. Lauterbach, taken by the hospital's attorney, beginning on March 22, 2017, by and through the hospital attorney's questioning, that the previously documented history of major adverse reactions to Dilaudid was ignored and undocumented, thereby concealing a significantly reckless contribution to CYNTHIA GUTIERREZ respiratory arrest.

61.     CYNTHIA GUTIERREZ hereby further requests leave of court for the time necessary to conduct her own discovery from defendants including but not limited to discovery of the records of other patients similarly presenting to defendant's ER and also including discovery of defendant's written policies and procedures for similarly presenting patients and also in order to obtain testimony under oath from the treating doctors and nurses at defendants ER regarding the practices and policies and procedures in place at this ER. This discovery will allow CYNTHIA to further elaborate her factual basis for disparate screening.

62.     CYNTHIA GUTIERREZ hereby further requests leave of court for the time necessary to conduct her own discovery from defendants including but not limited to defendants' EMR (Electronic Medical Records) in use at the time in question and also including defendants' EMR policies and procedures and also including

## FIRST CAUSE OF ACTION
### (EMTALA 42 U.S.C. 1395dd)

63.     Plaintiffs reincorporate paragraphs 1 through 62, above.

64.     Defendants "dumped" and failed to screen or stabilize CYNTHIA GUTIERREZ in violation of this law.

## SECOND CAUSE OF ACTION
### (Negligence)

65.     Plaintiffs reincorporate paragraphs 1 through 64 above.

66.     General negligence including unreasonable care and lack of reasonable and necessary care in violation of the above stated Federal and California statutory law and as well as in violation of Defendants' own policies and procedures as well as breach of Defendants' general and fiduciary duties to provide standard and reasonable care.  Plaintiffs and each of them also

1 | claim damages as direct victims and as bystanders due to negligent infliction of emotional

2 | distress.

3 | **DEMAND FOR RELIEF**

4 | Wherefore, Plaintiffs pray for relief as follows:

5 | 1. For damages, economic and non-economic, to each of Plaintiffs according to

6 | proof;

7 | 2. For enhanced remedies EMTALA, including attorneys fees;

8 | 3. For exemplary/punitive damages including but not limited to as provided for by

9 | EMTALA;

10 | 4. For EMTALA related remedies including, but not limited to, attorney fees and

11 | costs and compensation to CYNTHIA GUTIERREZ and JOSE HUERTA and their family

12 | members and loved ones; and

13 | 5. Prejudgement interest in the amount of 10% per year or at the maximum level

14 | recoverable by law.

15 |

16 | DATED:   July 3, 2017          LAW OFFICES OF DOUGLAS C. FLADSETH

17 |

18 |                                          /s/

19 |                                          ———————————————
                                            DOUGLAS C. FLADSETH
                                            Attorney for Plaintiffs

20 |

21 | **DEMAND FOR JURY TRIAL**

22 | Plaintiffs hereby demand a jury trial in this action.

23 | Dated:  July 3, 2017          LAW OFFICES OF DOUGLAS C. FLADSETH

24 |                                          /s/

25 |                                          ———————————————
                                            DOUGLAS C. FLADSETH
                                            Attorney for Plaintiffs

26 |

27 |

28 |

8

EXHIBIT C

### Santa Rosa Memorial Hosp.
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

**MRN#:** SM02706496
**Patient:** GUTIERREZ,CYNTHIA
**Report Status:** Signed
**Documented By:** BRAEL001
**Documented Date:** 02/25/15 0334

**Account#:** SV0083448385
**Report Type:** EDPHYRPT
**Report Mnemonic:** PHY.ER
**Report#:** 0225-0042
**Facility:** NSM

### Emergency Department Report

## History of Present Illness
**HPI**
**Service date**
2/25/15
**Time Seen by MD:** 03:34
**Chief complaint:** shortness of breath
The patient is a thirty three year old female with history of ESRD on hemodialysis brought in by private vehicle with persistently shortness of breath since 19:00 yesterday. She states her last dialysis was yesterday, states she was instructed to not drink to much, but admits to drinking three glasses of water yesterday evening. She denies fever, chills, cough, chest pain, nausea, vomiting, or diarrheal is having bilateral arm pain.
**Onset/Duration/Timing:** started approximately - 19:00 yesterday, worsening
**Context:**
Dyspnea
**Severity:** moderate
**Aggravated by:** lying flat
**Alleviated by:** sitting up

## Past Medical History
**Coded Allergies:**
    No Known Allergies (Unverified , 2/25/15)
        per huisband, no known allergies
**Active Scripts**
Hydrocodone Bit/Acetaminophen (Norco 10-325 Tablet)10 Mg/325 Mg Tab1 Tab PO Q6HR PRN (PAIN, Moderate to Severe(4-10)) #20 TAB
        Prov:Brandwene,Elliott L                              2/25/15
Oxycodone Hcl/Acetaminophen (Percocet 10-325 Mg Tablet)1 Each Tablet1 Tab PO Q4HR  #10 TAB
        Prov:Brandwene,Elliott L                              2/6/15
Hydrocodone Bit/Acetaminophen (Norco 5-325 Tablet)5 Mg/325 Mg Tab1-2 Tab PO Q6H PRN (PAIN, Moderate to Severe(4-10)) #15 TAB
        Prov:Allred,Kendall S                              2/1/15
Metoclopramide Hcl (Reglan)10 Mg Tab10 Mg PO ACHS  #120 TAB  Ref 3
        Prov:Altaf,Mujeeb                              1/22/15
Hydrocodone Bit/Acetaminophen (Norco 5-325 Tablet)5 Mg/325 Mg Tab1 Tab PO Q6H PRN (PAIN, Mild (1-3)) #30 TAB Ref 0
        Prov:Quang,Angela M                              1/16/15
Amlodipine Besylate (Norvasc)5 Mg Tab5 Mg PO DAILY  30 Days
        Prov:Junck,Daniel L                              1/5/15
Atorvastatin Calcium (Lipitor)20 Mg Tab20 Mg PO QPM  #30 TAB  Ref 0
        Prov:Quang,Angela M                              12/17/14
Furosemide (Lasix)80 Mg Tablet80 Mg PO DAILY  #30 TAB
        Prov:Altaf,Mujeeb                              12/3/14
Ondansetron (Zofran Odt)4 Mg Tab.rapdis4 Mg PO BID PRN (NAUSEA/VOMITING) #10 TAB

**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:**
**MRN#:** SM02706496

000219

SRMH(2) 27612

### Santa Rosa Memorial Hosp.
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

Prov:Muller,Ridgely O                                        11/2/14

**Reported Medications**
Hydralazine Hcl 50 Mg Tablet50 Mg PO BID  #120 TAB
    1/13/15
Metoprolol Tartrate 100 Mg Tablet100 Mg PO BID  #60 TAB
    TO TAKE AM OF SURGERY
    1/13/15
Brimonidine Tartrate (Brimonidine Tartrate 0.2%)5 Ml Drops1 Drop BOTH EYES TID  #5 ML
    6/7/14
Timolol Maleate (Timolol Maleate Ophth Soln 0.5%)10 Ml Drops1 Drop BOTH EYES BID  #10 ML
    6/7/14
Latanoprost 2.5 Ml Drops1 Drop BOTH EYES QPM  #2.5 ML
    6/7/14

**Travel History**
Travel and/or hospitalization outside the US in the last 30 days?
**Past medical records:**  reviewed
**Cardiovascular history:**  HTN, CAD, heart failure, : - pericardial effusion, tetrology of fallot surgery
**Respiratory history:**  tuberculosis - TESTED POSATIVE AS A CHILD. TOOK MEDS FOR 6 MONTHYS, : - CHF, no asthma, no COPD
**Neurological history:**  seizures - pt has not have one since age two , : - diabetic neuropathy
**Endocrine history:**  DM type 1, DM type 2 - has been hospitlized for this many times, no hypothyroidism
**Renal history:**  renal insufficiency - Stage 3, renal failure - CRF STAGE 3 KIDNEY DISEASE, dx'd in March 2014, dialysis - AV Fisyula left upper arm, : - hx of nephrotic syndrome with anasarca
**Other pertinent history:**  chronic pain, back pain
**Surgical history:**  : - partial thyroidectomy, tubal ligation, pancreas (childhood), thyroid (2011), no cholecystectomy
**Other past history:**
partial pancreas removal
blind in left eye secondary to glaucoma
**Gynecological history:**  no endometriosis
**Family history of:**
    no Pertinent family history
**Other family history:**
reviewed, not relevant
**Smoking Status:**  Never A Smoker
**History Of Substance Abuse:**  Yes
**Substance:**  Patient Denies Substance Abuse, Illicit Drugs
**Other social history:**
lives with husband, 3 kids and mother-in-law
worked as a dishwasher

## Review of systems
**Respiratory:**  see HPI
**Comprehensive ROS:**  all other systems reviewed:negative

## Physical Exam
**Exam**
**Vital signs**

Initial Vital Signs

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|-----------|------|-------|------|-----|----------|-------------|--------------|------|
| 2/25/15 03:51 | 98.7 | 86 | 2 | 177/97 | 94 | Room Air | | |
| 2/25/15 05:27 | | | | | | | 2 | |

**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:**
**MRN#:** SM02706496

000220

SRMH(2) 27613

### Santa Rosa Memorial Hosp.
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

| 2/25/15 08:55 | | | | | | | | 40 |
|---|---|---|---|---|---|---|---|---|

Sp O2: 94% on RA, interpretation: normal
**General appearance:** alert
**EENT:** normal eyes inspection, normal ENT inspection, normal pharynx
**Respiratory:** breath sounds normal, breath sounds equal
**Cardiovascular:** regular rate and rhythm, pulses equal/full x 4 extremities, no JVD present, no gallop, no systolic murmur, no diastolic murmur
**Abdomen/GU:** normal bowel sounds, soft, no distention, no tenderness, no guarding, no rebound
**Skin:** color normal, warm, dry, no cyanosis
**Neurologic:** oriented X4 and GCS = 15, cranial nerves intact, normal motor
**Psych:** normal mood and affect

## Data
## Vital Signs

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 2/25/15 08:55 | | 86 | | | 97 | | | 40 |
| 2/25/15 07:00 | 98.2 / 98.2 | 83 | 20 | 145/89 | 97 | Room Air | 2 | |
| 2/25/15 06:41 | 98.2 | 83 | 20 | 145/89 | 97 | Room Air | | |
| 2/25/15 05:27 | 98.2 | 86 | 21 | | 97 | Nasal Cannula | 2 | |
| 2/25/15 04:27 | 98.7 / 98.7 | 86 | 2 | 177/97 | 94 | Room Air | | |
| 2/25/15 03:51 | 98.7 | 86 | 2 | 177/97 | 94 | Room Air | | |

## Medications Administered
**Given in ED**

## Diagnostics & Interpretation
**Initial ECG (Interp. by ED MD):**
**Date:** Feb 25, 2015
**Time:** 04:08
**Heart rate:** 86
**Normals:** NSR, normal axis, normal intervals
**Rhythm:** NSR
**Interpretation:** unchanged from prior, interpreted by ED MD
**X-RAY (Interpreted by EP) :**
**Read by:** Emergency Physician
**X-RAY type:** chest
**# of views:** 1
**Comments**
pulmonary vascular congestion
**Result Diagram:**
2/25/15 0350                                    2/25/15 0350



## Lab Results

**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:**
**MRN#:** SM02706496

SRMH(2) 27614

**Santa Rosa Memorial Hosp.**
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

Laboratory Tests

| Test | 2/25/15 03:50 | 2/25/15 06:14 |
|---|---|---|
| WBC | 7.8  10^3/uL (3.5-11.0) | |
| RBC | 2.66 L 10^6/uL (3.50-5.50) | |
| Hgb | 7.7 L g/dL (12.0-15.0) | |
| Hct | 24.2 #L % (36.0-45.0) | |
| MCV | 91 # fL (79-95) | |
| Plt Count | 172  THD/uL (120-400) | |
| Seg Neutrophils % | 73.4 H % (34-64) | |
| Lymphocytes % | 16.6 L % (19-48) | |
| Monocytes % | 6.6  (3-9) | |
| Eosinophils % | 2.4  % (0-7) | |
| Basophils % | 1.0  % (0-2) | |
| Sodium | 137  mmol/L (136-144) | |
| Potassium | 4.9  mmol/L (3.6-5.1) | |
| Chloride | 96 L mmol/L (101-111) | |
| Carbon Dioxide | 26  mmol/L (22-32) | |
| Anion Gap | 15.0 H (3.0-11.0) | |
| BUN | 57 H mg/dL (8-20) | |
| Creatinine | 3.9 H mg/dL (0.40-1.00) | |
| Est GFR (African Amer) | 17 L ml/min (>60) | |
| Est GFR (Non-Af Amer) | 14 L ml/min (>60) | |
| Glucose | 418 *H mg/dL (65-99) | |
| Calcium | 8.0 L mg/dL (8.9-10.3) | |
| Total Bilirubin | 0.5  mg/dL (0.3-1.2) | |
| AST | 27  IU/L (15-41) | |
| ALT | 93 H IU/L (14-54) | |
| Alkaline Phosphatase | 290 H IU/L (32-91) | |
| Rapid CK-MB (CK-2) | 5.1  ng/mL | |

**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:**
**MRN#:** SM02706496

Page 4 of 6

SRMH(2) 27615

000222

**Santa Rosa Memorial Hosp.**
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

| | (0.6-6.3) | |
|---|---|---|
| Rapid Troponin I | < 0.05  ng/mL (<0.05) | |
| Rap B-Natriuretic Pept | > 5000 *H pg/mL (0-100) | |
| Total Protein | 6.8  gm/dL (6.1-7.9) | |
| Albumin | 3.3 L g/dL (3.5-4.8) | |
| Globulin | 3.5  gm/dL (2.3-3.5) | |
| POC Glucose | | 313 H mg/dL (65-99) |

## Medical Decision Making
**Progress Notes**
**Progress Note :**
   **Date:** Feb 25, 2015
   **Time:** 06:05
**Note**
Re-examined patient, states she feels much better.

## Disposition
**Latest vital signs**

| Vital Signs | | |
|---|---|---|
| | 2/25/15 07:00 | 2/25/15 08:55 |
| Temp | 98.2 98.2 | |
| Pulse | | 86 |
| Resp | 20 | |
| B/P | 145/89 | |
| Pulse Ox | | 97 |
| O2 Delivery | Room Air | |
| O2 Flow Rate | 2 | |
| FiO2 | | 40 |

**Impression:**
   **Primary Impression:** ESRD (end stage renal disease) on dialysis
   **Additional Impressions:** Poorly controlled diabetes mellitus, Neuropathy, Chronic pain, Anemia
**Condition:** Stable
**Disposition:** Discharge Home
**Patient instructions:** AFTERCARE, Diabetic Neuropathy, ED Chronic Pain, ED Chronic Renal Failure

**Additional instructions:**
Please follow up at dialysis as scheduled tomorrow, and return to the emergency department sooner for worsening symptoms or any other concerns.
**Referrals:**
Southwest Community,Health Cli (PCP)
**Scripts on discharge**

**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:**
**MRN#:** SM02706496

SRMH(2) 27616

**Santa Rosa Memory Hosp.**
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

Hydrocodone Bit/Acetaminophen (Norco 10-325 Tablet)10 Mg/325 Mg Tab1 Tab PO Q6HR PRN (PAIN, Moderate to Severe(4-10)) #20 TAB
      Prov:Brandwene,Elliott L                                        2/25/15

## Attestation
*Documentation prepared by Glenister, Sarah , acting as medical scribe for and in the presence of Dr. Brandwene 2/25/15 04:07*

All medical record entries made by the scribe were at my direction and in my presence. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally reviewed and agree with the discharge instructions and disposition.

EMR and Dragon Attestation - this medical document was created using an electronic medical record system with Dragon computerized dictation system. Although this document has been carefully reviewed, there may still be some phonetic and typographical errors. These errors are purely typographical, due to imperfections of the software programs, and do not reflect any compromise in the patient's medical care.

Brandwene,Elliott L                              Feb 25, 2015 03:34
Glenister,Sarah SCRIBE                   Feb 25, 2015 04:07

*This is not considered FINAL until Signed by a Physician*

Authenticated By:
<Electronically signed by Elliott L Brandwene MD>  03/05/15 1343
---------------------------------------------------------------------------
  Elliott L Brandwene

cc:

**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:**
**MRN#:** SM02706496

SRMH(2) 27617

```
DATE: 03/27/15 @ 0023          Northern California EDM *LIVE*              PAGE 1
USER: EDM MNR                       ED Summary Report
```

## Santa Rosa Memorial

```
   ient: GUTIERREZ,CYNTHIA          02/25/15 0341  Room        Acct# SV0083448385
   .e/Sex 33/F      DOB 07/31/1981  Height 5 ft  3 in          Unit# SM02706496
Status DEP ER                       Weight 56.000 kg           Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                      PC.Phys Southwest Community,Health Cli
```

### PATIENT DEMOGRAPHICS

```
3492 STONY POINT RD
SANTA ROSA, CA 95407
714-673-1287
Insurance: Partnership Managed Medicaid      PCP: Southwest Community,Health Cli
Next of Kin: HUERTA,JOSE                     Family Doctor:
  Relation: Husband                          Referring:
  Phone: 714-673-1287
```

### GENERAL DATA

```
ED Physician: Brandwene,Elliott L, ACT       Arrival Date/Time: 02/25/15 - 0326
Practitioner:                                Triage Date/Time:  02/25/15 - 0351
Nurse: Cameron,Johnnie, RN                   Date of Birth:  07/31/1981

Stated Complaint: CONGESTION/COUGH/NERVE PAIN?
Chief Complaint: Respiratory                 Priority: 3
```

### ALLERGIES

hydromorphone/cardiopulmonary arrest

### REPORTED MEDICATIONS

| Prescription/Reported Meds | Type | Issued | Provider | Entered |
|---|---|---|---|---|
| ONDANSETRON (ZOFRAN ODT)   4 Mg Tab.rapdis | Rx | 11/02/14 | MULRI001 | 11/02/14 |
|   4 MG PO Twice Daily As needed for NAUSEA/VOMITING, | | | | |
|   #10 TAB.RAPDIS | | | | |
| FUROSEMIDE (LASIX)   80 Mg Tablet | Rx | 12/03/14 | ALTMU001 | 12/03/14 |
|   80 MG PO Daily, #30 TABLET | | | | |
| ATORVASTATIN CALCIUM (LIPITOR)   20 Mg Tab | Rx | 12/17/14 | QUAAN002 | 12/17/14 |
|   20 MG PO Every Evening, #30 TABLET   REF 0 | | | | |
| AMLODIPINE BESYLATE (NORVASC)   5 Mg Tab | Rx | 01/05/15 | JUNDA001 | 01/05/15 |
|   5 MG PO Daily 30 Days | | | | |
| HYDROCODONE BIT/ACETAMINOPHEN (NORCO 5-325 TABLET)  5 | Rx | 01/16/15 | QUAAN002 | 01/16/15 |
|   Mg/325 Mg Tab | | | | |
|   1 TAB PO Q6H As needed for PAIN, Mild (1-3), #30 TAB | | | | |
|   REF 0 | | | | |
| METOCLOPRAMIDE HCL (REGLAN)   10 Mg Tab | Rx | 01/22/15 | ALTMU001 | 01/22/15 |
|   10 MG PO Before Meals and at Bedtime, #120 TABLET | | | | |
|   REF 3 | | | | |
| HYDROCODONE BIT/ACETAMINOPHEN (NORCO 5-325 TABLET)  5 | Rx | 02/01/15 | ALLKE002 | 02/01/15 |
|   Mg/325 Mg Tab | | | | |
|   1-2 TAB PO Q6H As needed for PAIN, Moderate to | | | | |
|   Severe(4-10), #15 TAB | | | | |
| OXYCODONE HCL/ACETAMINOPHEN (PERCOCET 10-325 MG TABLET) | Rx | 02/06/15 | BRAEL001 | 02/06/15 |
|   1 Each Tablet | | | | |
|   1 TAB PO Every 4 Hours, #10 TABLET | | | | |
| LATANOPROST (LATANOPROST)   2.5 Ml Drops | Reported | | | 06/07/14 |

```
GUTIERREZ,CYNTHIA               Acct# SV0083448385        Unit# SM02706496
   /Sex 33/F      DOB 07/31/1981
   .atus DEP ER
```

SRMH(2) 27618

```
DATE: 03/27/15 @ 0023        Northern California EDM *LIVE*                    PAGE 2
USER: EDM MNR                    ED Summary Report
```

## Santa Rosa Memorial

```
: ient: GUTIERREZ,CYNTHIA              02/25/15 0341  Room              Acct# SV0083448385
 e/Sex 33/F       DOB 07/31/1981       Height 5 ft  3 in                Unit# SM02706496
Status DEP ER                          Weight 56.000 kg                 Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                            PC.Phys Southwest Community,Health Cli
```

| Prescription/Reported Meds | Type | Issued | Provider | Entered |
|---|---|---|---|---|
| 1 DROP BOTH EYES Every Evening, #2.5 DROPS | | | | |
| TIMOLOL MALEATE (TIMOLOL MALEATE OPHTH SOLN 0.5%)  10 | Reported | | | 06/07/14 |
| Ml Drops | | | | |
| 1 DROP BOTH EYES Twice Daily, #10 DROPS | | | | |
| BRIMONIDINE TARTRATE (BRIMONIDINE TARTRATE 0.2%)  5 Ml | Reported | | | 06/07/14 |
| Drops | | | | |
| 1 DROP BOTH EYES Three Times Daily, #5 DROPS | | | | |
| METOPROLOL TARTRATE (METOPROLOL TARTRATE)  100 Mg | Reported | | | 01/13/15 |
| Tablet | | | | |
| 100 MG PO Twice Daily, #60 TABLET | | | | |
| HYDRALAZINE HCL (HYDRALAZINE HCL)  50 Mg Tablet | Reported | | | 01/13/15 |
| 50 MG PO Twice Daily, #120 TABLET | | | | |

### TRIAGE VITAL SIGNS

| Date/Time | Systolic | Diastolic | Pulse | Resp | Pulse Ox | Temp | Pain Intensity | User |
|---|---|---|---|---|---|---|---|---|
| 02/25/15 0351 | 177 | 97 | 86 | 2 | 94 | 98.7 | 8 | CAMEROJO0... |

OXYGENATION

| Date/Time | Pulse Ox | Oxygen Delivery Method | User |
|---|---|---|---|
| 02/25/15 0351 | 94 | Room Air | CAMEROJO01, RN |

### VITAL SIGNS

| Date/Time | Systolic | Diastolic | Pulse | Resp | Pulse Ox | Temp | Pain Intensity | User |
|---|---|---|---|---|---|---|---|---|
| 02/25/15 0427 | 177 | 97 | 86 | 2 | 94 | 98.7 | 9 | CAMEROJO0... |
| 02/25/15 0527 | | | 86 | 21 | 97 | 98.2 | | CAMEROJO0... |
| 02/25/15 0641 | 145 | 89 | 83 | 20 | 97 | 98.2 | 1 | CAMEROJO0... |

| Date/Time | Temperature (Celsius) | User |
|---|---|---|
| 02/25/15 0427 | 37.05852 | CAMEROJO01, RN |

### ASSESSMENTS

*02/25/15  0329    ED Past Medical History Adult*                    *Collins,Bernadette, RN*
 Past Medical History Y
 Multiple Sclerosis N
 Parkinson's Disease N
 Seizures Y
 Comment pt has not have one since age two
 Glaucoma Y
 Macular Degeneration N
 Other HEENT Disorders no vision in left eye, getting eye injections in right eye
 Pacemaker N
 Internal Defibrillator (AICD) N
 Arrhythmia N
 Cardiac Catheterization/PCI N
 Hypertension Y

```
GUTIERREZ,CYNTHIA                    Acct# SV0083448385          Unit# SM02706496
 /Sex 33/F       DOB 07/31/1981
 atus DEP ER
```

SRMH(2) 27619

```
DATE: 03/27/15 @ 0023        Northern California EDM *LIVE*                    PAGE 3
USER: EDM MNR                      ED Summary Report
```

## Santa Rosa Memorial

```
      ient: GUTIERREZ,CYNTHIA            02/25/15 0341  Room          Acct# SV0083448385
Age/Sex 33/F         DOB 07/31/1981    Height 5 ft  3 in             Unit# SM02706496
Status DEP ER                         Weight 56.000 kg              Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                          PC.Phys Southwest Community,Health Cli
```

Palpitations N
Other Cardiovascular Disorders CHF
Asthma N
COPD N
Other Respiratory Disorders HX PERICARDIAL EFFUSIONS
Crohn's Disease N
Diverticulosis N
Esophageal Varices N
Pancreatitis N
Other GI Disorder partial pancreatectomy, gastroparesis
Dialysis Y
Comment AV Fisyula left upper arm
Prostate Problems N
Renal Failure Y
Comment CRF STAGE 3 KIDNEY DISEASE, dx'd in March 2014
Other Genitourinary Disorders GASTROPARESIS
                        LEFT UPPER ARM  DIALYSIS SHUNT  JAN/2015
Endometriosis N
Fibroids N
Epididymitis N
Other Reproductive Disorders tubal ligation
Arthritis,Rheumatoid N
 ack Injury N
   bromyalgia N
 ther Musculoskeletal Disorders "NERVE PAIN"
Eating Disorder N
Panic Disorder N
Diabetes Mellitus Type 1 Y
Diabetes Mellitus Type 2 Y
Comment has been hospitlized for this many times
Hyperthyroidism N
Hypothyroidism N
Systemic Lupus Erythematosus N
Anemia Y
History Acquired Immunodeficiency Disease N
MRSA N
Bone N
Brain N
Breast N
Colorectal N
Leukemia N
Lymphoma N
Prostate N
Skin N
Chemotherapy N
Radiation Therapy N
Other Medical History kidney failure
Surgical History Y
Comment Partial pancreas removed as an infant
Cardiovascular  Surgery Y

```
  " TIERREZ,CYNTHIA              Acct# SV0083448385        Unit# SM02706496
    /Sex 33/F      DOB 07/31/1981
   .tatus DEP ER
```

SRMH(2) 27620

```
DATE: 03/27/15 @ 0023         Northern California EDM *LIVE*              PAGE 4
USER: EDM MNR                      ED Summary Report
```

## Santa Rosa Memorial

```
tient: GUTIERREZ,CYNTHIA           02/25/15 0341  Room          Acct# SV0083448385
  _e/Sex 33/F        DOB 07/31/1981  Height 5 ft  3 in          Unit# SM02706496
Status DEP ER                        Weight 56.000 kg           Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                             PC.Phys Southwest Community,Health Cli
```

Heart Valve Replacement N
HEENT Surgery N
Endocrine Surgery Y
Comment partial pancreatectomy for hypoglycemia
Gastrointestinal Surgery Y
Comment PARTIAL PANCREAS REMOVAL
Cholecystectomy N
Genitourinary Surgery Y
Renal Transplant N
Orthopedic Surgery N
Joint Replacement N
Neurologic Surgery N
Reproductive Surgery Y
Gynecologic Surgery N
Mastectomy N
Transurethral Resection (TURP) N
Respiratory Surgery N
Tracheostomy N
Other Surgery N
Past Medical History Verified By Nurse With Patient/Family Y

_02/25/15  0351    ED Adult Triage Assessment_              _Cameron,Johnnie, RN_
History Of Present Illness pT REPORTS, "I HAVE HAD SHORTNESS OF BREATH  SINCE 7PM LAST
                          EVENING. Last dialysis one day ago. "  Pt also c/o bilateral
                          hand pain.
Informant Patient
Primary Language English
Interpreter Offered N
Means of Arrival Private Auto
Arrival From Home
Temp 98.7
Temperature (Calculated Celsius) 37.05852
Temperature Source Oral
Pulse 86
Resp 2
Pulse Ox 94
Oxygen Delivery Method Room Air
Systolic 177
Diastolic 97
Mean 123
Traveled Or Hospitalized Outside USA In Last 30 Days No
Reported Pain Pain Present
Pain Intensity 8
Height (Feet) 5
Height (Inches) 3
Height (Calculated Centimeters) 160.0
Height Measurement Method Stated
Weight (Kilograms) 56
Weight Source Stated
Is Patient Female? N

```
GUTIERREZ,CYNTHIA                 Acct# SV0083448385          Unit# SM02706496
  /Sex 33/F       DOB 07/31/1981
  atus DEP ER
```

```
DATE: 03/27/15 @ 0023        Northern California EDM *LIVE*              PAGE 5
USER: EDM MNR                     ED Summary Report
```

### Santa Rosa Memorial

```
 :ient: GUTIERREZ,CYNTHIA           02/25/15 0341  Room      Acct# SV0083448385
 .e/Sex 33/F      DOB 07/31/1981    Height 5 ft  3 in        Unit# SM02706496
Status DEP ER                       Weight 56.000 kg         Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                            PC.Phys Southwest Community,Health Cli
```

Currently Pregnant? N
Currently Breastfeeding? N
Priority 3 Urgent

_02/25/15  0359     ED Patient Education Assessmnt_                 *Cameron,Johnnie, RN*
Barriers To Learning None
Focus Education To Patient
Education Topic Plan Of Care

_02/25/15  0359     ED Focal Head To Toe Assessmnt_                 *Cameron,Johnnie, RN*
Eye Opening Spontaneously 4
Verbal Response Oriented and Converses 5
Motor Response Obeys Commands 6
Glasgow Coma Scale Total 15

_02/25/15  0359     ED Screening Assessment_                        *Cameron,Johnnie, RN*
Last Tetanus Less Than 10 Years
Pressure Ulcer Prior To Admission N
Mode Of Transportation Ambulatory
Religious/Cultural Beliefs That May Affect Your Medical Care N
Recent Victim Of Physical/Emotional/Financial Abuse N
Do You Feel Safe Returning Home N
Barriers To Learning None
 story Of Falls No
 condary Diagnosis Yes
Ambulatory Aid None
IV/IV Access Yes
Gait Transferring Normal
Mental Status Oriented To Own Ability
Patient's Fall Risk Standard Fall Risk
Standard Interventions-All Patients Belongings Within Reach, Frequent Rounding,
                                     Bed Brakes On, Call Light In Reach,
                                     Bed In Lowest Position
Moderate/High Risk Falls Intervention Place near Nurses Station, Educate Pt/Family,
                                     Fall Risk Signage Placed, Room Free Of Clutter,
                                     Bed Alarm On While In Bed, Frequent Rounding,
                                     Bed Brakes On, Belongings Within Reach,
                                     Call Light In Reach
Smoking Status Former Smoker
Other Tobacco Use N
History Of Substance Use N
Are You Having Thoughts/Had Thoughts Of Hurting Yourslf N
Are You Having/Had Thoughts Of Hurting Someone Else N

_02/25/15  0401     ED TB Screening_                                *Cameron,Johnnie, RN*
History Of Active Tuberculosis No
Weight Loss No
Anorexia No
Fatigue No
Cough No Cough

```
GUTIERREZ,CYNTHIA                  Acct# SV0083448385        Unit# SM02706496
 /Sex 33/F      DOB 07/31/1981
 atus DEP ER
```

```
DATE: 03/27/15 @ 0023          Northern California EDM *LIVE*              PAGE 6
USER: EDM MNR                       ED Summary Report
```

## Santa Rosa Memorial

```
⌐ient: GUTIERREZ,CYNTHIA           02/25/15 0341  Room          Acct# SV0083448385
~ge/Sex 33/F         DOB 07/31/1981  Height 5 ft  3 in           Unit# SM02706496
Status DEP ER                        Weight 56.000 kg            Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                            PC.Phys Southwest Community,Health Cli
```

**Fever** No
**Night Sweats** No
**Exposure** No
**Tuberculosis Precautions** Standard Precautions

*02/25/15  0402     ED Safety Rounding Assessment*                    *Cameron,Johnnie, RN*
**Safety Rounds** Pt Resting In Bed
**Patient Positioning/ Turning** Turns Self
**Patient Activity** Resting In Bed
**Safety Precautions** Call/Assistance Education, ID Band Verified/Placed, Bed In Low Position,
                       Door Open, Brakes Locked, Floors Clean Of Obstacles,
                       Call Light Within Reach
  **Side Rails Up** x2

*02/25/15  0421     ED Event Assessment*                              *Cameron,Johnnie, RN*
**Event Assessment Comment** Lab reports, pt has a BNP greater than 5000; Dr notified.

*02/25/15  0427     ED Adult VS & Pain Assessment*                    *Cameron,Johnnie, RN*
**Temp** 98.7
**Temperature (Celsius)** 37.05852
**Temperature (Calculated Celsius)** 37.05852
**Temperature Source** Oral
**Pulse** 86
**⌐esp** 2
**⌐ulse Ox** 94
**Oxygen Delivery Method** Room Air
**Systolic** 177
**Diastolic** 97
**Mean** 123
**Location** Right Arm
**Blood Pressure Source** Automatic Cuff
**Blood Pressure Position** Semi-Fowlers
**Cardiac Monitoring** Y
**Cardiac Rhythm** Sinus Rhythm
**Reported Pain** Pain Present
**Location Modifier** Left
**Pain Location** Hand
**Pain Description** Pins/Needles
**Pain Intensity** 9

*02/25/15  0431     ED Event Assessment*                              *Cameron,Johnnie, RN*
**Event Assessment Comment** Lab called and reported pt's glucose is 418; Dr notified.

*02/25/15  0526     ED Safety Rounding Assessment*                    *Cameron,Johnnie, RN*
**Safety Rounds** Pt Resting In Bed
**Present At Bedside** Family
**Patient Positioning/ Turning** Turns Self
**Patient Activity** Resting In Bed
**Safety Precautions** Call/Assistance Education, ID Band Verified/Placed, Bed In Low Position,
                       Door Open, Brakes Locked, Floors Clean Of Obstacles

```
 GUTIERREZ,CYNTHIA                   Acct# SV0083448385           Unit# SM02706496
 ⌐/Sex 33/F       DOB 07/31/1981
 ⌐tatus DEP ER
```

```
DATE: 03/27/15 @ 0023          Northern California EDM *LIVE*                    PAGE 7
USER: EDM MNR                        ED Summary Report
```

## Santa Rosa Memorial

```
 tient: GUTIERREZ,CYNTHIA              02/25/15 0341  Room          Acct# SV0083448385
  e/Sex 33/F        DOB 07/31/1981     Height 5 ft  3 in            Unit# SM02706496
Status DEP ER                         Weight 56.000 kg             Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                              PC.Phys Southwest Community,Health Cli
```

---

Side Rails Up x2

*02/25/15  0527     ED Adult VS & Pain Assessment*                    *Cameron,Johnnie, RN*
Temp 98.2
Temperature (Calculated Celsius) 36.78072
Temperature Source Oral
Pulse 86
Resp 21
Pulse Ox 97
Oxygen Delivery Method Nasal Cannula
Oxygen Flow Rate 2
Location Right Arm
Blood Pressure Source Automatic Cuff
Blood Pressure Position Semi-Fowlers
Cardiac Monitoring Y
Cardiac Rhythm Sinus Rhythm
Reported Pain Denies Pain
Location Modifier Left
Pain Location Hand

*02/25/15  0615     ED Event Assessment*                              *Cameron,Johnnie, RN*
Event Assessment Comment Accu chel 318; Dr notified.

*/25/15  0641     ED Adult VS & Pain Assessment*                      *Cameron,Johnnie, RN*
 amp 98.2
Temperature (Calculated Celsius) 36.78072
Temperature Source Oral
Pulse 83
Resp 20
Pulse Ox 97
Oxygen Delivery Method Room Air
Systolic 145
Diastolic 89
Mean 107
Location Right Arm
Blood Pressure Source Automatic Cuff
Cardiac Monitoring Y
Cardiac Rhythm Sinus Rhythm
Reported Pain Pain Present
Location Modifier Left
Pain Location Hand
Pain Description Aching
Pain Intensity 1

*02/25/15  0642     ED Safety Rounding Assessment*                    *Cameron,Johnnie, RN*
Safety Rounds Pt Resting In Bed
Patient Positioning/ Turning Turns Self
Patient Activity Resting In Bed
Safety Precautions Call/Assistance Education, ID Band Verified/Placed, Bed In Low Position,
               Door Open, Brakes Locked, Floors Clean Of Obstacles,

---

```
GUTIERREZ,CYNTHIA                    Acct# SV0083448385      Unit# SM02706496
 e/Sex 33/F       DOB 07/31/1981
 atus DEP ER
```

```
DATE: 03/27/15 @ 0023          Northern California EDM *LIVE*              PAGE 8
USER: EDM MNR                       ED Summary Report
```

## Santa Rosa Memorial

```
 ;ient: GUTIERREZ,CYNTHIA          02/25/15 0341   Room        Acct# SV0083448385
 Age/Sex 33/F      DOB 07/31/1981  Height 5 ft  3 in           Unit# SM02706496
 Status DEP ER                     Weight 56.000 kg            Dep'd 02/25/15 0702
 ED.Phys Brandwene,Elliott L                         PC.Phys Southwest Community,Health Cli
```

Call Light Within Reach
Side Rails Up x2

**02/25/15   0700     ED Adult Disposition Assessmnt**                     *Cameron,Johnnie, RN*
Temp 98.2
Temperature (Celsius) 36.78072
Temperature (Calculated Celsius) 36.78072
Temperature Source Oral
Pulse 83
Resp 20
Pulse Ox 97
Oxygen Delivery Method Room Air
Oxygen Flow Rate 2
Systolic 145
Diastolic 89
Mean 107
Reported Pain Denies Pain
Discharge/Transfer Paperwork Sent With Patient Y
After Care Instructions Given To Patient
After Care Instructions Comprehension Verbalizes Understanding
Discharged Via Walked
Discharge Mode Private Auto

---

### TREATMENTS

**02/25/15   0413     ED IV Invasive Line Assessment**                    *Cameron,Johnnie, RN*
Location Right Hand
IV Line Type Peripheral IV
IV Site Observation/Evaluation Intact
Pre Hospitalization IV Start N
IV Gauge 22
Number Of Attempts 1

**02/25/15   0414     ED EKG/ECG**                                        *Cameron,Johnnie, RN*
EKG Results Reported To MD on duty

**02/25/15   0422     ED Med Rec Completed**                              *Cameron,Johnnie, RN*

**02/25/15   0659     ED Discontinue IV**                                 *Cameron,Johnnie, RN*
Location Right Hand
Type Peripheral IV
Dressing Status Dressing Dry & Intact
IV Line Interventions Discontinued Intact

---

### MEDICATIONS

---

```
 GUTIERREZ,CYNTHIA                 Acct# SV0083448385      Unit# SM02706496
   /Sex 33/F      DOB 07/31/1981
   catus DEP ER
```

```
DATE: 03/27/15 @ 0023        Northern California EDM *LIVE*            PAGE 9
USER: EDM MNR                    ED Summary Report
```

## Santa Rosa Memorial

```
 :ient: GUTIERREZ,CYNTHIA           02/25/15 0341  Room         Acct# SV0083448385
   /Sex 33/F        DOB 07/31/1981  Height 5 ft  3 in           Unit# SM02706496
Status DEP ER                      Weight 56.000 kg             Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                           PC.Phys Southwest Community,Health Cli
```

Medication
```
     Sch Date-Time  Ordered Dose  Admin Dose
     Doc Date-Time  Given - Reason        Site       User
```
HYDROmorphone Inj 1 mg/1 mL Amp (Dilaudid Inj) IM/ONCE/ONE
```
     02/25/15-0400  1 MG          1 MG
     02/25/15-0421  Y                                Cameron,Johnnie
```
     IM Injection Site: Right Dorsal Gluteal
     Pain Scale Used: Verbal Numeric (0-10)
     Pain Location Modifier:
          Right
     Pain Location: Hand
     Pain Description:
          Throbbing
     Pain Intensity: 10
     Reassessments:
```
     02/25/15-0451
     02/25/15-0451  Y                                Cameron,Johnnie
```
          Pain Scale Used: Verbal Numeric (0-10)
          Pain Location Modifier:
               Left
          Pain Location: Hand
          Pain Description:
               Aching
          Pain Intensity: 2
          Patient Reports Pain Level Controlled Or Tolerable: Y

```
     Acknowledgements
     Ack Date-Time                            User
     02/25/15-0421                            Cameron,Johnnie
```

Ondansetron 4 mg Orally-Disintegrating Tab (Zofran ODT) PO/ONCE/ONE
```
     02/25/15-0400  4 MG          4 MG
     02/25/15-0421  Y                                Cameron,Johnnie
```

```
     Acknowledgements
     Ack Date-Time                            User
     02/25/15-0421                            Cameron,Johnnie
```

Insulin Regular 1 unit/0.01 mL (HumuLIN R) SUBCUT/ONCE/ONE
```
     02/25/15-0455  15 UNIT       15 UNIT
     02/25/15-0516  Y                                Cameron,Johnnie
```
     Blood Glucose: 418
     Subcutaneous Injection Site: Right Posterior Arm

```
     Acknowledgements
     Ack Date-Time                            User
     02/25/15-0516                            Cameron,Johnnie
```

HYDROmorphone Inj 1 mg/1 mL Amp (Dilaudid Inj) IVP/ONCE/ONE
```
     02/25/15-0605  1 MG          1 MG
```

```
GUTIERREZ,CYNTHIA                 Acct# SV0083448385        Unit# SM02706496
   /Sex 33/F        DOB 07/31/1981
  atus DEP ER
```

```
DATE: 03/27/15 @ 0023          Northern California EDM *LIVE*              PAGE 10
USER: EDM MNR                       ED Summary Report
```

## Santa Rosa Memorial

```
tient: GUTIERREZ,CYNTHIA          02/25/15 0341  Room         Acct# SV0083448385
ge/Sex 33/F        DOB 07/31/1981  Height 5 ft  3 in          Unit# SM02706496
Status DEP ER                      Weight 56.000 kg           Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                        PC.Phys Southwest Community,Health Cli
```

```
Acknowledgements
Ack Date-Time                                  User
Doc Date-Time  Given - Reason        Site      User
02/25/15-0622  Y                               Cameron,Johnnie
Pain Scale Used: Verbal Numeric (0-10)
Pain Location: Hand
Pain Description:
   Aching
Pain Intensity: 5
Reassessments:
02/25/15-0652
02/25/15-0659  Y                               Cameron,Johnnie
   Pain Scale Used: Verbal Numeric (0-10)
   Pain Intensity: 0
   Patient Reports Pain Level Controlled Or Tolerable: Y

Acknowledgements
Ack Date-Time                                  User
02/25/15-0622                                  Cameron,Johnnie
```

### LAB RESULTS

| .st | Date | Time | Result | | | Reference | Units |
|---|---|---|---|---|---|---|---|
| WBC | 2/25/15 | 0350 | 7.8 | | | (3.5-11.0) | 10^3/uL |
| RBC | 2/25/15 | 0350 | 2.66 | | L | (3.50-5.50) | 10^6/uL |
| HGB | 2/25/15 | 0350 | 7.7 | | L | (12.0-15.0) | g/dL |
| HCT | 2/25/15 | 0350 | 24.2 | # | L | (36.0-45.0) | % |
| MCV | 2/25/15 | 0350 | 91 | # | | (79-95) | fL |
| MCH | 2/25/15 | 0350 | 29.1 | | | (26.0-33.0) | pg |
| MCHC | 2/25/15 | 0350 | 32.0 | | | (32.0-36.0) | g/dL |
| RDW | 2/25/15 | 0350 | 16.3 | | H | (11.0-14.0) | % |
| PLT | 2/25/15 | 0350 | 172 | | | (120-400) | THD/uL |
| MPV | 2/25/15 | 0350 | 9.4 | | | (7.4-10.4) | fL |
| Neutrophils % | 2/25/15 | 0350 | 73.4 | | H | (34-64) | % |
| Lymphocytes % | 2/25/15 | 0350 | 16.6 | | L | (19-48) | % |
| Monocytes % | 2/25/15 | 0350 | 6.6 | | | (3-9) | |
| Eosinophils % | 2/25/15 | 0350 | 2.4 | | | (0-7) | % |
| Basophils % | 2/25/15 | 0350 | 1.0 | | | (0-2) | % |
| Neutrophils # | 2/25/15 | 0350 | 5.7 | | H | (2.5-5.6) | THD/uL |
| Lymphocytes # | 2/25/15 | 0350 | 1.3 | | | (0.8-3.5) | 10^3/uL |
| Monocytes # | 2/25/15 | 0350 | 0.5 | | | (0.2-1.0) | THD/uL |
| Eosinophils # | 2/25/15 | 0350 | 0.2 | | | (0-0.5) | THD/uL |
| Basophils # | 2/25/15 | 0350 | 0.1 | | | (0-0.1) | THD/uL |

```
GUTIERREZ,CYNTHIA
 /Sex 33/F        DOB 07/31/1981       Acct# SV0083448385        Unit# SM02706496
 tatus DEP ER
```

SRMH(2) 27627

```
DATE: 03/27/15 @ 0023          Northern California EDM *LIVE*              PAGE 11
USER: EDM MNR                        ED Summary Report
```

## Santa Rosa Memorial

```
 lient: GUTIERREZ,CYNTHIA          02/25/15 0341  Room        Acct# SV0083448385
Age/Sex 33/F      DOB 07/31/1981   Height 5 ft  3 in         Unit# SM02706496
Status DEP ER                      Weight 56.000 kg          Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                           PC.Phys Southwest Community,Health Cli
```

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|
| Glucose | 2/25/15 | 0350 | 418(A) *H | (65-99) | mg/dL |

```
    (A)   ******   CRITICAL VALUE   ******
          CALLED AND READ BACK BY:
          WALLACCA01 on02/25/15(0429),TO CAMERON/ED
          NURSE_____NOTIFIED DR._____DATE:_____TIME:_____
          (Completed on hard copy only)
          IF DR. NOT NOTIFIED REASON:_____
          See also (B), (C)
```

| Test | Date | Time | Result | | Reference | Units |
|------|------|------|--------|--|-----------|-------|
| Na | 2/25/15 | 0350 | 137 | | (136-144) | mmol/L |
| K | 2/25/15 | 0350 | 4.9 | | (3.6-5.1) | mmol/L |
| Cl | 2/25/15 | 0350 | 96 | L | (101-111) | mmol/L |
| CO2 | 2/25/15 | 0350 | 26 | | (22-32) | mmol/L |
| Anion Gap | 2/25/15 | 0350 | 15.0 | H | (3.0-11.0) | |
| BUN | 2/25/15 | 0350 | 57 | H | (8-20) | mg/dL |
| Creatinine | 2/25/15 | 0350 | 3.9 | H | (0.40-1.00) | mg/dL |
| Calcium | 2/25/15 | 0350 | 8.0 | L | (8.9-10.3) | mg/dL |
| TP | 2/25/15 | 0350 | 6.8 | | (6.1-7.9) | gm/dL |
| ^lb | 2/25/15 | 0350 | 3.3 | L | (3.5-4.8) | g/dL |
| ili | 2/25/15 | 0350 | 0.5(B) | | (0.3-1.2) | mg/dL |

```
    (B)   --- 02/25/15 0756 ---
          TBIL previously reported as:
             < 0.1  L mg/dL
```

| Test | Date | Time | Result | | Reference | Units |
|------|------|------|--------|--|-----------|-------|
| AST | 2/25/15 | 0350 | 27 | | (15-41) | IU/L |
| ALT | 2/25/15 | 0350 | 93 | H | (14-54) | IU/L |
| Alk Phos | 2/25/15 | 0350 | 290 | H | (32-91) | IU/L |
| Globulin | 2/25/15 | 0350 | 3.5 | | (2.3-3.5) | gm/dL |
| GFR Non-Af Am | 2/25/15 | 0350 | 14(C) | L | (>60) | ml/min |

```
    (C)   See (D), (E)
    (D)   Results suggest Kidney Stage 5 per NKF/DOQI guidelines
    (E)
          **Note: As of 04/21/14 the eGFR will be calculated using the
          CKD-EPI equation**
```

```
 GUTIERREZ,CYNTHIA                  Acct# SV0083448385        Unit# SM02706496
   /Sex 33/F      DOB 07/31/1981
  .tatus DEP ER
```

```
DATE: 03/27/15 @ 0023         Northern California EDM *LIVE*              PAGE 12
USER: EDM MNR                      ED Summary Report
```

## Santa Rosa Memorial

```
tient: GUTIERREZ,CYNTHIA          02/25/15 0341  Room         Acct# SV0083448385
e/Sex 33/F       DOB 07/31/1981   Height 5 ft  3 in           Unit# SM02706496
Status DEP ER                     Weight 56.000 kg            Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                    PC.Phys Southwest Community,Health Cli
```

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|
| GFR Af Am | 2/25/15 | 0350 | 17(F)  L | (>60) | ml/min |
| (F) See (G), (H) | | | | | |
| CKMB Rapid | 2/25/15 | 0350 | 5.1 | (0.6-6.3) | ng/mL |
| Rap Trop I | 2/25/15 | 0350 | < 0.05(G) | (<0.05) | ng/mL |

```
   (G)  99% of normal subjects have values <0.04. The recommended
        threshold for acute MI is >0.40.  Values between 0.04 and
        0.39 often occur in patients with acute coronary syndromes
        and have been associated with an increased risk of coronary
        events.
        Serial sampling is recommended to detect the temporal rise
        and fall of Troponin levels characteristic of an AMI.
        These values should be interpreted in the context of the
        patient's clinical presentation.

        NOTE: These assays were performed using the Biosite Triage
        Meter.  Reference ranges may be different.
```

```
GUTIERREZ,CYNTHIA              Acct# SV0083448385        Unit# SM02706496
/Sex 33/F      DOB 07/31/1981
atus DEP ER
```



000236

SRMH(2) 27629

```
DATE: 03/27/15 @ 0023        Northern California EDM *LIVE*              PAGE 13
USER: EDM MNR                    ED Summary Report
```

## Santa Rosa Memorial

```
  :ient: GUTIERREZ,CYNTHIA        02/25/15 0341  Room            Acct# SV0083448385
Age/Sex 33/F      DOB 07/31/1981  Height 5 ft  3 in              Unit# SM02706496
Status DEP ER                     Weight 56.000 kg               Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                              PC.Phys Southwest Community,Health Cli
```

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|
| BNPT | 2/25/15 | 0350 | > 5000(H) *H | (0-100) | pg/mL |

```
    (H)    POSITIVE
           ****** CRITICAL RESULT******
           CALLED AND BROADCAST TO CAMERON/EDE AT 0417,02/25/15 BY LAB
           WALLACCA01.
           NURSE_____NOTIFIED DR._____DATE:_____TIME:_____
           (Completed on hard copy only)
           IF DR. NOT NOTIFIED REASON:_____
           BNP LEVEL    ADDITIONAL INTERPRETATIONS
           0-100 PG/ML    Highly unlikely that patient's symptoms
           result from systolic or diastolic dysfunction.
           101-200 PG/ML  BNP greater than 100 pg/ml is considered
           positive and indicative of heart failure. LV
           Dysfunction with no acute CHF=141 (+/-31).
           Severe Right Heart Failure, Pulm HTN, or
           large Pulm Embolus may equal 100-200 pg/ml.
           201-479 PG/ML  Almost always Left Heart Failure.  AMI with
           CHF may have elevated levels;  Positive BNP
           should not be viewed as excluding a diagnosis
           of AMI.
           Equal to or greater than 480 PG/ML
           Patients who present with dyspnea and BNP
           level equal to or greater than 480 have a
           nearly 30-fold increased risk for a cardiac
           event in the next 6 months.
```

### ORDERS

| Ordered | Procedure Name | Ordering Provider | E-Signed |
|---------|----------------|-------------------|----------|
| 02/25/15 0335 | CBC w/ Differential | Brandwene,Elliott L, ACT | Yes |
| 02/25/15 0335 | CMP Comp Metabolic Panel CMP | Brandwene,Elliott L, ACT | Yes |
| 02/25/15 0335 | Cardiac Panel Baseline | Brandwene,Elliott L, ACT | Yes |
| 02/25/15 0335 | XR Chest 1V Portable | Brandwene,Elliott L, ACT | Yes |
| 02/25/15 0335 | EKG/ ECG | Brandwene,Elliott L, ACT | Yes |
| 02/25/15 0400 | HYDROmorphone Inj (Dilaudid... | Brandwene,Elliott L, ACT | Yes |
| 02/25/15 0400 | Ondansetron ODT (Zofran ODT) | Brandwene,Elliott L, ACT | Yes |
| 02/25/15 0452 | Insulin Regular (HumuLIN R) | Brandwene,Elliott L, ACT | Yes |
| 02/25/15 0452 | Insulin Regular (HumuLIN R) | Brandwene,Elliott L, ACT | N/A |
| 02/25/15 0604 | HYDROmorphone Inj (Dilaudid... | Brandwene,Elliott L, ACT | Yes |
| 02/25/15 0808 | Glucose Bedside | Brandwene,Elliott L, ACT | N/A |

### DEPARTURE

**Primary Impression:**
ESRD (end stage renal disease) on dialysis

```
 ""TIERREZ,CYNTHIA        Acct# SV0083448385        Unit# SM02706496
  /Sex 33/F    DOB 07/31/1981
  status DEP ER
```

```
DATE: 03/27/15 @ 0023          Northern California EDM *LIVE*              PAGE 14
USER: EDM MNR                        ED Summary Report
```

## Santa Rosa Memorial

```
   .ent: GUTIERREZ,CYNTHIA          02/25/15 0341  Room          Acct# SV0083448385
Age/Sex 33/F        DOB 07/31/1981  Height 5 ft  3 in            Unit# SM02706496
Status DEP ER                       Weight 56.000 kg             Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                            PC.Phys Southwest Community,Health Cli
```

**Secondary Impressions:**
Chronic pain
Anemia
Neuropathy
Poorly controlled diabetes mellitus
**Disposition:** Discharge Home          **Departure Date/Time:** 02/25/15 - 0702
**Comment:**
**Condition:** Stable

**Referrals:**
Southwest Community,Health Cli
751 Lombardi Ct
Santa Rosa, CA 95407
Phone:  707-547-2222      Fax: 707-547-2229

**Pt Instructions:** AFTERCARE, ED Chronic Pain, ED Chronic Renal Failure, Diabetic Neuropathy

**Additional Instructions:**
 Please follow up at dialysis as scheduled tomorrow, and return to the emergency department
 sooner for worsening symptoms or any other concerns.

**Care Plan:**

   arture Forms:

**Departure Screen :**

### PRESCRIPTIONS

| Prescription/Reported Meds | Type | Issued | Provider | Entered |
|---|---|---|---|---|
| HYDROCODONE BIT/ACETAMINOPHEN (NORCO 10-325 TABLET) | 10 Rx | 02/25/15 | BRAEL001 | 02/25/15 |
| Mg/325 Mg Tab | | | | |
| 1 TAB PO Every 6 Hours As needed for PAIN, Moderate | | | | |
| to Severe(4-10), #20 TAB | | | | |

### CARE PROVIDERS

**Staff History:**
    ED Physician:
    02/25/15  0334 Brandwene,Elliott L, ACT
    Practitioner:
    Nurse:
    02/25/15  0502 Cameron,Johnnie, RN

```
 ~TIERREZ,CYNTHIA            Acct# SV0083448385        Unit# SM02706496
   /Sex 33/F       DOB 07/31/1981
   tus DEP ER
```

268

| TRIAGE TIME | ROOM | EXAM RM TIME | COMPUTER OUT | ACUITY LEVEL | MODE OF ARRIVAL | WALKED | W/C | CARRIED | STRETCHER |
|---|---|---|---|---|---|---|---|---|---|
| 0726 | 25 | 0728 | | (1) 2 3 4 5 | MEDICS UNIT# | | | OTHER | |

**CHIEF COMPLAINT** Cardiac arrest

| PAIN | NOW ___/10 | MAX ___/10 | TIGHTNESS | BURNING |
|---|---|---|---|---|
| | FLACC ___/10 | NIPS ___/7 | PRESSURE | ACHING |
| RADIATION _____ | | | SHARP/STABBING | THROBBING |

AM visit then DC sent pt. in waiting room
INTERVENTION PTA 2mg dilaudid, 4mg Zofran, 15 units Humulin R ☐ SPINAL PRECAUTIONS    R.N. SIG _____

TIME: ___ INITIALS: ___ **NURSING ASSESSMENT** ◯ = pos / — = neg

**NEUROLOGIC** ☐ N/A
Alert / Verbal / Pain / (Unresponsive)
Oriented to:
Person / Place / Time / Event
None / Age Appropriate
Cooperative / Agitated / Anxious
Combative / Lethargic / Aphasic
Cry Vigorous Weak Hi pitch
Weakness / Numbness
UE / LE    R / L
Ms Tone WNL Hypo Hyper
Ant Font Soft/Flat Sunk Bulg

**CARDIOVASCULAR** ☐ N/A
Pink / (Pale) / Flushed
Warm / Cool
(Dry) / Moist / Diaphoretic
JVD / Pedal Edema
Pulses _____
Rhythm PEA / rate 38
Cap Refill _____
Heart Sounds _____

**RESPIRATORY** ☐ N/A
Regular / Irregular    Apneic
Labored / Unlabored
Clear      R / L / Bilat
Crackles ☐ ☐ ☐
Rhonchi ☐ ☐ ☐
Wheezes ☐ ☐ ☐
Diminished ☐ ☐ ☐
Absent ☒ ☒
Stridor   Grunting
Nasal Flaring / Retractions
Cough Nonprod / Prod

**ABDOMEN / GU** ☐ N/A
B.S. Present / Absent
(Soft) / Firm
Non-tender / Tender
(Distended)
N / V / D / Constipated
Urinary △
Dysuria
Vag. Bleed / Discharge
Jaundice

**MUSCULOSKELETAL** ☒ N/A
CSM Intact / Baseline / MAEW
Deformity / Abnormal Gait
Laceration
Bldg _____
Rash / Burn / Abrasion
Discolored
Ear   Pulling   R L
Pain   R L

| BP | P | R | PULSE OX | O₂/RA | T. | | VISUAL AC | OD | OS | OU | LMP | PREG | LACT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 212/128 | 150 | 52 | 100 | bag mask | 99.4 ax | ORAL RECTAL TEMPORAL | ☐ CR ☐ UNC | 20/___ | 20/___ | 20/___ | G ___ | P ___ | AB ___ |

**SCREENINGS FOR:** TB  FALL RISK  ISO

SUICIDE  ABUSE _____
Learning Barriers _____
LEP ___ ☐ INTERPRETER

**PMHx** None  HTN  MI _____ Stent  Dysrhy _____ HF  PPM / AICD  CABG _____
Asthma  COPD  Pneu  (Renal Failure)  (Dialysis)  Kidney Dis  Migraine  TIA CVA  Trauma
Alz/Dementia  Seizure  NIDDM  (IDDM)  Thyroid  GERD  PUD  Pancreatitis  Liver Dis
Psych _____ Appy Chole  Hyster  Hepatitis HIV CA  Recent Inf
Soc Hx  ETOH  Rec Drugs  Smoker _____ PPD  Lives Alone _____

| | ☐ STATED | BROSELOW |
|---|---|---|
| | ☐ MEASURED | |
| ___ kg | ☐ ESTIMATED | |
| | ☐ STATED | IMMUNIZATIONS |
| | ☐ MEASURED | / TETANUS |
| HT ___ | ☐ ESTIMATED | |

| TIME 0727 | # Attempts | IV #1 | TIME | # Attempts | IV #2 | TIME 0728 | **ENDOTRACHEAL TUBE** | **VENTILATOR MODE** ACDC |
|---|---|---|---|---|---|---|---|---|

DISCONTINUED CATH INTACT ☐    DISCONTINUED CATH INTACT ☐
INIT MK  SITE RAC  SIZE 20g    INIT ___ SITE ___ SIZE ___

INSERTED BY Lauterbach  RATE 14
SIZE 8.0 ett / 24 /CM LIPS  FIO₂ 100  Vt 400
PLACEMENT CONFIRMED  (ETCO₂)  PEEP 5  PS ___
EID  (BS)  (RISE/FALL)  CXR

**I.V. FLUIDS**

| TIME | BAG # | VOLUME TYPE | BOLUS VOLUME | RATE | RN INIT | VOL. INFUSED | TIME DONE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| INTAKE | TIME | TYPE | AMOUNT | | OUTPUT | TIME | TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| TOTAL INTAKE ___ mL | | | | | TOTAL OUTPUT ___ mL | | | |

TIME 0759  **NASOGASTRIC TUBE**
INSERTED BY Deb Bishop
SIZE 18   PLACEMENT ✓
COLOR reddish/brown
GUIAC: + −   RES VOL. 20

TIME 0815  **URINARY CATHETER**
INSERTED BY Deb Bishop
CATH SIZE 16 ☐ URINE METER
APPEARANCE
☐ CLEAR ☒ CLOUDY ☐ GROSS BLOOD
COLOR yellow  RES VOL. ___

| URINE DIP | Leuko ___ | pH ___ | Bilirubin ___ |
|---|---|---|---|
| | Nitrates ___ | Blood ___ | Glucose ___ |
| | Urobili ___ | Spec Gr ___ | |
| CLEAN / CATH | Protein ___ | Ketone ___ | Initials ___ |

# Santa Rosa Memorial Hospital ✚
## ST. JOSEPH HEALTH SYSTEM

### PATIENT CARE RECORD
### EMERGENCY DEPARTMENT

PATIENT ID    SV83448563

CAT      REG ER
GUTIERREZ, CYNTHIA
SMO2706496  07/31/1981 33
02/25/15 NSMED    F
Lauterbach, Stewart A

2297 (4/20/09) Page 1 of 2

000263

SRMH(2) 19670

| ORDER SETS | TIME/INT | Rad/Int | MD TIME | RADIOLOGY | TIME/INT | Rad/INT | MD TIME | LABORATORY/OTHER | TIME/INT |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Abd Pain < 50 | | | | ☐ CXR   Port   Pa/Lat | | | | ☐ CBC | |
| ☐ Abd Pain > 50 | | | | ☐ C-Spine   AP/Lat | | | | ☐ BMP | |
| ☐ Chest Pain < 30    PA/Lat | | | | ☐ Pelvis   AP | | | | ☐ CMP | |
| ☐ Chest Pain > 30   ☐ pCXR ☐ PA/LAT | | | | ☐ Hip/Pelvis.   R   L | | | | ☐ BNP | |
| ☐ CVA   CTH pCXR | | | | | | | | ☐ HCG: Quan  Qual | |
| ☐ Sepsis Adult  ☐ pCXR ☐ PA/LAT | | | | **CT** | | | | ☐ Lipase | |
| ☐ OD/Psych | | | | | | | | ☐ PT/INR | |
| ☐ Vag Bleed | | | | | | | | ☐ D-Dimer | |
| ☐ Hip Fracture   Hip/Pel pCXR | | | | ☐ Brain (NC)  ALOC  HA  CVA | | | | ☐ Chlam/GC PCR | |
| ☐ Seizure, Afeb, Recur | | | | ☐ Chest: ☐ Cont  ☐ NC | | | | ☐ Cardiac Markers | |
| ☐ GI Bleed | | | | AO Dissec    PE    Trauma | | | | ☐ ABG | |
| ☐ Syncope > 35   ☐ pCXR ☐ PA/LAT | | | | ☐ Spine | | | | ☐ DSU | |
| ☐ Syncope < 35 | | | | ☐ ABD/PEL | | | | ☐ Unne  Clean  Cath | |
| ☐ CSF Fluid | | | | AAA   Appy   Stone   Divertic | | | | Dip  UA  C&S | |
| **OTHER ORDERS** | | | | Remark: _____ | | | | ☐ Bld Cult:  1  2  3 | |
| | | | | Contrast. ☐ None  ☐ IV  ☐ ORAL | | | | ☐ ECG + Rhythm St | |
| | | | | ☐ 1 hour   ☐ 2 hour | | | | ☐ Repeat ECG | |
| | | | | **US** | | | | **BBK** | |
| | | | | ☐ ABD: | | | | Hold Clot | |
| | | | | ☐ Scrotal: | | | | Type/Screen | |
| | | | | ☐ DVT:  R   L   B | | | | Type/Cross | |
| | | | | ☐ Pelvis. | | | | (PC) x _____ Units | |
| | | | | IUP   Retain Prod   Ovar Tors | | | | (PLT) x _____ Units | |
| | | | | | | | | (FFP) x _____ Units | |

**NOTES**

0742- BS is 200 on bedside glucometer *[signature]*

0745- Late entry- Patient was discharged this am
and went out to waiting room. Pt. told staff she
was going to sit in waiting room. Pt then went
into cardiac arrest *[signature]*

☐ Questionable diagnostic picture, delay in the diagnosis of pneumonia at the time of admission

MD CHART COMPLETE
Y   N

I have reviewed the patient's list of home medications to determine their impact on this visit. Any changes to those medications are reflected in the discharge instructions.

MD SIGNATURE _____ TIME _____   ☐ TEMPLATE
☐ DICTATE # _____

**PATIENT DISPOSITION:**

TIME _____

INITIALS _____

WHEELCHAIR/AMBULATORY
STRETCHER/CARRIED

**DISCHARGE**   ☐ HOME
☐ OTHER _____
☐ VITALS/PAIN
☐ INSTRUCTIONS REC'D AND
VERBALIZED UNDERSTANDING
☐ INTERPRETER

**ADMIT**
TO _____
REPORT TO _____
REPORT TIME _____
☐ BELONGINGS LIST DONE

**OTHER:**
☐ TRANSFER TO:
☐ CUSTODY
☐ AMA
☐ BEF/LWOT

☐ EXPIRED
☐ MORTUARY
☐ SRMH MORGUE
☐ CORONER

| Initials | Signature | Initials | Signature |
|---|---|---|---|
| mc | *[signature]* | | |

PATIENT IDENTIFICATION

SV83448563

CAT        REG ER
**GUTIERREZ,CYNTHIA**
SMO2706496   07/31/1981  33      F
02/25/15 NSMED
Lauterbach,Stewart A
        02/25/15 NSMED            150        F

**Santa Rosa Memorial Hospital** ✚
ST. JOSEPH
HEALTH SYSTEM

2297 (4/20/09) Page 2 of 2

000244

SRMH(2) 19671

Pg ___ of ___

**NURSING NOTES**

| | TIME | 0730 | 0730 | 0800 | 0800 | 0815 | 0830 | | |
|---|---|---|---|---|---|---|---|---|---|
| **CARDIAC** | NIBP ABP BP | 212 128 | 210 119 | 160 86 | 167 46 | 159 85 | 143 73 | | |
| | MAP | | 133 | 108 | 113 | 113 | 97 | | |
| | HR | 150 | 152 | 111 | 103 | 94 | 88 | | |
| | RHYTHM | ST | ST | ST | ST | SR | SR | | |
| **RESP** | RATE | 52 | 28 | 14 | 14 | 16 | 14 | | |
| | O₂ SAT | 100 | 100 | 100 | 100 | 100 | 100 | | |
| | RA NRM NC L/min | Vent | Vent | Vent | Vent | Vent | ✓ | | |
| **PAN TEMP** | ORAL TEMPORAL | | | 94.4 ax | | | | | |
| | RECTAL | | | | | | | | |
| | /10 | | | | | | | | |
| **NEURO** | EYE | 1 | 1 | 1 | 1 | 1 | 1 | | |
| | VERBAL | 1 | 1 | 1 | 1 | 1 | 1 | | |
| | MOTOR | 1 | 1 | 1 | 1 | 1 | 1 | | |
| | GCS | 3 | 3 | 3 | 3 | 3 | 3 | | |
| **PUPILS** | R SIZE RXN | | 3 Fixed | 3 Fixed | | | | | |
| | L SIZE RXN | | 4 Fixed | 4 Fixed | | | | | |
| **DRIPS** | Propofol mcg/kg/min | | | 20 | | | | | |
| **OTHER** | | | | | | | | | |

Nursing Notes:
0828 - Lisa from lab. Critical lab BNP >5000. Pt to CT — ao
0837 - Report to RN Nancy, pt to ICU Rm 216 from CT — ao

| PUPIL SIZE: MM | | GLASGOW COMA SCALE | EYE OPENING | VERBAL | MOTOR |
|---|---|---|---|---|---|
| o  O  O  O  O | | | 4 - SPONTANEOUS | 5 - ORIENTED   2 - INCOMP. | 6 - OBEYS   3 - ABD. FLEXION |
| | | | 3 - TO SPEECH | 4 - CONFUSED   SOUNDS | 5 - LOCALIZES   2 - EXT. RESPONSE |
| 2  3  4.  5  6 | | | 2 - TO PAIN | 3 - INAPP. WORDS 1 - NONE | 4 - WITHDRAWS   1 - NONE |
| | | | 1 - NONE | | |

| TIME | PHYSICIAN ORDERS | TIME DONE | INIT | TREATMENT RESPONSE |
|---|---|---|---|---|
| 0750 | 1 Propofol per protocol | 0750 | DB | 20 mcg/kg/min |
| | 2 | | | |
| | 3 | | | |
| | 4 | | | |
| | 5 | | | |
| | 6 | | | |
| | 7 | | | |
| | 8 | | | |
| | 9 | | | |
| | 10 | | | |

All orders are a one time frequency, unless otherwise written.        Ordered By: _____ MD

| Initials | Signature | Initials | Signature |
|---|---|---|---|
| mrl | [signature] RN | DB | D Bishop RN |

**Santa Rosa Memorial Hospital** ✚
ST. JOSEPH HEALTH SYSTEM

**PATIENT MONITORING RECORD**

7010-006 (9/16/08)

SV83448563
CAT          REG ER
GUTIERREZ, CYNTHIA
SM02706496   07/31/1981 33      F
02/25/15 NSMED
Lauterbach, Stewart A
SRMH(2) 19672
000245

| TRIAGE TIME | ROOM | EXAM RM TIME | COMPUTER OUT | ACUITY LEVEL | MODE OF ARRIVAL | WALKED | W/C | CARRIED | STRETCHER |
|---|---|---|---|---|---|---|---|---|---|
| 0726 | 25 | 0728 | | (1) 2 3 4 5 | MEDICS UNIT# | | | OTHER | |

**CHIEF COMPLAINT**
Cardiac arrest

| PAIN | NOW ___/10 | MAX ___/10 | TIGHTNESS | BURNING |
|---|---|---|---|---|
| | FLACC ___/10 | NIPS ___/7 | PRESSURE | ACHING |
| RADIATION _____ | | | SHARP/STABBING | THROBBING |

At visit then DC and pt. in waiting room
INTERVENTION PTA 2mg dilaudid, 4mg zofran, 15units Humulin R   ☐ SPINAL PRECAUTIONS    R.N. SIG _____

**NURSING ASSESSMENT**    ○ = pos    / = neg

**NEUROLOGIC** ☐ N/A
Alert / Verbal / Pain / (Unresponsive)
Oriented to:
Person / Place / Time / Event
None / Age Appropriate
Cooperative / Agitated / Anxious
Combative / Lethargic / Aphasic
Cry  Vigorous  Weak  Hi pitch .
Weakness / Numbness
    UE / LE        R / L
Ms Tone  WNL  Hypo  Hyper
Ant Font  Soft/Flat  Sunk  Bulg

**CARDIOVASCULAR** ☐ N/A
Pink / Pale / Flushed
Warm / Cool
(Dry) Moist / Diaphoretic
JVD / Pedal Edema
Pulses _____
Rhythm  PEA / rate 38
Cap Refill _____
Heart Sounds _____

**RESPIRATORY** ☐ N/A
Regular / Irregular
Labored / Unlabored    Apneic
Clear        R / L    Bilat
  Crackles  ☐ ☐ ☐
  Rhonchi   ☐ ☐ ☐
  Wheezes   ☐ ☐ ☐
  Diminished ☐ ☐ ☐
  Absent    ☒ ☒ ☐
Stridor  Grunting
Nasal Flaring / Retractions
Cough Nonprod / Prod

**ABDOMEN / GU** ☐ N/A
B.S. Present / Absent
Soft / Firm
Non-tender / Tender
(Distended)
N / V / D / Constipated
Urinary △
Dysuria
Vag. Bleed / Discharge
Jaundice

**MUSCULOSKELETAL** ☒ N/A
CSM Intact / Baseline / MAEW
Deformity / Abnormal Gait
Laceration
  Bldg _____
Rash / Burn / Abrasion
Discolored
Ear  Pulling   R  L
     Pain      R  L

| BP | P | R | PULSE OX | O₂ / RA | T | ORAL RECTAL TEMPORAL | VISUAL AC: | OD | OS | OU | LMP | PREG | LACT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 212/128 | 150 | 52 | 100 | bag mask | 99.4 ax | | ☐ CR | | | | G ___ | P ___ | AB ___ |
| | | | | | | | ☐ UNC | 20/__ | 20/__ | 20/__ | | | |

**SCREENINGS FOR:**   TB   FALL RISK   ISO
SUICIDE  ABUSE _____
Learning Barriers _____
LEP _____   ☐ INTERPRETER
☐ STATED   BROSELOW
☐ MEASURED
WT. ___ kg ☐ ESTIMATED
☐ STATED   IMMUNIZATIONS
☐ MEASURED / TETANUS
HT. ___ ☐ ESTIMATED

**PMHx**   None   HTN   MI   Stent   Dysrhy   HF   PPM / AICD   CABG
Asthma   COPD   Pneu   (Renal Failure)  (Dialysis)   Kidney Dis   Migraine   TIA CVA   Trauma
Alz/Dementia   Seizure   NIDDM  (IDDM)  Thyroid   GERD   PUD   Pancreatitis   Liver Dis
Psych _____   Appy  Chole   Hyster   Hepatitis  HIV  CA   Recent Inf
**Soc Hx**   ETOH   Rec Drugs   Smoker ___ PPD   Lives Alone ___

| TIME | IV #1 | TIME | IV #2 | | TIME | ENDOTRACHEAL TUBE | VENTILATOR MODE | ACDC |
|---|---|---|---|---|---|---|---|---|
| 0727 | 1 # Attempts | | # Attempts | | 0728 | INSERTED BY Lauterbach | RATE 14 | |

DISCONTINUED CATH INTACT ☐         DISCONTINUED CATH INTACT ☐
INIT ___ SITE R/AC SIZE 20g       INIT ___ SITE ___ SIZE ___

SIZE 8.0 ett/24 /CM LIPS    FiO₂ 100   Vt 400

PLACEMENT CONFIRMED  ETCO₂    PEEP 5    PS ___
EID   BS  (RISE/FALL)  CXR

**IV FLUIDS**

| TIME | BAG # | VOLUME TYPE | BOLUS TIME | BOLUS VOLUME | RATE | RN INIT | VOL. INFUSED | TIME DONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| TIME | NASOGASTRIC TUBE | TIME | URINARY CATHETER |
|---|---|---|---|
| 0757 | INSERTED BY Deb Bishop | 0815 | INSERTED BY Deb Bishop |

SIZE 18   PLACEMENT ✓         CATH SIZE 16  ☒ URINE METER
COLOR reddish/brown         **APPEARANCE** ☐ CLEAR ☒ CLOUDY ☐ GROSS BLOOD
GUIAC: + −   RES VOL 20     COLOR yellow  RES VOL ___

| | TIME | TYPE | AMOUNT | | TIME | TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|
| INTAKE | | | | OUTPUT | | | |

**URINE DIP**
Leuko ___   pH ___   Bilirubin ___
Nitrates ___   Blood ___   Glucose ___
Urobili ___   Spec Gr ___   Initials ___

CLEAN / CATH

TOTAL INTAKE ___ mL        TOTAL OUTPUT ___ mL

SV83448563

# Santa Rosa Memorial Hospital ✠
## ST. JOSEPH HEALTH SYSTEM
### PATIENT CARE RECORD
EMERGENCY DEPARTMENT

PATIENT IDENTIFI___
CAT       REG ER
GUTIERREZ, CYNTHIA
SMO2706496   07/31/1981  33    F
02/25/15 NSMED
Lauterbach, Stewart A

2297 (4/20/09) Page 1 of 2

000246        SRMH(2) 19674

| MD TIME | ORDER SETS | TIME/INT | Rad / Int | MD TIME | RADIOLOGY | TIME/INT | Rad/INT | MD TIME | LABORATORY/OTHER | TIME/INT |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ Abd Pain < 50 | | | | ☐ CXR:  Port  Pa/Lat | | | | ☐ CBC | |
| | ☐ Abd Pain > 50 | CT per MD ord | | | ☐ C-Spine  AP/Lat | | | | ☐ BMP | |
| | ☐ Chest Pain < 30 | PA/Lat | | | ☐ Pelvis  AP | | | | ☐ CMP | |
| | ☐ Chest Pain > 30 | ☐ pCXR ☐ PA/Lat | | | ☐ Hip/Pelvis:  R   L | | | | ☐ BNP | |
| | ☐ CVA | CTH pCXR | | | | | | | ☐ HCG:  Quan  Qual | |
| | ☐ Sepsis Adult | ☐ pCXR ☐ PA/Lat | | | | | | | ☐ Lipase | |
| | ☐ OD/Psych | | | | | | | | ☐ PT/INR | |
| | ☐ Vag Bleed | | | | CT | | | | ☐ D-Dimer | |
| | ☐ Hip Fracture | Hip/Pel pCXR | | | ☐ Brain (NC): ALOC  HA  CVA | | | | ☐ Chlam/GC PCR | |
| | ☐ Seizure, Afeb, Recur | | | | ☐ Chest:  Cont  NC | | | | ☐ Cardiac Markers | |
| | ☐ GI Bleed | | | | AO Dissec  PE  Trauma | | | | ☐ ABG | |
| | ☐ Syncope > 35 | ☐ pCXR ☐ PA/LAT | | | ☐ Spine | | | | ☐ DSU | |
| | ☐ Syncope < 35 | | | | ☐ ABD/PEL | | | | ☐ Urine:  Clean  Cath | |
| | ☐ CSF Fluid | | | | | | | | Dip  UA  C&S | |
| | **OTHER ORDERS** | | | | AAA   Appy   Stone   Divertic | | | | ☐ Bld Cult:  1  2  3 | |
| | | | | | Remark: _____ | | | | ☐ ECG + Rhythm St | |
| | | | | | Contrast: ☐ None ☐ IV ☐ ORAL | | | | ☐ Repeat ECG | |
| | | | | | ☐ 1 hour ☐ 2 hour | | | | | |
| | | | | | **US** | | | | **BBK** | |
| | | | | | ☐ ABD: | | | | Hold Clot | |
| | | | | | ☐ Scrotal: | | | | Type/Screen | |
| | | | | | ☐ DVT:  R   L   B | | | | Type/Cross | |
| | | | | | ☐ Pelvis: | | (PC) x _____ Units | | | |
| | | | | | IUP  Retain Prod  Ovar Tors | | (PLT) x _____ Units | | | |
| | | | | | | | (FFP) x _____ Units | | | |

**NOTES** 0742- BS is 200 on bedside glucometer. ___ RN

0745- Late entry - Patient was discharged this am and went out to waiting room. Pt. told staff she was going to sit in waiting room. Pt. then went into cardiac arrest. ___ RN

☐ Questionable diagnostic picture, delay in the diagnosis of pneumonia at the time of admission

MD CHART COMPLETE   Y  N

I have reviewed the patient's list of home medications to determine their impact on this visit. Any changes to those medications are reflected in the discharge instructions.

MD SIGNATURE _____   TIME _____   ☐ TEMPLATE   ☐ DICTATE # _____

**PATIENT DISPOSITION**
TIME _____
INITIALS _____
WHEELCHAIR/AMBULATORY
STRETCHER/CARRIED

**DISCHARGE** ☐ HOME
☐ OTHER_____
☐ VITALS/PAIN
☐ INSTRUCTIONS REC'D AND VERBALIZED UNDERSTANDING
☐ INTERPRETER

**ADMIT**
TO _____
REPORT TO _____
REPORT TIME _____
☐ BELONGINGS LIST DONE

**OTHER:**
☐ TRANSFER TO:_____
☐ CUSTODY        ☐ EXPIRED
☐ AMA            ☐ MORTUARY
☐ BEF/LWOT       ☐ SRMH MORGUE
                 ☐ CORONER

| Initials | Signature | Initials | Signature |
|---|---|---|---|
| MM | ___ RN | | |

PATIENT IDENTIFICATION

SV83448563

CAT          REG ER
GUTIERREZ, CYNTHIA
SM02706496  07/31/1981  33    F
02/25/15 NSMED
Lauterbach, Stewart A
04/25/15 NSMED

**Santa Rosa Memorial Hospital** ✚
ST. JOSEPH HEALTH SYSTEM

2297 (4/20/09) Page 2 of 2

SRMH(2) 19675

Pg ___ of ___

| | | TIME | 0740 | 0740 | 0800 | 0800 | 0815 | 0833 | NURSING NOTES |
|---|---|---|---|---|---|---|---|---|---|
| CARDIAC | NIBP  ABP | BP | 92 / 128 | 210 / 114 | 160 / 86 | 169 / 96 | 154 / 85 | 195 / 97 | 0828- Lisa from lab. Critical lab BNP >5000. Pt to CT. ↗ |
| | | MAP | | 133 | 108 | 113 | 113 | 97 | 0837- Report to RN Nancy, pt to ICU Rm 208 from CT— ↗ |
| | | HR | 150 | 152 | 111 | 103 | 94 | 88 | |
| | | RHYTHM | ST | ST | ST | ST | SR | SR | |
| RESP | | RATE | 52 | 28 | 14 | 14 | 16 | 14 | |
| | O₂ SAT | | 100 | 100 | 100 | 100 | 100 | 100 | |
| | RA NRM NC L/min | | Vent | Vent | Vent | Vent | Vent | √ | |
| TEMP | ORAL TEMPORAL RECTAL | | | 94.4 | | | | | |
| PAIN | /10 | | | | | | | | |
| NEURO | | EYE | 1 | 1 | 1 | 1 | 1 | 1 | |
| | | VERBAL | 1 | 1 | 1 | 1 | 1 | 1 | |
| | | MOTOR | 1 | 1 | 1 | 1 | 1 | 1 | |
| | | GCS | 3 | 3 | 3 | 3 | 3 | 3 | |
| | PUPILS R | SIZE RXN | | 3 | 3 Fixed | 3 Fixed | | | |
| | PUPILS L | SIZE RXN | | 4 | 4 Fixed | 4 Fixed | | | |
| IV DRIPS | | Propofol mcg/kg/min | | | 20 | | | | |
| OTHER | | | | | | | | | |

| PUPIL SIZE: MM | GLASGOW COMA SCALE | EYE OPENING | VERBAL | | MOTOR | |
|---|---|---|---|---|---|---|
| ○ ○ ○ ○ ○<br>2  3  4  5  6 | | 4 - SPONTANEOUS<br>3 - TO SPEECH<br>2 - TO PAIN<br>1 - NONE | 5 - ORIENTED   2 - INCOMP.<br>4 - CONFUSED       SOUNDS<br>3 - INAPP. WORDS 1 - NONE | | 6 - OBEYS         3 - ABD. FLEXION<br>5 - LOCALIZES   2 - EXT. RESPONSE<br>4 - WITHDRAWS  1 - NONE | |

| TIME | | PHYSICIAN ORDERS | TIME DONE | INIT | TREATMENT RESPONSE |
|---|---|---|---|---|---|
| 0750 | 1 | Propofol per protocol | 0750 | DB | 20mcg/kg/min |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |
| | 6 | | | | |
| | 7 | | | | |
| | 8 | | | | |
| | 9 | | | | |
| | 10 | | | | |

All orders are a one time frequency, unless otherwise written.   Ordered By: _____   MD

| Initials | Signature | Initials | Signature |
|---|---|---|---|
| mml | | DB | D Bishop RN |

SV83448563

# Santa Rosa Memorial Hospital ✚
## ST. JOSEPH HEALTH SYSTEM

PATIENT MONITORING RECORD

000248

CAT          REG ER
GUTIERREZ , CYNTHIA
SM02706496   07/31/1981 33      F
02/25/15 NSMED
Lauterbach, Stewart   SRMH(2) 19676

7010-006 (9/16/09)

# SANTA ROSA MEMORIAL HOSPITAL

## CODE BLUE RECORD

DATE 2/25/15  TIME  LOCATION OF ARREST: ER waiting room  DISCOVERED BY: Bystander

TIME CPR BEGAN: 0336  TEAM ARRIVAL TIME: 0336

SV93448563

CNT ____ REG ER
GUTIERREZ, CYNTHIA
SM02706496  07/31/1981 33
02/25/15 NINED
Lauterbach,Stewart R

PT. ADDRESSOGRAPH

TYPE OF ARREST:
☒ Cardiac  ☐ Witnessed
☐ Respiratory  ☒ Unwitnessed
☐ Vent. Tach  

☐ Asystole
☐ Vent. Fib.
☐ Unknown

Q. THERAPY PRIOR TO ARREST: N/A

Q. THERAPY POST ARREST:
Bag valve mask / ventilator
Intube By: Lauterbach

Intubation Route: ☐ NASAL ☒ ORAL
☒ ENDOTRACHEAL TUBE
Time: 0336  Size:
cm at lips: 24cm
Mode of Vent: ☒ bag / mask
☒ ventilator

TELEMETRY? ☒ YES ☐ NO

PATIENT'S ADMITTING DIAGNOSIS: Code blue

PRECIPITATING EVENTS: Patient was discharged and was sitting out in waiting room. Pt. went into cardiac arrest in waiting room. CPR en route to ER found by ER nursing staff

| TIME | RHYTHM | HR | RESP | Blood Pressure | Amiodarone | Atropine | CaCl | Cardizem | Epi | Lidocaine | NaHCO₃ | NTG | ENERGY | DEFIBRILLATION RHYTHM PRE | POST | TIME | BLOOD GASES pH | pO₂ | pCO₂ | K+ | PROCEDURES/ TIME PERFORMED/ LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0336 | PEA | 58 | Intubated 52 | | | | | | 1amp 0336 | | | | | | | CPR in progress | | | | | ☒ O₂ 0336 0:3000 |
| 0334 | ST | 150 | 52 | 212/128 | | | | | 1amp 0334 | | | +pulses/+heart movement with WS | | | | | | | | | ☒ Foley 0:3000 |
| 0336 | ST | 152 | 87 | 210/119 | | | | | | | | | | | | | | | | | | ☒ Other IV 0327 |

### IV MEDICATION DRIPS

| MEDICATION | START TIME | RATE | MEDICATION | START TIME | RATE |
|---|---|---|---|---|---|
| EPINEPHRINE 2mg/250mL D₅W | | | NTG 50mg/250mL D₅W | | |
| NIPRIDE 50mg/250mL D₅W | | | AMIODARONE 200mg/50mL D₅W | | |
| LIDOCAINE 2G/500mL D₅W | | | | | |
| DOPAMINE 400mg/250mL D₅W | | | | | |

OTHER:

TIME RESUSCITATION ENDED: 0336

PATIENT TRANSFERRED TO:

TEAM MEMBER SIGNATURES: Lauterbach

RECORDING NURSE: M. Giesinas

Patient (CIRCLE ONE): SURVIVED / EXPIRED
Family: PRESENT / NOTIFIED BY PHONE
(CIRCLE ONE)

CODE PHYSICIAN: Lauterbach

MEDICATION NURSE: Chad Davis RN

ANESTHESIA:

RESPIRATORY THERAPIST: Dan Bradford

19642 (10/25/04)

SRMH(2) 19692

000249

**Santa Rosa Memorial Hosp.**
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

**MRN#**: SM02706496
**Patient**: GUTIERREZ,CYNTHIA
**Report Status**: Signed
**Documented By**: LAUST001
**Documented Date**: 02/25/15 0742

**Account#**: SV0083448563
**Report Type**: EDPHYRPT
**Report Mnemonic**: PHY.ER
**Report#**: 0225-0094
**Facility**: NSM

### Emergency Department Report

#### ***ADDENDUM***
02/26/15

Addendum: Lauterbach,Stewart A on 2/26/15 @ 11:10

I failed to note in the note below that this patient immediately after the patient was intubated, a large piece of food was aspirated from the ET tube.  This was removed by Dan, our respiratory therapist.  I question if she could have had an aspiration leading to hypoxia, and the collapse.

_____

*This Addendum is not considered FINAL until Signed by a Physician*

Authenticated By:
 <Electronically signed by Stewart A Lauterbach MD>   02/26/15 1113
--------------------------------------------------------------------------------
  Lauterbach, Stewart A MD

cc:

### History of Present Illness
**HPI**
**Service date**
2/25/15
**Time Seen by MD:** 07:41
**Chief complaint:**  full arrest, refer to code record
This is a 33y/o female that was seen here overnight in the ER, discharged this morning.  She was sitting out in the waiting room when a patient's family member noticed she looked unresponsive.  ER staff responded immediately and started CPR.  Patient has a known history of ESRD.  HPI is otherwise limited secondary to patient condition.
**Location:**  hospital
**Onset/Duration/Timing:**  started approximately - 0720 this morning
**Related symptoms:**  : - unknown

### Past Medical History
**Coded Allergies:**
   No Known Allergies (Unverified , 2/25/15)
      per huisband, no known allergies

**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:** Kang,Hyun
**MRN#:** SM02706496

000257

SRMH(2) 21009

**Santa Rosa Memorial Hosp.**
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

**Active Scripts**
Hydrocodone Bit/Acetaminophen (Norco 10-325 Tablet)10 Mg/325 Mg Tab1 Tab PO Q6HR PRN (PAIN, Moderate to Severe(4-10)) #20 TAB
  Prov:Brandwene,Elliott L           2/25/15
Oxycodone Hcl/Acetaminophen (Percocet 10-325 Mg Tablet)1 Each Tablet1 Tab PO Q4HR  #10 TAB
  Prov:Brandwene,Elliott L         2/6/15
Hydrocodone Bit/Acetaminophen (Norco 5-325 Tablet)5 Mg/325 Mg Tab1-2 Tab PO Q6H PRN (PAIN, Moderate to Severe(4-10)) #15 TAB
  Prov:Allred,Kendall S      2/1/15
Metoclopramide Hcl (Reglan)10 Mg Tab10 Mg PO ACHS  #120 TAB  Ref 3
  Prov:Altaf,Mujeeb       1/22/15
Hydrocodone Bit/Acetaminophen (Norco 5-325 Tablet)5 Mg/325 Mg Tab1 Tab PO Q6H PRN (PAIN, Mild (1-3)) #30 TAB Ref 0
  Prov:Quang,Angela M      1/16/15
Amlodipine Besylate (Norvasc)5 Mg Tab5 Mg PO DAILY  30 Days
  Prov:Junck,Daniel L       1/5/15
Atorvastatin Calcium (Lipitor)20 Mg Tab20 Mg PO QPM  #30 TAB  Ref 0
  Prov:Quang,Angela M      12/17/14
Furosemide (Lasix)80 Mg Tablet80 Mg PO DAILY  #30 TAB
  Prov:Altaf,Mujeeb       12/3/14
Ondansetron (Zofran Odt)4 Mg Tab.rapdis4 Mg PO BID PRN (NAUSEA/VOMITING) #10 TAB
  Prov:Muller,Ridgely O      11/2/14
**Reported Medications**
Hydralazine Hcl 50 Mg Tablet50 Mg PO BID  #120 TAB
  1/13/15
Metoprolol Tartrate 100 Mg Tablet100 Mg PO BID  #60 TAB
  TO TAKE AM OF SURGERY
  1/13/15
Brimonidine Tartrate (Brimonidine Tartrate 0.2%)5 Ml Drops1 Drop BOTH EYES TID  #5 ML
  6/7/14
Timolol Maleate (Timolol Maleate Ophth Soln 0.5%)10 Ml Drops1 Drop BOTH EYES BID  #10 ML
  6/7/14
Latanoprost 2.5 Ml Drops1 Drop BOTH EYES QPM  #2.5 ML
  6/7/14

## Travel History
Travel and/or hospitalization outside the US in the last 30 days?
**Past medical records:** reviewed
**Endocrine history:** DM type 2, hypothyroidism
**Renal history:** renal failure, dialysis
**Other pertinent history:** chronic pain
**Family history of:** DM
**Smoking Status:** Never A Smoker
**History Of Substance Abuse:** No

## Review of systems
**ROS unobtainable due to:** acuity of condition

## Physical Exam
**Exam**
**Vital signs**

Initial Vital Signs

**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:** Kang,Hyun
**MRN#:** SM02706496

000258

SRMH(2) 21010

### Santa Rosa Memorial Hosp.
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 2/25/15 08:16 | | 116 | | | 100 | | | 100 |
| 2/25/15 08:45 | 97.7 | | 14 | 126/63 | | Ventilator | | |

**Exam limitations:** clinical condition
**General appearance:** unresponsive, : - uremic frost
**Head/ENT:** atraumatic, no airway obstruction
**Respiratory:** lungs clear - after intubation, no spontaneous respirations
**Cardiovascular:** : - pulseless rhythm
**Abdomen:** soft, no distention
**Extremities:** no signs of trauma
**Neurologic:** unresponsive

## Glasgow Coma Scale
**Eye opening:** 1=none
**Verbal response:** 1=none
**Motor response:** 1=no response

## Data
## Vital Signs

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 2/25/15 08:45 | 97.7 | 88 | 14 | 126/63 | 100 | Ventilator | | 40 |
| 2/25/15 08:16 | | 116 | | | 100 | | | 100 |

## Medications Administered
**Given in ED**

| Medications Administered | | | | | |
|---|---|---|---|---|---|
| Medications (Trade) | Dose Ordered | Sig/Sch | Start Time Stop Time | Status | Last Admin Dose Admin |
| Pantoprazole Sodium/Sodium Chloride (Protonix Inj/ Normal Saline) | 100ml @ 10 mls/hr | Q10H | 2/25/15 08:10 | | 2/26/15 04:41 10 MLS/HR |
| Propofol | 100ml @ 0 mls/hr | Q0M PRN | 2/25/15 08:08 | | 2/26/15 08:21 0 MLS/HR |

## Diagnostics & Interpretation
**X-RAY (Interpreted by EP) :**
  **Read by:** Radiologist
  **X-RAY type:** chest
  **# of views:** 1
  **X-RAY positive findings:** : - et low - called nurse - inc dens infilts lll, rul, rll.. stable cm, rt jug
**CT :**
**CT findings**
Head - negative acute

**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:** Kang,Hyun
**MRN#:** SM02706496

000259

SRMH(2) 21011

### Santa Rosa Memorial Hosp.
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

**Result Diagram:**
2/26/15 0614                                    2/26/15 0614



15.5H                                          138 | 97L | 26H
                                               4.4 | 24  | 2.7H  219H

**Lab Results**

Laboratory Tests

| Test | 2/25/15 07:41 | 2/25/15 07:47 | 2/25/15 07:50 | 2/25/15 08:48 |
|---|---|---|---|---|
| POC Glucose | 200 H mg/dL (65-99) | | | 101 H mg/dL (65-99) |
| WBC | | 12.2 H 10^3/uL (3.5-11.0) | | |
| RBC | | 2.78 L 10^6/uL (3.50-5.50) | | |
| Hgb | | 8.1 L g/dL (12.0-15.0) | | |
| Hct | | 26.0 L % (36.0-45.0) | | |
| MCV | | 93  fL (79-95) | | |
| Plt Count | | 163  THD/uL (120-400) | | |
| Manual Differential | | Not Indicated | | |
| Seg Neutrophils % | | 52.9  % (34-64) | | |
| Lymphocytes % | | 36.3  % (19-48) | | |
| Monocytes % | | 7.0  (3-9) | | |
| Eosinophils % | | 2.2  % (0-7) | | |
| Basophils % | | 1.6  % (0-2) | | |
| Anisocytosis | | 2+ | | |
| PT | | 14.5  Sec. (11.9-14.8) | | |
| INR | | 1.10 (0.6-1.4) | | |
| PTT | | 25.8  SEC (23.0-36.3) | | |
| Sodium | | 140  mmol/L (136-144) | | |
| Potassium | | 4.3  mmol/L (3.6-5.1) | | |
| Chloride | | 103  mmol/L (101-111) | | |
| Carbon Dioxide | | 24  mmol/L (22-32) | | |
| Anion Gap | | 13.0 H (3.0-11.0) | | |
| BUN | | 60 H mg/dL (8-20) | | |
| Creatinine | | 4.1 H mg/dL (0.40-1.00) | | |
| Est GFR (African Amer) | | 16 L ml/min | | |

**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:** Kang,Hyun
**MRN#:** SM02706496

### Santa Rosa Memorial Hosp.
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

| | | | |
|---|---|---|---|
| | | (>60) | |
| Est GFR (Non-Af Amer) | | 13 ml/min (>60) | |
| Glucose | | 210 H mg/dL (65-99) | |
| Lactic Acid | | 6.5 *H mmol/L (0.5-2.2) | |
| Calcium | | 9.8  mg/dL (8.9-10.3) | |
| Total Bilirubin | | 0.6  mg/dL (0.3-1.2) | |
| AST | | 42 H IU/L (15-41) | |
| ALT | | 94 H IU/L (14-54) | |
| Alkaline Phosphatase | | 266 H IU/L (32-91) | |
| Rapid CK-MB (CK-2) | | 6.4 H ng/mL (0.6-6.3) | |
| Rapid Troponin I | | < 0.05  ng/mL (<0.05) | |
| Rap B-Natriuretic Pept | | > 5000 *H pg/mL (0-100) | |
| Total Protein | | 6.5  gm/dL (6.1-7.9) | |
| Albumin | | 2.9 L g/dL (3.5-4.8) | |
| Globulin | | 3.6 H gm/dL (2.3-3.5) | |
| ABG pH | | | 7.29 L (7.35-7.45) |
| ABG pCO2 | | | 42.8  mmHg (32-45) |
| ABG pO2 | | | 328.0 H mmHg (83-100) |
| ABG pO2 at Pt Temp | | | 328 H mmHG (83-100) |
| ABG HCO3 | | | 20 L mmol/L (22-26) |
| ABG O2 Saturation | | | 100.0 H % (95-99) |
| ABG Base Excess | | | -5.7 L  (-2 to +2) |

## Medical Decision Making
## Progress Notes
**Progress Note :**
  **Date:**  Feb 25, 2015
  **Time:**  07:45
**Note**
Dr. Kang (ICU) at bedside, he will admit pt


**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:** Kang,Hyun
**MRN#:** SM02706496

000261

SRMH(2) 21013

**Santa Rosa Memorial Hosp.**
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

## Medical decision making/Course
**Course**
This 33-year-old dialysis patient is extremely well known to us in the emergency department for numerous visits with nausea vomiting gastroparesis and also with a history of her multiple complications of diabetes was seen with nausea and vomiting last night.  She was in good shape and the vomiting was brought under control and she was discharged as some many times previously.  Her potassium was noted to be 4.9 in the department.  She was discharged to the lobby and was apparently sitting there when she collapsed to the floor a code was called and our staff responded to the lobby to bring the patient back she's placed on a gurney and CPR started is no palpable pulses are detected she is placed in a critical care room him putting her on the gurney into the critical care room.  CPR was continued she's intubated while the nurses are getting her hooked up to the monitors.  On the cardiac monitor we see a narrow complex relatively bradycardic rhythm regular at perhaps 30.  Given the critical nature of her dialysis port is accessed and her drugs are given via that route she's given calcium and bicarbonate based on the possibility of acute hyperkalemia.  Is followed with epinephrine.  On her initial ultrasound I can see valve motion within the heart but no significant wall motion.  Following the epinephrine her heart rate speeds up and her contractility increases her blood pressure returns stopped and ultimately her heart rate is 150 slowly this drops back down to about 120.  Her examination she is unresponsive she has the appearance of  diabetes and renal failure, no pulses and agonal respiratory efforts.  Dr.

Kang the intensivist is contacted and he comes down to see the patient and will admit her to the intensive care unit.  The nephrologist are contacted.

## Procedures
**Intubation**
**Time of Intubation:**  07:35
**Reason for Intubation:**
arrest
**Assessed for difficult airway:**  Yes
**Intubation Method:**  orotracheal
**Tube size:**  8.0
**Medications:**  : - crash intubation
**Tube placement confirmation:**  condensation in tube, equal chest rise, visualized going through cords
**Intubation complications:**  none
**Post intubation xray:**  position adjusted

## Critical Care
**Critical care time:**  30-74 mins excluding procedures
**Critical care time**

This critical care time did not overlap with any other physicians or include procedures. During this critical care time, the patient was at high risk of life threatening or organ threatening decompensation.

## Disposition
**Latest vital signs**

| Vital Signs | |
|---|---|
| | 2/25/15 08:45 |
| Temp | 97.7 |
| Pulse | 88 |
| Resp | 14 |
| B/P | 126/63 |
| Pulse Ox | 100 |
| O2 Delivery | Ventilator |

**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:** Kang,Hyun
**MRN#:** SM02706496

000262                    SRMH(2) 21014

**Santa Rosa Memorial Hosp.**
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

| FiO2 | 40 |
|------|----|

**Impression:**
    **Primary Impression:** Cardiopulmonary arrest
    **Additional Impression:** ESRD (end stage renal disease) on dialysis
**Condition:** Critical
**Disposition:** Admit Acute Inpt This Fac
**Admit to:** ICU
**Admitting provider:** Dr. Kang

## Attestation
*Documentation prepared by Arnold, Christina M , acting as medical scribe for and in the presence of Dr. Lauterbach 2/25/15 08:08*

All medical record entries made by the scribe were at my direction and in my presence. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally reviewed and agree with the discharge instructions and disposition.

EMR and Dragon Attestation - this medical document was created using an electronic medical record system with Dragon computerized dictation system. Although this document has been carefully reviewed, there may still be some phonetic and typographical errors. These errors are purely typographical, due to imperfections of the software programs, and do not reflect any compromise in the patient's medical care.

Lauterbach,Stewart A                           Feb 25, 2015 07:42
Arnold,Christina M SCRIBE                  Feb 25, 2015 08:09

*This is not considered FINAL until Signed by a Physician*

Authenticated By:
<Electronically signed by Stewart A Lauterbach MD>  02/26/15 0938
---------------------------------------------------------------------------------
   Stewart A Lauterbach

cc:

**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:** Kang,Hyun
**MRN#:** SM02706496

000263

SRMH(2) 21015

```
DATE: 02/25/15 @ 0927        Northern California EDM *LIVE*              PAGE 1
USER: EDM MNR                       ED Summary Report
```

## Santa Rosa Memorial

```
:ient: GUTIERREZ,CYNTHIA          02/25/15 0754  Room S25        Acct# SV0083448563
_e/Sex 33/F       DOB 07/31/1981   Height 5 ft  2 in             Unit# SM02706496
Status ADM IN   (NSMW268-01)       Weight 58.2 kg                Dep'd 02/25/15 0837
ED.Phys Lauterbach,Stewart A                         PC.Phys Southwest Community,Health Cli
```

---
### PATIENT DEMOGRAPHICS
---

```
3492 STONY POINT RD
SANTA ROSA, CA 95407
714-673-1287
Insurance: Partnership Managed Medicaid     PCP: Southwest Community,Health Cli
Next of Kin: HUERTA,JOSE                    Family Doctor:
  Relation: Husband                         Referring:
  Phone: 714-673-1287
```

---
### GENERAL DATA
---

```
ED Physician: Lauterbach,Stewart A, ACT      Arrival Date/Time: 02/25/15 - 0726
Practitioner:                                Triage Date/Time:  02/25/15 - 0726
Nurse: Bishop,Deborah, RN                    Date of Birth:  07/31/1981

Stated Complaint: INDIA,A472/CARDIAC ARREST,RENAL FAILURE
Chief Complaint: Arrest                       Priority: 1
```

---
### HISTORY OF PRESENT ILLNESS
---

*02/25/15 0726 Bishop,Deborah*
History Of Present Illness CODE BLUE FROM WR, SEE PAPER CHART

---
### ALLERGIES
---

Unable to Obtain

---
### HEIGHT & WEIGHT
---

*02/25/15 0835 Aquila,Deborah M*
Weight (Calculated Kilogram) 58.2
Weight Source Bed Scale

*02/25/15 0840 Aquila,Deborah M*
Height (Feet) 5
Height (Inches) 2
Height Measurement Method Estimated
Weight (Calculated Kilogram) 58.2
Weight Source Bed Scale

---
### PAST MEDICAL HISTORY
---

*02/25/15 0812 Arnold,Christina M*
Dialysis Y
Renal Failure Y
Diabetes Mellitus Type 2 Y
Hypothyroidism Y

```
GUTIERREZ,CYNTHIA                 Acct# SV0083448563        Unit# SM02706496
  /Sex 33/F      DOB 07/31/1981
  :atus ADM IN
```

```
DATE: 02/25/15 @ 0927          Northern California EDM *LIVE*                    PAGE 2
USER: EDM MNR                      ED Summary Report
```

## Santa Rosa Memorial

```
 :ient: GUTIERREZ,CYNTHIA          02/25/15 0754   Room S25        Acct# SV0083448563
Age/Sex 33/F        DOB 07/31/1981  Height 5 ft  2 in             Unit# SM02706496
Status ADM IN    (NSMW268-01)       Weight 58.2 kg                Dep'd 02/25/15 0837
ED.Phys Lauterbach,Stewart A                              PC.Phys Southwest Community,Health Cli
```

---

### ASSESSMENTS

**02/25/15   0726     ED Adult Triage Assessment**                    *Bishop,Deborah, RN*
History Of Present Illness CODE BLUE FROM WR, SEE PAPER CHART
Traveled Or Hospitalized Outside USA In Last 30 Days No
Is Patient Female? Y
Currently Pregnant? N
Currently Breastfeeding? N
Priority 1 Resuscitation

**02/25/15   0837     ED Adult Disposition Assessmnt**                *Bishop,Deborah, RN*
Organ Dysfunction Criteria Present (Acute Only, Not Chronic) Altered LOC/Confusion
Admit Report Given To RN NANCY
Time Report Given 0835
Admission Destination ICU 268
Admission Mode Stretcher
Equipment Used To Transfer Patient IV, Cardiac Monitor, Oxygen, Other
Patient Accompanied By RN, RT
Patient Belongings Sent Y

**02/25/15   0926     ED Patient Belongings**                         *Bishop,Deborah, RN*
Does Patient Have Belongings/Valuables Y
 ·erformed On Admission
 ·it Transferred From ED
 ˷nit Transferred To ICU RM 268
Dentures None
Partial(s) None
Contacts Len(s) None
Glasses None
Hearing Aids None
Clothing Slippers, Pants
Other Clothing SHIRTS AND BRA CUT OFF
Home Medication(s) None
Other Valuable(s) Cell Phone

---

### MEDICATIONS

```
Medication
      Sch Date-Time  Ordered Dose  Admin Dose
      Doc Date-Time  Given - Reason          Site        User
Pantoprazole Inj 80 MG in Sodium Chloride 0.9% 100 ML (Protonix Inj 80 MG in Normal Saline 1

      Acknowledgements
      Ack Date-Time                          User
      02/25/15-0922                          Sweet,Nancy L
```

---

```
GUTIERREZ,CYNTHIA                      Acct# SV0083448563       Unit# SM02706496
 /Sex 33/F       DOB 07/31/1981
 ˷atus ADM IN
```

```
DATE: 02/25/15 @ 0927          Northern California EDM *LIVE*            PAGE 3
USER: EDM MNR                       ED Summary Report
```

## Santa Rosa Memorial

```
:ient: GUTIERREZ,CYNTHIA           02/25/15 0754  Room S25        Acct# SV0083448563
..ge/Sex 33/F      DOB 07/31/1981   Height 5 ft  2 in             Unit# SM02706496
Status ADM IN   (NSMW268-01)        Weight 58.2 kg                Dep'd 02/25/15 0837
ED.Phys Lauterbach,Stewart A                      PC.Phys Southwest Community,Health Cli
```

### LAB RESULTS

| Test | Date | Time | Result | | Reference | Units |
|------|------|------|--------|---|-----------|-------|
| WBC | 2/25/15 | 1800 | PENDING | | (3.5-11.0) | 10^3/uL |
| WBC | 2/25/15 | 1200 | PENDING | | (3.5-11.0) | 10^3/uL |
| WBC | 2/25/15 | 0747 | 12.2 | H | (3.5-11.0) | 10^3/uL |
| RBC | 2/25/15 | 1800 | PENDING | | (3.50-5.50) | 10^6/uL |
| RBC | 2/25/15 | 1200 | PENDING | | (3.50-5.50) | 10^6/uL |
| RBC | 2/25/15 | 0747 | 2.78 | L | (3.50-5.50) | 10^6/uL |
| HGB | 2/25/15 | 1800 | PENDING | | (12.0-15.0) | g/dL |
| HGB | 2/25/15 | 1200 | PENDING | | (12.0-15.0) | g/dL |
| HGB | 2/25/15 | 0747 | 8.1 | L | (12.0-15.0) | g/dL |
| HCT | 2/25/15 | 1800 | PENDING | | (36.0-45.0) | % |
| HCT | 2/25/15 | 1200 | PENDING | | (36.0-45.0) | % |
| HCT | 2/25/15 | 0747 | 26.0 | L | (36.0-45.0) | % |
| MCV | 2/25/15 | 1800 | PENDING | | (79-95) | fL |
| MCV | 2/25/15 | 1200 | PENDING | | (79-95) | fL |
| MCV | 2/25/15 | 0747 | 93 | | (79-95) | fL |
| MCH | 2/25/15 | 1800 | PENDING | | (26.0-33.0) | pg |
| MCH | 2/25/15 | 1200 | PENDING | | (26.0-33.0) | pg |
| MCH | 2/25/15 | 0747 | 29.2 | | (26.0-33.0) | pg |
| ..C | 2/25/15 | 1800 | PENDING | | (32.0-36.0) | g/dL |
| ..C | 2/25/15 | 1200 | PENDING | | (32.0-36.0) | g/dL |
| MCHC | 2/25/15 | 0747 | 31.2 | L | (32.0-36.0) | g/dL |
| RDW | 2/25/15 | 1800 | PENDING | | (11.0-14.0) | % |
| RDW | 2/25/15 | 1200 | PENDING | | (11.0-14.0) | % |
| RDW | 2/25/15 | 0747 | 16.6 | H | (11.0-14.0) | % |
| PLT | 2/25/15 | 1800 | PENDING | | (120-400) | THD/uL |
| PLT | 2/25/15 | 1200 | PENDING | | (120-400) | THD/uL |
| PLT | 2/25/15 | 0747 | 163 | | (120-400) | THD/uL |
| MPV | 2/25/15 | 1800 | PENDING | | (7.4-10.4) | fL |
| MPV | 2/25/15 | 1200 | PENDING | | (7.4-10.4) | fL |
| MPV | 2/25/15 | 0747 | 10.1 | | (7.4-10.4) | fL |
| Neutrophils % | 2/25/15 | 1800 | PENDING | | (34-64) | % |
| Neutrophils % | 2/25/15 | 1200 | PENDING | | (34-64) | % |
| Neutrophils % | 2/25/15 | 0747 | 52.9 | | (34-64) | % |
| Lymphocytes % | 2/25/15 | 1800 | PENDING | | (19-48) | % |
| Lymphocytes % | 2/25/15 | 1200 | PENDING | | (19-48) | % |
| Lymphocytes % | 2/25/15 | 0747 | 36.3 | | (19-48) | % |
| Monocytes % | 2/25/15 | 0747 | 7.0 | | (3-9) | |
| Eosinophils % | 2/25/15 | 0747 | 2.2 | | (0-7) | % |
| Basophils % | 2/25/15 | 0747 | 1.6 | | (0-2) | % |
| Neutrophils # | 2/25/15 | 1800 | PENDING | | (2.5-5.6) | THD/uL |
| Neutrophils # | 2/25/15 | 1200 | PENDING | | (2.5-5.6) | THD/uL |
| Neutrophils # | 2/25/15 | 0747 | 6.5 | H | (2.5-5.6) | THD/uL |
| Lymphocytes # | 2/25/15 | 1800 | PENDING | | (0.8-3.5) | 10^3/uL |
| Lymphocytes # | 2/25/15 | 1200 | PENDING | | (0.8-3.5) | 10^3/uL |

```
GUTIERREZ,CYNTHIA                    Acct# SV0083448563          Unit# SM02706496
   /Sex 33/F      DOB 07/31/1981
  ..atus ADM IN
```

```
DATE: 02/25/15 @ 0927        Northern California EDM *LIVE*              PAGE 4
USER: EDM MNR                    ED Summary Report
```

## Santa Rosa Memorial

```
  :ient: GUTIERREZ,CYNTHIA          02/25/15 0754  Room S25        Acct# SV0083448563
Age/Sex 33/F        DOB 07/31/1981  Height 5 ft  2 in              Unit# SM02706496
Status ADM IN   (NSMW268-01)        Weight 58.2 kg                 Dep'd 02/25/15 0837
ED.Phys Lauterbach,Stewart A                              PC.Phys Southwest Community,Health Cli
```

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|
| Lymphocytes # | 2/25/15 | 0747 | 4.4 H | (0.8-3.5) | 10^3/uL |
| Monocytes # | 2/25/15 | 0747 | 0.9 | (0.2-1.0) | THD/uL |
| Eosinophils # | 2/25/15 | 0747 | 0.3 | (0-0.5) | THD/uL |
| Basophils # | 2/25/15 | 0747 | 0.2 H | (0-0.1) | THD/uL |
| Slide Review | 2/25/15 | 0747 | <10% BANDS | | |
| Man Diff | 2/25/15 | 0747 | (A) | | |

        (A)   Not Indicated

| | | | | | |
|------|------|------|--------|-----------|-------|
| Anisocytosis | 2/25/15 | 0747 | 2+ | | |
| PTT | 2/25/15 | 0747 | 25.8(B) | (23.0-36.3) | SEC |

        (B)   Anti-Xa activity is the preferred alternate method to
              monitor heparin therapy.

              As of Sept 2013, the following tests are now orderable:
              HEPARIN ANTI-Xa ACT,LOW MOLEC
              HEPARIN ANTI-Xa ACT,UNFRACTION

| | | | | | |
|------|------|------|--------|-----------|-------|
| ʳ⁻ᵗ | 2/25/15 | 0747 | 14.5 | (11.9-14.8) | Sec. |
| | 2/25/15 | 0747 | 1.10 | (0.6-1.4) | |
| Urine Color | 2/25/15 | 0731 | PENDING | (Yellow) | |
| Ur Clarity | 2/25/15 | 0731 | PENDING | (Clear) | |
| Ur Spec Gravity | 2/25/15 | 0731 | PENDING | (1.005-1.030) | |
| Urine pH | 2/25/15 | 0731 | PENDING | (5.0-8.0) | |
| Urine Protein | 2/25/15 | 0731 | PENDING | (Negative) | mg/dL |
| Urine Glucose | 2/25/15 | 0731 | PENDING | (Negative) | mg/dL |
| Urine Ketones | 2/25/15 | 0731 | PENDING | (Negative) | mg/dL |
| Urine Bilirubin | 2/25/15 | 0731 | PENDING | (Negative) | |
| Urine Blood | 2/25/15 | 0731 | PENDING | (Negative) | |
| Urine Nitrite | 2/25/15 | 0731 | PENDING | (Negative) | |
| Ur Urobilinogen | 2/25/15 | 0731 | PENDING | (0.2-1.0) | mg/dL |
| Ur Leu Est | 2/25/15 | 0731 | PENDING | (Negative) | |
| UA Sp Desc | 2/25/15 | 0731 | PENDING | | |
| Glucose | 2/25/15 | 1800 | PENDING | (65-99) | mg/dL |
| Glucose | 2/25/15 | 1200 | PENDING | (65-99) | mg/dL |
| Glucose | 2/25/15 | 0747 | PENDING | (70-130) | mg/dL |
| Na | 2/25/15 | 1800 | PENDING | (136-144) | mmol/L |
| Na | 2/25/15 | 1200 | PENDING | (136-144) | mmol/L |
| Na | 2/25/15 | 0747 | 140 | (136-144) | mmol/L |
| K | 2/25/15 | 1800 | PENDING | (3.6-5.1) | mmol/L |
| K | 2/25/15 | 1200 | PENDING | (3.6-5.1) | mmol/L |
| K | 2/25/15 | 0747 | 4.3 | (3.6-5.1) | mmol/L |
| Cl | 2/25/15 | 1800 | PENDING | (101-111) | mmol/L |
| Cl | 2/25/15 | 1200 | PENDING | (101-111) | mmol/L |
| Cl | 2/25/15 | 0747 | 103 | (101-111) | mmol/L |

```
  GUTIERREZ,CYNTHIA              Acct# SV0083448563         Unit# SM02706496
    /Sex 33/F      DOB 07/31/1981
    Status ADM IN
```

SRMH(2) 20174

```
DATE: 02/25/15 @ 0927        Northern California EDM *LIVE*            PAGE 5
USER: EDM MNR                     ED Summary Report
```

## Santa Rosa Memorial

```
 :ient: GUTIERREZ,CYNTHIA           02/25/15 0754  Room S25      Acct# SV0083448563
Age/Sex 33/F        DOB 07/31/1981   Height 5 ft  2 in          Unit# SM02706496
Status ADM IN   (NSMW268-01)         Weight 58.2 kg             Dep'd 02/25/15 0837
ED.Phys Lauterbach,Stewart A                            PC.Phys Southwest Community,Health Cli
```

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|
| CO2 | 2/25/15 | 1800 | PENDING | (22-32) | mmol/L |
| CO2 | 2/25/15 | 1200 | PENDING | (22-32) | mmol/L |
| CO2 | 2/25/15 | 0747 | 24 | (22-32) | mmol/L |
| Anion Gap | 2/25/15 | 1800 | PENDING | (3.0-11.0) | |
| Anion Gap | 2/25/15 | 1200 | PENDING | (3.0-11.0) | |
| Anion Gap | 2/25/15 | 0747 | 13.0  H | (3.0-11.0) | |
| BUN | 2/25/15 | 1800 | PENDING | (8-20) | mg/dL |
| BUN | 2/25/15 | 1200 | PENDING | (8-20) | mg/dL |
| BUN | 2/25/15 | 0747 | PENDING | (8-26) | mg/dL |
| Creatinine | 2/25/15 | 1800 | PENDING | (0.40-1.00) | mg/dL |
| Creatinine | 2/25/15 | 1200 | PENDING | (0.40-1.00) | mg/dL |
| Creatinine | 2/25/15 | 0747 | PENDING | (0.44-1.00) | mg/dL |
| Calcium | 2/25/15 | 1800 | PENDING | (8.9-10.3) | mg/dL |
| Calcium | 2/25/15 | 1200 | PENDING | (8.9-10.3) | mg/dL |
| Calcium | 2/25/15 | 0747 | 9.8 | (8.9-10.3) | mg/dL |
| TP | 2/25/15 | 0747 | PENDING | (6.5-8.1) | gm/dL |
| Alb | 2/25/15 | 0747 | PENDING | (3.5-4.8) | g/dL |
| T Bili | 2/25/15 | 0747 | PENDING | (0.3-1.2) | mg/dL |
| AST | 2/25/15 | 0747 | PENDING | (15-41) | IU/L |
| ALT | 2/25/15 | 0747 | PENDING | (5-32) | IU/L |
|  Phos | 2/25/15 | 0747 | PENDING | (32-91) | IU/L |
| Globulin | 2/25/15 | 0747 | PENDING | (2.6-3.1) | gm/dL |
| GFR Non-Af Am | 2/25/15 | 1800 | PENDING | (>60) | ml/min |
| GFR Non-Af Am | 2/25/15 | 1200 | PENDING | (>60) | ml/min |
| GFR Non-Af Am | 2/25/15 | 0747 | PENDING | (>60) | ml/min |
| Lactic Acid | 2/25/15 | 0747 | PENDING | (0.5-2.2) | mmol/L |
| CKMB Rapid | 2/25/15 | 0747 | 6.4(C)  H | (0.6-6.3) | ng/mL |

```
    (C)  ******    CRITICAL VALUE    ******
         CALLED AND READ BACK BY:
         AUTOINS on02/25/15(0820),TO []
         NURSE_____NOTIFIED DR._____DATE:_____TIME:_____
         (Completed on hard copy only)
         IF DR. NOT NOTIFIED REASON:_____
```

```
GUTIERREZ,CYNTHIA                   Acct# SV0083448563        Unit# SM02706496
    /Sex 33/F       DOB 07/31/1981
 Status ADM IN
```



```
DATE: 02/25/15 @ 0927        Northern California EDM *LIVE*              PAGE 6
USER: EDM MNR                    ED Summary Report
```

## Santa Rosa Memorial

```
ient: GUTIERREZ,CYNTHIA          02/25/15 0754  Room S25       Acct# SV0083448563
_e/Sex 33/F      DOB 07/31/1981  Height 5 ft  2 in            Unit# SM02706496
Status ADM IN   (NSMW268-01)     Weight 58.2 kg               Dep'd 02/25/15 0837
ED.Phys Lauterbach,Stewart A                        PC.Phys Southwest Community,Health Cli
```

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|
| Rap Trop I | 2/25/15 | 0747 | < 0.05(D) | (<0.05) | ng/mL |
| BNPT | 2/25/15 | 0747 | > 5000(D) *H | (0-100) | pg/mL |

```
     (D)   POSITIVE
           ******CRITICAL RESULT******
           CALLED AND BROADCAST TO DEB, RN, ER AT 0825,02/25/15 BY LAB
           CATHEYLI01.
           NURSE_____NOTIFIED DR._____DATE:_____TIME:_____
           (Completed on hard copy only)
           IF DR. NOT NOTIFIED REASON:_____
           BNP LEVEL     ADDITIONAL INTERPRETATIONS
           0-100 PG/ML   Highly unlikely that patient's symptoms
           result from systolic or diastolic dysfuntion.
           101-200 PG/ML  BNP greater than 100 pg/ml is considered
           positive and indicative of heart failure. LV
           Dysfunction with no acute CHF=141 (+/-31).
           Severe Right Heart Failure, Pulm HTN, or
           large Pulm Embolus may equal 100-200 pg/ml.
           201-479 PG/ML  Almost always Left Heart Failure.  AMI with
           CHF may have elevated levels;  Positive BNP
           should not be viewed as excluding a diagnosis
           of AMI.
           Equal to or greater than 480 PG/ML
           Patients who present with dyspnea and BNP
           level equal to or greater than 480 have a
           nearly 30-fold increased risk for a cardiac
           event in the next 6 months.
```

| | | | | | |
|------|------|------|--------|-----------|-------|
| Bedside Glucose | 2/25/15 | 0848 | 101 H | (65-99) | mg/dL |
| Bedside Glucose | 2/25/15 | 0741 | 200 H | (65-99) | mg/dL |
| ABG pH | 2/25/15 | 0750 | 7.29 L | (7.35-7.45) | |
| ABG PCO2 | 2/25/15 | 0750 | 42.8 | (32-45) | mmHg |
| ABG pO2 | 2/25/15 | 0750 | 328.0 H | (83-100) | mmHg |
| Art pO2 Corr | 2/25/15 | 0750 | 328 H | (83-100) | mmHG |
| ABG HCO3 | 2/25/15 | 0750 | 20 L | (22-26) | mmol/L |
| ABG Base Excess | 2/25/15 | 0750 | -5.7 L | (-2 to +2) | |
| ABG O2 Sat | 2/25/15 | 0750 | 100.0 H | (95-99) | % |

### ORDERS

| Ordered | Procedure Name | Ordering Provider | E-Signed |
|---------|----------------|-------------------|----------|
| 02/25/15 0733 | CBC w/ Differential | Lauterbach,Stewart A, ACT | No |
| 02/25/15 0733 | CMP Comp Metabolic Panel CMP | Lauterbach,Stewart A, ACT | No |
| 02/25/15 0733 | Cardiac Panel Baseline | Lauterbach,Stewart A, ACT | No |
| 02/25/15 0733 | PT Prothrombin Time w INR PT | Lauterbach,Stewart A, ACT | No |
| 02/25/15 0733 | PTT Act Partial Thromboplast | Lauterbach,Stewart A, ACT | No |
| 02/25/15 0733 | Lactic Acid Level LA | Lauterbach,Stewart A, ACT | No |

```
GUTIERREZ,CYNTHIA                Acct# SV0083448563        Unit# SM02706496
  /Sex 33/F      DOB 07/31/1981
  .atus ADM IN
```

```
DATE: 02/25/15 @ 0927        Northern California EDM *LIVE*              PAGE 7
USER: EDM MNR                      ED Summary Report
```

## Santa Rosa Memorial

```
:ient: GUTIERREZ,CYNTHIA           02/25/15 0754   Room S25      Acct# SV0083448563
 _e/Sex 33/F        DOB 07/31/1981  Height 5 ft  2 in            Unit# SM02706496
Status ADM IN   (NSMW268-01)        Weight 58.2 kg               Dep'd 02/25/15 0837
ED.Phys Lauterbach,Stewart A                     PC.Phys Southwest Community,Health Cli
```

| | | | |
|---|---|---|---|
| 02/25/15 0733 | XR Chest 1V Portable | Lauterbach,Stewart A, ACT | No |
| 02/25/15 0733 | EKG/ ECG | Lauterbach,Stewart A, ACT | No |
| 02/25/15 0733 | ZTAG-E-ED-Code-Critical | Lauterbach,Stewart A, ACT | N/A |
| 02/25/15 0733 | Urinalysis (UA) | Lauterbach,Stewart A, ACT | No |
| 02/25/15 0733 | Morphology | Lauterbach,Stewart A, ACT | No |
| 02/25/15 0746 | CMP Comp Metabolic Panel CMP | Lauterbach,Stewart A, ACT | Yes |
| 02/25/15 0746 | CBC w/ Differential | Lauterbach,Stewart A, ACT | Yes |
| 02/25/15 0746 | Lactic Acid Level LA | Lauterbach,Stewart A, ACT | Yes |
| 02/25/15 0746 | PT Prothrombin Time w INR PT | Lauterbach,Stewart A, ACT | Yes |
| 02/25/15 0747 | Arterial Blood Gas ABG | Lauterbach,Stewart A, ACT | No |
| 02/25/15 0751 | CT Head Brain wo IV | Lauterbach,Stewart A, ACT | Yes |
| 02/25/15 0808 | Glucose Bedside | Lauterbach,Stewart A, ACT | N/A |
| 02/25/15 0811 | Admit as Inpatient | Kang,Hyun | Yes |
| 02/25/15 0811 | Code/ Resuscitation Status | Kang,Hyun | Yes |
| 02/25/15 0811 | * Bedrest | Kang,Hyun | Yes |
| 02/25/15 0811 | RC Vent Adult/PED | Kang,Hyun | Yes |
| 02/25/15 0811 | * Elevate Head Of Bed HOB | Kang,Hyun | Yes |
| 02/25/15 0811 | CBC w/ Differential | Kang,Hyun | Yes |
| 02/25/15 0811 | CBC w/ Differential | Kang,Hyun | Yes |
| 02/25/15 0811 | CBC w/ Differential | Kang,Hyun | Yes |
| 02/25/15 0811 | CBC w/ Differential | Kang,Hyun | Yes |
| 02/25/15 0811 | CBC w/ Differential | Kang,Hyun | Yes |
| 02/25/15 0811 | CBC w/ Differential | Kang,Hyun | Yes |
| '25/15 0811 | BMP Basic Metabolic Panel BMP | Kang,Hyun | Yes |
| ,25/15 0811 | BMP Basic Metabolic Panel BMP | Kang,Hyun | Yes |
| 02/25/15 0811 | BMP Basic Metabolic Panel BMP | Kang,Hyun | Yes |
| 02/25/15 0811 | BMP Basic Metabolic Panel BMP | Kang,Hyun | Yes |
| 02/25/15 0811 | BMP Basic Metabolic Panel BMP | Kang,Hyun | Yes |
| 02/25/15 0811 | BMP Basic Metabolic Panel BMP | Kang,Hyun | Yes |
| 02/25/15 0811 | ZTAG-N-ICU-Admission | Kang,Hyun | Yes |
| 02/25/15 0811 | * NPO Now | Kang,Hyun | Yes |
| 02/25/15 0811 | * Daily Weight kg | Kang,Hyun | Yes |
| 02/25/15 0811 | XR Chest 1V Portable | Kang,Hyun | Yes |
| 02/25/15 0811 | VTE Risk Assessment | Kang,Hyun | Yes |
| 02/25/15 0811 | ZTAG-E-VTE-Prophylaxis | Kang,Hyun | Yes |
| 02/25/15 0811 | Propofol 10 mg/mL Inj (Dipr... | Kang,Hyun | Yes |
| 02/25/15 0811 | Sodium Chloride 0.9... w/Pa... | Kang,Hyun | Yes |
| 02/25/15 0811 | NPO Diet | Kang,Hyun | Yes |
| 02/25/15 0813 | ED Request to Admit | Lauterbach,Stewart A, ACT | Yes |
| 02/25/15 0850 | Glucose Bedside | Lauterbach,Stewart A, ACT | N/A |
| 02/25/15 0855 | MRSA Culture Admission | Kang,Hyun | No |

### DEPARTURE

```
Primary Impression:
Cardiopulmonary arrest
Secondary Impressions:
ESRD (end stage renal disease) on dialysis
Disposition: Admit Acute Hosp This Fac       Departure Date/Time: 02/25/15 - 0837
Comment:
```

```
GUTIERREZ,CYNTHIA                   Acct# SV0083448563        Unit# SM02706496
  /Sex 33/F       DOB 07/31/1981
  _atus ADM IN
```

```
DATE: 02/25/15 @ 0927          Northern California EDM *LIVE*          PAGE 8
USER: EDM MNR                      ED Summary Report
```

## Santa Rosa Memorial

```
  ient: GUTIERREZ,CYNTHIA          02/25/15 0754  Room S25      Acct# SV0083448563
Age/Sex 33/F        DOB 07/31/1981  Height 5 ft  2 in          Unit# SM02706496
Status ADM IN   (NSMW268-01)       Weight 58.2 kg              Dep'd 02/25/15 0837
ED.Phys Lauterbach,Stewart A                        PC.Phys Southwest Community,Health Cli
```

**Condition:** Critical

**Referrals:**
Southwest Community,Health Cli
751 Lombardi Ct
Santa Rosa, CA 95407
Phone:  707-547-2222     Fax: 707-547-2229

**Pt Instructions:**

**Additional Instructions:**

**Care Plan:**

**Departure Forms:**


**Departure Screen :**

### CARE PROVIDERS

**Staff History:**
    ED Physician:
    02/25/15  0741 Lauterbach,Stewart A, ACT
    Practitioner:
    Nurse:
    02/25/15  0910 Bishop,Deborah, RN

```
GUTIERREZ,CYNTHIA              Acct# SV0083448563        Unit# SM02706496
   /Sex 33/F     DOB 07/31/1981
  atus ADM IN
```

Santa Rosa Memorial
1165 Montgomery Drive
Santa Rosa, CA 95405

## Imaging Services

**Patient Name:** GUTIERREZ,CYNTHIA          **DOB:** 07/31/1981
**Account #:** SV0083448385                  **Age/Sex:** 33/F
**Unit #:** SM02706496                       **Location:** NSMED

**Admitting Dr:**
**Ordering Dr:** Brandwene, Elliott L MD
**Primary Dr:** Southwest Community,Health Cli
**Exam Performed:** XR Chest 1V Portable
**Date of Service:** 02/25/15
**Req #:** 15-0046705
**Accession #:** 785411.001NSM


EXAMINATION:          PORTABLE CHEST X-RAY: 02/25/2015


CLINICAL HISTORY:     Congestion; cough.

COMPARISON:           February 12.

FINDINGS:             Portable view of the chest obtained.  Stable right IJ large bore dual lumen central line.
Heart is enlarged but stable.  No pneumothorax.  There is prominence of the pulmonary vascularity as well as
bilateral interstitial infiltrates.  No significant effusion on portable exam.

IMPRESSION:
Stable cardiomegaly.  There is pulmonary vascular congestion and interstitial infiltrates.  Findings suggest fluid
overload with congestive failure.

Findings noted by ER physician.


Job #:
76171602
<Electronically signed by Shawn P Daly MD>          02/25/15 1440
 Signed


Shawn P Daly MD

**Report #:** 0225-0120
**Dictated Date/Time:** 02/25/15 0822
**Transcribed Date/Time:** 02/25/15 0927
**Transcriptionist:** WEISSDI01


**Imaging Services Report**                  **Patient Name:** GUTIERREZ,CYNTHIA
**Report Status:** Signed                    **Account #:** SV0083448385
**Unit #:** SM02706496                       **Dictated By:** Shawn P Daly MD
**Report #:** 0225-0120
**Page 1 of 2**

# EXHIBIT D

Atkinson-Baker Court Reporters
www.depo.com

1          UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3                  - - -

4   CYNTHIA GUTIERREZ, JOSE HUERTA,    )
    SMH, RH and AH,                    )
5                                      )
                    Plaintiffs,        )
6                                      )
          vs.                          )   No. 4:16-cv-02645-DMR
7                                      )
    SANTA ROSA MEMORIAL HOSPITAL,      )
8   ST. JOSEPH HEALTH and DOES 1-50,   )
    inclusive,                         )
9                                      )
                    Defendants.        )
10  ---------------------------------

11

12

13

14

15              DEPOSITION OF

16          STEWART LAUTERBACH, M.D.

17            SANTA ROSA, CALIFORNIA

18              MARCH 22, 2017

19

20

21
    ATKINSON-BAKER, INC.
22  COURT REPORTERS
    (800) 288-3376
23  www.depo.com

24  REPORTED BY:   MICHELLE D. BARBANTE, CSR NO. 12601

25  FILE NO.:   AB02108

Stewart Lauterbach, M.D.
March 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1   A.  No.
2   Q.  Do you know where she's at?
3   A.  I don't.
4   Q.  Okay.  Do you know when she left?
5   A.  About a year ago.
6   Q.  And your preparation of this record, is it
7   similar to your preparation of the August 10, 2014, record
8   in that the scribe would have inputted anything that did
9   not automatically populate up to the medical decision
10  making section?
11  A.  That's correct.
12  Q.  All right.  Okay.  How did you come to see or
13  treat Ms. Gutierrez on February 25, 2015?
14  A.  It was the beginning of the shift.  I had come
15  to work, and Dr. Brandwene had worked over the night, and
16  as is our custom, he went over the patients in the
17  department.  This patient had been discharged and was not
18  brought to my attention because she was no longer in the
19  department.
20  Q.  Can I stop you right there?  What time does that
21  occur?  What was the shift change time?
22  A.  At that point, I'm pretty sure we were doing
23  7:00 a.m.
24  Q.  And would you actually do the shift at 7:00 a.m.
25  or did you have to be there at 6:45 to start the shift

Page 18

1   change?  How did that work?
2   A.  Technically, we start at 7:00.
3   Q.  Okay.
4   A.  That depends on the habit of the person coming
5   in.
6   Q.  What was your custom and practice for coming in?
7   A.  I'm always there a couple of minutes early.
8   Q.  Okay.  And is the first thing you do -- strike
9   that.
10          Do you clock in, sign in, anything like that?
11  A.  Just log in to the computer.
12  Q.  Okay.  And then after you log in, is that --
13  strike that.
14          Is that the first thing you do is log in to the
15  computer?
16  A.  Mm-hm.
17  Q.  Is that yes?
18  A.  Yes.
19  Q.  Okay.  And then is the next thing you do, go
20  find the doctor who's working the shift before and get a
21  report?
22  A.  Not necessarily.
23  Q.  Okay.
24  A.  There's usually a pretty quick exchange between
25  the two docs, and something to the extent of, "Is there

Page 19

1   anything I need to know?"  And then usually we'll dive
2   into patients and start seeing new patients, because the
3   existing doc will hang around for a while to try to wrap
4   up their loose ends.  When they're ready to go, they'll
5   corner us and go over the patients in the department.
6   Q.  And customarily when does that occur?
7   A.  Anywhere from 15 minutes to two hours after --
8   Q.  Okay.
9   A.  -- shift ends.
10  Q.  Okay.  On this particular day, February 25,
11  2015, do you have a recollection of getting the shift
12  report prior to seeing Ms. Gutierrez?
13  A.  I -- I don't have recollection of it being
14  before I saw her, but I'm sure I had -- it had been done,
15  because he had left.
16  Q.  Okay.
17  A.  And it wouldn't happen -- he wouldn't leave
18  without it.
19  Q.  Right.  Okay.  So you have a recollection of
20  Dr. Brandwene being gone by the time you saw
21  Ms. Gutierrez?
22  A.  Correct.
23  Q.  All right.  And because she was not a patient
24  there anymore, you're confident you did not receive any
25  type of report about her in that exchange?

Page 20

1   A.  I -- I did not.
2   Q.  Okay.  All right.  Okay.  So you -- you came in,
3   you clocked in.  At some point prior to seeing
4   Ms. Gutierrez, you received a report from Dr. Brandwene
5   and he had left.  How did you get involved in
6   Ms. Gutierrez's care?
7   A.  I don't remember the exact details, but I know
8   that the patient had collapsed in the lobby or was found
9   unresponsive.  Our crew was sent out to bring her back --
10  and that would usually consist of the triage nurse and one
11  or two techs and maybe another nurse or two -- and brought
12  her immediately to one of our critical care rooms.
13  Q.  Did you see the patient while she was still in
14  the waiting room, or did you see her when she was brought
15  into the critical care room?
16  A.  My recollection is that I saw her as she was
17  wheeled down the hall to the critical care room and
18  traveled down there with her.
19  Q.  And was this a -- some sort of code that was
20  called at the hospital?
21  A.  We don't call codes overhead for the emergency
22  department.  After all, we are the code center.  We have
23  all our resources.  We don't look for outside resources.
24  With a few exceptions, this would not have been one of
25  those exceptions.

Page 21

6 (Pages 18 to 21)

Stewart Lauterbach, M.D.
March 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

**Page 26**

1    A.  Well, initially, we'll try it with a bag-valve
2  mask.  The techs or the respiratory therapist will grab a
3  bag-valve mask and start bagging somebody.  And then we
4  will immediately turn to intubating a patient to get a
5  secure airway.
6         And you must understand that at this point we
7  have a team of about six people there, and everybody has
8  assignments and they position themselves in the
9  appropriate places.  So our -- our responsibility in the
10  beginning, as the head of the bed, to control the airway.
11  At the same time, we'll have nurses putting monitor leads
12  on.  We'll have other nursing getting IVs in.  We'll
13  have -- or techs getting IVs in.  Respiratory therapist or
14  a tech will be bagging the patient.  So there's a lot
15  simultaneously going on.
16         Q.  And that kind of goes back to my earlier
17  question where I asked what was your role, and that's what
18  I was trying to figure out.  I understand -- so there is a
19  team of individuals, six people possibly there, doing
20  things.  What is it that you personally are doing?
21         MR. NELSON:  He said he's at the head of the
22  bed.
23  BY MR. SCHOEL:
24         Q.  Head of the bed.  All right.  Fine.
25         A.  But I'm the captain of the ship, so I'm

**Page 27**

1  dictating or ordering, you know:  Let's -- let's get this
2  med on board, let's do this.  And I think in this
3  dictation in the back, I talked about giving calcium and
4  bicarb right away.
5         Q.  Okay.
6         A.  I'd have to go back and review that, but I
7  believe we did, because the most common cause of cardiac
8  arrest -- sorry, one of the most common causes of cardiac
9  arrest in a dialysis patient is a hyperkalemia, and so the
10  first thing you do --
11         Q.  Hyper or hypo?
12         A.  Kalemia.
13         Q.  But hyper or hypo?
14         A.  Hyperkalemia.  And so the initial thing that we
15  would do is start treating the hyperkalemia, even if you
16  don't know what the potassium is.
17         Q.  Okay.
18         MR. NELSON:  So are you interested in what he
19  did with this patient?
20         MR. SCHOEL:  Yes.
21         MR. NELSON:  So with this patient, he's asking
22  what you recall and/or what's reflected that you did.
23  BY MR. SCHOEL:
24         Q.  And what I'm getting at, I understand you're the
25  captain of the ship, and that's what I'm getting to the

**Page 28**

1  specifics.  I assume you're not just standing at the head
2  of the bed.  You're either -- like you told me already,
3  you're making -- you're giving orders.  Are you physically
4  doing anything?  Are you helping to establish airway?
5         A.  Oh, yeah.
6         Q.  That's what I'm asking.
7         A.  I intubated this patient.
8         Q.  Okay.  And that's where I'm kind of going.  But
9  prior to intubating the patient, were you doing anything
10  else?  I mean, you're there at the head of the bed.
11         A.  Well, I mean, the initial thing is gathering
12  information:  What happened?
13         Q.  Okay.  All right.
14         A.  What do we know about this patient?  What's
15  their past medical history?  What kind of drugs are they
16  on?
17         Q.  Okay.
18         A.  It's --
19         Q.  So you gather information?
20         A.  As much as we can in as brief a time as
21  possible.
22         Q.  Okay.
23         A.  And then get an airway established.
24         Q.  Okay.
25         A.  And then once the airway's established, turn

**Page 29**

1  attention to blood pressure, blood flow, heart rate,
2  monitor rhythm, and --
3         Q.  And how did you establish the airway in this
4  patient?  I know I'm asking some basic questions, but I
5  want you to take me step by step.
6         A.  Okay.
7         Q.  What you did and what you would normally do
8  based on your custom and practice.  So how did you
9  establish an airway in this case?
10         A.  In this case -- in any case like this where a
11  patient's unresponsive, we would intubate the patient.
12         Q.  Okay.
13         A.  So the first thing that I would do is focus on
14  preparing for intubation, and that is gathering the
15  appropriate equipment.  Usually we have a respiratory
16  therapist there with us.  And in this case, Dan Bradford
17  was the respiratory therapist.  In my medical decision
18  making, I note his name.  And --
19         Q.  And is the --
20         A.  In the addendum I did.
21         MR. NELSON:  So you gathered the equipment.
22         THE WITNESS:  Yeah.
23         MR. NELSON:  What next did you do here?
24         THE WITNESS:  And then take the laryngoscope,
25  look inside, look in the patient's mouth, look for the

8 (Pages 26 to 29)

Stewart Lauterbach, M.D.
March 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1  anatomic structures we need to identify, take the tube and
2  put it in the trachea.
3  BY MR. SCHOEL:
4      Q.  And is that you physically doing it or is the
5  respiratory therapist doing it?
6      A.  No, I'm doing it.
7      Q.  Okay.  And I know we can just kind of skip to
8  it, I know it's in your addendum, but I note in your
9  addendum, if I understood it correctly, that there was a
10 large piece of food was aspirated from the ET tube; is
11 that correct?
12     A.  So after the tube was in, and then Dan would
13 have taken and secured the tube and suctioned it.  And
14 when he suctioned it, he pulled out a piece of food, and
15 it was fairly large.  And that would have been within a
16 couple of minutes of the time we intubated the patient.
17     Q.  When you inspected the airway before placing the
18 tube, could you see the food?
19     A.  I did not see it.
20     Q.  When you arrived to the patient's bed, as she's
21 being wheeled down the hallway, you said they were already
22 bagging the patient?
23         MR. NELSON:  Bag-valve would be used.
24         THE WITNESS:  Bag-valve mask.  It's my
25 recollection, yes.

Page 30

1  BY MR. SCHOEL:
2      Q.  From your perception, was it being used
3  effectively?
4      A.  I can't answer that.
5      Q.  You don't know one way or the other?
6      A.  I don't know one way or the other.
7      Q.  The large piece of food that was removed, could
8  you identify what it was?
9      A.  I probably could have if I cared about taking
10 the time to do it.  That's -- it doesn't matter to me what
11 it is.  What matters is that we get the airway open.
12     Q.  Is the food just discarded at that point?
13     A.  Yeah.
14         MR. FLADSETH:  Is that a "yes"?
15         THE WITNESS:  Yes.
16         MR. FLADSETH:  Thank you.
17 BY MR. SCHOEL:
18     Q.  You also wrote here in your addendum that you
19 questioned that the -- whether she could have had an
20 aspiration leading to hypoxia and the collapse.  Does that
21 mean the food was block -- she was choking?
22     A.  That would be my speculation based on my
23 statement there.
24     Q.  Okay.  Were you able to confirm one way or the
25 other back on February 25, 2015, or shortly thereafter,

Page 31

1  whether that's what -- that was the cause of her collapse?
2      A.  No.
3      Q.  Okay.  Is that unusual to have food suctioned
4  out of the endotracheal tube?
5      A.  It's -- it's relatively unusual, but it does
6  happen.  That's the way Henry Heimlich developed the
7  Heimlich maneuver.
8      Q.  Explain to me, how far down does the
9  endotracheal tube go?
10     A.  Ideally, about three centimeters above the
11 carina.
12     Q.  So this is not food being suctioned out of the
13 stomach?
14     A.  No.  No, no.  It's coming out of the respiratory
15 tree somewhere.
16     Q.  And again, can you help me understand.  Explain
17 the anatomy to me again.  So it goes down about
18 three centimeters where?
19     A.  Above the carina.
20     Q.  And where is that?
21     A.  The carina is where the main stem bronchus
22 splits into the right and left bronchi -- or the trachea
23 and splits into the right and left main stem bronchus.
24     Q.  So it's still in the trachea?
25     A.  Yes.

Page 32

1      Q.  So presumably the food was in the trachea?
2      A.  Presumably the food was in the trachea
3  somewhere.
4      Q.  Okay.  Now the "Medical Decision Making" portion
5  of this chart you typed in yourself or dictated in using
6  Dragon, correct?
7      A.  Using Dragon, correct.
8      Q.  The addendum, is that something you also
9  dictated yourself?
10     A.  Yes.
11     Q.  All right.  Now it looks like you signed your
12 note after finishing, based on your custom and practice,
13 the "Medical Decision Making" section on February 25?
14     A.  Twenty-six.
15     Q.  Oh, I'm sorry.  You're right.  I'm sorry.  You
16 signed your note on February 26th, 2015, at 9:38; is that
17 correct?
18     A.  That's correct.
19     Q.  And that's when you would have written, based on
20 your custom and practice, the "Medical Decision Making"
21 section?
22     A.  That's right.
23         MR. FLADSETH:  Where did you get that time?
24         THE WITNESS:  It's the very last line on the
25 whole thing.

Page 33

9 (Pages 30 to 33)

Stewart Lauterbach, M.D.
March 22, 2017

Page 75

1    A.    No.

2    Q.    All right.  Did you review any documents to

3    prepare for today's deposition?

4    A.    Just the emergency department record.

5    MR. FLADSETH:  Okay.  Let's mark that as

6    Exhibit 2 please.

7    (Whereupon Plaintiffs' Exhibit 1 was

8    marked for identification.)

9    BY MR. FLADSETH:

10   Q.    Now, when we did your first deposition, we

11   marked two exhibits, A and B -- actually, Mr. Schoel on

12   behalf of the hospital took the lead in that deposition,

13   so that's why they're A and B rather than 1 and 2, which

14   plaintiff would use numbers.

15   Is that the same as one of the exhibits to --

16   A.    I don't know --

17   Q.    Can I just see it?

18   A.    I don't know what A and B are, so I can't --

19   Q.    Oh, okay.  Can I see your Exhibit 2 today.

20   Thanks.

21   MR. FINKEL:  It look looks like Exhibit B,

22   although there may be a page or two extra in what the

23   doctor looked at.

24   MR. FLADSETH:  Okay.

25   MR. FINKEL:  You can see...

Page 76

1    BY MR. FLADSETH:

2    Q.    All right.  So Exhibit 2 to today's deposition

3    includes your addendum note of February 26th, 2015,

4    correct?

5    A.    Yes.

6    Q.    Now, is everything below that one paragraph

7    that is electronically signed by you at 13 -- or 11:13

8    hours on the 26th, is everything below that, like the

9    bottom half of the page, does that start with what the

10   original note was?

11   A.    It started with the original note.

12   Q.    Okay.  So then the top half of the first page

13   of Exhibit 2 is your addendum, and the rest of it is the

14   original note from the 25th?

15   A.    Well, I completed the original note on the

16   26th.

17   Q.    Okay.

18   A.    I signed it off at 9:38 in the morning.

19   Q.    Okay.  But what you added as an addendum is

20   just the top half of the first page --

21   A.    Correct.

22   Q.    -- of Exhibit 2?

23   A.    Correct.

24   Q.    And the rest of it was there before?

25   A.    Correct.

Page 77

1    Q.    And meaning that it was there on the 25th?

2    MR. SCHOEL:  Objection.  Misstates the

3    document.

4    MR. FINKEL:  Join.

5    MR. FLADSETH:  Okay.  That's why I'm trying to

6    make sure we're on the same page here.

7    MR. FINKEL:  He just explained he signed the

8    original note the morning of the 26th.

9    MR. FLADSETH:  Right.

10   MR. FINKEL:  A few hours before signing the

11   addendum.

12   BY MR. FLADSETH:

13   Q.    Okay.  But signing is one thing.  When did you

14   type it in in the first place?

15   A.    The medical decision making I would have done

16   it immediately before I signed it on the 26th.  I

17   usually do those the next day.

18   Q.    Okay.  So everything -- your whole note,

19   nothing was typed in by you on the 25th; is that

20   correct?

21   A.    I can't answer that for sure.  I certainly

22   could have entered some of this stuff or my scribe would

23   have entered it.  But what I attempt to do and my custom

24   is to sit down the next day and to do a medical

25   decision-making course that explains to the other

Page 78

1    doctors and the people who are going to take care of the

2    patient what really happened.

3    Q.    Okay.

4    A.    Because the electronic record just is

5    impossible to read.

6    Q.    Okay.  So if we start with February 25th,

7    2015, you were called because of the equivalent of a

8    code blue, right?  They don't call it a code blue

9    because you're already in the ER, but you were called

10   emergently to respond?

11   A.    I was the physician on duty when the code

12   happened.

13   Q.    Okay.  And then what --

14   A.    I was the only one there so it's...

15   Q.    Yeah.  Well, I mean, how did you know to first

16   respond to Cynthia Gutierrez was down?

17   A.    Somebody collapsed in the lobby and our crew

18   got sent out.  And it's a small enough department.  We

19   pretty much know -- when you're the only one working,

20   you pretty much know what's going on everywhere.

21   Q.    Sure.

22   Do you actually remember like hearing somebody

23   shout or saying, "Dr. Lauterbach, please come to the

24   waiting room?"  Or do you have any memory of that?

25   A.    I don't have any memory of that.

STEWART LAUTERBACH, M.D., VOLUME II - 12/18/2017

Page 79

```
 1     Q.   Okay.  Now, when you -- did you actually get
 2  to the waiting room?
 3     A.   No.
 4     Q.   Where was Cynthia when you first saw her?
 5     A.   Being wheeled down the hall by the staff.
 6     Q.   Okay.  And which hall was she in?
 7     A.   I don't know how to answer that question.
 8     Q.   Somewhere between --
 9     A.   The waiting room and the critical care bed.
10     Q.   And where is the critical care bed located?
11     A.   23 and 24.
12     Q.   I mean, it's in the ER?
13     A.   Oh, yes.
14     Q.   Okay.  And was that in the old building or the
15  new ER building?
16     A.   It's all in our new department.
17     Q.   So how far was it from the waiting room to the
18  critical care bed where Cynthia went?
19     A.   Oh, I've never paced it out.  So I have to
20  speculate.
21     Q.   Well, just give me your best estimate.  I
22  mean, you've been there plenty of times, I'm sure.
23     A.   Less than a minute wheeling the patient.
24     Q.   How about in distance?  Is it like 50 yards,
25  100 yards, or what?
```

Page 80

```
 1     A.   Probably 30 yards.
 2     Q.   Okay.  And so do you remember when you first
 3  saw Cynthia whether she was closer to the waiting room
 4  or closer to the -- what do you call it?  The ICU room?
 5     A.   The critical care bed.
 6     Q.   Critical care bed, yeah.
 7     A.   Probably two-thirds of the way.  I met her in
 8  the hall.
 9     Q.   And she's on a gurney?
10     A.   Uh-huh.
11     Q.   Yes?
12     A.   Yes.
13     Q.   And being wheeled by -- who's wheeling her
14  down the hallway?
15     A.   I have no recollection of who was doing it.
16     Q.   Okay.  Is it nurses, techs, doctors?  Do you
17  have that recollection?
18     A.   Well, it wouldn't have been doctors because I
19  was the only one.  So it would have been nurses and
20  techs.
21     Q.   And do you recall, like was it one person,
22  five people?  You have any recollection of that?
23     A.   It would have been more than one because they
24  had to get her in the bed and one person couldn't do
25  that.  But I don't have a recollection.
```

Page 81

```
 1     Q.   Okay.  So if she's on the floor in the waiting
 2  room, what would be the usual procedure if they're going
 3  to transport her to the critical care room?  I mean,
 4  would it be on a gurney?
 5     A.   On a gurney.
 6     Q.   So someone would have taken the gurney from
 7  the ER down to the waiting room?
 8     A.   Yes.
 9     Q.   And then they lift her onto the gurney and
10  then wheel her down to the critical care room?
11     A.   Uh-huh.
12     Q.   Yes?
13     A.   Correct.
14     Q.   And then when you get to the critical care
15  room, would she be moved onto a bed or a table or
16  something?
17     A.   No.  The gurney that was in there would have
18  been pulled out, and the one that she was placed on
19  originally would have gone back -- would have just gone
20  straight into that slot.
21     Q.   Okay.  Let me see if I understand.
22          So she's wheeled down the hall.  You follow
23  her the last third of the way to the critical care bed
24  in the ER.  And then had someone already started CPR?
25     A.   Yes.
```

Page 82

```
 1     Q.   So as she's being wheeled, someone's doing
 2  what?
 3     A.   Somebody has a bag and they're bagging her and
 4  somebody's usually on the gurney doing CPR.
 5     Q.   Okay.  And did you see that happening?
 6     A.   Oh, yes.
 7     Q.   All right.  And then when she got to the room,
 8  did CPR continue on the gurney or was she moved to
 9  another thing?
10     A.   The gurneys in the emergency department are
11  essentially all identical.  One went up to the lobby to
12  get her.  They bring her in, and they put it in the slot
13  she's going into.
14     Q.   I see.  Okay.
15     A.   If there was a gurney in that slot waiting, it
16  would have been thrown out in the hall and she would
17  have been moved in.  So she was not transferred at
18  another time.
19     Q.   Okay.  And at some point, the scribe,
20  Kristina Arnold --
21     A.   Uh-huh.
22     Q.   -- joined you?
23     A.   Correct.
24     Q.   When did she join you?
25     A.   Describes her pretty much with us the entire
```

STEWART LAUTERBACH, M.D., VOLUME II - 12/18/2017

Page 91

1  here because anybody I can have come in off the street
2  and they could speculate.  But since you were there and
3  you're familiar with this process, I want to make sure
4  I'm getting your best estimate?
5       MR. FINKEL:  Is that your best estimate as to
6  opposed to speculation?
7       THE WITNESS:  Yes.  Yeah.  This is the best --
8  this is the best estimate we can do.
9  BY MR. FLADSETH:
10      Q.   Sure.  That's all I want to get.  Thank you.
11      Okay.  So 7:26 a.m. CPR began?
12      A.   Correct.
13      Q.   And I saw somewhere in the records that there
14  was a reference to 7:20.  Do you know what happened at
15  7:20?
16      A.   I have no idea.
17      Q.   Do you know what time Mrs. Gutierrez -- I'm
18  not sure what the right term is -- crashed or collapsed
19  to the floor or whatever happened in the waiting room?
20      A.   I do not know.
21      Q.   And do you know how long she'd been sitting in
22  the waiting room before she crashed or collapsed?
23      A.   I do not know.
24      Q.   So as soon as she got into the critical care
25  room, the -- all the staff, they're doing all these

Page 92

1  things simultaneously, you're managing the airway,
2  correct?
3       A.   Correct.
4       Q.   And so one of the monitors that she's being
5  hooked up to immediately is the heart monitor?
6       A.   Correct.
7       Q.   And do you recall what that showed?
8       A.   My note reflects that it showed a cardiac
9  rhythm.
10      Q.   What kind of monitor is that?  I thought I
11  heard you say "ultrasound" something at some point.
12      A.   It's a monitor on the wall that has the wiggly
13  lines.
14      Q.   Like the little TV screen or computer screen?
15      A.   Yes.  Computer screen.
16      Q.   Okay.  And so is that -- what, is there like a
17  prong that's put on the finger or something?
18      A.   They're -- there are -- in this case, the
19  patient would be on two monitors.  They would be put on
20  two.  One is the defibrillator.  If they're in cardiac
21  arrest, they're hooked to a defibrillator immediately.
22  That's two stickers that go (indicating) on the chest.
23      Q.   So that's --
24      A.   Anterior and posterior on the chest.
25      Q.   Thank you.

Page 93

1       A.   The other monitor, and that would be -- that
2  monitor would be on a bedside table.  The other monitor
3  has four stickers that are placed on the chest that
4  reflect two different views of the heart.  An oxygen
5  saturation monitor is hooked to that same monitor.  That
6  would tell us pulse rate and oxygen saturation.  If
7  functioning -- and it doesn't always function when
8  there's not good blood flow.
9            The blood pressure cuff would be put on, and
10  that also would be displayed on the monitor.
11           And through compliance, the respiratory rate
12  would be displayed on that monitor.  It's electronically
13  calculated from the four leads.
14      Q.   So where are these vital signs first
15  documented?
16      A.   The first set of vital signs are at 7:28.
17  Heart rate of 38.
18      Q.   And it looks like it says "intubated"?
19      A.   That's the first thing that we do is establish
20  an airway.  So that first thing I do is, at the head of
21  the bed, get that tube in.  And that would have been the
22  time that I did it.
23      Q.   All right.  So the first thing when she got
24  into the critical care room is you would have intubated
25  her?

Page 94

1       A.   Correct.
2       Q.   And did you use a laryngoscope for that?
3       A.   Correct.
4       Q.   And so when you use the laryngoscope, what can
5  you visualize?
6       A.   I don't recall whether I used an electronic
7  one or a manual one.  I'm in the habit of using the
8  manual because I have 30 years experience with that, and
9  the electronic ones are the newfangled things.
10           But with either one you can visualize usually the
11  epiglottis and the arytenoids.  Sometimes you can see
12  the vocal cords.
13      Q.   The epiglottic and -- what was the second one?
14      A.   Arytenoids.
15      Q.   How do you spell that?
16      A.   I don't know.
17      Q.   Say it one more --
18      A.   Spelling was not a prerequisite for medical
19  school.
20      Q.   Yeah, I know.  Okay.  Just say it one more
21  time.
22      A.   Arytenoids.
23      Q.   And what is an arytenoid?
24      A.   The -- the epiglottis structure has the
25  epiglottis, which is the valve that opens and closes and

STEWART LAUTERBACH, M.D., VOLUME II - 12/18/2017

Page 95

1  which forms a circle.  And the arytenoids are the little
2  bumps around the outside edge that goes down to the
3  posterior aspect of the opening.
4      Q.   Okay.  So what you're looking for is you want
5  to make sure that you stick the bleeding tube into the
6  lungs rather than the stomach, right?
7      A.   Exactly.
8      Q.   In lay terms anyway.
9      A.   Stick it in the right hole.
10     Q.   Okay.  And when you use the laryngoscope, are
11 you able to see the trachea?
12     A.   Sometimes you can; sometimes you cannot.
13     Q.   And --
14     A.   And I don't have a recollection of whether I
15 could at this point or not.
16     Q.   Okay.  Is there anything documented about when
17 you use the laryngoscope whether you could see the
18 trachea or not?
19     A.   I don't think I put a -- in my medical
20 decision making, I don't think I mentioned that.
21         No, I don't mention that, so I don't have a
22 recollection.
23     Q.   So the breathing tube is called an
24 endotracheal tube?
25     A.   Correct.

Page 96

1      Q.   Did you have any trouble getting it in
2  immediately?
3      A.   There's no indication that I had a problem.
4      Q.   And there's ways that you verify that the
5  endotracheal tube is in the lungs rather than the
6  stomach, right?
7      A.   Yes.  The best way is visualize --
8  visualization.  You watch it go in.
9      Q.   Okay.  And did you do any confirmatory tests?
10     A.   We always do end-tidal CO2.  And -- and on the
11 critical care sheet, it should have said.  It's not on
12 that one.
13         So on the -- on page 182, page 6 of 8,
14 intubation time, 7:35; reason, arrest; oral tracheal, 8
15 tube; crash intubation.  And so confirmation equal chest
16 rise, visualize going through the cords, condensation in
17 the tube, and then post-X-ray confirmation with the
18 position readjusted for correct depth.
19     Q.   All right.  So you put the tube in.  You
20 actually watched it go into the lugs so you --
21     A.   Correct.  Into the trachea.
22     Q.   So you -- into the trachea.  Thank you.
23         So you knew that the tube was going into the
24 trachea so it would be oxygenating the lungs?
25     A.   Correct.

Page 97

1      Q.   And then you did the end-tidal, T-I-D-A-L, CO2
2  measurement?
3      A.   Correct.
4      Q.   And did you do that immediately?
5      A.   Yes.  As soon as the tube is in, the
6  respiratory therapist puts a little disc on there on the
7  tube that there's a color change.  So when there's no
8  carbon dioxide, it's one color.  When the patient
9  expires, there is -- it changes color.  It goes from
10 blue to yellow.
11     Q.   All right.  So the -- you and the respiratory
12 therapist were able to use the CO2 end-tidal test to
13 make sure that the endotracheal tube was properly placed
14 into the trachea and oxygenating the lungs?
15     A.   That along with the other modalities we use.
16     Q.   Right.  But that's -- that was one of the
17 things?
18     A.   Correct.
19     Q.   And then were you and the respiratory
20 therapist also able to see the chest rising and falling
21 which also confirmed the proper placement of the
22 endotracheal tube?
23     A.   Correct.
24         MR. FINKEL:  Objection.  Calls for speculation
25 as to what the therapist could see.

Page 98

1  BY MR. FLADSETH:
2      Q.   Well, do you know whether the respiratory --
3      A.   Well, I could certainly see it.
4      Q.   Okay.  Was that -- is that something that
5  ordinarily the respiratory therapist is looking for,
6  too, in the code blue, to your knowledge?
7      A.   Yes.
8      Q.   And then you mentioned there was some
9  condensation in the tube?
10     A.   Correct.
11     Q.   Does that show whether the tube's been
12 properly placed or not?
13     A.   It is suggestive of that.
14     Q.   And why is that?
15     A.   We humidify air within when we breathe.  So
16 when you inhale, you inhale dry air, and when you
17 exhale, you exhale wet air, essentially 100 percent
18 humidity.  And if it's cold, it's going to -- just like
19 breathing on a window, it's going to fog up.
20     Q.   And then chest X-ray was done also to confirm
21 the placement of the endotracheal tube?
22     A.   Correct.
23     Q.   And when was that done?
24     A.   Usually within -- within a minute or two after
25 we get it in.

STEWART LAUTERBACH, M.D., VOLUME II - 12/18/2017

Page 99

1    Q.    So somebody has a portable chest X-ray at the
2  bedside?
3    A.    There's a machine that the respiratory
4  therapists -- or that X-ray techs respond to all these
5  codes, and they are in the hallway.  And -- and when I
6  as the captain of the ship say, "Time for X-ray," they
7  come in and shoot the X-ray.  And with the modern
8  technology, there's a monitor on the X-ray machine and
9  we can see it instantly.
10         Or I shouldn't say "instantly."  Within ten
11 seconds.
12    Q.    So as soon as you get the endotracheal tube
13 in, they do the chest X-ray within a few seconds?
14    A.    Within a minute or two.
15    Q.    Okay.
16    A.    I should clarify that there's multiple things
17 going on at the same time.
18    Q.    Right.  But one of the things you can see on
19 the -- the chest X-ray is actually what projected on to
20 one of the monitors?
21    A.    Correct.
22    Q.    And then you can confirm the proper placement
23 of the ET tube?
24    A.    Correct.
25    Q.    And then when was the first oxygen level

Page 100

1  documented?
2    A.    It looks like at 7:34.
3    Q.    What page are you looking at?
4         MR. FINKEL:  Exhibit 2-2, the last page.
5  BY MR. FLADSETH:
6    Q.    All right.  So Exhibit 2-2, it has some times
7  written across the top.  The first one is 0734.  And
8  then you go down the list to the O2 sat.  Looks like
9  it's 100 all the way across for all the times there; is
10 that right?
11    A.    Correct.
12    Q.    So as soon as you got the endotracheal tube
13 in, was Cynthia immediately being oxygenated at
14 100 percent?
15    A.    It appears that way, correct.
16    Q.    Okay.  What kind of O2 monitor was that?  I
17 mean, is it like one of those prongs you put on the
18 finger or was someone actually, you know, sticking a
19 needle in and drawing the blood?
20    A.    No.  It's a noninvasive monitor of some sort.
21 Whether they had it on her ear or her nose or her
22 finger, I don't know.
23    Q.    But it ensured that the maximum amount of
24 oxygen was getting in and she was being oxygenated with
25 at 100 percent?

Page 101

1    A.    Correct.
2    Q.    And that's from 0734 to, looks like, 0830,
3  correct?
4    A.    Correct.
5    Q.    And how long were you in the critical room
6  attending to Cynthia Gutierrez?
7    A.    I don't recall, but probably at least for a
8  half an hour.
9    Q.    And were you ever having any trouble
10 oxygenating her during that time?
11    A.    No.
12    Q.    During the time that you were in the critical
13 care room with Cynthia, was any suctioning done for any
14 reason?
15    A.    Yes.
16    Q.    When was it first done?
17    A.    The -- once the endotracheal tube is placed,
18 the respiratory therapist takes over that.  I get the
19 tube in.  I hold my fingers on it to make sure it
20 doesn't move.  They take over and secure it, and then I
21 move on to my next project.  They take over.
22         The routine of the respiratory therapist is to
23 suction immediately after they intubate a patient.
24    Q.    Did you see whether the respiratory therapist
25 suctioned in this case or not?

Page 102

1    A.    I did not see him do it.  I know he did it
2  but...
3    Q.    How do you know he did it?
4    A.    Because he told me.
5    Q.    When did he tell you?
6    A.    Shortly after when he suctioned, he pulled up
7  a piece of food.
8    Q.    So how long after you intubated Cynthia did
9  the respiratory therapist pull up a piece of food?
10    A.    I don't know.
11    Q.    Was it seconds?
12    A.    Minutes.
13    Q.    Like how many minutes?  Like two minutes?  Ten
14 minutes?
15    A.    I don't have an answer to that.
16    Q.    Okay.  So let me see if I can just find any
17 permeameter.
18         It wasn't more than an hour, was it?
19    A.    Oh, certainly not.
20    Q.    Okay.  Was it closer to five minutes or
21 20 minutes?
22    A.    More on the two- to five-minute time.
23    Q.    Okay.  Did you actually see a piece of food
24 yourself?
25    A.    Yes.  He showed it to me.

STEWART LAUTERBACH, M.D., VOLUME II - 12/18/2017

Page 139

1    A.    I don't understand your question.
2    Q.    Well, the reason you want to know what the
3  cause is is so that would dictate what kind of treatment
4  you provide, correct?
5    A.    That would be on the backs of the critical
6  care doctors.  And that's what I know.
7    Q.    All right.
8    A.    I stabilize the patient.  That's my job.
9    Q.    Okay.  What did Dr. Kang say, if anything,
10  when you told him that you thought the patient had
11  aspirated some food?
12    A.    I don't remember that he responded to that.
13  He usually comes down, sees the patient, says, "I'll
14  admit the patient," and leaves.  And that's what I know.
15    Q.    Do you know if Dr. Kang documented anything
16  about food being in the airway or aspiration or anything
17  like that?
18    A.    I do not know.
19    Q.    Did you have any discussion with Dr. Kang
20  about whether Dilaudid may have played a role in the
21  crash or not?
22    A.    I have no recollection of having a discussion
23  like that.
24    Q.    So looking at the third page of Exhibit 2,
25  which is 179 on the bottom right, so there's a little

Page 140

1  box for the initial vital signs.  Do you see that?
2    A.    The bottom right on 179?
3    Q.    No.  The numbers at the bottom right, but now
4  I'm up at the top.
5    A.    Okay.
6    Q.    The initial vital signs.
7    A.    Okay.  Yes.
8    Q.    And who entered that information?
9    A.    I have no idea.  I assume one of the nurses.
10        But I'd point out that this is after Dr. Kang
11  has already seen the patient.
12    Q.    How do you know that?
13    A.    On page 182, progress note put in by the
14  scribe:  "Dr. Kang at bedside.  He will admit patient.
15  7:45."
16    Q.    So going down the page a little bit, it says
17  "uremic frost."
18        What does that mean?
19    A.    Which page are you on?
20    Q.    179, page 3 of Exhibit 2.
21    A.    Uremic frost is a general appearance that
22  renal failure patients have that gives them kind of
23  whitish color.
24    Q.    And had you observed that?
25    A.    Yes.

Page 141

1    Q.    Page 180, this is the fourth page of
2  Exhibit 2.  Do you see that?
3    A.    What am I looking at?
4    Q.    Are you -- are you on the page?
5    A.    Yes.
6    Q.    Okay.  You see where it says "X-ray, positive
7  findings"?
8    A.    Yes.
9    Q.    It says "ET low."
10        What does that mean?
11    A.    We alluded to that earlier; that on the X-ray,
12  the endotracheal tube was repositioned.  The radiologist
13  then reads the X-ray after the fact, and that was one of
14  his findings.  I had already acted on that.
15    Q.    So what time was the X-ray that's read as ET
16  tube low?
17    A.    You would have to go back and look at the
18  X-ray -- the full X-ray report for a time stamp on it.
19    Q.    So there should be a chest X-ray report at
20  some time that shows the ET tube was low?
21    A.    That's correct.
22    Q.    And when did you first learn that the ET tube
23  was low?
24    A.    When I looked at the X-ray at the time it was
25  taken.

Page 142

1    Q.    Okay.  So is this the X-ray that's taken at
2  the bedside immediately after you intubated?
3    A.    Correct.
4    Q.    So how low was it?
5    A.    I don't recall.
6    Q.    So you, what, pulled it back out a bit?
7    A.    Yeah, I measured.
8    Q.    So what was the measurement initially that you
9  had used?
10    A.    I don't recall.
11    Q.    Was there somewhere that says something like
12  24 centimeters or something like that?
13    A.    Yeah, it would have been 24 centimeters at the
14  teeth is usually what they do.
15    Q.    And then that ended up being too low?
16    A.    Apparently.
17    Q.    And what -- what was the new number?
18    A.    I don't know.
19    Q.    Did you document anywhere in your record that
20  the tube had been placed too low and then moved?
21    A.    I -- I did in -- oh, I saw it somewhere.
22        "Position adjusted."
23    Q.    Where are you looking?
24    A.    We went through this before under the
25  procedure note.

# EXHIBIT E

1  JAMES M. NELSON, ESQ. (State Bar No. 91682); jnelson@dndmlawyers.com
   JOSEPH E. FINKEL, ESQ. (State Bar No. 167397); jfinkel@dndmlawyers.com
2  ALEXANDER M ARONOV, ESQ. (State Bar No. 316839); aaronov@dndmlawyers.com
   DONNELLY NELSON DEPOLO MURRAY & EFREMSKY
3  A Professional Corporation
   201 North Civic Drive, Suite 239
4  Walnut Creek, CA  94596
   Tel. No. (925) 287-8181
5  Fax No. (925) 287-8188

6  Attorneys for Defendant
   Elliot Brandwene, M.D. and Stewart Lauterbach, M.D.

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  CYNTHIA GUTIERREZ, JOSE HUERTA,          Case No.  16-CV-02645-SI
    SMH, RH and AH,
12                                           **DECLARATION OF DANIEL
                  Plaintiffs,                MCDERMOTT, M.D., IN SUPPORT OF
13                                           DEFENDANT STEWART LAUTERBACH,
           vs.                               M.D.'S MOTION FOR SUMMARY
14                                           JUDGMENT**
    SANTA ROSA MEMORIAL HOSPITAL, ST.
15  JOSEPH HEALTH and DOES 1-50, inclusive,  **Date:**  June 8, 2018
                                             **Time:**  9:00 AM
16                Defendants.                **Dept.:**  Courtroom 1 – 17th Floor

17                                           **Complaint Filed:** May 17, 2016
                                             **Trial:**  November 19, 2018
18
                                             ASSIGNED FOR ALL PURPOSES TO:
19                                           **HON. SUSAN ILLSTON**

20

21        I, Daniel McDermott, M.D. declare as follows:

22        1.      I am a physician licensed to practice medicine in the State of California.

23        2.      My education, training & experience consist of the following: I received my medical

24  degree from the University of California, Los Angeles School of Medicine in 1993.  I completed a

25  residency in Emergency Medicine at Harbor UCLA Medical Center in 1996.   From 1998 to

26  November 2006, I was an Associate Clinical Professor with the Division of Emergency Medicine at

27  the University of California, San Francisco.   I have been a Per Diem Attending and Associate

28  Clinical Professor in the Department of Emergency Medicine at the University of California, San

*DONNELLY NELSON DEPOLO MURRAY & EFREMSKY*
*A Professional Corporation*

1

16-CV-02645-SI:  DECLARATION OF DANIEL MCDERMOTT, M.D., IN SUPPORT OF
DEFENDANT STEWART LAUTERBACH, M.D.'S MOTION FOR SUMMARY JUDGMENT

706-10464/AMA/462131.doc

Francisco since 2006. I am an Attending Physician since 2006 as well as the Vice Chairman with the Emergency Department at California Pacific Medical Center. I am Board Certified in Emergency Medicine. A true and correct copy of my Curricular Vitae is attached hereto.

3. I was asked by the law firm of Donnelly, Nelson, Depolo, Murray & Efremsky to review documents related to the care and treatment rendered by Stewart Lauterbach, M.D. to plaintiff Cynthia Gutierrez and to render an opinion regarding whether that care and treatment was within the applicable standard of care.

4. Having been a full-time emergency physician in an acute care emergency department for over 20 years, I am familiar with the standard of care as it applies to an emergency room physician such as Stewart Lauterbach, M.D. I am familiar with the degree of skill, knowledge and care that other like emergency physicians would ordinarily possess, exercise and use in circumstances similar to those presented in this case. I feel qualified to opine regarding the care and treatment provided by Dr. Lauterbach to Cynthia Gutierrez under the circumstances of this case.

5. In connection with preparing this Declaration, I have reviewed the following materials in formulating my opinions: excerpts from the medical records of Santa Rosa Memorial Hospital and the deposition transcript of Dr. Lauterbach.

6. Based on my review of the above-referenced materials, I understand the pertinent facts to be as follows:

a. Plaintiff Cynthia Gutierrez presented at the Santa Rosa Memorial Hospital Emergency Department on February 25, 2015 at 03:26 a.m. with complaints of shortness of breath. She was evaluated and treated by Elliot Brandwene, M.D. and discharged at 7:00 a.m. Ms. Gutierrez waited in the Emergency Department waiting room for her ride home. (Records from Santa Rosa Memorial Hospital, 000219-000238.)

b. At 7:20 a.m., the Emergency Department Nursing Staff were informed that Ms. Gutierrez was unresponsive and had collapsed. (Records from Santa Rosa Memorial Hospital, 000243-000245, 000257-000263.)

c. The nursing staff immediately began CPR and placed a Bag-Valve-Mask (BVM) on Ms. Gutierrez to provide positive-pressure ventilation. Ms. Gutierrez was transported on a

DONNELLY NELSON DEPOLO MURRAY & EFREMSKY
A Professional Corporation

2
16-CV-02645-SI:  DECLARATION OF DANIEL MCDERMOTT, M.D., IN SUPPORT OF
DEFENDANT STEWART LAUTERBACH, M.D.'S MOTION FOR SUMMARY JUDGMENT

706-10464/AMA/462131.doc

1  stretcher to a critical care room in the Emergency Department while CPR and BVM continued to be

2  performed.  (Records from Santa Rosa Memorial Hospital, 000249.)

3          d.      Dr. Lauterbach observed Ms. Gutierrez being transported to critical care room

4  # 25 and arrived to provide care and assistance. (Deposition Transcript of Stewart Lauterbach, M.D.,

5  21:7-18, 79:4-25, 80:1-12.)

6          e.      Dr. Lauterbach gathered the necessary equipment in preparation for

7  intubation of Ms. Gutierrez. Subsequently, he used a manual laryngoscope to visualize Ms.

8  Gutierrez's epiglottis and her arytenoids. (Deposition Transcript of Stewart Lauterbach, M.D., 29:13-

9  25, 30:1-2, 93:19-25, 94: 1-22.)

10          f.      At 7:28 a.m., Dr. Lauterbach proceeded to insert an 8mm endotracheal tube

11  (ETT) into Ms. Gutierrez's trachea. The ETT was positioned with Ms. Gutierrez's lips at the 24cm

12  mark. Immediately thereafter, Dr. Lauterbach conducted the end-tidal $CO_2$ measurement and

13  confirmed the proper placement of the ETT.  Additionally, Dr. Lauterbach confirmed the proper

14  placement of the ETT by visualizing the vocal cords, observing the rising and falling of Ms.

15  Gutierrez's chest, and noting condensation in the tube. (Records from Santa Rosa Memorial

16  Hospital, 000243-000245; 000257-000262; Deposition Transcript of Stewart Lauterbach, M.D.,

17  93:18-98:19.)

18          g.      At 7:39 a.m., Dr. Lauterbach ordered an immediate portable x-ray of Ms.

19  Gutierrez's chest.  The x-ray showed moderate cardiomegaly with a biventricular contour.  The ETT

20  tube was confirmed to be in the trachea with the tip at the carina.  The ETT was withdrawn by 2-3cm

21  for more optimal placement.  Ms. Gutierrez was oxygenated at 100% immediately upon placement

22  of the ETT.  (Records from Santa Rosa Memorial Hospital, 000274; Deposition Transcript of Stewart

23  Lauterbach, M.D., 98:20-99:24, 100:1-25.)

24          h.      Ms. Gutierrez was placed on a ventilator and connected to cardiac monitors.

25  The cardiac monitor showed a narrow complex bradycardic rhythm. Dr. Lauterbach ordered calcium

26  and bicarbonate based on the possibility of hyperkalemia. Subsequently, Dr. Lauterbach ordered

27  epinephrine. (Records from Santa Rosa Memorial Hospital, 000257-000271.)

28  ///

DONNELLY NELSON DEPOLO MURRAY & EFREMSKY
A Professional Corporation

3

16-CV-02645-SI:  DECLARATION OF DANIEL MCDERMOTT, M.D., IN SUPPORT OF
DEFENDANT STEWART LAUTERBACH, M.D.'S MOTION FOR SUMMARY JUDGMENT

706-10464/AMA/462131.doc

DONNELLY NELSON DEPOLO MURRAY & EFREMSKY
A Professional Corporation

1         i.    At 7:45 a.m., Ms. Gutierrez was evaluated by Dr. Kang and admitted into in

2    the Intensive Care Unit (ICU). (Records from Santa Rosa Memorial Hospital, 000257-000271.)

3        7.    Based on my review of the aforementioned materials, my background and training,

4    and expertise as an emergency medicine physician, I believe that Dr. Lauterbach met the standard

5    of care in every respect.

6        8.    It is my opinion that Dr. Lauterbach's decision to intubate Ms. Gutierrez on February

7    25, 2015 at 7:28 a.m. was entirely appropriate and within the standard of care.  The Emergency

8    Department staff was notified that Ms. Gutierrez had become unresponsive and collapsed in the

9    waiting room.  The nursing staff charted Ms. Gutierrez as being neurologically non-responsive,

10    apneic, and having a pulse electrical activity (PEA) of 38.  I believe that intubation was necessary at

11    that time in order to preserve the patient's life.

12        9.    It is my opinion that Dr. Lauterbach acted within the standard of care on February 25,

13    2015 at 7:28 a.m. when he intubated Ms. Gutierrez.  First, Dr. Lauterbach gathered the necessary

14    equipment to quickly begin the intubation.  Second, he visualized Ms. Gutierrez's epiglottis and her

15    arytenoid with a manual laryngoscope.  Third, he placed an 8mm ETT into Ms. Gutierrez's trachea

16    and positioned it at her lips at the 24 cm mark.  Dr. Lauterbach then confirmed the proper placement

17    of the ETT by conducting an end-tidal $CO_2$ measurement, visualizing her vocal cords, observing the

18    rising and falling of her chest, and noting condensation in the tube.

19        10.    It is my opinion that Dr. Lauterbach acted within the standard of care on February 25,

20    2018 when he confirmed the placement of the ETT by portable x-ray.  Immediately upon completing

21    the intubation, Dr. Lauterbach ordered a bed side portable x-ray of Ms. Gutierrez's chest which

22    showed the ETT to be in place at the tip of the Carina.  It is further my opinion that Dr. Lauterbach

23    then appropriately and within the standard of care adjusted the tip by 2-3cm to obtain optimal

24    placement.  Subsequently, Ms. Gutierrez was then connected to a ventilator by the respiratory

25    therapist and admitted to the ICU.

26        11.    I have carefully reviewed the provided medical records pertaining to Cynthia Gutierrez

27    and it is my opinion that her intubation and resuscitation by Stewart Lauterbach, M.D. was within the

28    standard of care and there is no evidence that Dr. Lauterbach was in any way negligent in his care

16-CV-02645-SI:  DECLARATION OF DANIEL MCDERMOTT, M.D., IN SUPPORT OF
DEFENDANT STEWART LAUTERBACH, M.D.'S MOTION FOR SUMMARY JUDGMENT

706-10464/AMA/462131.doc

1  and treatment of Ms. Gutierrez.

2  12.    It is further my opinion that no negligent acts or omissions on the part of Dr.

3  Lauterbach caused or contributed to the harm, injury or damage allegedly suffered by Ms. Gutierrez.

4  I declare under penalty of perjury that the foregoing statements are true and correct.

5  Executed within the United States on ___23 APRIL___, 2018.

6

7

8  By: _____

9  DANIEL MCDERMOTT, M.D

10

11

DONNELLY NELSON DEPOLO MURRAY & EFREMSKY
A Professional Corporation

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

16-CV-02645-SI:  DECLARATION OF DANIEL MCDERMOTT, M.D., IN SUPPORT OF
DEFENDANT STEWART LAUTERBACH, M.D.'S MOTION FOR SUMMARY JUDGMENT

706-10464/AMA/462131.doc

**Curriculum Vitae**

Daniel A. McDermott, MD

Date of Preparation:  16 August, 2017
Place of Birth:  Perth Amboy, New Jersey
Date of Birth:  2 October, 1966

Current Position:  Attending Physician and Vice Chairman
                                Emergency Department
                        California Pacific Medical Center

Business Address:  2333 Buchanan Street, Level A
                                San Francisco, CA, 94115

Home Address:  183 Carl Street
                            San Francisco, CA 94117

Business Phone:  415-600-3333

**Education:**

> July 1993-June 1996
> Residency in Emergency Medicine
> Harbor-UCLA Medical Center
> Torrance, California
>
> June 1989-June 1993
> UCLA School of Medicine
> Los Angeles, California
> Doctor of Medicine
>
> July1990-June 1991
> University of Iowa
> Iowa City, Iowa
> American Heart Association, Research Fellow
>
> June 1985-June 1989
> University of California, Riverside
> Riverside, California
> Bachelor of Science, Biomedical Sciences

**Licenses, Certifications**

>   June 1998, Board Certified in Emergency Medicine

>   State of California, Board of Medicine-license G080226

**Employment:**

>   November 2006-present
>   Attending Physician, Emergency Department

>   Vice Chairman-December 2010-present
>   California Pacific Medical Center
>   San Francisco, California

>   November 2008-July 2012
>   Site Director
>   Pediatric Emergency Department
>   California Pacific Medical Center
>   San Francisco, California

>   November, 2006-Present
>   Per Diem Attending
>   Faculty Member, Associate Clinical Professor, Step 1
>   Department of Emergency Medicine
>   University of California, San Francisco

**Previous Employment:**

>   October 1998-November, 2006
>   Associate Clinical Professor
>   Division of Emergency Medicine
>   Department of Medicine
>   University of California, San Francisco

**Honors and Awards:**
March, 2017
Outstanding Author-Adult Emergency Medicine
The Approach to the Patient with Syncope in the Emergency Department

March, 2009
Achieving Continuous Excellence (ACE) Award, CPMC Medical Center

March 2005
Nominated for Outstanding Preceptor, Foundations in Patient Care course

July 2000
UCSF Division of Emergency Medicine Teaching Award
March 1992
Alpha Omega Alpha Research Prize for meritorious research in Biomedical
Sciences


**Professional Activities:**

May, 2014
Sub-investigator
BI 655075 Re-Verse-AD study
California Pacific Medical Center

September, 2013
Member, Scientific Committee
First International Workshop on Syncope Risk Stratification in the Emergency
Department
Lake Gargnano, Italy

July 2013-present
ED representative
Utilization Management Committee at CPMC

June, 2013-present
Consultant-Applied Practice Strategies-Boston, MA
On line medico-legal primer to reduce risk in the ED

March, 2013
Kaizen Participant
Sepsis protocol at CPMC

June, 2011-present
Quality of Care Committee, CPMC
Review for complicated cases in the ED

1999-2006
Member, Society for Academic Emergency Medicine

1999-2006
Member, American Academy of Emergency Medicine

2001-2005
California Academy of Medicine

**Invited Papers, Lectures and Presentations**

September, 2013
Survey Results presentation
First International Workshop on Syncope Risk Stratification in the Emergency
Department
Lake Gargnano, Italy

July, 2013
The San Francisco Syncope Rule to Predict Patients with Serious Outcomes
Noon conference for the internal medicine residents
CPMC

Also presented at the following:

July, 2013
Morning Report for the Departments of Medicine and Cardiology
CPMC

April, 2013
Noon conference for the internal medicine residents
CPMC

November, 2012
Grand Rounds,  Humanitas Medical Center
Milano, Italy

July, 2012
UCSF Emergency Department Resident Conference

November, 2011
Topics of Emergency Medicine
UCSF CME conference

August, 2010
UCSF Emergency Department Resident Conference

July, 2010
CPMC Resident Rounds

November, 2008
Topics in Emergency Medicine
UCSF CME Conference

July 2008
UCSF Emergency Medicine Residency Conference

September, 2007
Medicine Grand Rounds, California Pacific Medical Center

September 2006
Presented at Highland General Hospital Department of EM Grand Rounds

September, 2006
Grand Rounds
Presented to the faculty at The Community Hospital of the Monterey Peninsula

August, 2006
Grand Rounds
Presented to the faculty at San Francisco General Hospital

June, 2006
Grand Rounds
Presented to the EM residents at UCSF-Fresno

May, 2006
California Emergency Physicians, Annual CME Symposium, Riverside,
California

April, 2006
Inter-American Conference on Emergency Medicine
Buenos Aires, Argentina

April, 2006
California Emergency Physicians, Annual CME Symposium, Sonoma, California

October, 2005
Topics of Emergency Medicine, a UCSF CME Conference

August 2005
Highland General Hospital, Emergency Medicine Grand Rounds

March 2005
For emergency physicians at Kaiser South San Francisco

October 2004
Topics in Emergency Medicine, a UCSF CME Conference

August 2004
For Highland General Hospital Emergency Medicine Conference

August 2004
For emergency physicians at Kaiser, San Francisco

May 2004
For emergency physicians at Kaiser, Vallejo

January, 2013
Expert Panel Discussant
Highly sensitive troponin:  Have we ruled in how to rule out?
CPMC Cardiology ED Grand Rounds

November, 2010
"Fall Down, Go Boom"-Pediatric Head Injury
Pediatric Specialty CME Symposium
Sonoma, California

November, 2010
Pediatric Head Injury
Pediatric Residents at CPMC
Also presented December 2009 and May, 2010

May, 2009
Acute Stroke in the Emergency Department
State of the Art Stroke Symposium
CPMC CME Conference

October, 2007
Intersessions for 3rd year medical students at UCSF
Course IDS 112
Invited Panel Discussant
Ethical issues in different specialties on death and dying
        Also Participated in October 2006

December, 2006
Guest Instructor and Proctor

Levitan Difficult Airway Course and Cadaver Lab
Given for San Francisco Paramedics Association
       Also given April, 2006


November, 2006
Difficult Airway Workshop
Topics of Emergency Medicine, a UCSF CME Conference

       Also presented October 2005


September 2006
IDS 101-Prologue Block
The Danovic Case
Presented to the 1st year Medical School Class at UCSF

August, 2006
Lecture, Cardiovascular Emergencies
Nursing Training Program
UCSF Emergency Department

       Also presented February, 2006

March 2006
Oral presentation
Acute Myocardial Infarction and ECG Abnormalities in Emergency
Department Patients Presenting with Syncope
SAEM Western Regional Research Conference, Redondo Beach, CA


February, 2006
Panel Member
Emergency Medicine Advisory Committee for UCSF Medical Students


December 2005
Guest participant
Heart Tone Detection Study
UCSF Division of Cardiology


October 2005
Invited guest panelist
Preceptor Workshop, for Foundations in Patient Care, IDS 131/132

September, 2005
Guest Speaker
EM Advisory Panel for the Emergency Medicine Interest Group


May, 2005
Moderated Poster presentation
Use of Hospital Admission for Emergency Department Patients with Syncope
SAEM Annual Conference, NY, NY


April, 2005
Moderated Poster presentation
Use of Hospital Admission for Emergency Department Patients with Syncope
SAEM Western Regional Conference


November, 2004
The Evaluation of Syncope
Lecture, The Emergency Medicine Interest Group, UCSF Medical Students


June, 2004, as well as May, September, 2003
Lecture, Medico-Legal Primer
UCSF Primary Care Residents Conference


April, 2004
Guest Participant, Career Planning Session
Emergency Medicine Interest Group for The UCSF Medical Students

November, 2003
Lecture, Follow-Up Conference
Joint Conference with UCSF Division of Emergency Medicine and Highland
General Hospital Emergency Medicine

October, 2003, as well as October 2000-2002
Lecture, Local and Regional Anesthesia Workshop
Topics of Emergency Medicine

September, 2003
Lecture, Apparent Life Threatening Events
Joint Conference with UCSF Division of Emergency Medicine and the
Department of Pediatrics

June, 2003
Guest Participant, Babinski research study, Department of Neurology,
UCSF Medical Center


May, 2003
Oral Poster Presentation, Syncope and EKG's
SAEM National Meetings, Boston, MA

April, 2003
Oral Presentation, Syncope and EKG's
SAEM Western Regional Conference, Scottsdale, AZ


April, 2003
Guest Participant, Career Planning Session
Emergency Medicine Interest Group, for UCSF Medical Students


June, 2002
Lecture, The Difficult Airway
UCSF Emergency Department Faculty Education Conference


December 2001, as well as September 2000, February 2001
Lecture, Nurse In-service on Abdominal Trauma


December 2001, as well as February 1999, 2001 and September 2000
Lecture, Nurse In-service on ENT Emergencies


October 1999
Lecture, Maxillo-facial Trauma
Topics of Emergency Medicine

**Administrative Duties:**

December, 2010-Present
Vice Chair, Emergency Department
CPMC

August, 2017
Neurosciences Search Committee-Chairman

April, 2017-Present
Neurosciences Quality of Care Committee

January, 2015-Present
ED Quality of Care Committee

November , 2010
CPMC Ophthalmology Reappointment Committee

June, 2010
CPMC Surgery Reappointment Committee

November, 2008-July 2012
Care of the Pediatric Patient
CPMC Campus

September, 2008-July, 2012
Site Director
Pediatric Emergency Department
CPMC, California Campus

July, 2007
Coordination of Difficult Airway Cart at CPMC

June, 2007-present
ED Physician Liason, Stroke Service at CPMC

March 2005-November 2006
Physician Representative, The San Francisco Emergency Physicians Association
Member of the Executive Committee

October, 2004-November 2006
Physician Representative, Hospital Committee on the Prevention of Delirium in
Patients with Alcohol Withdrawal

June 1998-November 2006
Schedule Coordinator, UCSF Emergency Department

1998-2003
Physician Representative, Nurse Liason/Collaborative Practice Committee

1999-November 2006
Housestaff Coordinator/Schedule Coordinator for Rotation in the Emergency
Department

July 2000-2004
ED Chart Compliance Coordinator

July 2002-November 2006
ED Staffing and Credentialling Coordinator

**Teaching:**

November, 2009
Instructor, Pediatric ED Nursing Skills
Adult EKG interpretation

September, 2009
Instructor, Pediatric Intern Procedure Course

May, 2006
Physician Preceptor, IDS 111:Longitudinal Clinical Experience

May, 2006
ACLS instructor for UCSF Medical Students

April, 2006
Instructor, UCSF Medical Student Course on Advanced Procedures Lab

April, 2005
Physician Preceptor, IDS 111:  Longitudinal Clinical Experience

April, 2005
ACLS Instructor, for UCSF Medical Students

March, 2005
Instructor, UCSF Medical Student Course on Advanced Procedures Lab

June, 2004, as well as June 2003
ACLS instructor for the Incoming Surgical Interns

May, 2004
ACLS Instructor, for UCSF Medical Students

March, April, 2004
Instructor, UCSF Medical Student Course on Advanced Procedures Lab


April, 2000-2006
Oral Board Reviewer, Highland General Hospital Emergency Medicine Residents
6 Residents per 4 hour session, Bi-annually

June 2000-2007
Foundations in Patient Care-Course IDS-131/132
Physician Sponsor for 1st year UCSF Medical Students
6 hours per month during the Academic Year

June, 2000-June 2002
ACLS Course Coordinator for DOM incoming interns

June, 1999
ACLS Instructor for DOM incoming interns


**Clinical Responsibilities:**

My primary current role is attending in the Emergency Department at CPMC, where I am Vice Chairman.  I work clinically approximately 100 hours per month in this regard, usually 12-13 shifts.  My responsibilities include direct patient care in the Emergency Department.  I was previously the site director at the Pediatric ED as well at CPMC.

I also work 1-2 shifts as a supervising attending in the Emergency Department at UCSF, where I oversee interns and residents and coordinate the care of patients in the ED.


**Clinical Research Program:**

My research interests are in the evaluation of patients presenting to the Emergency Department with Syncope.  In collaboration with my mentor, Dr. Jim Quinn, we have developed a prediction rule for short-term serious outcomes, The San Francisco Syncope Rule (SFSR).  This has been the largest prospective syncope trial to date.  We

have recently published the derivation of the rule and are currently submitting the validation phase for publication. We also plan to implement the rule at multiple centers as well. We have also looked into how well the SFSR has performed at predicting one-year mortality in the derivation cohort, and would like to evaluate for the validation cohort as well. I have received REAC funding for further investigation on this project. We are also interested in the classification of low risk patients with syncope, and would like to target this population to determine if they can be safely discharged from the Emergency Department.

In addition, I also am interested in syncope patients presenting with abnormal EKG's. I have looked at specific EKG abnormalities associated with serious outcomes as well as the association with acute myocardial infarction.

I am working with another colleague, John Stein, with the use of Ultrasound for peripheral IV access in patients that have difficult IV access. We currently have completed our randomized trial.

**Research Support:**

June, 2005
Mentor: Dr. Jim Quinn
Project: Evaluation of the San Francisco Syncope Rule to Predict Long Term
     Mortality
Source: REAC-UCSF School of Medicine
Amount: $9,980

May 2005
Mentor: Medical Scholl Research Program, Summer Research Fellowship
Project: Nursing trial for Ultrasound-Guide Peripheral Intravenous Cannulation
Source: Genentech Foundation/School of Medicine
Amount: $3,200

May, 2004
Mentor, Medical Student Research Program, Summer Research Fellowship
Project: Ultrasound-Guided Peripheral Intravenous Cannulation
Source: Genentech Foundation/School of Medicine
Amount: $3200

**Peer Reviewed Publications:**

McDermott, DA, Meller, ST, Gebhart, GF, Gutterman, DD. Use of an indwelling catheter for examining cardiovascular response to pericardial administration of bradykinin in rat.  Cardiovascular Research 1995; 30:39-46.

Quinn, JV, Stiell, IG, McDermott, DA, Sellers, KA, Kohn, MA, Wells, GA.  Derivation of the San Francisco Syncope Rule to predict patients with short term Outcomes, Annals of Emergency Medicine 2004; 43:224-232

Quinn, JV, Stiell IG, McDermott, DA, Kohn MA, Wells GA.  The San Francisco Syncope Rule vs. Physician Judgment and Clinical Decision Making.  Am J Emerg Med. 2005 Oct; 23(6): 782-6.

Quinn, JV, McDermott, DA, Stiell, IG, Kohn, MA, Wells, GA.  Prospective Validation of the San Francisco Syncope Rule to Predict Patients with Serious Outcomes. Annals of Emergency Medicine  2006;  47(5):  448-454.

Quinn, JV, McDermott, DA, Kramer, N, et al.  Death After Emergency Department Visits for Syncope:  How Common and Can It Be Predicted.  Annals of Emergency Medicine 2008: 51(5):  585-90.

Quinn, JV, Kramer, N, McDermott, DA.  Validation of the Social Security Death Index (SSDI):  An Important Readily-Available Outcomes Database for Researchers.  West JEM 2008 9(1) article 2.

McDermott, D, Quinn, J, Murphy, C.  Acute Myocardial Infarction in Patients with Syncope.  CJEM  2009;  11(2):156-60.

Stein, JC, George, B, River, G, Hebig, A, McDermott, DA.  Ultrasonographically Guided Peripheral Intravenous Cannulation in Emergency Department Patients With Difficult Intravenous Access:  A Randomized Trial.  Ann Emerg Med. 2009; 54: 33-40.

Quinn JV, McDermott D, Rossi J, Stein J, Kramer N.  <u>Randomized controlled trial of prophylactic antibiotics for dog bites with refined cost model.</u>  West J Emerg Med. 2010 Dec;11(5):435-41

Quinn, JV, McDermott, DA.   ECG Findings in Emergency Department Patients with Syncope.  Acad Emerg Med. 2011 Jul;18(7):714-8.

Costantino G, Solbiati M, Casazza G, Bonzi M, Vago T, Montano N, McDermott D, Quinn J, Furlan R. Usefulness of N-terminal pro-B-type natriuretic Peptide increase as a marker for cardiac arrhythmia in patients with syncope. *Am J Cardiol* 2014;**113**(1):98-102.

Costantino G, Casazza G, Reed M, Bossi I, Sun B, Del Rosso A, Ungar A, Grossman S, D'Ascenzo F, Quinn J, McDermott D, Sheldon R, Furlan R.  Syncope risk stratification tools vs. clinical judgment: an individual patient data meta-analysis.  Am J Med. 2014 Nov;127(11):1126.e13-25.

Sun BC, Costantino G, Barbic F, Bossi I, Casazza G, Dipaola F, McDermott D, Quinn J, Reed M, Sheldon RS, Solbiati M, Thiruganasambandamoorthy V, Krahn AD, Beach D, Bodemer N, Brignole M, Casagranda I, Duca P, Falavigna G, Ippoliti R, Montano N, Olshansky B, Raj SR, Ruwald MH, Shen WK, Stiell I, Ungar A, van Dijk JG, van DN, Wieling W, Furlan R. Priorities for Emergency Department Syncope Research. *Ann Emerg Med* 2014. <u>Volume 64, Issue 6</u>, December 2014, Pages 649–655.e2

Costantino G, Sun BC, Barbic F, Bossi I, Casazza G, Dipaola F, **McDermott** D, Quinn J, Reed MJ, Sheldon RS, Solbiati M, Thiruganasambandamoorthy V, Beach D, Bodemer N, Brignole M, Casagranda I, Del Rosso A, Duca P, Falavigna G, Grossman SA, Ippoliti R, Krahn AD, Montano N, Morillo CA, Olshansky B, Raj SR, Ruwald MH, Sarasin FP, Shen WK, Stiell I, Ungar A, Gert van Dijk J, van Dijk N, Wieling W, Furlan R. **Syncope** <u>clinical management in the emergency department: a consensus from the first international workshop on</u> **syncope** <u>risk stratification in the emergency department.</u>
Eur Heart J. 2016 May 14;37(19):1493-8.

Sorenson, SB, Baranzangi, N, Chen, C, Wong, C, Grosevenor, D, Rose, J, Bedenk, A, Morrow, M, McDermott, D, Hove, JD, Tong, DC. Generalized Safety and Efficacy of Simplified Thrombolysis Treatment (SMART) Criteria in Acute Ischemic Stroke:  The

MULTI SMART Study.  J Stroke Cerebrovasc Dis.  2016-accepted
for publication.

**Non-Peer Reviewed Publications:**

McDermott,D., Henneman,P.  Penetrating Abdominal Trauma,
Emergindex, Micromedex, Inc., 1995.

Koenig, KL. Emergency Medicine: Pre-Test Self Assessment and Review,
Contributor, Pulmonary Emergencies chapter, McGraw Hill, 2000.

Quinn, JV, McDermott, DA.  Editorial Correspondence-Risk Prediction
Patients with Syncope.  Annals or Emergency Medicine 2004;
44(4): 422-424.

Quinn, J, McDermott, D.  Editorial Correspondence-Syncope and
NAMCS.
Acad Emerg Med. 2005 Apr;12(4):381.

Quinn, JV, McDermott, D.  Editorial Correspondence:  Medical decision-
making and the San Francisco Syncope Rule.  Ann Emerg Med.
2006 Dec; 48(6):  762-3.

Quinn, J, McDermott, D.  Editorial Correspondence-External validation of
the San Francisco Syncope Rule.  Ann Emerg Med. 2007
Dec; 50(6):  742-3.

McDermott, DA, Quinn, JV.  The Approach to the Patient with Syncope
in the Emergency Department, Up To Date, January 2007.

McDermott, DA, Quinn, JV.  Editorial Correspondence-Response to
"Failure to Validate the San Francisco Syncope Rule in an
Independent Emergency Department Population."  Ann Emerg
Med.  2009 May 53(5): 693.

Quinn J, McDermott D.  ECG criteria of the San Francisco
Syncope Rule.  Ann Emerg Med. 2011 Jan;57(1):72-3

**Abstracts:**

Quinn, JV, McDermott, DA, Kohn, MA, McCulloch, CE, Stiell, IG, Wells, GA. Physician agreement in the evaluation of patients presenting with syncope. Acad Emerg Med 2001; 8:558. Abstract, accepted for poster presentation at SAEM, May, 2001.

Quinn, JV, McDermott, DA, Stiell, IG, Kohn, MA, Sellers, KA, Wells, GA.  Physician judgment in evaluating patients with syncope. Acad Emerg Med 2002; 9:452-3. Abstract, accepted for poster presentation at SAEM, May 2002

Quinn, JV, Stiell, IG, Sellers, KA, McDermott, DA, Kohn, MA, Wells, GA, Callaham, ML.  The San Francisco Syncope Rules to predict patients with serious outcomes.  Acad Emerg Med 2002; 9:358. Abstract, accepted for plenary session at SAEM, May, 2002.

McDermott, DA, Quinn, JQ, Zaroff, JG.   Syncope and electrocardiograms:  What abnormalities are most significant and how sensitive is it for acute myocardial infarction (AMI)? Abstract, oral presentation at SAEM Western Regional Research Conference, April, 2003.

McDermott, DA, Quinn, JQ, Zaroff, JG.   Syncope and electrocardiograms:  What abnormalities are most significant and how sensitive is it for acute myocardial infarction (AMI)?  Acad Emerg Med  2003; 10:515-516. Abstract, presented for moderated poster presentation at  SAEM, May 2003.

Quinn, JV, Stiell, IG, Sellers, KL, McDermott, DA, Kohn, MA, Wells, GA.  San Francisco Syncope Rule (SFSR) versus physician judgment for predicting patients with serious outcomes.  Acad Emerg Med 2003; 10:539-540. Abstract, Oral presentation at SAEM, May, 2003

Quinn, JV, McDermott, DA, Stiell, IG, Sellers, KA, Kohn, MA, Wells, GA.  Prospective Validation of The San Francisco Syncope Rule (SFSR) to predict patients with serious outcomes.  Acad Emerg Med. 2004; 11:529-530. Abstract, Oral presentation at SAEM, May, 2004

Quinn, JV, McDermott, DA, Yeh, C, Stiell, IG, Kohn, MA.  Death Rates of Emergency Department Patients with Syncope:  Can the San

Francisco Syncope Rule Predict Long Term Mortality?  Acad Emerg Med. 2005; 12(5): 9.
Abstract accepted for plenary session at SAEM, May 2005.

McDermott, DA, George, B, Kramer, N, Stein, JC.  Ultrasound Guidance for Difficult Peripheral Intravenous Access:  A Randomized Trial.  Acad. Emerg Med. 2005; 12(5): 48.
Abstract, accepted for moderated poster presentation at SAEM, May 2005.

Quinn, JV, McDermott, DA, Kohn, MA, Stiell, IG, Wells, GA.  Admission of Low Risk Patients with Syncope.  Acad Emerg Med, 2005; 12(5): 126-127.
Abstract, accepted for moderated poster presentation at SAEM, May 2005.

McDermott, DA, George, B, Nobay, F, Stein, JC.  Using a Synthetic Model to Train Emergency Physicians for Ultrasound-Guided Peripheral Intravenous Catheterization.  Acad Emerg Med, 2005; 12(5): 121.
Abstract, accepted for poster presentation at SAEM, May 2005.

McDermott, DA, Quinn, JV, Murphy, C, Goldschlager, N.  Acute Myocardial Infarction and ECG Abnormalities in Patients with Syncope.
Abstract, accepted for moderated poster presentation at SAEM Western Regional Meeting, March, 2006.

Kramer, N, Quinn, JV, McDermott, DA.  Who is really dead?  How accurate is the social security death index.
Abstract accepted for SAEM Western Regional Meeting and SAEM National Meeting.  March 2006.

Quinn, JV, McDermott, DA, Kramer, N, Stein, JC.  Prophylactic Antibiotics for Dog Bites: A RCT with redefined Cost Model.  Acad. Emerg.Med, 2007; 14(5): 146.
Abstract accepted for Moderated Poster presentation at SAEM, May 2007.

Tong, DC, Rose, J, Thomas, J, Phan, J, Bedenk, A, Barakos, J, McDermott, DA.  Increasing Thrombolytic Treatment Rates: Results Utilizing Revised Treatment  Criteria and a Multidisciplinary Stroke Education Program.  Stroke  2008:  39(2):  608.

Abstract presented for poster presentation at the AHA
Stroke meeting, February 2008.

Tong, DC, Rose, J, Barakos, J, Thomas, J, Bedenk, A, Phan, J,
McDermottt, DA. Initial Experience with Combined 64-slice CT
Perfusion (ctp) and CT Angiography (cta) in Routine Practice.
Potential and Pitfalls. Stroke, 2008: 39(2): 610.
Abstract presented for poster presentation at AHA Stroke meeting,
February 2008.

Tong, DC, Phan, J, Bedenk, A, Rose, J, Thomas, J, Barakos, J,
McDermott, DA. Is Estimated Patient Weight Accurate for IV Rt-
pa Dosing in Acute Stroke? Stroke, 2008; 39(2): 707.
Abstract presented for poster presentation at the AHA
Stroke meeting, 2008.

Quinn, JV, McDermott, DA. ECG Findings in Emergency Department
Patients with Syncope. Poster Presentation at the SAEM Annual
Meeting, Boston, Ma. June, 2011

Costantino, G, Solbati, M, Casazza, G, Bonzi, M, Montano, N,
McDermott, D, Quinn, J, Furlan, R. NT-pro BNP as a Marker for
Cardiac Arrhythmia in Patients with Syncope. Acad Emerg. Med,
2013; 20(5): S138.
Presented for oral presentation at SAEM Annual Meeting, Atlanta,
GA, May, 2013.

# EXHIBIT F

1 | JAMES M. NELSON, ESQ. (State Bar No. 91682); jnelson@dndmlawyers.com
JOSEPH E. FINKEL, ESQ. (State Bar No. 167397); jfinkel@dndmlawyers.com
2 | ALEXANDER M ARONOV, ESQ. (State Bar No. 316839); aaronov@dndmlawyers.com
DONNELLY NELSON DEPOLO MURRAY & EFREMSKY
3 | A Professional Corporation
201 North Civic Drive, Suite 239
4 | Walnut Creek, CA  94596
Tel. No. (925) 287-8181
5 | Fax No. (925) 287-8188

6 | Attorneys for Defendant
Elliot Brandwene, M.D. and Stewart Lauterbach, M.D.

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIIA

10

11 | CYNTHIA GUTIERREZ, JOSE HUERTA, SMH, RH and AH,

Case No.  16-CV-02645-SI

12 | Plaintiffs,

**DECLARATION OF ALEXANDER M. ARONOV IN SUPPORT OF STEWART LAUTERBACH, M.D.'S MOTION FOR SUMMARY JUDGMENT**

13 | vs.

14 | SANTA ROSA MEMORIAL HOSPITAL, ST. JOSEPH HEALTH and DOES 1-50, inclusive,

15 | **Date:** June 8, 2018
**Time:** 9:00 AM
**Dept.:** Courtroom 1 – 17th Floor

16 | Defendants.

17 | **Complaint Filed:** May 17, 2016
**Trial:** November 19, 2018

18 | ASSIGNED FOR ALL PURPOSES TO:
**HON. SUSAN ILLSTON**

19

20 | I, Alexander M. Aronov, Esq., declare:

21 | 1.    I am an attorney at law duly licensed in the State of California and admitted to

22 | practice before this Court.  I am an attorney with the law firm Donnelly Nelson Depolo Murray &

23 | Efremsky, attorneys of record for Defendant Stewart Lauterbach, M.D. I have personal knowledge of

24 | the matters stated herein, and if called as a witness, I could and would testify competently thereto. I

25 | have participated in the litigation of this case and have reviewed the file.

26 | 2.    I certify that the document attached hereto as Exhibit A is a true and correct copy of

27 | ECF Doc No. 1-Plaintiffs' Complaint filed in this litigation as downloaded and printed out by this

28 | office during the course of this litigation.

1

*(left margin, vertical)* DONNELLY NELSON DEPOLO MURRAY & EFREMSKY
A Professional Corporation

3.      I certify that the document attached hereto as Exhibit B is a true and correct copy ECF Doc No. 56 - Plaintiffs' Second Amended Complaint filed in this litigation as downloaded and printed out by this office during the course of this litigation.

4.      I certify that the documents attached hereto as Exhibit C are true and correct copies of excerpts from medical records pertaining to plaintiff in this action as subpoenaed by this office from Santa Rosa Memorial Hospital during the course of this litigation.

5.      I certify that the documents attached hereto as Exhibit D are true and correct copies of excerpts from the deposition transcript of Stewart Lauterbach, M.D.

6.      I certify that the document attached hereto as Exhibit E is a true and correct copy of the declaration of Daniel McDermott, M.D.

Dated:  4/25/2018

By: _____

ALEXANDER M. ARONOV

16-CV-02645-SI:  DECLARATION OF ALEXANDER M. ARONOV IN SUPPORT OF STEWART LAUTERBACH, M.D.'S MOTION FOR SUMMARY JUDGMENT

706-10464/AMA/462133.doc

DONNELLY NELSON DEPOLO MURRAY & EFREMSKY
A Professional Corporation