UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA GUTIERREZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA ROSA MEMORIAL HOSPITAL, *et al.*,<br><br>Defendants. | Case No. 16-cv-02645-SI<br><br>**ORDER REGARDING ENTRY OF JUDGMENT AS TO DEFENDANT LAUTERBACH PURSUANT TO FED. R. CIV. PROC. 54(B)**<br><br>Re: Dkt. Nos. 93, 94 |

In an order filed May 11, 2018, the Court granted defendant Lauterbach's unopposed motion for summary judgment. Dkt. No. 92. Plaintiffs and defendant Lauterbach have filed competing proposed judgments, and none of the other defendants have objected to the entry of judgment as to defendant Lauterbach. Dkt. Nos. 93, 94.

Pursuant to Federal Rule of Civil Procedure 54(b), the Court finds that there is "no just reason" to delay the entry of judgment as to defendant Lauterbach. Accordingly, the Court will enter a separate judgment, and that judgment will conform to Rule 54(a), which provides that "[a] judgment should not include recitals of pleadings, a master's report, or a record of prior proceedings." Fed. R. Civ. Proc. 54(a).[1]

**IT IS SO ORDERED**.

Dated: May 23, 2018

SUSAN ILLSTON
United States District Judge

---

[1] If necessary, plaintiffs may seek to enforce this Court's summary judgment order, which holds that defendant Lauterbach's co-defendants "shall be precluded from advancing any argument that defendant Lauterbach was negligent in his care of Ms. Gutierrez," in connection with future motion practice or at trial. Dkt. No. 92 at 2.