UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA GUTIERREZ, *et al.*, <br> Plaintiffs, <br> v. <br> SANTA ROSA MEMORIAL HOSPITAL, *et al.*, <br> Defendants. | Case No. 16-cv-02645-SI <br><br> **JUDGMENT** |

In an order filed May 11, 2018, the Court granted defendant Lauterbach's unopposed motion for summary judgment. Judgment is hereby entered in favor of defendant Lauterbach and against plaintiffs.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 23, 2018

SUSAN ILLSTON
United States District Judge