1  BRETT SCHOEL, STATE BAR NO. 224212
   *BSchoel@ljdfa.com*
2  DIANA KAEMPFER, STATE BAR NO. 299315
   *DKaempfer@ljdfa.com*
3  **LA FOLLETTE, JOHNSON,**
   **DE HAAS, FESLER & AMES**
4  655 University Avenue, Suite 119
   Sacramento, California 95825
5  Phone: (916) 563-3100
   Facsimile:    (916) 565-3704
6
7  Attorneys for Defendants SANTA ROSA
   MEMORIAL HOSPITAL and ST. JOSEPH
8  HEALTH

9              UNITED STATES DISTRICT COURT OF CALIFORNIA
10                         NORTHERN DISTRICT

| | |
|---|---|
| CYNTHIA GUTIERREZ, JOSE HUERTA, SMH, RH and AH, <br><br> Plaintiffs, <br><br> v. <br><br> SANTA ROSA MEMORIAL HOSPITAL, ST. JOSEPH HEALTH, TEAMHEALTH, CHASE DENNIS EMERGENCY MEDICAL GROUP, INC. ELLIOT BRANDWENE, M.D., STEWART LAUTERBACH, M.D. and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 3:16-CV-02645-SI <br><br> **EVIDENCE IN SUPPORT OF DEFENDANTS SANTA ROSA MEMORIAL HOSPITAL AND ST JOSEPH HEALTH'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** <br><br> Date: June 29, 2018 <br> Time: 9:00 a.m. <br> Court: 1 <br><br> Honorable Susan Illston <br> Pre-Trial Conf: November 6, 2018 <br> Trial Date:    November 19, 2018 |

Comes now, Defendants Santa Rosa Memorial Hospital and St. Joseph Health and submit the following evidence in support of their Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication.

## TABLE OF CONTENTS

**Exhibit I**     Excerpts from the May 15, 2015, Deposition of Ms. Shari Titus

**Exhibit J**     Excerpts from the March 22, 2017, Deposition of Dr. Stewart Lauterbach

**Exhibit K**     Excepts of Cynthia Gutierrez' Medical Records from Satellite Dialysis in

1

Rohnert Park

**Exhibit L** Excerpts from the November 2, 2017, Deposition of Mr. Jose Huerta

Respectfully submitted,

Dated: June 13, 2018

LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES


By: ___/s/___
BRETT SCHOEL
Attorneys for Defendants SANTA ROSA
MEMORIAL HOSPITAL and ST. JOSEPH
HEALTH

2

Evidence in Support of Defendants' Reply to Plaintiffs' Opposition to Defendants'
Motion for Summary Judgment or, in the Alternative, Summary Adjudication     3:16-CV-02645-SI