```
 1

 2                 UNITED STATES DISTRICT COURT

 3                NORTHERN DISTRICT OF CALIFORNIA

 4

 5   CYNTHIA GUTIERREZ, JOSE HUERTA,  )
     SMH, RH and AH,                  )
 6                                    )
              Plaintiffs,             )
 7                                    )
         vs.                          )  No. 16-cv-02645-SI
 8                                    )
     SANTA ROSA MEMORIAL HOSPITAL,    )
 9   ST. JOSEPH HEALTH and DOES 1-50, )
     Inclusive,                       )
10                                    )
              Defendants.             )
11   _____)

12

13

14       DEPOSITION OF SHARI ANN TITUS, a witness herein,

15       noticed by LAW OFFICE OF DOUGLAS C. FLADSETH, at 400

16       North Tustin Avenue, Santa Ana, California, at 1:31

17       p.m., on Tuesday, May 15, 2018, before Kathryn D.

18       Jolley, CSR 11333.

19

20

21

22

23

24

25       Job Number: 462595
```

```
 1   APPEARANCES OF COUNSEL:

 2

 3   For Plaintiffs:

 4   LAW OFFICE OF DOUGLAS C. FLADSETH

 5   BY DOUGLAS C. FLADSETH (Present via video teleconference)

 6   1160 North Dutton Avenue, Suite 180

 7   Santa Rosa, California 95401

 8   (707) 545-2600

 9   fladseth@aol.com

10

11   For Defendants SANTA ROSA MEMORIAL HOSPITAL and

12   ST. JOSEPH HEALTH:

13   LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES

14   BY BRETT SCHOEL

15   655 University Avenue, Suite 119

16   Sacramento, California 95825

17   (916) 563-3100

18   bschoel@ljdfa.com

19

20

21

22

23

24

25
```

Page 3

```
 1   APPEARANCES OF COUNSEL (Continued):

 2

 3   For DR. ELLIOT BRANDWENE and DR. STEWART LAUTERBACH:

 4   DONNELLY NELSON DEPOLO & MURRAY

 5   BY ALEXANDER ARANOV (Present telephonically)

 6   201 North Civic Drive, Suite 239

 7   Walnut Creek, California 94596

 8   (925) 287-8181

 9   aaranov@dndmlawyers.com

10

11   For TEAM HEALTH, CHASE DENNIS EMERGENCY MEDICAL GROUP

12   INC.:

13   HARDY ERICH BROWN & WILSON

14   BY EMILY GIZA

15   1000 G Street, 2nd Floor

16   Sacramento, California 95814-0894

17   (916) 449-3800

18   egiza@hebw.com

19

20

21                     I N D E X

22   WITNESS:  SHARI ANN TITUS

23   EXAMINATION BY:                          PAGE

24   MR. FLADSETH                              5

25
```

Page 51

```
 1    was him.  Could have been him.
 2         MR. FLADSETH:
 3         Q.  Okay.  So, I notice that there's two different
 4    kinds of reports in the emergency department.  One's
 5    called the emergency department report and one is called
 6    ED summary report.  Are you familiar with those things?
 7         A.  I know they exist in the system, yes.
 8         Q.  Okay.  And can you tell me what the difference
 9    between the two is?
10         A.  Not without looking at the actual report.
11         I mean, I do know the summary -- just in general
12    functionality, the summary summarizes the visit.
13         Q.  And when in relationship to the actual visit is
14    the summary report generated?  I mean, is it the day of
15    the visit as soon as the patient's discharged, the
16    summary is automatically generated by the computer, or
17    how does that work?
18         A.  There are, you know, timeframes and parameters
19    that define when that gets printed.
20         Q.  Okay.  What are they?
21         A.  I recall we -- I'm trying to think.
22         MR. SCHOEL:  If you know it, tell him.  Otherwise,
23    don't start guessing or speculating.
24         THE WITNESS:  Yeah, I don't want to guess.
25         MR. FLADSETH:
```

Page 52

1    Q.  Well, what's your understanding as to when the
2    ED summary report is prepared?
3    A.  It's typically a duration of time.  It's
4    typically set for a duration of time that they would
5    believe that all information would be there.  And so
6    that's the piece, is that specific duration of time that
7    it's set.  It's not immediate.  There is a -- It allows
8    for a period of time for things to be completed.
9    Q.  And so what goes into making up the ED summary
10   report?
11   A.  I can't speak to all of that.
12   Q.  Well, do you know anything that goes into making
13   up the ED summary report?
14   A.  I've seen ED summary reports before, and
15   typically they have, you know, documentation in them.
16   They have other information, but I don't study them.
17   I'm sorry.  Go ahead.
18   Q.  What information did they typically have?
19   A.  You know, again, in viewing the report in
20   general, it's relevant to the individual visit of the
21   patient.  So I've seen --
22   Q.  Is that a computer --
23   A.  Yes, it is computer-generated.  It is a standard
24   report by the vendor.
25   Q.  By MEDITECH?

Page 55

1    A.   Because I think that -- I guess where I'm going,
2    I believe there's an ED summary that is an automatic, and
3    must be what you're referring to.
4         Because the user pneumonic that you read off is not
5    one that is an actual physical user.  A user can demand
6    print certain things.  But again, when you demand print,
7    it's printing as of this moment in time.  If something is
8    system-generated, it's given a parameter of, you know,
9    when to generate it, and it generates at that time.
10        Q.   So do you know when, typically, the ED summary
11   report would be generated?
12        A.   I think -- I think this is the one that we
13   involved the vendor on; right?  I think we went to the
14   vendor because we were unclear as to what was the
15   parameter and what -- you know, was it a specific window
16   of time when that prints.
17        And I believe they shared something in a 30-day
18   window, but it's not exact date to date.
19        Q.   Okay.  Well, do you know when the 2-25-15 ED
20   summary report was first generated?
21        MR. SCHOEL:  Objection.  She just answered that.
22        THE WITNESS:  We went to the vendor to try to get an
23   explanation on when that would generate.  We knew that
24   there was a window of time to try to figure it out.
25        So there is a window of time, and, honestly, I am

Page 104

1  STATE OF CALIFORNIA ) ss

2

3      I, Kathryn D. Jolley, CSR 11333, do hereby declare:

4

5      That, prior to being examined, the witness named in

6  the foregoing deposition was by me duly sworn pursuant to

7  Section 2093(b) and 2094 of the Code of Civil Procedure;

8

9      That said deposition was taken down by me in

10 shorthand at the time and place therein named and

11 thereafter reduced to text under my direction.

12

13     I further declare that I have no interest in the

14 event of the action.

15

16     I declare under penalty of perjury under the laws of

17 the State of California that the foregoing is true and

18 correct.

19

20     WITNESS my hand this 21st day of

21 May, 2018.

22

23 _____
   Kathryn D. Jolley, CSR 11333

24

25