Atkinson-Baker Court Reporters
www.depo.com

```
 1               UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                          - - -

 4  CYNTHIA GUTIERREZ, JOSE HUERTA,  )
    SMH, RH and AH,                  )
 5                                   )
                   Plaintiffs,       )
 6                                   )
         vs.                         ) No. 4:16-cv-02645-DMR
 7                                   )
    SANTA ROSA MEMORIAL HOSPITAL,    )
 8  ST. JOSEPH HEALTH and DOES 1-50, )
    inclusive,                       )
 9                                   )
                   Defendants.       )
10  ---------------------------------

11

12

13

14

15                     DEPOSITION OF

16              STEWART LAUTERBACH, M.D.

17                SANTA ROSA, CALIFORNIA

18                   MARCH 22, 2017

19

20

21
    ATKINSON-BAKER, INC.
22  COURT REPORTERS
    (800) 288-3376
23  www.depo.com

24  REPORTED BY:   MICHELLE D. BARBANTE, CSR NO. 12601

25  FILE NO.:  AB02108
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                        - - -

 4   CYNTHIA GUTIERREZ, JOSE HUERTA,  )
     SMH, RH and AH,                  )
 5                                    )
                   Plaintiffs,        )
 6                                    )
            vs.                       )  No. 4:16-cv-02645-DMR
 7                                    )
     SANTA ROSA MEMORIAL HOSPITAL,    )
 8   ST. JOSEPH HEALTH and DOES 1-50, )
     inclusive,                       )
 9                                    )
                   Defendants.        )
10   ---------------------------------

11

12

13

14

15      Deposition of STEWART LAUTERBACH, M.D., taken on

16   behalf of Defendants, at 131-A Stony Circle, Suite 500,

17   Santa Rosa, California, commencing at 8:19 a.m.,

18   Wednesday, March 22, 2017, before Michelle D. Barbante,

19   CSR No. 12601.

20

21

22

23

24

25
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1                A P P E A R A N C E S:

 2       FOR PLAINTIFFS:

 3       LAW OFFICE OF DOUGLAS C. FLADSETH
         BY:  DOUGLAS C. FLADSETH, ESQ.
 4       1160 North Dutton Avenue
         Suite 180
 5       Santa Rosa, California 95401

 6       FOR DEFENDANTS:

 7       LaFOLLETTE, JOHNSON, DeHAAS, FESLER & AMES
         BY:  BRETT SCHOEL, ESQ.
 8       655 University Avenue
         Suite 119
 9       Sacramento, California 95825

10       FOR STEWART LAUTERBACH, M.D.:

11       DONNELLY NELSON DEPOLO & MURRAY
         BY:  JAMES M. NELSON, ESQ.
12       201 North Civic Drive
         Suite 239
13       Walnut Creek, California 94596

14

15

16

17

18

19

20

21

22

23

24

25
```

3

Atkinson-Baker Court Reporters
www.depo.com

```
 1              MR. SCHOEL:  The very back page, last line.
 2              MR. FLADSETH:  Oh, because there's a different
 3   time on the first page.
 4              MR. SCHOEL:  Well, I'm going to get to that one.
 5              MR. FLADSETH:  Oh, okay.  Thank you.
 6   BY MR. SCHOEL:
 7        Q.    So let's all -- so we're clear here.  My
 8   understanding is you came back, it looks like, on the
 9   morning of February 26th, 2015, and dictated, using
10   Dragon, your "Medical Decision Making" section, correct?
11        A.    Correct.
12        Q.    And then you signed that at about 9:38 that
13   morning?
14        A.    That's correct.
15        Q.    Okay.  Then it looks like you dictated an
16   addendum timed and signed at 11:13 that morning; is that
17   correct?
18        A.    Well, over three minutes' time.  I started it at
19   11:10.  I signed it at 11:13.
20        Q.    Right.  You signed it at 11:13.
21        A.    Yeah.  So about two hours late.
22        Q.    Okay.  So it looks like maybe you may have
23   started it at 11:10?
24        A.    Yes.
25        Q.    All right.  And that's my question is, first of
```

34

Atkinson-Baker Court Reporters
www.depo.com

```
 1   all, why did you make the addendum?
 2        A.   I made the addendum because I probably didn't
 3   remember to add it while I was doing the -- I went through
 4   and -- it's not unusual for us to look back and say, "Oh,
 5   God, I forgot to put that in there."
 6        Q.   And so --
 7        A.   Once you sign the chart, you're locked out.  You
 8   can't get in.  The only thing you can do is an addendum.
 9        Q.   Okay.  And it looks like the addendum was
10   started, as you had already pointed out, roughly an hour
11   and a half after you had signed your note?
12        A.   Yes.
13        Q.   Do you have a recollection, in that hour and a
14   half, what was going on, what jogged your memory?
15        A.   Probably another 15 charts I did that -- during
16   that time, and something came up or something jogged my
17   memory that said, "Oh, that's a relevant thing.  I really
18   need to put it in."
19        Q.   All right.  What I'm getting at, do you recall
20   what it was that jogged your memory?
21        A.   No.
22        Q.   For example, did anyone from the hospital come
23   to you and say, "You need to put this information into
24   your chart"?
25        A.   Nobody from the hospital would have looked at my
```

35

Atkinson-Baker Court Reporters
www.depo.com

1  ==paperwork at that point.==
2        Q.   Okay.  Did you have a conversation with
3  Dan Bradford at that --
4        A.   Not -- not to my recollection.
5        Q.   So as you sit here today, it's just something
6  that you believe that came to mind that you forgot to put
7  in?
8        A.   Yes.  A senior moment if you want to call it
9  that.
10       Q.   And your scribe, during this entire time where
11 you're walking with the patient down the hallway, placing
12 the endotracheal tube, is your scribe there with you that
13 entire time?
14       A.   They -- in these cases, they're usually out in
15 the back corner of the room.  They're being observers and
16 trying to keep track of what we're doing.
17       Q.   But they're near you and watching what's going
18 on?
19       A.   Yes.  Yes.  But the exception, if I need
20 something that's not available there, I'll send them out
21 for it.
22       Q.   Okay.
23       A.   But that's -- that's -- their responsibility is
24 to tag along behind us.
25       Q.   Okay.  Did you have any conversation with

36

```
 1                    REPORTER'S CERTIFICATE
 2
 3        I, MICHELLE BARBANTE, CSR No. 12601, Certified
 4   Shorthand Reporter, certify:
 5        That the foregoing proceedings were taken before
 6   me at the time and place therein set forth, at which time
 7   the witness was put under oath by me;
 8        That the testimony of the witness, the questions
 9   propounded, and all objections and statements made at the
10   time of the examination were recorded stenographically by
11   me and were thereafter transcribed;
12        That a review of the transcript by the deponent
13   was not requested;
14        That the foregoing is a true and correct
15   transcript of my shorthand notes so taken.
16        I further certify that I am not a relative or
17   employee of any attorney of the parties, nor financially
18   interested in the action.
19        I declare under penalty of perjury under the laws
20   of California that the foregoing is true and correct.
21        Dated this 3rd day of April, 2017.
22
23
24        _____Michelle Barbante_____
25        MICHELLE BARBANTE, CSR No. 12601
```

```
 1            REPORTER'S CERTIFICATION OF CERTIFIED COPY
 2
 3
 4
 5
 6
 7        I, MICHELLE BARBANTE, CSR No. 12601, a Certified
 8   Shorthand Reporter in the State of California, certify
 9   that the foregoing pages constitute a true and correct
10   copy of the original deposition of STEWART LAUTERBACH,
11   M.D., taken on March 22, 2017.
12        I declare under penalty of perjury under the laws of
13   the State of California that the foregoing is true and
14   correct.
15
16        Dated this 3rd day of April, 2017.
17
18
19        _____
          MICHELLE BARBANTE, C.S.R. NO. 12601
20
21
22
23
24
25
```