UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA GUTIERREZ, *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>SANTA ROSA MEMORIAL HOSPITAL, *et al.*,<br><br>                Defendants. | Case No. 16-cv-02645-SI<br><br>**ORDER RE: DISCOVERY**<br>Re: Dkt. No. 106 |

In a letter brief filed July 11, 2018, the parties have submitted a discovery dispute for resolution by the Court. Plaintiffs seek to compel the production of certain "peer review" materials, specifically a "Focused Professional Practice Evaluation" regarding defendant Dr. Elliot Brandwene and his care and treatment of plaintiff Cynthia Gutierrez.

Defendant Brandwene objects, *inter alia*, that plaintiffs' motion to compel is untimely under Civil Local Rule 37-3. That rule provides that "no motions to compel fact discovery may be filed more than 7 days after the fact discovery cut-off." Civ. Local Rule 37-3. The fact discovery cut-off in this case was May 21, 2018. Dkt. No. 83 at 4. Plaintiffs have not asserted that there was good cause for the failure to meet the deadline set by the Local Rules. Accordingly, the Court finds that plaintiffs' request is untimely and DENIES plaintiffs' motion to compel.

**IT IS SO ORDERED**.

Dated: July 17, 2018

                                              SUSAN ILLSTON
                                              United States District Judge