**Patient**  SV0083448563 GUTIERREZ,CYNTHIA  (SM02706496)
**Document**  ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742                    **User** Lauterbach,Stewart A

**Date      Time    Device**
    **User Mnemonic - Name**
02/25/15  0742  SRM-ED-BGZCYR1
    LAUST001 - Lauterbach,Stewart A MD
 EVENT:  Document Initialized       Status: Draft

02/25/15  0812  SRM-ED-BH2PYR1
    ARNOLDCH01 - Arnold,Christina M
 EVENT:  Section Edited: EREEACRITIC0101 - ED Critical Care
      Query Component: REAOT01102 - Critical care time
         Old:
         New:  30-74 mins excluding procedures
      Text Component: Text 1 - Critical care time
         Old:
         New:

This critical care time did not overlap with any other physicians or include procedures. During this critical care time, the patient was at high risk of life threatening or organ threatening decompensation.
 EVENT:  Section Edited: EREEADATA00201 - ED Data
      Text Component: Text 2 - Lab Results
         Old:
         New:

Laboratory Tests

| Test | 2/25/15 07:47 | 2/25/15 07:50 |
|------|---------------|---------------|
| WBC | 12.2 H 10^3/uL (3.5-11.0) | |
| RBC | 2.78 L 10^6/uL (3.50-5.50) | |
| Hgb | 8.1 L g/dL (12.0-15.0) | |
| Hct | 26.0 L % (36.0-45.0) | |
| MCV | 93  fL (79-95) | |
| Plt Count | Pending | |
| Manual Differential | Pending | |
| Seg Neutrophils % | Pending | |
| Lymphocytes % | Pending | |
| Monocytes % | Pending | |
| Eosinophils % | Pending | |
| Basophils % | Pending | |
| PT | Pending | |
| INR | Pending | |
| PTT | Pending | |
| Sodium | Pending | |
| Potassium | Pending | |

**Patient**    SV0083448563 GUTIERREZ,CYNTHIA    (SM02706496)
**Document**    ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742          **User** Lauterbach,Stewart A

**Date**     **Time**   **Device**
     **User Mnemonic – Name**

| | | |
|---|---|---|
| Chloride | Pending | |
| Carbon Dioxide | Pending | |
| Anion Gap | Pending | |
| BUN | Pending | |
| Creatinine | Pending | |
| Est GFR (Non-Af Amer) | Pending | |
| Glucose | Pending | |
| Lactic Acid | Pending | |
| Calcium | Pending | |
| Total Bilirubin | Pending | |
| AST | Pending | |
| ALT | Pending | |
| Alkaline Phosphatase | Pending | |
| Rapid CK-MB (CK-2) | Pending | |
| Rapid Troponin I | Pending | |
| Rap B-Natriuretic Pept | Pending | |
| Total Protein | Pending | |
| Albumin | Pending | |
| Globulin | Pending | |
| ABG pH | | Pending |
| ABG pCO2 | | Pending |
| ABG pO2 | | Pending |
| ABG HCO3 | | Pending |
| ABG O2 Saturation | | Pending |
| ABG Base Excess | | Pending |

        Text Component: Text 2 – Lab Interpretation
            Old:
            New:

Laboratory Tests

| Test | 2/25/15 07:47 | 2/25/15 07:50 |
|---|---|---|
| WBC | 12.2 H 10^3/uL (3.5-11.0) | |
| RBC | 2.78 L 10^6/uL (3.50-5.50) | |
| Hgb | 8.1 L g/dL (12.0-15.0) | |
| Hct | 26.0 L % (36.0-45.0) | |
| MCV | 93 fL (79-95) | |
| Plt Count | Pending | |

**Patient**   SV0083448563 GUTIERREZ,CYNTHIA   (SM02706496)
**Document**   ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742              **User** Lauterbach,Stewart A

**Date      Time   Device**
**     User Mnemonic – Name**

| | | |
|---|---|---|
| Manual Differential | Pending | |
| Seg Neutrophils % | Pending | |
| Lymphocytes % | Pending | |
| Monocytes % | Pending | |
| Eosinophils % | Pending | |
| Basophils % | Pending | |
| PT | Pending | |
| INR | Pending | |
| PTT | Pending | |
| Sodium | Pending | |
| Potassium | Pending | |
| Chloride | Pending | |
| Carbon Dioxide | Pending | |
| Anion Gap | Pending | |
| BUN | Pending | |
| Creatinine | Pending | |
| Est GFR (Non-Af Amer) | Pending | |
| Glucose | Pending | |
| Lactic Acid | Pending | |
| Calcium | Pending | |
| Total Bilirubin | Pending | |
| AST | Pending | |
| ALT | Pending | |
| Alkaline Phosphatase | Pending | |
| Rapid CK-MB (CK-2) | Pending | |
| Rapid Troponin I | Pending | |
| Rap B-Natriuretic Pept | Pending | |
| Total Protein | Pending | |
| Albumin | Pending | |
| Globulin | Pending | |
| ABG pH | | Pending |
| ABG pCO2 | | Pending |
| ABG pO2 | | Pending |
| ABG HCO3 | | Pending |
| ABG O2 Saturation | | Pending |
| ABG Base Excess | | Pending |

          Text Component: Text 2 – My Orders
               Old:
               New:

Laboratory Tests

| Test | 2/25/15 | 2/25/15 |
|---|---|---|

**Patient** SV0083448563 GUTIERREZ,CYNTHIA  (SM02706496)
**Document** ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742                    **User** Lauterbach,Stewart A

**Date      Time   Device**
    **User Mnemonic – Name**

|  | 07:47 | 07:50 |
|---|---|---|
| WBC | 12.2 H 10^3/uL (3.5-11.0) | |
| RBC | 2.78 L 10^6/uL (3.50-5.50) | |
| Hgb | 8.1 L g/dL (12.0-15.0) | |
| Hct | 26.0 L % (36.0-45.0) | |
| MCV | 93  fL (79-95) | |
| Plt Count | Pending | |
| Manual Differential | Pending | |
| Seg Neutrophils % | Pending | |
| Lymphocytes % | Pending | |
| Monocytes % | Pending | |
| Eosinophils % | Pending | |
| Basophils % | Pending | |
| PT | Pending | |
| INR | Pending | |
| PTT | Pending | |
| Sodium | Pending | |
| Potassium | Pending | |
| Chloride | Pending | |
| Carbon Dioxide | Pending | |
| Anion Gap | Pending | |
| BUN | Pending | |
| Creatinine | Pending | |
| Est GFR (Non-Af Amer) | Pending | |
| Glucose | Pending | |
| Lactic Acid | Pending | |
| Calcium | Pending | |
| Total Bilirubin | Pending | |
| AST | Pending | |
| ALT | Pending | |
| Alkaline Phosphatase | Pending | |
| Rapid CK-MB (CK-2) | Pending | |
| Rapid Troponin I | Pending | |
| Rap B-Natriuretic Pept | Pending | |
| Total Protein | Pending | |
| Albumin | Pending | |
| Globulin | Pending | |
| ABG pH | | Pending |
| ABG pCO2 | | Pending |
| ABG pO2 | | Pending |
| ABG HCO3 | | Pending |

**Patient**    SV0083448563 GUTIERREZ,CYNTHIA   (SM02706496)
**Document**   ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742                    **User** Lauterbach,Stewart A

**Date     Time  Device**
    **User Mnemonic – Name**

| ABG O2 Saturation |  | Pending |
|---|---|---|
| ABG Base Excess |  | Pending |


  EVENT:  Section Edited: EREEAMDM00101 – ED MDM
          Text Component: EREEAMDM00101Text 1 –
                Old:
                New:

Dr. Kang (ICU) at bedside, he will admit pt
  EVENT:  Section Edited: EREEDDISPO00104 – ED Disposition
          Query Component: REDOT00402 – Admit to
                Old:
                New:  ICU
          Query Component: REDOT00801 – Admitting provider
                Old:
                New: Dr. Kang
  EVENT:  Section Edited: EREEEARRST00101 – Exam –ED Code Blue/Arrest
          Query Component: RGROT00201 – Exam limitations
                Old:
                New:  clinical condition
          Group Component: R1EGA00201 – General appearance
                Old:
                New:  unresponsive
                      : (uremic frost)
          Group Component: R1EHT00101 – Head/ENT
                Old:
                New:  atraumatic
                      no – airway obstruction
          Group Component: R1EPU00101 – Respiratory
                Old:
                New:  lungs clear (after intubation)
                      no – spontaneous respirations
          Group Component: R1ECA00101 – Cardiovascular
                Old:
                New:  : (pulseless rhythm)
          Group Component: R1EAB00101 – Abdomen
                Old:
                New:  soft
                      no – distention
          Group Component: R1EEX00101 – Extremities
                Old:
                New:  no – signs of trauma
          Group Component: R1ENR00101 – Neurologic
                Old:
                New:  unresponsive
          Query Component: RNENR90101 – Eye opening
                Old:
                New:  1=none
          Query Component: RNENR90201 – Verbal response
                Old:

**Patient**    SV0083448563 GUTIERREZ,CYNTHIA    (SM02706496)
**Document**   ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742                    **User** Lauterbach,Stewart A

**Date     Time  Device**
    **User Mnemonic – Name**
                New:  1=none
            Query Component: RNENR90301 – Motor response
                Old:
                New:  1=no response
    EVENT:  Section Edited: EREERARRST00101 – ROS –ED Code Blue/Arrest
            Query Component: RGROT00101 – ROS unobtainable due to
                Old:
                New:  acuity of condition
    EVENT:  Section Edited: EREESARRST00101 – HPI –ED Code Blue/Arrest
            Group Component: R1SCA00101 – Chief complaint
                Old:
                New:  full arrest
                      refer to code record
            Text Component: Text 5 – HPI
                Old:
                New:

This is a 33y/o female that was seen here overnight in the ER, discharged this morning.  She was sitting out in the waiting room when a patient's family member noticed she looked unresponsive.  ER staff responded immediately and started CPR.  Patient has a known history of ESRD.  HPI is otherwise limited secondary to patient condition.

            Query Component: R1SCA00201 – Location
                Old:
                New:  hospital
            Group Component: R1SCA00401 – Onset/Duration/Timing
                Old:
                New:  started approximately (0720 this morning)
            Group Component: R1SCA00601 – Related symptoms
                Old:
                New:  : (unknown)
    EVENT:  Section Edited: EREETPROC00102 – ED Procedures
            Query Component: RETPU00101 – Time of Intubation
                Old:
                New:  07:35
            Query Component: RETPU00201 – Reason for Intubation
                Old:
                New:  arrest
            Query Component: RETPU00301 – Assessed for difficult airway
                Old:
                New:  Yes
            Group Component: RETPU00401 – Intubation Method
                Old:
                New:  orotracheal
            Query Component: RETPU00501 – Tube size
                Old:
                New:  8.0
            Group Component: RETPU00601 – Medications
                Old:
                New:  : (crash intubation)
            Group Component: RETPU00702 – Tube placement confirmation
                Old:
                New:  condensation in tube

**Patient**    SV0083448563 GUTIERREZ,CYNTHIA    (SM02706496)
**Document**   ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742                    **User** Lauterbach,Stewart A

Date      Time  Device
    User Mnemonic - Name
                    equal chest rise
                    visualized going through cords
            Group Component: RETPU00801 - Intubation complications
                Old:
                New:  none
            Group Component: RETPU00901 - Post intubation xray
                Old:
                New:  good position
  EVENT:  Section Edited: EREEXPASTHX0103 - ED Past Medical History
            Query Component: REXMX01301 - Past medical records
                Old:
                New:  reviewed
            Group Component: REXMX00802 - Endocrine history
                Old:
                New:  DM type 2
                      hypothyroidism
            Group Component: REXMX00202 - Renal history
                Old:
                New:  renal failure
                      dialysis
            Group Component: REXMX00902 - Other pertinent history
                Old:
                New:  chronic pain
            Group Component: REXFX00101 - Family history of
                Old:
                New:  DM
            Query Component: ZSMOKEST - Smoking Status
                Old:
                New:  Never A Smoker
            Query Component: NBHSAYN - History Of Substance Abuse
                Old:
                New:  No
  EVENT:  Section Edited: PDEEATTEST0101 - Attestation
            Text Component: Text 4 - Attestation
                Old:
                New:

***Documentation prepared by Arnold, Christina M , acting as medical scribe for and in the presence of Dr. Lauterbach 2/25/15 08:08***

All medical record entries made by the scribe were at my direction and in my presence. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally reviewed and agree with the discharge instructions and disposition.

EMR and Dragon Attestation - this medical document was created using an electronic medical record

**Patient**    SV0083448563 GUTIERREZ,CYNTHIA    (SM02706496)
**Document**    ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742          **User** Lauterbach,Stewart A

**Date**     **Time**    **Device**
    **User Mnemonic – Name**

system with Dragon computerized dictation system. Although this document has been carefully reviewed, there may still be some phonetic and typographical errors. These errors are purely typographical, due to imperfections of the software programs, and do not reflect any compromise in the patient's medical care.

```
    EVENT:  EDM Components Edited
            Condition:
                New: CRITICAL – Critical
            Disposition:
                New: 3 – Admit Acute Inpt This Fac
            Impressions – Old:
            Primary:
            Impressions – New:
            Primary:  Cardiopulmonary arrest
            Secondary:  ESRD (end stage renal disease) on dialysis

02/25/15  0918  SRM-ED-BH2PYR1
    ARNOLDCH01 – Arnold,Christina M
    EVENT:  Section Edited: EREEADATA00201 – ED Data
            Text Component: Text 4 – Vital Signs
                Old:
                New:
```

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|-----------|------|-------|------|-----|----------|-------------|--------------|------|
| 2/25/15 08:16 | | 116 | | | 100 | | | 100 |

```
        Multiple Edited: EREEAXR00101 – X-RAY (Interpreted by EP) CFS
        Query Component: REAXR00101 – Read by
            Old:
            New:
        Multiple Edited: EREEAXR00101 – X-RAY (Interpreted by EP) CFS
        Query Component: REAXR00201 – X-RAY type
            Old:
            New:
        Multiple Edited: EREEAXR00101 – X-RAY (Interpreted by EP) CFS
        Query Component: REAXR00301 – # of views
            Old:
            New:
        Multiple Edited: EREEAXR00101 – X-RAY (Interpreted by EP) CFS
        Query Component: REAXR00401 – X-RAY positive findings
            Old:
            New:
        Text Component: Text 2 – Lab Results
            Old:
```

**Patient**    SV0083448563 GUTIERREZ,CYNTHIA    (SM02706496)
**Document**   ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742                    **User** Lauterbach,Stewart A

**Date      Time  Device**
    **User Mnemonic - Name**

Laboratory Tests

| Test | 2/25/15 07:47 | 2/25/15 07:50 |
|------|--------------|--------------|
| WBC | 12.2 H 10^3/uL (3.5-11.0) | |
| RBC | 2.78 L 10^6/uL (3.50-5.50) | |
| Hgb | 8.1 L g/dL (12.0-15.0) | |
| Hct | 26.0 L % (36.0-45.0) | |
| MCV | 93  fL (79-95) | |
| Plt Count | Pending | |
| Manual Differential | Pending | |
| Seg Neutrophils % | Pending | |
| Lymphocytes % | Pending | |
| Monocytes % | Pending | |
| Eosinophils % | Pending | |
| Basophils % | Pending | |
| PT | Pending | |
| INR | Pending | |
| PTT | Pending | |
| Sodium | Pending | |
| Potassium | Pending | |
| Chloride | Pending | |
| Carbon Dioxide | Pending | |
| Anion Gap | Pending | |
| BUN | Pending | |
| Creatinine | Pending | |
| Est GFR (Non-Af Amer) | Pending | |
| Glucose | Pending | |
| Lactic Acid | Pending | |
| Calcium | Pending | |
| Total Bilirubin | Pending | |
| AST | Pending | |
| ALT | Pending | |
| Alkaline Phosphatase | Pending | |
| Rapid CK-MB (CK-2) | Pending | |
| Rapid Troponin I | Pending | |
| Rap B-Natriuretic Pept | Pending | |
| Total Protein | Pending | |
| Albumin | Pending | |
| Globulin | Pending | |
| ABG pH | | Pending |

**Patient**   SV0083448563 GUTIERREZ,CYNTHIA   (SM02706496)
**Document**   ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742          **User** Lauterbach,Stewart A

**Date      Time   Device**
**    User Mnemonic – Name**

| ABG pCO2 | | Pending |
|---|---|---|
| ABG pO2 | | Pending |
| ABG HCO3 | | Pending |
| ABG O2 Saturation | | Pending |
| ABG Base Excess | | Pending |

New:

Laboratory Tests

| Test | 2/25/15 07:41 | 2/25/15 07:47 | 2/25/15 07:50 | 2/25/15 08:48 |
|---|---|---|---|---|
| POC Glucose | 200 H mg/dL (65-99) | | | 101 H mg/dL (65-99) |
| WBC | | 12.2 H 10^3/uL (3.5-11.0) | | |
| RBC | | 2.78 L 10^6/uL (3.50-5.50) | | |
| Hgb | | 8.1 L g/dL (12.0-15.0) | | |
| Hct | | 26.0 L % (36.0-45.0) | | |
| MCV | | 93 fL (79-95) | | |
| Plt Count | | 163 THD/uL (120-400) | | |
| Manual Differential | | Not Indicated | | |
| Seg Neutrophils % | | 52.9 % (34-64) | | |
| Lymphocytes % | | 36.3 % (19-48) | | |
| Monocytes % | | 7.0 (3-9) | | |
| Eosinophils % | | 2.2 % (0-7) | | |
| Basophils % | | 1.6 % (0-2) | | |
| Anisocytosis | | 2+ | | |
| PT | | 14.5 Sec. (11.9-14.8) | | |
| INR | | 1.10 (0.6-1.4) | | |
| PTT | | 25.8 SEC (23.0-36.3) | | |
| Sodium | | 140 mmol/L (136-144) | | |
| Potassium | | 4.3 mmol/L (3.6-5.1) | | |
| Chloride | | 103 mmol/L (101-111) | | |
| Carbon Dioxide | | 24 mmol/L (22-32) | | |

**Patient**   SV0083448563 GUTIERREZ,CYNTHIA   (SM02706496)
**Document**  ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742                    **User** Lauterbach,Stewart A

**Date      Time  Device**
     **User Mnemonic - Name**

| | | | |
|---|---|---|---|
| Anion Gap | | 13.0 H<br>(3.0-11.0) | |
| BUN | | Pending | |
| Creatinine | | Pending | |
| Est GFR (Non-Af Amer) | | Pending | |
| Glucose | | Pending | |
| Lactic Acid | | Pending | |
| Calcium | | 9.8  mg/dL<br>(8.9-10.3) | |
| Total Bilirubin | | Pending | |
| AST | | Pending | |
| ALT | | Pending | |
| Alkaline Phosphatase | | Pending | |
| Rapid CK-MB (CK-2) | | 6.4 H ng/mL<br>(0.6-6.3) | |
| Rapid Troponin I | | < 0.05  ng/mL<br>(<0.05) | |
| Rap B-Natriuretic Pept | | > 5000 *H<br>pg/mL (0-100) | |
| Total Protein | | Pending | |
| Albumin | | Pending | |
| Globulin | | Pending | |
| ABG pH | | | 7.29 L<br>(7.35-7.45) |
| ABG pCO2 | | | 42.8  mmHg<br>(32-45) |
| ABG pO2 | | | 328.0 H mmHg<br>(83-100) |
| ABG pO2 at Pt Temp | | | 328 H mmHG<br>(83-100) |
| ABG HCO3 | | | 20 L mmol/L<br>(22-26) |
| ABG O2 Saturation | | | 100.0 H %<br>(95-99) |
| ABG Base Excess | | | -5.7 L  (-2 to<br>+2) |

        Text Component: Text 2 - Lab Interpretation
              Old:


Laboratory Tests

| Test | 2/25/15<br>07:47 | 2/25/15<br>07:50 |
|---|---|---|
| WBC | 12.2 H 10^3/uL | |

**Patient**   SV0083448563 GUTIERREZ,CYNTHIA   (SM02706496)
**Document**   ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742          **User** Lauterbach,Stewart A

**Date      Time   Device**
   **User Mnemonic – Name**

| | | |
|---|---|---|
| | (3.5-11.0) | |
| RBC | 2.78 L 10^6/uL | |
| | (3.50-5.50) | |
| Hgb | 8.1 L g/dL | |
| | (12.0-15.0) | |
| Hct | 26.0 L % | |
| | (36.0-45.0) | |
| MCV | 93  fL (79-95) | |
| Plt Count | Pending | |
| Manual Differential | Pending | |
| Seg Neutrophils % | Pending | |
| Lymphocytes % | Pending | |
| Monocytes % | Pending | |
| Eosinophils % | Pending | |
| Basophils % | Pending | |
| PT | Pending | |
| INR | Pending | |
| PTT | Pending | |
| Sodium | Pending | |
| Potassium | Pending | |
| Chloride | Pending | |
| Carbon Dioxide | Pending | |
| Anion Gap | Pending | |
| BUN | Pending | |
| Creatinine | Pending | |
| Est GFR (Non-Af Amer) | Pending | |
| Glucose | Pending | |
| Lactic Acid | Pending | |
| Calcium | Pending | |
| Total Bilirubin | Pending | |
| AST | Pending | |
| ALT | Pending | |
| Alkaline Phosphatase | Pending | |
| Rapid CK-MB (CK-2) | Pending | |
| Rapid Troponin I | Pending | |
| Rap B-Natriuretic Pept | Pending | |
| Total Protein | Pending | |
| Albumin | Pending | |
| Globulin | Pending | |
| ABG pH | | Pending |
| ABG pCO2 | | Pending |
| ABG pO2 | | Pending |
| ABG HCO3 | | Pending |
| ABG O2 Saturation | | Pending |
| ABG Base Excess | | Pending |

| Patient | SV0083448563 GUTIERREZ,CYNTHIA  (SM02706496) | | |
|---|---|---|---|
| **Document** | ED Code Blue/Arrest | | |
| **Initialization Date/Time** 02/25/15 0742 | | **User** Lauterbach,Stewart A | |

**Date      Time  Device**
    **User Mnemonic — Name**


           New:


Laboratory Tests

| Test | 2/25/15 07:41 | 2/25/15 07:47 | 2/25/15 07:50 | 2/25/15 08:48 |
|---|---|---|---|---|
| POC Glucose | 200 H mg/dL (65-99) | | | 101 H mg/dL (65-99) |
| WBC | | 12.2 H 10^3/uL (3.5-11.0) | | |
| RBC | | 2.78 L 10^6/uL (3.50-5.50) | | |
| Hgb | | 8.1 L g/dL (12.0-15.0) | | |
| Hct | | 26.0 L % (36.0-45.0) | | |
| MCV | | 93  fL (79-95) | | |
| Plt Count | | 163  THD/uL (120-400) | | |
| Manual Differential | | Not Indicated | | |
| Seg Neutrophils % | | 52.9  % (34-64) | | |
| Lymphocytes % | | 36.3  % (19-48) | | |
| Monocytes % | | 7.0  (3-9) | | |
| Eosinophils % | | 2.2  % (0-7) | | |
| Basophils % | | 1.6  % (0-2) | | |
| Anisocytosis | | 2+ | | |
| PT | | 14.5  Sec. (11.9-14.8) | | |
| INR | | 1.10 (0.6-1.4) | | |
| PTT | | 25.8  SEC (23.0-36.3) | | |
| Sodium | | 140  mmol/L (136-144) | | |
| Potassium | | 4.3  mmol/L (3.6-5.1) | | |
| Chloride | | 103  mmol/L (101-111) | | |
| Carbon Dioxide | | 24  mmol/L (22-32) | | |
| Anion Gap | | 13.0 H (3.0-11.0) | | |
| BUN | | Pending | | |
| Creatinine | | Pending | | |
| Est GFR (Non-Af Amer) | | Pending | | |

**Patient**    SV0083448563 GUTIERREZ,CYNTHIA    (SM02706496)
**Document**    ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742      **User** Lauterbach,Stewart A

**Date**    **Time**   **Device**
     **User Mnemonic - Name**

| | | | | |
|---|---|---|---|---|
| Glucose | | Pending | | |
| Lactic Acid | | Pending | | |
| Calcium | | 9.8  mg/dL (8.9-10.3) | | |
| Total Bilirubin | | Pending | | |
| AST | | Pending | | |
| ALT | | Pending | | |
| Alkaline Phosphatase | | Pending | | |
| Rapid CK-MB (CK-2) | | 6.4 H ng/mL (0.6-6.3) | | |
| Rapid Troponin I | | < 0.05  ng/mL (<0.05) | | |
| Rap B-Natriuretic Pept | | > 5000 *H pg/mL (0-100) | | |
| Total Protein | | Pending | | |
| Albumin | | Pending | | |
| Globulin | | Pending | | |
| ABG pH | | | 7.29 L (7.35-7.45) | |
| ABG pCO2 | | | 42.8  mmHg (32-45) | |
| ABG pO2 | | | 328.0 H mmHg (83-100) | |
| ABG pO2 at Pt Temp | | | 328 H mmHG (83-100) | |
| ABG HCO3 | | | 20 L mmol/L (22-26) | |
| ABG O2 Saturation | | | 100.0 H % (95-99) | |
| ABG Base Excess | | | -5.7 L  (-2 to +2) | |

     Text Component: Text 2 - My Orders
       Old:

Laboratory Tests

| Test | 2/25/15 07:47 | 2/25/15 07:50 |
|---|---|---|
| WBC | 12.2 H 10^3/uL (3.5-11.0) | |
| RBC | 2.78 L 10^6/uL (3.50-5.50) | |
| Hgb | 8.1 L g/dL (12.0-15.0) | |

**Patient**    SV0083448563 GUTIERREZ,CYNTHIA   (SM02706496)
**Document**   ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742                    **User** Lauterbach,Stewart A

**Date      Time  Device**
**    User Mnemonic – Name**

| | | |
|---|---|---|
| Hct | 26.0 L %<br>(36.0-45.0) | |
| MCV | 93  fL (79-95) | |
| Plt Count | Pending | |
| Manual Differential | Pending | |
| Seg Neutrophils % | Pending | |
| Lymphocytes % | Pending | |
| Monocytes % | Pending | |
| Eosinophils % | Pending | |
| Basophils % | Pending | |
| PT | Pending | |
| INR | Pending | |
| PTT | Pending | |
| Sodium | Pending | |
| Potassium | Pending | |
| Chloride | Pending | |
| Carbon Dioxide | Pending | |
| Anion Gap | Pending | |
| BUN | Pending | |
| Creatinine | Pending | |
| Est GFR (Non-Af Amer) | Pending | |
| Glucose | Pending | |
| Lactic Acid | Pending | |
| Calcium | Pending | |
| Total Bilirubin | Pending | |
| AST | Pending | |
| ALT | Pending | |
| Alkaline Phosphatase | Pending | |
| Rapid CK-MB (CK-2) | Pending | |
| Rapid Troponin I | Pending | |
| Rap B-Natriuretic Pept | Pending | |
| Total Protein | Pending | |
| Albumin | Pending | |
| Globulin | Pending | |
| ABG pH | | Pending |
| ABG pCO2 | | Pending |
| ABG pO2 | | Pending |
| ABG HCO3 | | Pending |
| ABG O2 Saturation | | Pending |
| ABG Base Excess | | Pending |

          New:

Laboratory Tests

**Patient**    SV0083448563 GUTIERREZ,CYNTHIA    (SM02706496)
**Document**   ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742          **User** Lauterbach,Stewart A

Date      Time    Device
    User Mnemonic - Name

| Test | 2/25/15 07:41 | 2/25/15 07:47 | 2/25/15 07:50 | 2/25/15 08:48 |
|---|---|---|---|---|
| POC Glucose | 200 H mg/dL (65-99) | | | 101 H mg/dL (65-99) |
| WBC | | 12.2 H 10^3/uL (3.5-11.0) | | |
| RBC | | 2.78 L 10^6/uL (3.50-5.50) | | |
| Hgb | | 8.1 L g/dL (12.0-15.0) | | |
| Hct | | 26.0 L % (36.0-45.0) | | |
| MCV | | 93  fL (79-95) | | |
| Plt Count | | 163  THD/uL (120-400) | | |
| Manual Differential | | Not Indicated | | |
| Seg Neutrophils % | | 52.9  % (34-64) | | |
| Lymphocytes % | | 36.3  % (19-48) | | |
| Monocytes % | | 7.0  (3-9) | | |
| Eosinophils % | | 2.2  % (0-7) | | |
| Basophils % | | 1.6  % (0-2) | | |
| Anisocytosis | | 2+ | | |
| PT | | 14.5  Sec. (11.9-14.8) | | |
| INR | | 1.10 (0.6-1.4) | | |
| PTT | | 25.8  SEC (23.0-36.3) | | |
| Sodium | | 140  mmol/L (136-144) | | |
| Potassium | | 4.3  mmol/L (3.6-5.1) | | |
| Chloride | | 103  mmol/L (101-111) | | |
| Carbon Dioxide | | 24  mmol/L (22-32) | | |
| Anion Gap | | 13.0 H (3.0-11.0) | | |
| BUN | | Pending | | |
| Creatinine | | Pending | | |
| Est GFR (Non-Af Amer) | | Pending | | |
| Glucose | | Pending | | |
| Lactic Acid | | Pending | | |
| Calcium | | 9.8  mg/dL (8.9-10.3) | | |
| Total Bilirubin | | Pending | | |

**Patient**   SV0083448563 GUTIERREZ,CYNTHIA   (SM02706496)
**Document**   ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742                        **User** Lauterbach,Stewart A

**Date      Time  Device**
     **User Mnemonic — Name**

| | | | | |
|---|---|---|---|---|
| AST | | Pending | | |
| ALT | | Pending | | |
| Alkaline Phosphatase | | Pending | | |
| Rapid CK-MB (CK-2) | | 6.4 H ng/mL (0.6-6.3) | | |
| Rapid Troponin I | | < 0.05 ng/mL (<0.05) | | |
| Rap B-Natriuretic Pept | | > 5000 *H pg/mL (0-100) | | |
| Total Protein | | Pending | | |
| Albumin | | Pending | | |
| Globulin | | Pending | | |
| ABG pH | | | 7.29 L (7.35-7.45) | |
| ABG pCO2 | | | 42.8 mmHg (32-45) | |
| ABG pO2 | | | 328.0 H mmHg (83-100) | |
| ABG pO2 at Pt Temp | | | 328 H mmHG (83-100) | |
| ABG HCO3 | | | 20 L mmol/L (22-26) | |
| ABG O2 Saturation | | | 100.0 H % (95-99) | |
| ABG Base Excess | | | -5.7 L (-2 to +2) | |

           Text Component: EREEACT00101Text 1 —
                Old:
                New:

Head - negative acute
     EVENT:   Section Edited: EREEAMDM00101 — ED MDM
           Multiple Edited: EREEAMDM00101 — Progress Note 1
           Query Component: REAOT01201 — Date
                Old: 02/25/15
                New:
  EVENT:   Section Edited: EREEDDISPO00104 — ED Disposition
           Text Component: Text 3 — Latest vital signs
                Old:
                New:

| Vital Signs | |
|---|---|
| | 2/25/15 08:16 |

**Patient**    SV0083448563 GUTIERREZ,CYNTHIA   (SM02706496)
**Document**   ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742        **User** Lauterbach,Stewart A

Date     Time   Device
    User Mnemonic - Name

| Pulse | 116 |
|---|---|
| Pulse Ox | 100 |
| FiO2 | 100 |

  EVENT:  Section Edited: EREEEARRST00101 - Exam -ED Code Blue/Arrest
          Text Component: Text 1 - Vital signs
               Old:
               New:

Initial Vital Signs

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 2/25/15 08:16 | | 116 | | | 100 | | | 100 |

  EVENT:  Section Edited: EREETPROC00102 - ED Procedures
          Group Component: RETPU00901 - Post intubation xray
               Old:  good position
               New:  good position
                     position adjusted

02/26/15  0938  SRM-PL-5T50JS1
    LAUST001 - Lauterbach,Stewart A MD
  EVENT:  Status Edit:  Old - Draft    New - Signed
  EVENT:  Section Edited: EREEADATA00201 - ED Data
          Text Component: Text 4 - Vital Signs
               Old:

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 2/25/15 08:16 | | 116 | | | 100 | | | 100 |

          New:

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 2/25/15 08:45 | 97.7 | 88 | 14 | 126/63 | 100 | Ventilator | | 40 |
| 2/25/15 08:16 | | 116 | | | 100 | | | 100 |

          Text Component: Text 1 - Given in ED
               Old:
               New:

**Patient** SV0083448563 GUTIERREZ,CYNTHIA (SM02706496)
**Document** ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742                      **User** Lauterbach,Stewart A

Date     Time  Device
    User Mnemonic – Name

### Medications Administered

| Medications (Trade) | Dose Ordered | Sig/Sch | Start Time Stop Time | Status | Last Admin Dose Admin |
|---|---|---|---|---|---|
| Pantoprazole Sodium/Sodium Chloride (Protonix Inj/ Normal Saline) | 100ml @ 10 mls/hr | Q10H | 2/25/15 08:10 | | 2/26/15 04:41 10 MLS/HR |
| Propofol | 100ml @ 0 mls/hr | Q0M PRN | 2/25/15 08:08 | | 2/26/15 08:21 0 MLS/HR |

        Text Component: Text 2 – Lab Results
            Old:

Laboratory Tests

| Test | 2/25/15 07:41 | 2/25/15 07:47 | 2/25/15 07:50 | 2/25/15 08:48 |
|---|---|---|---|---|
| POC Glucose | 200 H mg/dL (65-99) | | | 101 H mg/dL (65-99) |
| WBC | | 12.2 H 10^3/uL (3.5-11.0) | | |
| RBC | | 2.78 L 10^6/uL (3.50-5.50) | | |
| Hgb | | 8.1 L g/dL (12.0-15.0) | | |
| Hct | | 26.0 L % (36.0-45.0) | | |
| MCV | | 93  fL (79-95) | | |
| Plt Count | | 163 THD/uL (120-400) | | |
| Manual Differential | | Not Indicated | | |
| Seg Neutrophils % | | 52.9 % (34-64) | | |
| Lymphocytes % | | 36.3 % (19-48) | | |
| Monocytes % | | 7.0 (3-9) | | |
| Eosinophils % | | 2.2 % (0-7) | | |
| Basophils % | | 1.6 % (0-2) | | |
| Anisocytosis | | 2+ | | |
| PT | | 14.5 Sec. (11.9-14.8) | | |
| INR | | 1.10 (0.6-1.4) | | |
| PTT | | 25.8 SEC (23.0-36.3) | | |
| Sodium | | 140 mmol/L (136-144) | | |

**Patient**    SV0083448563 GUTIERREZ,CYNTHIA    (SM02706496)
**Document**    ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742        **User** Lauterbach,Stewart A

**Date**      **Time**   **Device**
     **User Mnemonic - Name**

| | | | |
|---|---|---|---|
| Potassium | | 4.3 mmol/L (3.6-5.1) | |
| Chloride | | 103 mmol/L (101-111) | |
| Carbon Dioxide | | 24 mmol/L (22-32) | |
| Anion Gap | | 13.0 H (3.0-11.0) | |
| BUN | | Pending | |
| Creatinine | | Pending | |
| Est GFR (Non-Af Amer) | | Pending | |
| Glucose | | Pending | |
| Lactic Acid | | Pending | |
| Calcium | | 9.8 mg/dL (8.9-10.3) | |
| Total Bilirubin | | Pending | |
| AST | | Pending | |
| ALT | | Pending | |
| Alkaline Phosphatase | | Pending | |
| Rapid CK-MB (CK-2) | | 6.4 H ng/mL (0.6-6.3) | |
| Rapid Troponin I | | < 0.05 ng/mL (<0.05) | |
| Rap B-Natriuretic Pept | | > 5000 *H pg/mL (0-100) | |
| Total Protein | | Pending | |
| Albumin | | Pending | |
| Globulin | | Pending | |
| ABG pH | | | 7.29 L (7.35-7.45) |
| ABG pCO2 | | | 42.8 mmHg (32-45) |
| ABG pO2 | | | 328.0 H mmHg (83-100) |
| ABG pO2 at Pt Temp | | | 328 H mmHG (83-100) |
| ABG HCO3 | | | 20 L mmol/L (22-26) |
| ABG O2 Saturation | | | 100.0 H % (95-99) |
| ABG Base Excess | | | -5.7 L (-2 to +2) |

     New:

**Patient**    SV0083448563 GUTIERREZ,CYNTHIA    (SM02706496)
**Document**   ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742                **User** Lauterbach,Stewart A

**Date        Time    Device**
**    User Mnemonic — Name**

Laboratory Tests

| Test | 2/25/15 07:41 | 2/25/15 07:47 | 2/25/15 07:50 | 2/25/15 08:48 |
|------|---------------|---------------|---------------|---------------|
| POC Glucose | 200 H mg/dL (65-99) | | | 101 H mg/dL (65-99) |
| WBC | | 12.2 H 10^3/uL (3.5-11.0) | | |
| RBC | | 2.78 L 10^6/uL (3.50-5.50) | | |
| Hgb | | 8.1 L g/dL (12.0-15.0) | | |
| Hct | | 26.0 L % (36.0-45.0) | | |
| MCV | | 93  fL (79-95) | | |
| Plt Count | | 163 THD/uL (120-400) | | |
| Manual Differential | | Not Indicated | | |
| Seg Neutrophils % | | 52.9  % (34-64) | | |
| Lymphocytes % | | 36.3  % (19-48) | | |
| Monocytes % | | 7.0  (3-9) | | |
| Eosinophils % | | 2.2  % (0-7) | | |
| Basophils % | | 1.6  % (0-2) | | |
| Anisocytosis | | 2+ | | |
| PT | | 14.5  Sec. (11.9-14.8) | | |
| INR | | 1.10 (0.6-1.4) | | |
| PTT | | 25.8  SEC (23.0-36.3) | | |
| Sodium | | 140  mmol/L (136-144) | | |
| Potassium | | 4.3  mmol/L (3.6-5.1) | | |
| Chloride | | 103  mmol/L (101-111) | | |
| Carbon Dioxide | | 24  mmol/L (22-32) | | |
| Anion Gap | | 13.0 H (3.0-11.0) | | |
| BUN | | 60 H mg/dL (8-20) | | |
| Creatinine | | 4.1 H mg/dL (0.40-1.00) | | |
| Est GFR (African Amer) | | 16 L ml/min (>60) | | |
| Est GFR (Non-Af Amer) | | 13 L ml/min | | |

**Patient** SV0083448563 GUTIERREZ,CYNTHIA   (SM02706496)
**Document** ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742                    **User** Lauterbach,Stewart A

Date     Time   Device
    User Mnemonic – Name

| | | (>60) | |
|---|---|---|---|
| Glucose | | 210 H mg/dL (65-99) | |
| Lactic Acid | | 6.5 *H mmol/L (0.5-2.2) | |
| Calcium | | 9.8 mg/dL (8.9-10.3) | |
| Total Bilirubin | | 0.6 mg/dL (0.3-1.2) | |
| AST | | 42 H IU/L (15-41) | |
| ALT | | 94 H IU/L (14-54) | |
| Alkaline Phosphatase | | 266 H IU/L (32-91) | |
| Rapid CK-MB (CK-2) | | 6.4 H ng/mL (0.6-6.3) | |
| Rapid Troponin I | | < 0.05 ng/mL (<0.05) | |
| Rap B-Natriuretic Pept | | > 5000 *H pg/mL (0-100) | |
| Total Protein | | 6.5 gm/dL (6.1-7.9) | |
| Albumin | | 2.9 L g/dL (3.5-4.8) | |
| Globulin | | 3.6 H gm/dL (2.3-3.5) | |
| ABG pH | | | 7.29 L (7.35-7.45) |
| ABG pCO2 | | | 42.8 mmHg (32-45) |
| ABG pO2 | | | 328.0 H mmHg (83-100) |
| ABG pO2 at Pt Temp | | | 328 H mmHG (83-100) |
| ABG HCO3 | | | 20 L mmol/L (22-26) |
| ABG O2 Saturation | | | 100.0 H % (95-99) |
| ABG Base Excess | | | -5.7 L (-2 to +2) |

    Text Component: Text 2 – Lab Interpretation
        Old:

| **Patient** | SV0083448563 GUTIERREZ,CYNTHIA | (SM02706496) | | |
|---|---|---|---|---|
| **Document** | ED Code Blue/Arrest | | | |
| **Initialization Date/Time** 02/25/15 0742 | | | **User** Lauterbach,Stewart A | |

**Date      Time   Device**
    **User Mnemonic - Name**

Laboratory Tests

| Test | 2/25/15 07:41 | 2/25/15 07:47 | 2/25/15 07:50 | 2/25/15 08:48 |
|---|---|---|---|---|
| POC Glucose | 200 H mg/dL (65-99) | | | 101 H mg/dL (65-99) |
| WBC | | 12.2 H 10^3/uL (3.5-11.0) | | |
| RBC | | 2.78 L 10^6/uL (3.50-5.50) | | |
| Hgb | | 8.1 L g/dL (12.0-15.0) | | |
| Hct | | 26.0 L % (36.0-45.0) | | |
| MCV | | 93  fL (79-95) | | |
| Plt Count | | 163 THD/uL (120-400) | | |
| Manual Differential | | Not Indicated | | |
| Seg Neutrophils % | | 52.9 % (34-64) | | |
| Lymphocytes % | | 36.3 % (19-48) | | |
| Monocytes % | | 7.0  (3-9) | | |
| Eosinophils % | | 2.2 % (0-7) | | |
| Basophils % | | 1.6 % (0-2) | | |
| Anisocytosis | | 2+ | | |
| PT | | 14.5 Sec. (11.9-14.8) | | |
| INR | | 1.10 (0.6-1.4) | | |
| PTT | | 25.8 SEC (23.0-36.3) | | |
| Sodium | | 140 mmol/L (136-144) | | |
| Potassium | | 4.3 mmol/L (3.6-5.1) | | |
| Chloride | | 103 mmol/L (101-111) | | |
| Carbon Dioxide | | 24 mmol/L (22-32) | | |
| Anion Gap | | 13.0 H (3.0-11.0) | | |
| BUN | | Pending | | |
| Creatinine | | Pending | | |
| Est GFR (Non-Af Amer) | | Pending | | |
| Glucose | | Pending | | |
| Lactic Acid | | Pending | | |
| Calcium | | 9.8 mg/dL (8.9-10.3) | | |

| **Patient** | SV0083448563 GUTIERREZ,CYNTHIA | (SM02706496) |
|---|---|---|
| **Document** | ED Code Blue/Arrest | |
| **Initialization Date/Time** 02/25/15 0742 | | **User** Lauterbach,Stewart A |

**Date      Time   Device**
    **User Mnemonic – Name**

| | | | | |
|---|---|---|---|---|
| Total Bilirubin | | Pending | | |
| AST | | Pending | | |
| ALT | | Pending | | |
| Alkaline Phosphatase | | Pending | | |
| Rapid CK-MB (CK-2) | | 6.4 H ng/mL (0.6-6.3) | | |
| Rapid Troponin I | | < 0.05 ng/mL (<0.05) | | |
| Rap B-Natriuretic Pept | | > 5000 *H pg/mL (0-100) | | |
| Total Protein | | Pending | | |
| Albumin | | Pending | | |
| Globulin | | Pending | | |
| ABG pH | | | 7.29 L (7.35-7.45) | |
| ABG pCO2 | | | 42.8 mmHg (32-45) | |
| ABG pO2 | | | 328.0 H mmHg (83-100) | |
| ABG pO2 at Pt Temp | | | 328 H mmHG (83-100) | |
| ABG HCO3 | | | 20 L mmol/L (22-26) | |
| ABG O2 Saturation | | | 100.0 H % (95-99) | |
| ABG Base Excess | | | -5.7 L (-2 to +2) | |

    New:

Laboratory Tests

| Test | 2/25/15 07:41 | 2/25/15 07:47 | 2/25/15 07:50 | 2/25/15 08:48 |
|---|---|---|---|---|
| POC Glucose | 200 H mg/dL (65-99) | | | 101 H mg/dL (65-99) |
| WBC | | 12.2 H 10^3/uL (3.5-11.0) | | |
| RBC | | 2.78 L 10^6/uL (3.50-5.50) | | |
| Hgb | | 8.1 L g/dL (12.0-15.0) | | |
| Hct | | 26.0 L % (36.0-45.0) | | |
| MCV | | 93 fL (79-95) | | |
| Plt Count | | 163 THD/uL | | |

Document Audit Trail

| | |
|---|---|
| **Patient** | SV0083448563 GUTIERREZ,CYNTHIA (SM02706496) |
| **Document** | ED Code Blue/Arrest |
| **Initialization Date/Time** 02/25/15 0742 | **User** Lauterbach,Stewart A |

Date     Time   Device
    User Mnemonic – Name

| | | | |
|---|---|---|---|
| | (120-400) | | |
| Manual Differential | Not Indicated | | |
| Seg Neutrophils % | 52.9 % (34-64) | | |
| Lymphocytes % | 36.3 % (19-48) | | |
| Monocytes % | 7.0 (3-9) | | |
| Eosinophils % | 2.2 % (0-7) | | |
| Basophils % | 1.6 % (0-2) | | |
| Anisocytosis | 2+ | | |
| PT | 14.5 Sec. (11.9-14.8) | | |
| INR | 1.10 (0.6-1.4) | | |
| PTT | 25.8 SEC (23.0-36.3) | | |
| Sodium | 140 mmol/L (136-144) | | |
| Potassium | 4.3 mmol/L (3.6-5.1) | | |
| Chloride | 103 mmol/L (101-111) | | |
| Carbon Dioxide | 24 mmol/L (22-32) | | |
| Anion Gap | 13.0 H (3.0-11.0) | | |
| BUN | 60 H mg/dL (8-20) | | |
| Creatinine | 4.1 H mg/dL (0.40-1.00) | | |
| Est GFR (African Amer) | 16 L ml/min (>60) | | |
| Est GFR (Non-Af Amer) | 13 L ml/min (>60) | | |
| Glucose | 210 H mg/dL (65-99) | | |
| Lactic Acid | 6.5 *H mmol/L (0.5-2.2) | | |
| Calcium | 9.8 mg/dL (8.9-10.3) | | |
| Total Bilirubin | 0.6 mg/dL (0.3-1.2) | | |
| AST | 42 H IU/L (15-41) | | |
| ALT | 94 H IU/L (14-54) | | |
| Alkaline Phosphatase | 266 H IU/L (32-91) | | |

| Patient | SV0083448563 GUTIERREZ,CYNTHIA   (SM02706496) | | |
|---|---|---|---|
| Document | ED Code Blue/Arrest | | |
| Initialization Date/Time | 02/25/15 0742 | | User Lauterbach,Stewart A |

**Date    Time   Device**
     **User Mnemonic — Name**

| | | | | |
|---|---|---|---|---|
| Rapid CK-MB (CK-2) | | 6.4 H ng/mL (0.6-6.3) | | |
| Rapid Troponin I | | < 0.05 ng/mL (<0.05) | | |
| Rap B-Natriuretic Pept | | > 5000 *H pg/mL (0-100) | | |
| Total Protein | | 6.5 gm/dL (6.1-7.9) | | |
| Albumin | | 2.9 L g/dL (3.5-4.8) | | |
| Globulin | | 3.6 H gm/dL (2.3-3.5) | | |
| ABG pH | | | 7.29 L (7.35-7.45) | |
| ABG pCO2 | | | 42.8 mmHg (32-45) | |
| ABG pO2 | | | 328.0 H mmHg (83-100) | |
| ABG pO2 at Pt Temp | | | 328 H mmHG (83-100) | |
| ABG HCO3 | | | 20 L mmol/L (22-26) | |
| ABG O2 Saturation | | | 100.0 H % (95-99) | |
| ABG Base Excess | | | -5.7 L (-2 to +2) | |

Text Component: Text 2 — My Orders
     Old:

Laboratory Tests

| Test | 2/25/15 07:41 | 2/25/15 07:47 | 2/25/15 07:50 | 2/25/15 08:48 |
|---|---|---|---|---|
| POC Glucose | 200 H mg/dL (65-99) | | | 101 H mg/dL (65-99) |
| WBC | | 12.2 H 10^3/uL (3.5-11.0) | | |
| RBC | | 2.78 L 10^6/uL (3.50-5.50) | | |
| Hgb | | 8.1 L g/dL (12.0-15.0) | | |
| Hct | | 26.0 L % (36.0-45.0) | | |
| MCV | | 93 fL (79-95) | | |
| Plt Count | | 163 THD/uL | | |

**Patient**   SV0083448563 GUTIERREZ,CYNTHIA   (SM02706496)
**Document**   ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742                       **User** Lauterbach,Stewart A

Date      Time   Device
    User Mnemonic - Name

| | | (120-400) | | |
|---|---|---|---|---|
| Manual Differential | | Not Indicated | | |
| Seg Neutrophils % | | 52.9 % (34-64) | | |
| Lymphocytes % | | 36.3 % (19-48) | | |
| Monocytes % | | 7.0 (3-9) | | |
| Eosinophils % | | 2.2 % (0-7) | | |
| Basophils % | | 1.6 % (0-2) | | |
| Anisocytosis | | 2+ | | |
| PT | | 14.5 Sec. (11.9-14.8) | | |
| INR | | 1.10 (0.6-1.4) | | |
| PTT | | 25.8 SEC (23.0-36.3) | | |
| Sodium | | 140 mmol/L (136-144) | | |
| Potassium | | 4.3 mmol/L (3.6-5.1) | | |
| Chloride | | 103 mmol/L (101-111) | | |
| Carbon Dioxide | | 24 mmol/L (22-32) | | |
| Anion Gap | | 13.0 H (3.0-11.0) | | |
| BUN | | Pending | | |
| Creatinine | | Pending | | |
| Est GFR (Non-Af Amer) | | Pending | | |
| Glucose | | Pending | | |
| Lactic Acid | | Pending | | |
| Calcium | | 9.8 mg/dL (8.9-10.3) | | |
| Total Bilirubin | | Pending | | |
| AST | | Pending | | |
| ALT | | Pending | | |
| Alkaline Phosphatase | | Pending | | |
| Rapid CK-MB (CK-2) | | 6.4 H ng/mL (0.6-6.3) | | |
| Rapid Troponin I | | < 0.05 ng/mL (<0.05) | | |
| Rap B-Natriuretic Pept | | > 5000 *H pg/mL (0-100) | | |
| Total Protein | | Pending | | |
| Albumin | | Pending | | |
| Globulin | | Pending | | |
| ABG pH | | | 7.29 L | |

**Patient**   SV0083448563 GUTIERREZ,CYNTHIA   (SM02706496)
**Document**   ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742                    **User** Lauterbach,Stewart A

Date      Time   Device
    User Mnemonic – Name

| | | | | |
|---|---|---|---|---|
| - - - - - - - - - - - | | | (7.35-7.45) | |
| ABG pCO2 | | | 42.8 mmHg (32-45) | |
| ABG pO2 | | | 328.0 H mmHg (83-100) | |
| ABG pO2 at Pt Temp | | | 328 H mmHG (83-100) | |
| ABG HCO3 | | | 20 L mmol/L (22-26) | |
| ABG O2 Saturation | | | 100.0 H % (95-99) | |
| ABG Base Excess | | | -5.7 L (-2 to +2) | |

        New:

Laboratory Tests

| Test | 2/25/15 07:41 | 2/25/15 07:47 | 2/25/15 07:50 | 2/25/15 08:48 |
|---|---|---|---|---|
| POC Glucose | 200 H mg/dL (65-99) | | | 101 H mg/dL (65-99) |
| WBC | | 12.2 H 10^3/uL (3.5-11.0) | | |
| RBC | | 2.78 L 10^6/uL (3.50-5.50) | | |
| Hgb | | 8.1 L g/dL (12.0-15.0) | | |
| Hct | | 26.0 L % (36.0-45.0) | | |
| MCV | | 93 fL (79-95) | | |
| Plt Count | | 163 THD/uL (120-400) | | |
| Manual Differential | | Not Indicated | | |
| Seg Neutrophils % | | 52.9 % (34-64) | | |
| Lymphocytes % | | 36.3 % (19-48) | | |
| Monocytes % | | 7.0 (3-9) | | |
| Eosinophils % | | 2.2 % (0-7) | | |
| Basophils % | | 1.6 % (0-2) | | |
| Anisocytosis | | 2+ | | |
| PT | | 14.5 Sec. (11.9-14.8) | | |
| INR | | 1.10 (0.6-1.4) | | |
| PTT | | 25.8 SEC (23.0-36.3) | | |

**Patient**    SV0083448563 GUTIERREZ,CYNTHIA   (SM02706496)
**Document**   ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742              **User** Lauterbach,Stewart A

**Date      Time   Device**
    **User Mnemonic - Name**

| | | | |
|---|---|---|---|
| Sodium | | 140  mmol/L (136-144) | |
| Potassium | | 4.3  mmol/L (3.6-5.1) | |
| Chloride | | 103  mmol/L (101-111) | |
| Carbon Dioxide | | 24  mmol/L (22-32) | |
| Anion Gap | | 13.0 H (3.0-11.0) | |
| BUN | | 60 H mg/dL (8-20) | |
| Creatinine | | 4.1 H mg/dL (0.40-1.00) | |
| Est GFR (African Amer) | | 16 L ml/min (>60) | |
| Est GFR (Non-Af Amer) | | 13 L ml/min (>60) | |
| Glucose | | 210 H mg/dL (65-99) | |
| Lactic Acid | | 6.5 *H mmol/L (0.5-2.2) | |
| Calcium | | 9.8  mg/dL (8.9-10.3) | |
| Total Bilirubin | | 0.6  mg/dL (0.3-1.2) | |
| AST | | 42 H IU/L (15-41) | |
| ALT | | 94 H IU/L (14-54) | |
| Alkaline Phosphatase | | 266 H IU/L (32-91) | |
| Rapid CK-MB (CK-2) | | 6.4 H ng/mL (0.6-6.3) | |
| Rapid Troponin I | | < 0.05  ng/mL (<0.05) | |
| Rap B-Natriuretic Pept | | > 5000 *H pg/mL (0-100) | |
| Total Protein | | 6.5  gm/dL (6.1-7.9) | |
| Albumin | | 2.9 L g/dL (3.5-4.8) | |
| Globulin | | 3.6 H gm/dL (2.3-3.5) | |
| ABG pH | | | 7.29 L (7.35-7.45) |

| | |
|---|---|
| **Patient** | SV0083448563 GUTIERREZ,CYNTHIA   (SM02706496) |
| **Document** | ED Code Blue/Arrest |
| **Initialization Date/Time** 02/25/15  0742 | **User** Lauterbach,Stewart A |

**Date      Time   Device**
    **User Mnemonic - Name**

| | | | | |
|---|---|---|---|---|
| ABG pCO2 | | | 42.8  mmHg (32-45) | |
| ABG pO2 | | | 328.0 H mmHg (83-100) | |
| ABG pO2 at Pt Temp | | | 328 H mmHG (83-100) | |
| ABG HCO3 | | | 20 L mmol/L (22-26) | |
| ABG O2 Saturation | | | 100.0 H % (95-99) | |
| ABG Base Excess | | | -5.7 L  (-2 to +2) | |

  EVENT:   Section Edited: EREEAMDM00101 - ED MDM
           Text Component: Text 1 - Course
               Old:
               New:

This 33-year-old dialysis patient is extremely well known to us in the emergency department for numerous visits with nausea vomiting gastroparesis and also with a history of her multiple complications of diabetes was seen with nausea and vomiting last night.  She was in good shape and the vomiting was brought under control and she was discharged as some many times previously.  Her potassium was noted to be 4.9 in the department.  She was discharged to the lobby and was apparently sitting there when she collapsed to the floor a code was called and our staff responded to the lobby to bring the patient back she's placed on a gurney and CPR started is no palpable pulses are detected she is placed in a critical care room him putting her on the gurney into the critical care room.  CPR was continued she's intubated while the nurses are getting her hooked up to the monitors.  On the cardiac monitor we see a narrow complex relatively bradycardic rhythm regular at perhaps 30.  Given the critical nature of her dialysis port is accessed and her drugs are given via that route she's given calcium and bicarbonate based on the possibility of acute hyperkalemia.  Is followed with epinephrine.  On her initial ultrasound I can see valve motion within the heart but no significant wall motion.  Following the epinephrine her heart rate speeds up and her contractility increases her blood pressure returns stopped and ultimately her heart rate is 150 slowly this drops back down to about 120.  Her examination she is unresponsive she has the appearance of  diabetes and renal failure, no pulses and agonal respiratory efforts.  Dr.

Kang the intensivist is contacted and he comes down to see the patient and will admit her to the intensive care unit.  The nephrologist are contacted.
  EVENT:   Section Edited: EREEDDISPO00104 - ED Disposition
           Text Component: Text 3 - Latest vital signs
               Old:

| Vital Signs | |
|---|---|
| | 2/25/15 08:16 |
| Pulse | 116 |
| Pulse Ox | 100 |
| FiO2 | 100 |

**Patient** SV0083448563 GUTIERREZ,CYNTHIA  (SM02706496)
**Document** ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742            **User** Lauterbach,Stewart A

**Date    Time   Device**
**     User Mnemonic – Name**


          New:

| Vital Signs | |
|---|---|
| | 2/25/15 08:45 |
| Temp | 97.7 |
| Pulse | 88 |
| Resp | 14 |
| B/P | 126/63 |
| Pulse Ox | 100 |
| O2 Delivery | Ventilator |
| FiO2 | 40 |

  EVENT:  Section Edited: EREEEARRST00101 – Exam –ED Code Blue/Arrest
          Text Component: Text 1 – Vital signs
              Old:

Initial Vital Signs

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 2/25/15 08:16 | | 116 | | | 100 | | | 100 |

          New:

Initial Vital Signs

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 2/25/15 08:16 | | 116 | | | 100 | | | 100 |
| 2/25/15 08:45 | 97.7 | | 14 | 126/63 | | Ventilator | | |

  EVENT:  Section Edited: EREETPROC00102 – ED Procedures
          Group Component: RETPU00901 – Post intubation xray
              Old:  good position
                    position adjusted
              New:  position adjusted
  EVENT:  Section Edited: EREEXPASTHX0103 – ED Past Medical History
          Text Component: Home Meds –
              Old:
              New:

**Active Scripts**
Hydrocodone Bit/Acetaminophen (Norco 10-325 Tablet)10 Mg/325 Mg Tab1 Tab PO Q6HR PRN (PAIN, Moderate to Severe(4-10)) #20 TAB

**Patient**   SV0083448563 GUTIERREZ,CYNTHIA   (SM02706496)
**Document**   ED Code Blue/Arrest
**Initialization Date/Time** 02/25/15 0742                    **User** Lauterbach,Stewart A

**Date    Time  Device**
    **User Mnemonic – Name**

      Prov:Brandwene,Elliott L                            2/25/15
Oxycodone Hcl/Acetaminophen (Percocet 10-325 Mg Tablet)1 Each Tablet1 Tab PO Q4HR  #10 TAB
      Prov:Brandwene,Elliott L                            2/6/15
Hydrocodone Bit/Acetaminophen (Norco 5-325 Tablet)5 Mg/325 Mg Tab1-2 Tab PO Q6H PRN (PAIN, Moderate to
Severe(4-10)) #15 TAB
      Prov:Allred,Kendall S                               2/1/15
Metoclopramide Hcl (Reglan)10 Mg Tab10 Mg PO ACHS  #120 TAB  Ref 3
      Prov:Altaf,Mujeeb                                   1/22/15
Hydrocodone Bit/Acetaminophen (Norco 5-325 Tablet)5 Mg/325 Mg Tab1 Tab PO Q6H PRN (PAIN, Mild (1-3)) #30 TAB
Ref 0
      Prov:Quang,Angela M                                 1/16/15
Amlodipine Besylate (Norvasc)5 Mg Tab5 Mg PO DAILY  30 Days
      Prov:Junck,Daniel L                                 1/5/15
Atorvastatin Calcium (Lipitor)20 Mg Tab20 Mg PO QPM  #30 TAB  Ref 0
      Prov:Quang,Angela M                                 12/17/14
Furosemide (Lasix)80 Mg Tablet80 Mg PO DAILY  #30 TAB
      Prov:Altaf,Mujeeb                                   12/3/14
Ondansetron (Zofran Odt)4 Mg Tab.rapdis4 Mg PO BID PRN (NAUSEA/VOMITING) #10 TAB
      Prov:Muller,Ridgely O                               11/2/14
**Reported Medications**
Hydralazine Hcl 50 Mg Tablet50 Mg PO BID  #120 TAB
    1/13/15
Metoprolol Tartrate 100 Mg Tablet100 Mg PO BID  #60 TAB
      TO TAKE AM OF SURGERY
    1/13/15
Brimonidine Tartrate (Brimonidine Tartrate 0.2%)5 Ml Drops1 Drop BOTH EYES TID  #5 ML
    6/7/14
Timolol Maleate (Timolol Maleate Ophth Soln 0.5%)10 Ml Drops1 Drop BOTH EYES BID  #10 ML
    6/7/14
Latanoprost 2.5 Ml Drops1 Drop BOTH EYES QPM  #2.5 ML
    6/7/14


02/26/15  1112  SRM-EDA-2BY60R1
    LAUST001 – Lauterbach,Stewart A MD
    EVENT:  Status Edit:  Old – Signed     New – Addendum
    EVENT:  Addendum Added

Addendum: Lauterbach,Stewart A on 2/26/15 @ 11:10


I failed to note in the note below that this patient immediately after the patient was intubated, a large piece of food was
aspirated from the ET tube.  This was removed by Dan, our respiratory therapist. I question if she could have had an
aspiration leading to hypoxia, and the collapse.
_____

02/26/15  1113  MTMVBG-LN12
    LAUST001 – Lauterbach,Stewart A MD
    EVENT:  Status Edit:  Old – Addendum     New – Signed