```
 1

 2                  UNITED STATES DISTRICT COURT

 3                 NORTHERN DISTRICT OF CALIFORNIA

 4

 5   CYNTHIA GUTIERREZ, JOSE HUERTA,  )
     SMH, RH and AH,                  )
 6                                    )
              Plaintiffs,             )
 7                                    )
         vs.                          )  No. 16-cv-02645-SI
 8                                    )
     SANTA ROSA MEMORIAL HOSPITAL,    )
 9   ST. JOSEPH HEALTH and DOES 1-50, )
     Inclusive,                       )
10                                    )
              Defendants.             )
11   _____)

12

13

14        DEPOSITION OF SHARI ANN TITUS, a witness herein,

15        noticed by LAW OFFICE OF DOUGLAS C. FLADSETH, at 400

16        North Tustin Avenue, Santa Ana, California, at 1:31

17        p.m., on Tuesday, May 15, 2018, before Kathryn D.

18        Jolley, CSR 11333.

19

20

21

22

23

24

25        Job Number: 462595
```

```
 1    APPEARANCES OF COUNSEL:

 2

 3    For Plaintiffs:

 4    LAW OFFICE OF DOUGLAS C. FLADSETH

 5    BY DOUGLAS C. FLADSETH (Present via video teleconference)

 6    1160 North Dutton Avenue, Suite 180

 7    Santa Rosa, California 95401

 8    (707) 545-2600

 9    fladseth@aol.com

10

11    For Defendants SANTA ROSA MEMORIAL HOSPITAL and

12    ST. JOSEPH HEALTH:

13    LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES

14    BY BRETT SCHOEL

15    655 University Avenue, Suite 119

16    Sacramento, California 95825

17    (916) 563-3100

18    bschoel@ljdfa.com

19

20

21

22

23

24

25
```

Page 54

1    says, EDM MNR.

2        And what I am trying to find out is, what exactly
3    did the ED summary report say on February 25th, 2015.
4    And when I try to use that record, actually, some of the
5    other parties in this case have objected because I'm not
6    showing them what it said on 2-25-15.

7        So my question to you is, how can we show -- how can
8    we find out what the ED summary report said on February
9    25th, 2015?

10       MR. SCHOEL:  Objection; the question assumes there
11   was -- Well, never mind.

12       THE WITNESS:  I don't know that.  I don't know that.
13       We can -- I think it's -- You know, it's a matter
14   of -- you're asking to backdate, I believe.  Is that what
15   I'm hearing.

16       MR. FLADSETH:
17       Q.  I'm trying to find out, first of all, when is
18   the ED summary report first generated for 2-25-15?  I'm
19   presuming it's sometime before March 27th.

20       MR. SCHOEL:  Or it is March 27th, 30 days after,
21   which we've heard testimony about.

22       THE WITNESS:  So a little clarification.  Can I ask
23   a clarification on the ED summary?

24       MR. FLADSETH:
25       Q.  Sure.

Page 55

1      A.   Because I think that -- I guess where I'm going,
2   I believe there's an ED summary that is an automatic, and
3   must be what you're referring to.
4         Because the user pneumonic that you read off is not
5   one that is an actual physical user.  A user can demand
6   print certain things.  But again, when you demand print,
7   it's printing as of this moment in time.  If something is
8   system-generated, it's given a parameter of, you know,
9   when to generate it, and it generates at that time.
10     Q.   So do you know when, typically, the ED summary
11   report would be generated?
12     A.   I think -- I think this is the one that we
13   involved the vendor on; right?  I think we went to the
14   vendor because we were unclear as to what was the
15   parameter and what -- you know, was it a specific window
16   of time when that prints.
17         And I believe they shared something in a 30-day
18   window, but it's not exact date to date.
19     Q.   Okay.  Well, do you know when the 2-25-15 ED
20   summary report was first generated?
21         MR. SCHOEL:  Objection.  She just answered that.
22         THE WITNESS:  We went to the vendor to try to get an
23   explanation on when that would generate.  We knew that
24   there was a window of time to try to figure it out.
25         So there is a window of time, and, honestly, I am

Page 56

1  trying to recall exactly what they said.  But I believe
2  that a window of time after the last activity.  Yeah.
3       MR. FLADSETH:
4       Q.  When did you go ask that to the vendor?
5       A.  Within the last six months.
6       Q.  Who did you contact?
7       A.  We have a core -- At the vendor, we have a core
8  contact, Jennifer Long-Roublet is our primary contact
9  whenever we escalate something.  And then --
10      Q.  Jennifer --
11      A.  Jennifer.
12      Q.  -- who?
13      A.  Jennifer Long-Roublet.  Her last name is
14  Long-Roublet, hyphenated.  First name Jennifer.
15      Q.  How do you spell the Roublet?
16      A.  I knew you were going to ask me that.  It's like
17  R-O-U- -- I don't know -- B-O-L-O-U -- Roublet.  I don't
18  spell it.  R-O-U-B-L-E-T maybe.
19      Q.  Where is Jennifer located?
20      A.  Massachusetts.
21      Her role is -- Go ahead.  You're asking --
22      Q.  What's her position?
23      A.  She's our HCIS coordinator.
24      Q.  What's that stand for?
25      A.  It's really the -- you know, healthcare

Page 57

1  information systems coordinator.
2       They have those positions for their larger clients,
3  and her role is really to be our point of escalation and
4  coordinating anything that we need within the vendor
5  space.
6       Q.  Did she send you any information?
7       A.  I did not ask for information.  No, she didn't
8  send me information.
9       Q.  Well, did she have any communication to you?
10      A.  Jennifer and I talk all the time.
11      Q.  I'm talking about the ED summary report for
12  2-25-15 on Cynthia Gutierrez.  Did you have any
13  communication with Jennifer?
14      A.  We had communication to set up a meeting for the
15  experts at MEDITECH to discuss the topic.
16      Q.  And who is that?
17      A.  I don't recall the names of the experts that
18  were at the meeting.
19      Brett, you were there; right?
20      MR. SCHOEL:  I don't remember, and I don't care.  I
21  don't care about any of this testimony.  You've answered
22  his question.
23      THE WITNESS:  She brings in the experts.  She
24  brought in the experts from MEDITECH and so we could have
25  this dialogue of what could we expect on the ED summary

Page 58

1    print time.
2         MR. FLADSETH:
3         Q.  Okay.  And that occurred within the last
4    six months?
5         A.  Yes, that's what I believe.
6         MR. SCHOEL:  Probably the last two months.
7         MR. FLADSETH:
8         Q.  And how did you communicate?  Was it
9    videoconference?
10        A.  No, it was a WebEx, but we had no video.  Only
11   audio.
12        Q.  So just audio.
13        Were there any notes or any kind of documentation as
14   to what was communicated there?
15        A.  I don't believe we took notes.
16        Q.  Is there any kind of documentation as to what
17   communication occurred?
18        MR. SCHOEL: Yes.  No.  I'm so sorry.  Go ahead.
19        THE WITNESS:  I'm just trying to think back if there
20   was any kind of documentation on that.  I don't believe
21   there was.
22        MR. FLADSETH:
23        Q.  What communication was there from the expert?
24        A.  They referenced -- I want to say initially, if I
25   recall correctly, they needed to check, themselves,

Page 59

```
 1   because we were questioning the timing.  And I believe
 2   they came back and had something to do with activity
 3   dates and a 30-day window after the activity dates,
 4   something to that fashion.
 5        Q.  So is it your understanding that for every ER
 6   visit in 2014 and 2015, that the ED summary report would
 7   not be generated until 30 days afterwards?
 8        MR. SCHOEL:  After the last activity.
 9        THE WITNESS:  I believe it's after the last
10   activity.
11        MR. FLADSETH:
12        Q.  And what do you mean by "last activity"?
13        A.  So, again, this is from the knowledge that --
14   you know, speaking with the MEDITECH.  I think we were
15   trying to understand the last activity.  And it would be,
16   like, reports -- I think report-generated or created,
17   something actively updated to the documents or the chart.
18        Q.  So how can you tell from the ED summary report
19   when it was first generated?
20        MR. SCHOEL:  She didn't -- My God.  Tell him again.
21        THE WITNESS:  Well, it would have to be -- if you're
22   looking at a report, it would have to be the date that's
23   on the report.
24        MR. FLADSETH:
25        Q.  What part of the report would have the date?
```

Page 60

1      A.   The reports -- I can speak to -- Typically in
2   MEDITECH, a generation date is on -- like, in the title
3   of the report.  It's either on the title or the footer of
4   a report.  It's usually not in the body.  It's usually,
5   like --
6      MR. SCHOEL:  Like the top left corner of the
7   document.
8      THE WITNESS:  Either the top or the bottom.  That's
9   usually where you see a date or a time or user set
10  information is typically either the top or the bottom,
11  depending on the report that you're looking at.  But not
12  within the body.
13     MR. FLADSETH:
14     Q.  So if we take 2-25-15, and we look at the
15  emergency department report for past medical history, it
16  says coded allergies, no known allergies.
17     And then if you look at the ED summary report for
18  2-25-15, under allergies it says,
19  hydromorphone/cardiopulmonary arrest.
20     Can you explain why, for the same date, those are
21  different?
22     MR. SCHOEL:  Can you?  If you can't, then don't.
23  You're not here as a PMK.  Tell him what you know.
24     THE WITNESS:  Yes, I would have to really say no.
25     MR. FLADSETH:

SHARI ANN TITUS - 05/15/2018

Page 104

1  STATE OF CALIFORNIA ) ss

2

3      I, Kathryn D. Jolley, CSR 11333, do hereby declare:

4

5      That, prior to being examined, the witness named in
6  the foregoing deposition was by me duly sworn pursuant to
7  Section 2093(b) and 2094 of the Code of Civil Procedure;

8

9      That said deposition was taken down by me in
10 shorthand at the time and place therein named and
11 thereafter reduced to text under my direction.

12

13     I further declare that I have no interest in the
14 event of the action.

15

16     I declare under penalty of perjury under the laws of
17 the State of California that the foregoing is true and
18 correct.

19

20     WITNESS my hand this 21st day of
21 May, 2018.

22

23 _____
   Kathryn D. Jolley, CSR 11333
24

25