```
DATE: 11/27/17 @ 1056                        Northern California PHA *LIVE*                                PAGE 1
USER: LASLEYEG02                          Patient Allergies and Adverse Reactions
```

**Patient:** SM02706496  GUTIERREZ,CYNTHIA  07/31/1981  F

**Last Updated:** 10/24/15- 0957

| Coded Allergy or Adverse Reaction for Interaction Checks | Type | Severity | Date | Ver | Pt Reaction<br>Comment |
|---|---|---|---|---|---|
| hydromorphone | AdvReac | Severe | 10/24/15 | Y | cardiopulmonary arrest<br>*possible ADR. final review by medication safety pending.*<br>*continue dilaudid, patient intubated and in ICU care.*<br>*benefits outweigh the risk per attendings.* |

| Audit# | Date | Time | User | Database | Type | Allergy/ADR |
|---|---|---|---|---|---|---|

1  02/25/15 0743 Lauterbach,Stewart A MD         MRI.NOCAL    ADD      Unable to Obtain
   **Client:** SRM-ED-BGZCYR1
   **Old:**
   **New:**    Unable to Obtain added.

2  02/25/15 0813 Regoli,Matthew                  PHA.NOCAL    FILED
   **Client:** SRM-RX-7CX86V1

   **Audit Detail:**
         *User filed without changing allergy record.*

3  02/25/15 1415 Ell,Laura H                     MRI.NOCAL    EDIT
   **Client:** SRM-COD-GN4WCP1
   **Old:**
   **New:**    Unit# SM02556209 was merged into this record.

4  02/25/15 1415 Ell,Laura H                     MRI.NOCAL    ADD      No Known Allergies
   **Client:** SRM-COD-GN4WCP1
   **Old:**
   **New:**    Merged in from Med Rec Num SM02556209.

5  02/25/15 1504 Allen,Michelle                  PHA.NOCAL    ACK
   **Client:**

   **Audit Detail:**
         *User acknowledged allergy record in PHA.*

6  02/25/15 2036 Hull,Vicki L                    MRI.NOCAL    EDIT
   **Client:** SRM-2W-BG2PYR1
   **Old:**    Date:
   **New:**    Allergy List Confirmed: Date: 02/25/15 – Time: 2036

   **Audit Detail:**
         *List Confirmed:*
         *No Known Allergies*

7  02/25/15 2036 Hull,Vicki L                    MRI.NOCAL    EDIT     No Known Allergies
   **Client:** SRM-2W-BG2PYR1
   **Old:**
   **New:**    Text added.

```
DATE: 11/27/17 @ 1056                       Northern California PHA *LIVE*                              PAGE 2
USER: LASLEYEG02                         Patient Allergies and Adverse Reactions

Patient:   SM02706496  GUTIERREZ,CYNTHIA  07/31/1981  F

                   Audit Detail:
                         New: per huisband, no known allergies

    8   02/25/15 2036 Hull,Vicki L                MRI.NOCAL    DELETE     Unable to Obtain
                   Client: SRM-2W-BG2PYR1
                   Old:    Unable to Obtain deleted.
                   New:

                   Audit Detail:
                         Type: Allergy
                         Verified: N

    9   02/26/15 0804 Taylor,Kirk E               PHA.NOCAL    FILED
                   Client: SRM-RX-BDPVFQ1

                   Audit Detail:
                         User filed without changing allergy record.

   10   03/05/15 1911 Sultan,Saad                 PHA.NOCAL    ADD        hydromorphone
                   Client: HAMAD
                   Old:
                   New:    hydromorphone added.

   11   03/05/15 1911 Sultan,Saad                 PHA.NOCAL    ADD        hydromorphone
                   Client: HAMAD
                   Old:
                   New:    Text added.

                   Audit Detail:
                         New: suspected cardiopulmonary arrest from 2 mg of dilaudid dose
                         New: given within two hours time period. it is suspected that
                         New: patient was having respiratory issues and even though she
                         New: has received dilaudid several times previously she coded.
                         New: she is still receiving dialudid under the care of
                         New: intensivist and being monitored very closely

   12   03/05/15 1911 Sultan,Saad                 PHA.NOCAL    DELETE     No Known Allergies
                   Client: HAMAD
                   Old:    No Known Allergies deleted.
                   New:

                   Audit Detail:
                         Type: Allergy
                         Verified: N
                         Text deleted.
                          Old: per huisband, no known allergies

   13   03/05/15 2010 Sultan,Saad                 PHA.NOCAL    EDIT       hydromorphone
                   Client: HAMAD
                   Old:    Text changed.
                   New:    Text changed.

                   Audit Detail:
                         Old: suspected cardiopulmonary arrest from 2 mg of dilaudid dose
                         Old: given within two hours time period. it is suspected that
```

```
DATE: 11/27/17 @ 1056                      Northern California PHA *LIVE*                                    PAGE 3
USER: LASLEYEG02                         Patient Allergies and Adverse Reactions

Patient:   SM02706496  GUTIERREZ,CYNTHIA  07/31/1981  F
```

```
                        Old: patient was having respiratory issues and even though she
                        Old: has received dilaudid several times previously she coded.
                        Old: she is still receiving dialudid under the care of
                        Old: intensivist and being monitored very closely

                        New: suspected cardiopulmonary arrest from 2 mg of dilaudid dose
                        New: given within two hours time period. it is suspected that
                        New: patient was having respiratory issues and even though she
                        New: has received dilaudid several times previously she coded.
                        New: she is still receiving dialudid under the care of
                        New: intensivist and being monitored very closely. patient is
                        New: intubated and there is no risk from respiratory depression
                        New: anymore. dr. hegg believes that the benefit to receive
                        New: dilaudid outweighs any minimal risk

   14  03/06/15 0830 Sultan,Saad                    PHA.NOCAL     EDIT      hydromorphone
                  Client: SRM-RX-F1JGYZ1
                  Old:    Text changed.
                  New:    Text changed.

                  Audit Detail:
                        Old: suspected cardiopulmonary arrest from 2 mg of dilaudid dose
                        Old: given within two hours time period. it is suspected that
                        Old: patient was having respiratory issues and even though she
                        Old: has received dilaudid several times previously she coded.
                        Old: she is still receiving dialudid under the care of
                        Old: intensivist and being monitored very closely. patient is
                        Old: intubated and there is no risk from respiratory depression
                        Old: anymore. dr. hegg believes that the benefit to receive
                        Old: dilaudid outweighs any minimal risk

                        New: suspected ADR. final review by medication safety peding.
                        New: continue dilaudid, patient intubated and in ICU care.
                        New: benefits outweigh the risk per attendings.

   15  03/06/15 0846 Sultan,Saad                    PHA.NOCAL     EDIT      hydromorphone
                  Client: SRM-RX-F1JGYZ1
                  Old:    Text changed.
                  New:    Text changed.

                  Audit Detail:
                        Old: suspected ADR. final review by medication safety peding.
                        Old: continue dilaudid, patient intubated and in ICU care.
                        Old: benefits outweigh the risk per attendings.

                        New: possible ADR. final review by medication safety peding.
                        New: continue dilaudid, patient intubated and in ICU care.
                        New: benefits outweigh the risk per attendings.

   16  03/06/15 0846 Sultan,Saad                    PHA.NOCAL     EDIT      hydromorphone
                  Client: SRM-RX-F1JGYZ1
                  Old:    Text changed.
                  New:    Text changed.

                  Audit Detail:
```

```
DATE: 11/27/17 @ 1056                       Northern California PHA *LIVE*                              PAGE 4
USER: LASLEYEG02                          Patient Allergies and Adverse Reactions

Patient:   SM02706496  GUTIERREZ,CYNTHIA  07/31/1981  F
```

*Old: possible ADR. final review by medication safety peding.*
*Old: continue dilaudid, patient intubated and in ICU care.*
*Old: benefits outweigh the risk per attendings.*

*New: possible ADR. final review by medication safety pending.*
*New: continue dilaudid, patient intubated and in ICU care.*
*New: benefits outweigh the risk per attendings.*

```
17   08/22/15 0752  Nelson,Keli                  MRI.NOCAL    EDIT
                    Client: SRM-4N-BFZFYR1
                    Old:    Date: 02/25/15
                    New:    Allergy List Confirmed: Date: 08/22/15 - Time: 0752

                    Audit Detail:
                        List Confirmed:
                        hydromorphone

18   08/22/15 1433  Nguyen,Caren                 PHA.NOCAL    ACK
                    Client:

                    Audit Detail:
                        User acknowledged allergy record in PHA.

19   10/24/15 0957  Clements,Brittanie           MRI.NOCAL    EDIT
                    Client: SRM-4N-BFNHYR1
                    Old:    Date: 08/22/15
                    New:    Allergy List Confirmed: Date: 10/24/15 - Time: 0957

                    Audit Detail:
                        List Confirmed:
                        hydromorphone

20   10/24/15 1804  Singh,Parul                  PHA.NOCAL    ACK
                    Client:

                    Audit Detail:
                        User acknowledged allergy record in PHA.
```

**Audit trail merged from Med Rec Num** SM02556209

```
 1   03/02/14 0649  Qualls,Jamie D               MRI.NOCAL    ADD      No Known Allergies
                    Client: SRM-ED-BGYGYR1
                    Old:
                    New:    No Known Allergies added.

 2   03/02/14 1449  Low,Kenneth L                PHA.NOCAL    ACK
                    Client:

                    Audit Detail:
                        User acknowledged allergy record in PHA.

 3   03/16/14 0949  Reynoso,Jennifer L           MRI.NOCAL    EDIT
                    Client: SRM-3E-9WRFYR1
                    Old:    Date:
```

```
Patient:  SM02706496  GUTIERREZ,CYNTHIA  07/31/1981  F
```

```
                   New:      Allergy List Confirmed: Date: 03/16/14 - Time: 0949

                   Audit Detail:
                          List Confirmed:
                          No Known Allergies

  4  03/16/14 1936 Truong,Steven                    PHA.NOCAL    ACK
                   Client:

                   Audit Detail:
                          User acknowledged allergy record in PHA.

  5  06/07/14 0146 Qualls,Jamie D                   MRI.NOCAL    EDIT
                   Client: SRM-ED-7CXH6V1
                   Old:     Date: 03/16/14
                   New:     Allergy List Confirmed: Date: 06/07/14 - Time: 0146

                   Audit Detail:
                          List Confirmed:
                          No Known Allergies

  6  06/07/14 0247 Anderson,Susan L                 PHA.NOCAL    FILED
                   Client: SRM-RX-7CX86V1

                   Audit Detail:
                          User filed without changing allergy record.

  7  06/30/14 1055 Carver,Julie R                   ADM.NOCAL    EDIT
                   Client: SRM-ER-HT13KQ1
                   Old:
                   New:     Acct# SV0081994331 was switched from another medical record.

  8  06/30/14 1055 Carver,Julie R                   ADM.NOCAL    EDIT
                   Client: SRM-ER-HT13KQ1
                   Old:
                   New:     Another medical record was merged into this record.

  9  06/30/14 1232 Zanetti,Beverley B               PHA.NOCAL    FILED
                   Client: SRM-RX-7CX86V1

                   Audit Detail:
                          User filed without changing allergy record.

 10  09/23/14 2316 Canellos,Nicole C                MRI.NOCAL    EDIT
                   Client: SRM-ED-8SZZHS1
                   Old:     Date: 06/07/14
                   New:     Allergy List Confirmed: Date: 09/23/14 - Time: 2316

                   Audit Detail:
                          List Confirmed:
                          No Known Allergies

 11  10/06/14 0245 Al-Otoum,Mohammed                PHA.NOCAL    ACK
                   Client:
```

```
Patient:   SM02706496  GUTIERREZ,CYNTHIA  07/31/1981  F
```

```
                Audit Detail:
                        User acknowledged allergy record in PHA.

    12   10/07/14 2103 Kruse,Chad C                  MRI.NOCAL    EDIT
                Client: SRM-4W-BGCQYR1
                Old:    Date: 09/23/14
                New:    Allergy List Confirmed: Date: 10/07/14 - Time: 2103

                Audit Detail:
                        List Confirmed:
                        No Known Allergies

    13   10/08/14 0212 McCarthy,Matthew A            PHA.NOCAL    FILED
                Client: SRM-RX-DH7JYR1

                Audit Detail:
                        User filed without changing allergy record.

    14   10/27/14 0835 Sserwamukoko,Jennifer K       MRI.NOCAL    EDIT
                Client: SRM-4N-BFZFYR1
                Old:    Date: 10/07/14
                New:    Allergy List Confirmed: Date: 10/27/14 - Time: 0835

                Audit Detail:
                        List Confirmed:
                        No Known Allergies

    15   10/27/14 1132 Zanetti,Beverley B            PHA.NOCAL    FILED
                Client: SRM-RX-7CX86V1

                Audit Detail:
                        User filed without changing allergy record.

    16   11/08/14 1812 Allen,Lori                    MRI.NOCAL    EDIT
                Client: SRM-2E-BG2CYR1
                Old:    Date: 10/27/14
                New:    Allergy List Confirmed: Date: 11/08/14 - Time: 1812

                Audit Detail:
                        List Confirmed:
                        No Known Allergies

    17   11/09/14 0729 McCourt,Maryann               PHA.NOCAL    BYPASS
                Client:

                Audit Detail:
                        User bypassed allergy record in PHA.

    18   11/10/14 1527 Regoli,Matthew                PHA.NOCAL    FILED
                Client: SRM-RX-2QQP3F1

                Audit Detail:
                        User filed without changing allergy record.

    19   11/28/14 1749 Kruse,Chad C                  MRI.NOCAL    EDIT
```

```
Patient:   SM02706496  GUTIERREZ,CYNTHIA   07/31/1981   F
```

```
            Client: SRM-4N-BFNHYR1
            Old:    Date: 11/08/14
            New:    Allergy List Confirmed: Date: 11/28/14 - Time: 1749

            Audit Detail:
                    List Confirmed:
                    No Known Allergies

20  11/28/14 1838 Al-Otoum,Mohammed               PHA.NOCAL    ACK
            Client:

            Audit Detail:
                    User acknowledged allergy record in PHA.

21  12/16/14 1609 Kruse,Chad C                    MRI.NOCAL    EDIT
            Client: SRM-4N-BFNGYR1
            Old:    Date: 11/28/14
            New:    Allergy List Confirmed: Date: 12/16/14 - Time: 1609

            Audit Detail:
                    List Confirmed:
                    No Known Allergies

22  12/17/14 0929 Chee,Emily                      PHA.NOCAL    BYPASS
            Client:

            Audit Detail:
                    User bypassed allergy record in PHA.

23  12/17/14 1003 Low,Kenneth L                   PHA.NOCAL    ACK
            Client:

            Audit Detail:
                    User acknowledged allergy record in PHA.

24  01/04/15 1014 Grant,Monica                    MRI.NOCAL    EDIT
            Client: SRM-ED-BGYKYR1
            Old:    Date: 12/16/14
            New:    Allergy List Confirmed: Date: 01/04/15 - Time: 1014

            Audit Detail:
                    List Confirmed:
                    No Known Allergies

25  01/04/15 1132 Nguyen,Caren                    PHA.NOCAL    ACK
            Client:

            Audit Detail:
                    User acknowledged allergy record in PHA.

26  01/16/15 0843 Etienne,Primerose               MRI.NOCAL    ADD         hydromorphone
            Client: SRM-4N-BG4DYR1
            Old:
            New:    hydromorphone added. From Dilaudid
```

```
DATE: 11/27/17 @ 1056                           Northern California PHA *LIVE*                                        PAGE 8
USER: LASLEYEG02                              Patient Allergies and Adverse Reactions

Patient:  SM02706496  GUTIERREZ,CYNTHIA  07/31/1981  F

 27   01/16/15 0843 Etienne,Primerose              MRI.NOCAL    DELETE     No Known Allergies
               Client: SRM-4N-BG4DYR1
               Old:    No Known Allergies deleted.
               New:

               Audit Detail:
                       Type: Allergy
                       Verified: N

 28   01/16/15 0908 Low,Kenneth L                  PHA.NOCAL    ACK
               Client:

               Audit Detail:
                       User acknowledged allergy record in PHA.

 29   02/04/15 2243 Drossman,Anne                  MRI.NOCAL    ADD        No Known Allergies
               Client: SRM-ED-B8NBRL1
               Old:
               New:    No Known Allergies added.

 30   02/04/15 2243 Drossman,Anne                  MRI.NOCAL    DELETE     hydromorphone
               Client: SRM-ED-B8NBRL1
               Old:    hydromorphone deleted.
               New:

               Audit Detail:
                       Type: Allergy
                       Severity: Severe
                       Verified: Y
                       Pt Reac: Anaphylaxis
                       Allergy Id: From Dilaudid

 31   02/05/15 0030 Anderson,Susan L               PHA.NOCAL    FILED
               Client: SRM-RX-7CX86V1

               Audit Detail:
                       User filed without changing allergy record.

 32   02/05/15 1930 Canellos,Nicole C              MRI.NOCAL    EDIT
               Client: SRM-ED-81V8PL1
               Old:    Date: 01/04/15
               New:    Allergy List Confirmed: Date: 02/05/15 - Time: 1930

               Audit Detail:
                       List Confirmed:
                       No Known Allergies

 33   02/05/15 2148 Anderson,Susan L               PHA.NOCAL    FILED
               Client: SRM-RX-2BW50R1

               Audit Detail:
                       User filed without changing allergy record.

 34   02/12/15 1416 Renovato,Vanessa               ADM.NOCAL    EDIT
               Client: SRM-ER-45VJFX1
```

```
DATE: 11/27/17 @ 1056                           Northern California PHA *LIVE*                                PAGE 9
USER: LASLEYEG02                              Patient Allergies and Adverse Reactions

Patient:  SM02706496  GUTIERREZ,CYNTHIA  07/31/1981  F
```

```
                   Old:
                   New:    Acct# SV0083375027 was switched from another medical record.

  35   02/12/15 1416 Renovato,Vanessa            ADM.NOCAL    EDIT
                   Client: SRM-ER-45VJFX1
                   Old:
                   New:    Another medical record was merged into this record.

  36   02/25/15 0405 Anderson,Susan L            PHA.NOCAL    FILED
                   Client: SRM-RX-7CX86V1

                   Audit Detail:
                        User filed without changing allergy record.

  37   02/25/15 1415 Ell,Laura H                 MRI.NOCAL    EDIT
                   Client: SRM-COD-GN4WCP1
                   Old:
                   New:    This medical record was merged into unit # SM02706496.


Audit trail merged from Med Rec Num

   1   06/30/14 1055 Carver,Julie R              ADM.NOCAL    EDIT
                   Client: SRM-ER-HT13KQ1
                   Old:
                   New:    This medical record was merged into unit # SM02556209.


Audit trail merged from Med Rec Num

   1   02/12/15 1416 Renovato,Vanessa            ADM.NOCAL    EDIT
                   Client: SRM-ER-45VJFX1
                   Old:
                   New:    This medical record was merged into unit # SM02556209.
```