## Santa Rosa Memorial Hosp.
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

**MRN#**: SM02706496  
**Patient**: GUTIERREZ,CYNTHIA  
**Report Status**: Signed  
**Documented By**: SACKDE01  
**Documented Date**: 01/20/15 0854  

**Account#**: SV0083210907  
**Report Type**: EDPHYRPT  
**Report Mnemonic**: PHY.ER  
**Report#**: 0120-0158  
**Facility**: NSM  

## Emergency Department Report

### History of Present Illness
#### Pre Hospital - Self Treatment
: - Tylenol and Ibuprofen

### HPI
**Service date**
1/20/15
**Time Seen by MD:** 08:48
**Chief complaint:** : - Flu
This is a 33-year-old female with a known history of end-stage renal disease on chronic hemodialysis for the past one and a half months, Tuesday, Thursday, Saturday who presents to the ED with viral symptoms. History also of hypertension, chronic pain syndrome, chronic pericardial effusion, diabetes type 2, and glaucoma.  She was admitted here on 1/13/15 with acute fluid overload. The patient reports a sudden onset of nausea, vomiting, mild abdominal tenderness, fever, malaise, myalgias, diarrhea, headache, and cough. She has been treating her symptoms with Tylenol and Ibuprofen without relief.  She has also had a decrease in appetite with four days of anorexia.  Last week she received dialysis on Wednesday, Thursday, Friday, and Saturday.  Patient did get a flu vaccination this year.

Nephrologist: Dr. Green
**Onset/Duration/Timing:** started approximately - Last night
**Severity/Pain scale:** 10/10
**Vomiting characteristic:** no no vomiting
**Diarrhea characteristic:** no no diarrhea
**Quality:** pain
**Related symptoms:** abdominal pain, fever, headache, nausea, vomiting, : - cough

### Past Medical History
**Coded Allergies:**
hydromorphone (Verified  Allergy, Severe, Anaphylaxis, 1/16/15)
**Active Scripts**
Metoclopramide Hcl (Reglan)10 Mg Tab10 Mg PO ACHS  #120 TAB  Ref 3
    Prov:Altaf,Mujeeb                                                                                  1/22/15
Hydrocodone Bit/Acetaminophen (Norco 5-325 Tablet)5 Mg/325 Mg Tab1 Tab PO Q6H PRN (PAIN, Mild (1-3)) #30 TAB  Ref 0
    Prov:Quang,Angela M                                                                             1/16/15
Amlodipine Besylate (Norvasc)5 Mg Tab5 Mg PO DAILY  30 Days
    Prov:Junck,Daniel L                                                                                 1/5/15
Atorvastatin Calcium (Lipitor)20 Mg Tab20 Mg PO QPM  #30 TAB  Ref 0
    Prov:Quang,Angela M                                                                            12/17/14
Furosemide (Lasix)80 Mg Tablet80 Mg PO DAILY  #30 TAB
    Prov:Altaf,Mujeeb                                                                                  12/3/14
Ondansetron (Zofran Odt)4 Mg Tab.rapdis4 Mg PO BID PRN (NAUSEA/VOMITING) #10 TAB
    Prov:Muller,Ridgely O                                                                             11/2/14

**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:** Altaf,Mujeeb
**MRN#:** SM02706496

## Santa Rosa Memorial

**Patient:** GUTIERREZ,CYNTHIA     01/20/15 0856    Room      **Acct#** SV0083210907
**Age/Sex** 33/F     **DOB** 07/31/1981    **Height** 5 ft 3 in      **Unit#** SM02556209
**Status** DIS IN      **Weight** 51.6 kg
**ED.Phys** McKeith,James J      **PC.Phys** Vista Family Health Care

### PATIENT DEMOGRAPHICS

3492 STONY POINT RD
SANTA ROSA, CA 95407
714-673-1287
**Insurance:** Partnership Managed Medicaid     **PCP:** Vista Family Health Care
**Next of Kin:** HUERTA,JOSE     **Family Doctor:**
 **Relation:** Husband     **Referring:**
 **Phone:** 714-673-1287

### GENERAL DATA

**ED Physician:** McKeith,James J, PRO     **Arrival Date/Time:** 01/20/15 - 0736
**Practitioner:**     **Triage Date/Time:** 01/20/15 - 0748
**Nurse:** Samela,Anna, RN     **Date of Birth:** 07/31/1981

**Stated Complaint:** FEVER/ESRD/NEW GRAFT
**Chief Complaint:** Gastrointestional     **Priority:** 3

### HISTORY OF PRESENT ILLNESS

*01/20/15 0739 Larson,Elizabeth M*
**History Of Present Illness** pt to er complaining of nausea, vomiting, diarrhea, couh since last night. p is a diabetic and on dialysis. she missed her dialysis this morning. she states her last dialysis was last Saturday, and they took too much off. she states she has been sick ever since.

*01/20/15 0748 Larson,Elizabeth M*
**History Of Present Illness** PT TO ER FROM HOME COMPLAINING OF NAUSEA, VOMITING AND DIARHHEA, AND ABDOMINAL PAIN AND COUGH FOR THE LAST COUPLE DAYS. SHE HAD HER LAST DIALYSIS ON SATURDAY, SHE IS ALSO A DIABETIC, BUT STATES HER SUGARS HAVE BEEN WNL. PT HAD A NEW DIALYSIS GRAFT TO LEFT UPPER ARM LAST THURSDAY, BUT SHE STILL RECEIVES DIALYSIS THROUGH HER RIGHT CHEST HICKMAN. PT IS UNABLE TO EAT OR DRINK DUE TO NAUSEA.

### ALLERGIES

No Known Allergies

### REPORTED MEDICATIONS

| Prescription/Reported Meds | Type | Issued | Provider | Entered |
|---|---|---|---|---|
| ONDANSETRON (ZOFRAN ODT)  4 Mg Tab.rapdis | Rx | 11/02/14 | MULRI001 | 11/02/14 |
|   4 MG PO Twice Daily As needed for NAUSEA/VOMITING, #10 TAB.RAPDIS | | | | |
| FUROSEMIDE (LASIX)  80 Mg Tablet | Rx | 12/03/14 | ALTMU001 | 12/03/14 |
|   80 MG PO Daily, #30 TABLET | | | | |
| ATORVASTATIN CALCIUM (LIPITOR)  20 Mg Tab | Rx | 12/17/14 | QUAAN002 | 12/17/14 |

**GUTIERREZ,CYNTHIA**     **Acct#** SV0083210907     **Unit#** SM02556209
**Age/Sex** 33/F     **DOB** 07/31/1981
 **Status** DIS IN

## Santa Rosa Memorial Hosp.
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

**MRN#:** SM02706496  
**Patient:** GUTIERREZ,CYNTHIA  
**Report Status:** Signed  
**Documented By:** MCKJA001  
**Documented Date:** 02/09/15 1212  

**Account#:** SV0083349352  
**Report Type:** EDPHYRPT  
**Report Mnemonic:** PHY.ER  
**Report#:** 0209-0479  
**Facility:** NSM  

## Emergency Department Report

## History of Present Illness
### HPI
**Service date**
2/9/15
**Time Seen by MD:** 12:43
**Chief complaint:** chest pain
This is a 33-year-old female with a history of pericardial effusions, diabetic gastroparesis, end-stage renal disease on hemodialysis three times a week at Satellite Rohnert Park, hypertension, type 2 diabetes mellitus with end-organ damage, diabetic retinopathy, and diabetic nephropathy who presents to the ED for chest pain. The patient reports a one week history of midsternal chest pain radiating to her back. The pain has been getting progressively worse with no relief with Norco. Associated symptoms include shortness of breath, nausea, vomiting, and one episode of diarrhea. Patient was last dialyzed on Saturday for three hours. There has been no recent fevers, rhinorrhea, or sore throat but she does note a cough. The patient states that her pain is 10/10 and feels similar to her prior pericardial effusions.

Nephrologist: Dr. James
**Onset/Duration/Timing:** started approximately - two days
**Severity/Pain Scale:** 10/10
**Radiation:** back
**Related symptoms:** nausea, vomiting, shortness of breath, cough
**Thoracic aortic disease risks:** hypertension
**Coronary artery disease risks:** hypertension, diabetes

## Past Medical History
**Coded Allergies:**
  No Known Allergies (Unverified , 2/5/15)
**Active Scripts**
Oxycodone Hcl/Acetaminophen (Percocet 10-325 Mg Tablet)1 Each Tablet1 Tab PO Q4HR  #10 TAB
        Prov:Brandwene,Elliott L                                                   2/6/15
Hydrocodone Bit/Acetaminophen (Norco 5-325 Tablet)5 Mg/325 Mg Tab1-2 Tab PO Q6H PRN (PAIN, Moderate to Severe(4-10)) #15 TAB
        Prov:Allred,Kendall S                                                      2/1/15
Metoclopramide Hcl (Reglan)10 Mg Tab10 Mg PO ACHS  #120 TAB  Ref 3
        Prov:Altaf,Mujeeb                                                          1/22/15
Hydrocodone Bit/Acetaminophen (Norco 5-325 Tablet)5 Mg/325 Mg Tab1 Tab PO Q6H PRN (PAIN, Mild (1-3)) #30 TAB Ref 0
        Prov:Quang,Angela M                                                        1/16/15
Amlodipine Besylate (Norvasc)5 Mg Tab5 Mg PO DAILY  30 Days
        Prov:Junck,Daniel L                                                        1/5/15
Atorvastatin Calcium (Lipitor)20 Mg Tab20 Mg PO QPM  #30 TAB  Ref 0
        Prov:Quang,Angela M                                                        12/17/14
Furosemide (Lasix)80 Mg Tablet80 Mg PO DAILY  #30 TAB
        Prov:Altaf,Mujeeb                                                          12/3/14

**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:**
**MRN#:** SM02706496

## Santa Rosa Memorial

**Patient:** GUTIERREZ,CYNTHIA          02/09/15 1037   Room            **Acct#** SV0083349352
**Age/Sex** 33/F        **DOB** 07/31/1981   **Height** 5 ft  3 in       **Unit#** SM02706496
**Status** DEP ER                            **Weight** 55.000 kg        **Dep'd** 02/09/15 1536
**ED.Phys** McKeith,James J                              **PC.Phys** Southwest Community,Health Cli

### PATIENT DEMOGRAPHICS

3492 STONY POINT RD
SANTA ROSA, CA 95407
714-673-1287
**Insurance:** Partnership Managed Medicaid     **PCP:** Southwest Community,Health Cli
**Next of Kin:** HUERTA,JOSE                    **Family Doctor:**
 **Relation:** Husband                          **Referring:**
 **Phone:** 714-673-1287

### GENERAL DATA

**ED Physician:** McKeith,James J, PRO          **Arrival Date/Time:** 02/09/15 - 1037
**Practitioner:**                               **Triage Date/Time:** 02/09/15 - 1041
**Nurse:** Ward,Jordan, RN                      **Date of Birth:** 07/31/1981

**Stated Complaint:** CHEST PAIN/COUGHING/NAUSEA
**Chief Complaint:** Cardiovascular             **Priority:** 3

### ALLERGIES

hydromorphone/cardiopulmonary arrest

### REPORTED MEDICATIONS

| Prescription/Reported Meds | Type | Issued | Provider | Entered |
|---|---|---|---|---|
| ONDANSETRON (ZOFRAN ODT)   4 Mg Tab.rapdis<br>  4 MG PO Twice Daily As needed for NAUSEA/VOMITING,<br>  #10 TAB.RAPDIS | Rx | 11/02/14 | MULRI001 | 11/02/14 |
| FUROSEMIDE (LASIX)   80 Mg Tablet<br>  80 MG PO Daily, #30 TABLET | Rx | 12/03/14 | ALTMU001 | 12/03/14 |
| ATORVASTATIN CALCIUM (LIPITOR)   20 Mg Tab<br>  20 MG PO Every Evening, #30 TABLET   REF 0 | Rx | 12/17/14 | QUAAN002 | 12/17/14 |
| AMLODIPINE BESYLATE (NORVASC)   5 Mg Tab<br>  5 MG PO Daily 30 Days | Rx | 01/05/15 | JUNDA001 | 01/05/15 |
| HYDROCODONE BIT/ACETAMINOPHEN (NORCO 5-325 TABLET)   5<br>  Mg/325 Mg Tab<br>  1 TAB PO Q6H As needed for PAIN, Mild (1-3), #30 TAB<br>  REF 0 | Rx | 01/16/15 | QUAAN002 | 01/16/15 |
| METOCLOPRAMIDE HCL (REGLAN)   10 Mg Tab<br>  10 MG PO Before Meals and at Bedtime, #120 TABLET<br>  REF 3 | Rx | 01/22/15 | ALTMU001 | 01/22/15 |
| HYDROCODONE BIT/ACETAMINOPHEN (NORCO 5-325 TABLET)   5<br>  Mg/325 Mg Tab<br>  1-2 TAB PO Q6H As needed for PAIN, Moderate to<br>  Severe(4-10), #15 TAB | Rx | 02/01/15 | ALLKE002 | 02/01/15 |
| OXYCODONE HCL/ACETAMINOPHEN (PERCOCET 10-325 MG TABLET)<br>  1 Each Tablet<br>  1 TAB PO Every 4 Hours, #10 TABLET | Rx | 02/06/15 | BRAEL001 | 02/06/15 |
| LATANOPROST (LATANOPROST)   2.5 Ml Drops | Reported | | | 06/07/14 |

**GUTIERREZ,CYNTHIA**                 **Acct#** SV0083349352         **Unit#** SM02706496
**Age/Sex** 33/F    **DOB** 07/31/1981
 **Status** DEP ER

SRMH(2) 27680