| Device | UserName | DataBase | Routine | StartDateTime | EndDateTime | Action |
|---|---|---|---|---|---|---|
| SRM-ED-B8NBRL1 | Drossman,Anne | EDM.NOCAL | Interventions | 2015-02-04 22:37:25.000 | 2015-02-04 22:42:24.000 | EDM Patient File |
| SRM-ED-B8NBRL1 | Drossman,Anne | EDM.NOCAL | Update Patient Priority/Severity | 2015-02-04 22:42:24.000 | 2015-02-04 22:42:24.000 | EDM Patient File |
| SRM-ED-B8NBRL1 | Drossman,Anne | EDM.NOCAL | Medication Reconciliation | 2015-02-04 22:42:27.000 | 2015-02-04 22:43:53.000 | EDM Patient File |
| SRM-ED-B8NBRL1 | Drossman,Anne | MRI.NOCAL | OE.pom.menu | 2015-02-04 22:42:32.000 | 2015-02-04 22:43:11.000 | View Allergies |
| SRM-ED-B8NBRL1 | Drossman,Anne | NUR.NOCAL | NUR.pcs.mock.menu | 2015-02-04 23:05:06.000 | 2015-02-04 23:05:18.000 | Display |
| SRM-ED-B8NBRL1 | Drossman,Anne | EDM.NOCAL | Interventions | 2015-02-04 23:09:44.000 | 2015-02-04 23:10:16.000 | EDM Patient File |
| SRM-ED-B8NBRL1 | Drossman,Anne | EDM.NOCAL | Order List | 2015-02-04 23:10:16.000 | 2015-02-04 23:10:23.000 | EDM Patient File |
| SRM-ED-B8NBRL1 | Drossman,Anne | EDM.NOCAL | Enterprise Medical Record | 2015-02-04 23:10:23.000 | 2015-02-04 23:10:36.000 | EDM Patient File |
| SRM-ED-B8NBRL1 | Drossman,Anne | HUB.NOCAL | EMR | 2015-02-04 23:10:25.000 | 2015-02-04 23:10:25.000 | Visit accessed |
| SRM-ED-B8NBRL1 | Drossman,Anne | HUB.NOCAL | EMR | 2015-02-04 23:10:25.000 | 2015-02-04 23:10:35.000 | 24 Hour |
| SRM-ED-B8NBRL1 | Drossman,Anne | HUB.NOCAL | EMR | 2015-02-04 23:10:25.000 | 2015-02-04 23:10:35.000 | Laboratory |
| SRM-ED-B8NBRL1 | Drossman,Anne | HUB.NOCAL | EMR | 2015-02-04 23:10:25.000 | 2015-02-04 23:10:25.000 | Visit accessed |
| SRM-ED-B8NBRL1 | Drossman,Anne | HUB.NOCAL | EMR | 2015-02-04 23:10:25.000 | 2015-02-04 23:10:35.000 | 24 Hour |
| SRM-ED-B8NBRL1 | Drossman,Anne | HUB.NOCAL | EMR | 2015-02-04 23:10:25.000 | 2015-02-04 23:10:35.000 | Laboratory |
| SRM-ED-5PDZHS1 | Drossman,Anne | EDM.NOCAL | Enterprise Medical Record | 2015-02-05 00:38:37.000 | 2015-02-05 00:38:56.000 | EDM Patient File |
| SRM-ED-5PDZHS1 | Drossman,Anne | EDM.NOCAL | Depart | 2015-02-05 03:04:43.000 | 2015-02-05 03:07:29.000 | EDM Patient File |
| SRM-ED-5PDZHS1 | Drossman,Anne | EDM.NOCAL | Interventions | 2015-02-05 03:26:33.000 | 2015-02-05 03:39:20.000 | EDM Patient File |
| SRM-ED-5PDZHS1 | Drossman,Anne | EDM.NOCAL | Depart | 2015-02-05 03:39:20.000 | 2015-02-05 03:39:31.000 | EDM Patient File |
| SRM-ED-5PDZHS1 | Drossman,Anne | EDM.NOCAL | Interventions | 2015-02-05 03:39:36.000 | 2015-02-05 03:41:50.000 | EDM Patient File |
| SRM-ED-5PDZHS1 | Drossman,Anne | EDM.NOCAL | Online MAR | 2015-02-05 03:41:50.000 | 2015-02-05 03:42:56.000 | EDM Patient File |
| SRM-ED-5PDZHS1 | Drossman,Anne | NUR.NOCAL | NUR.pcs.mock.menu | 2015-02-05 03:41:51.000 | 2015-02-05 03:42:48.000 | eMAR |
| SRM-ED-5PDZHS1 | Drossman,Anne | NUR.NOCAL | NUR.pcs.mock.menu | 2015-02-05 03:42:48.000 | 2015-02-05 03:42:55.000 | eMAR |
| SRM-ED-5PDZHS1 | Drossman,Anne | EDM.NOCAL | Depart | 2015-02-05 03:45:55.000 | 2015-02-05 03:45:58.000 | EDM Patient File |
| SRM-ED-5PDZHS1 | Drossman,Anne | EDM.NOCAL | Interventions | 2015-02-05 03:46:03.000 | 2015-02-05 03:46:38.000 | EDM Patient File |
| SRM-ED-5PDZHS1 | Drossman,Anne | EDM.NOCAL | Depart | 2015-02-05 03:46:38.000 | 2015-02-05 03:46:55.000 | EDM Patient File |
| SRM-ED-5PDZHS1 | Drossman,Anne | EDM.NOCAL | Depart | 2015-02-05 03:46:38.000 | 2015-02-05 03:46:55.000 | EDM Patient File |