# Santa Rosa Memorial Hospital

A Sisters of St Joseph of Orange Corporation
1165 Montgomery Dr., Santa Rosa, CA 95405
(707) 546-3210

| | | | |
|---|---|---|---|
| **Account#:** | SV0083448385 | **Unit#:** | SM02706496 |
| **Status:** | DEP ER | **Location Service:** | SRM ED |
| **Visit Type:** | Emergency Room | **Admit Priority:** | EMERGENCY |
| **NB Mother Acct#:** | | **Admit Source:** | Home |
| **OBS Date/Time:** | | **Registrar:** | ADM/BAR BG |
| **In Adm/Date/Time:** | 02/25/2015 03:41 | **Discharge Date/Time:** | 02/25/2015 07:02 |
| **Room-Bed:** | - | **Discharge Disposition:** | TO HOME - SELF CARE |
| **VIP:** | | **Expired Date:** | |

## PATIENT INFORMATION

| | | | |
|---|---|---|---|
| **Patient Name:** | GUTIERREZ, CYNTHIA | **Employer:** | NONE, |
| **Patient Address:** | 3492 STONY POINT RD | **Employer Address:** | |
| | SANTA ROSA, CA 95407 | | |
| **Home Phone:** | 714-673-1287 | **Work Phone:** | |
| **SSN:** | xxx-xx-0625 | **Emp Status:** | UE |
| **DOB:** | 07/31/1981 | **Occupation:** | |
| **Sex:** | FEMALE | **Age:** | 33 Years |
| **MS:** | MARRIED | **Race:** | White |
| **MN/AKA:** | / | | |
| **LANG:** | ENG | **Religion:** | Catholic |
| **Interpreter Requested:** | | **Ethnicity:** | 1 |

## PHYSICIAN/CLINICAL INFORMATION

| | | | |
|---|---|---|---|
| **Admit Reason:** | CONGESTION/COUGH/NERVE PAIN? | | |
| **Occurrence Description** | | **Occurrence Date** | |
| 11 | | 02/25/2015 | |
| **Attending MD:** | ELLIOTT L BRANDWENE | **Primary Care MD:** | SOUTHWEST COMMUNITY CLINIC |
| **Phone:** | (707)525-5207 | **Phone:** | (707)547-2222 |
| **Fax:** | (707)566-0926 | **Fax:** | 707-636-0955 |
| **Admitting MD** | | | |
| **Phone:** | | | |
| **Fax:** | | | |

## EMERGENCY CONTACTS

| | | | |
|---|---|---|---|
| **Next of Kin:** | HUERTA, JOSE | **Contact:** | HUERTA, JOSE |
| **Rel to Pt:** | Husband | **Rel to Pt:** | Husband |
| **Home Phone:** | 714-673-1287 | **Home Phone:** | 714-673-1287 |
| **Work Phone:** | | **Work Phone:** | |
| **Address:** | 3492 STONY POINT RD | **Address:** | 3492 STONY POINT RD |
| | SANTA ROSA, CA 95407 | | SANTA ROSA, CA 95407 |

## GUARANTOR INFORMATION

| | | | |
|---|---|---|---|
| **Guarantor Name:** | GUTIERREZ, CYNTHIA | **Employer Name:** | NONE |
| **Relationship:** | Self/Same as Patient | | |
| **Address:** | 3492 STONY POINT RD | **Employer Address:** | |
| | SANTA ROSA, CA 95407 | | |

**Phone:** 714-673-1287  **Employer Phone:**

## LEVEL 1 INSURANCE

| | | | |
|---|---|---|---|
| **Bill To:** | Partnership Managed Medicaid | **Ins. Name 1:** | Partnership Managed Medicaid |
| **Address:** | PO BOX 1368 | **Subscriber:** | GUTIERREZ CYNTHIA |
| | SUISUN CITY, CA 94585-1368 | **Relationship:** | Self/Same as Patient |
| **Phone#:** | 707-863-4203 | **DOB:** | 07/31/1981 |
| **Emp Status:** | Unemployed | **SSN:** | 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 |
| **Financial Class:** | Medicaid HMO | **Group Name:** | |
| **Policy#:** | 93955684C3 | **Group#:** | 493N |
| **Eff Date:** | | **Auth #:** | |

## LEVEL 2 INSURANCE

| | | | |
|---|---|---|---|
| **Bill To:** | | **Ins. Name 2:** | |
| **Address:** | | **Subscriber:** | |
| | | **Relationship:** | |
| **Phone#:** | | **DOB:** | |
| **Emp Status:** | | **SSN:** | |
| | | **Group Name:** | |
| **Policy#:** | | **Group#:** | |
| **Eff Date:** | | **Auth #:** | |

## LEVEL 3 INSURANCE

| | | | |
|---|---|---|---|
| **Bill To:** | | **Ins. Name 3:** | |
| **Address:** | | **Subscriber:** | |
| | | **Relationship:** | |
| **Phone#:** | | **DOB:** | |
| **Emp Status:** | | **SSN:** | |
| | | **Group Name:** | |
| **Policy#:** | | **Group#:** | |
| **Eff Date:** | | **Auth #:** | |

```
NAME: GUTIERREZ,CYNTHIA                              ACCT#:       SV0083448385

ADM DATE:      02/25/2015                            UNIT#:       SM02706496
ATTEND PHYS: Brandwene,Elliott L                     SEX:         F
DIS DATE:      02/25/2015                            AGE:         33
DIS DISP:      Discharge Home                        DOB:         07/31/1981
LOS:           1                                     FIN CLASS: VN
PT CLASS:      CER                                   ABS STATUS: FINAL
-------------------------------------------------------------------------------
DIAGNOSES
ADMIT:  786.05      SHORTNESS OF BREATH
PRINC:  403.91      HYPTNSV CHR KID DIS, UNSPEC, W CHR KD STAGE V OR ESRD
        585.6       END STAGE RENAL DISEASE
        250.00      DIAB MELL WO COMPL, TYPE II OR UNSPEC TYPE, NOT UNCNTRLD
        355.9       MONONEURITIS NOS
        338.29      OTHER CHRONIC PAIN
        285.9       ANEMIA NOS
        786.05      SHORTNESS OF BREATH
        414.01      CORONARY ATHEROSCLEROSIS OF NATIVE CORONARY VESSEL
        V45.11      RENAL DIALYSIS STATUS
        V58.69      OTH MED,LT,CURRENT USE
-------------------------------------------------------------------------------
OPERATIONS
DATE    PROC CODE & NAME                     SURGEON        ANESTHESIOLOGIST
-------------------------------------------------------------------------------
CPT CODES
-------------------------------------------------------------------------------
DRG:

STATUS         $REIMB    MIN-LOS   STD-LOS            GRP VERS    GRP FC
                                                      32          VN

CODER: PEOPLELE01
```

**Santa Rosa Memorial Hosp.**
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

**MRN#:** SM02706496
**Patient:** GUTIERREZ,CYNTHIA
**Report Status:** Signed
**Documented By:** BRAEL001
**Documented Date:** 02/25/15 0334

**Account#:** SV0083448385
**Report Type:** EDPHYRPT
**Report Mnemonic:** PHY.ER
**Report#:** 0225-0042
**Facility:** NSM

## Emergency Department Report

### History of PresentIllness
**HPI**
**Service date**
2/25/15
**Time Seen by MD:** 03:34
**Chief complaint:** shortness of breath
The patient is a thirty three year old female with history of ESRD on hemodialysis brought in by private vehicle with persistently shortness of breath since 19:00 yesterday. She states her last dialysis was yesterday, states she was instructed to not drink to much, but admits to drinking three glasses of water yesterday evening. She denies fever, chills, cough, chest pain, nausea, vomiting, or diarrheal is having bilateral arm pain.
**Onset/Duration/Timing:** started approximately - 19:00 yesterday, worsening
**Context:**
Dyspnea
**Severity:** moderate
**Aggravated by:** lying flat
**Alleviated by:** sitting up

### Past Medical History
**Coded Allergies:**
   No Known Allergies (Unverified , 2/25/15)
      per huisband, no known allergies
**Active Scripts**
Hydrocodone Bit/Acetaminophen (Norco 10-325 Tablet)10 Mg/325 Mg Tab1 Tab PO Q6HR PRN (PAIN, Moderate to Severe(4-10)) #20 TAB
      Prov:Brandwene,Elliott L                                               2/25/15
Oxycodone Hcl/Acetaminophen (Percocet 10-325 Mg Tablet)1 Each Tablet1 Tab PO Q4HR #10TAB
      Prov:Brandwene,Elliott L                                               2/6/15
Hydrocodone Bit/Acetaminophen (Norco 5-325 Tablet)5 Mg/325 Mg Tab1-2 Tab PO Q6H PRN (PAIN, Moderate to Severe(4-10)) #15 TAB
      Prov:Allred,Kendall S                                                  2/1/15
Metoclopramide Hcl (Reglan)10 Mg Tab10 Mg PO ACHS #120 TAB Ref 3
      Prov:Altaf,Mujeeb                                                      1/22/15
Hydrocodone Bit/Acetaminophen (Norco 5-325 Tablet)5 Mg/325 Mg Tab1 Tab PO Q6H PRN (PAIN, Mild (1-3)) #30 TAB Ref 0
      Prov:Quang,Angela M                                                    1/16/15
Amlodipine Besylate (Norvasc)5 Mg Tab5 Mg PO DAILY 30 Days
      Prov:Junck,Daniel L                                                    1/5/15
Atorvastatin Calcium (Lipitor)20 Mg Tab20 Mg PO QPM #30 TAB Ref 0
      Prov:Quang,Angela M                                                    12/17/14
Furosemide (Lasix)80 Mg Tablet80 Mg PO DAILY #30 TAB
      Prov:Altaf,Mujeeb                                                      12/3/14
Ondansetron (Zofran Odt)4 Mg Tab.rapdis4 Mg PO BID PRN (NAUSEA/VOMITING) #10 TAB


**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:**
**MRN#:** SM02706496

## Santa Rosa Memorial Hosp.
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

Prov:Muller,Ridgely O                                           11/2/14

**Reported Medications**
Hydralazine Hcl 50 Mg Tablet50 Mg PO BID #120 TAB
    1/13/15
Metoprolol Tartrate 100 Mg Tablet100 Mg PO BID #60 TAB
    TO TAKE AM OF SURGERY
    1/13/15
Brimonidine Tartrate (Brimonidine Tartrate 0.2%)5 Ml Drops1 Drop BOTH EYES TID #5 ML
    6/7/14
Timolol Maleate (Timolol Maleate Ophth Soln 0.5%)10 Ml Drops1 Drop BOTH EYES BID #10 ML
    6/7/14
Latanoprost 2.5 Ml Drops1 Drop BOTH EYES QPM #2.5 ML
    6/7/14

## Travel History
Travel and/or hospitalization outside the US in the last 30 days?
**Past medical records:** reviewed
**Cardiovascular history:** HTN, CAD, heart failure, : - pericardial effusion, tetrology of fallot surgery
**Respiratory history:** tuberculosis - TESTED POSATIVE AS A CHILD. TOOK MEDS FOR 6 MONTHYS, : - CHF, no asthma, no COPD
**Neurological history:** seizures - pt has not have one since age two , : - diabetic neuropathy
**Endocrine history:** DM type 1, DM type 2 - has been hospitlized for this many times, no hypothyroidism
**Renal history:** renal insufficiency - Stage 3, renal failure - CRF STAGE 3 KIDNEY DISEASE, dx'd in March 2014, dialysis - AV Fisyula left upper arm, : - hx of nephrotic syndrome with anasarca
**Other pertinent history:** chronic pain, back pain
**Surgical history:** : - partial thyroidectomy, tubal ligation, pancreas (childhood), thyroid (2011), no cholecystectomy
**Other past history:**
partial pancreas removal
blind in left eye secondary to glaucoma
**Gynecological history:** no endometriosis
**Family history of:**
    no Pertinent family history
**Other family history:**
reviewed, not relevant
**Smoking Status:** Never A Smoker
**History Of Substance Abuse:** Yes
**Substance:** Patient Denies Substance Abuse, Illicit Drugs
**Other social history:**
lives with husband, 3 kids and mother-in-law
worked as a dishwasher

## Review of systems
**Respiratory:** see HPI
**Comprehensive ROS:** all other systems reviewed:negative

## Physical Exam
### Exam
**Vital signs**

Initial Vital Signs

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 2/25/15 03:51 | 98.7 | 86 | 2 | 177/97 | 94 | Room Air | | |
| 2/25/15 05:27 | | | | | | | 2 | |

**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:**
**MRN#:** SM02706496

## Santa Rosa Memorial Hosp.
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

| 2/25/15 08:55 | | | | | | | | 40 |
|---|---|---|---|---|---|---|---|---|

Sp O2: 94% on RA, interpretation: normal
**General appearance:** alert
**EENT:** normal eyes inspection, normal ENT inspection, normal pharynx
**Respiratory:** breath sounds normal, breath sounds equal
**Cardiovascular:** regular rate and rhythm, pulses equal/full x 4 extremities, no JVD present, no gallop, no systolic murmur, no diastolic murmur
**Abdomen/GU:** normal bowel sounds, soft, no distention, no tenderness, no guarding, no rebound
**Skin:** color normal, warm, dry, no cyanosis
**Neurologic:** oriented X4 and GCS = 15, cranial nerves intact, normal motor
**Psych:** normal mood and affect

## ~~Data~~
## Vital Signs

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 2/25/15 08:55 | | 86 | | | 97 | | | 40 |
| 2/25/15 07:00 | 98.2 98.2 | 83 | 20 | 145/89 | 97 | Room Air | 2 | |
| 2/25/15 06:41 | 98.2 | 83 | 20 | 145/89 | 97 | Room Air | | |
| 2/25/15 05:27 | 98.2 | 86 | 21 | | 97 | Nasal Cannula | 2 | |
| 2/25/15 04:27 | 98.7 98.7 | 86 | 2 | 177/97 | 94 | Room Air | | |
| 2/25/15 03:51 | 98.7 | 86 | 2 | 177/97 | 94 | Room Air | | |

## Medications Administered
**Given in ED**

## Diagnostics & Interpretation
**Initial ECG (Interp. by ED MD):**
  **Date:** Feb 25, 2015
  **Time:** 04:08
  **Heart rate:** 86
  **Normals:** NSR, normal axis, normal intervals
  **Rhythm:** NSR
  **Interpretation:** unchanged from prior, interpreted by ED MD
**X-RAY (Interpreted by EP) :**
  **Read by:** Emergency Physician
  **X-RAY type:** chest
  **# of views:** 1
**Comments**
pulmonary vascular congestion
**Result Diagram:**
2/25/15 0350                                                                             2/25/15 0350



**Lab Results**

**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:**
**MRN#:** SM02706496

**Santa Rosa Memorial Hosp.**
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

Laboratory Tests

| Test | 2/25/15 03:50 | 2/25/15 06:14 |
|---|---|---|
| WBC | 7.8 10^3/uL (3.5-11.0) | |
| RBC | 2.66 L 10^6/uL (3.50-5.50) | |
| Hgb | 7.7 L g/dL (12.0-15.0) | |
| Hct | 24.2 #L % (36.0-45.0) | |
| MCV | 91 # fL (79-95) | |
| Plt Count | 172 THD/uL (120-400) | |
| Seg Neutrophils % | 73.4 H % (34-64) | |
| Lymphocytes % | 16.6 L % (19-48) | |
| Monocytes % | 6.6 (3-9) | |
| Eosinophils % | 2.4 % (0-7) | |
| Basophils % | 1.0 % (0-2) | |
| Sodium | 137 mmol/L (136-144) | |
| Potassium | 4.9 mmol/L (3.6-5.1) | |
| Chloride | 96 L mmol/L (101-111) | |
| Carbon Dioxide | 26 mmol/L (22-32) | |
| Anion Gap | 15.0 H (3.0-11.0) | |
| BUN | 57 H mg/dL (8-20) | |
| Creatinine | 3.9 H mg/dL (0.40-1.00) | |
| Est GFR (African Amer) | 17 L ml/min (>60) | |
| Est GFR (Non-Af Amer) | 14 L ml/min (>60) | |
| Glucose | 418 *H mg/dL (65-99) | |
| Calcium | 8.0 L mg/dL (8.9-10.3) | |
| Total Bilirubin | 0.5 mg/dL (0.3-1.2) | |
| AST | 27 IU/L (15-41) | |
| ALT | 93 H IU/L (14-54) | |
| Alkaline Phosphatase | 290 H IU/L (32-91) | |
| Rapid CK-MB (CK-2) | 5.1 ng/mL | |

**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:**
**MRN#:** SM02706496

Page 4 of 6

**Santa Rosa Memorial Hosp.**
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

|  |  | (0.6-6.3) |  |
|---|---|---|---|
| Rapid Troponin I |  | < 0.05 ng/mL (<0.05) |  |
| Rap B-Natriuretic Pept |  | > 5000 *H pg/mL (0-100) |  |
| Total Protein |  | 6.8 gm/dL (6.1-7.9) |  |
| Albumin |  | 3.3 L g/dL (3.5-4.8) |  |
| Globulin |  | 3.5 gm/dL (2.3-3.5) |  |
| POC Glucose |  |  | 313 H mg/dL (65-99) |

**~~Medical Decision Making~~**
**Progress Notes**
**Progress Note :**
  **Date:** Feb 25, 2015
  **Time:** 06:05
**Note**
Re-examined patient, states she feels much better.

**~~Disposition~~**
**Latest vital signs**

| Vital Signs | | |
|---|---|---|
|  | 2/25/15 07:00 | 2/25/15 08:55 |
| Temp | 98.2 98.2 |  |
| Pulse |  | 86 |
| Resp | 20 |  |
| B/P | 145/89 |  |
| Pulse Ox |  | 97 |
| O2 Delivery | Room Air |  |
| O2 Flow Rate | 2 |  |
| FiO2 |  | 40 |

**Impression:**
  **Primary Impression:** ESRD (end stage renal disease) on dialysis
  **Additional Impressions:** Poorly controlled diabetes mellitus, Neuropathy, Chronic pain, Anemia
**Condition:**  Stable
**Disposition:** Discharge Home
**Patient instructions:** AFTERCARE, Diabetic Neuropathy, ED Chronic Pain, ED Chronic Renal Failure

**Additional instructions:**
Please follow up at dialysis as scheduled tomorrow, and return to the emergency department sooner for worsening symptoms or any other concerns.
**Referrals:**
Southwest Community,Health Cli (PCP)
**Scripts on discharge**


**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:**
**MRN#:** SM02706496

## Santa Rosa Memorial Hosp.
1165 Montgomery Dr
Santa Rosa, CA 95405
707-546-3210

Hydrocodone Bit/Acetaminophen (Norco 10-325 Tablet)10 Mg/325 Mg Tab1 Tab PO Q6HR PRN (PAIN, Moderate to Severe(4-10)) #20 TAB
          Prov:Brandwene,Elliott L                                                          2/25/15

**Attestation**

*Documentation prepared by Glenister, Sarah , acting as medical scribe for and in the presence of Dr. Brandwene 2/25/15 04:07*

All medical record entries made by the scribe were at my direction and in my presence. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally reviewed and agree with the discharge instructions and disposition.

EMR and Dragon Attestation - this medical document was created using an electronic medical record system with Dragon computerized dictation system. Although this document has been carefully reviewed, there may still be some phonetic and typographical errors. These errors are purely typographical, due to imperfections of the software programs, and do not reflect any compromise in the patient's medical care.

Brandwene,Elliott L                                                                      Feb 25, 2015 03:34
Glenister,Sarah SCRIBE                                                         Feb 25, 2015 04:07

*This is not considered FINAL until Signed by a Physician*

Authenticated By:
<Electronically signed by Elliott L Brandwene MD> 03/05/15 1343
-------------------------------------------------------------------------------------------
  Elliott L Brandwene

cc:

**Patient:** GUTIERREZ,CYNTHIA
**Adm Phys:**
**MRN#:** SM02706496