006238

```
DATE: 03/27/15 @ 0023          Northern California EDM *LIVE*                    PAGE 1
USER: EDM MNR                       ED Summary Report
```

## Santa Rosa Memorial

```
Patient: GUTIERREZ,CYNTHIA           02/25/15 0341  Room          Acct# SV0083448385
Age/Sex 33/F      DOB 07/31/1981     Height 5 ft  3 in            Unit# SM02706496
Status DEP ER                        Weight 56.000 kg             Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                              PC.Phys Southwest Community,Health Cli
```

### PATIENT DEMOGRAPHICS

```
3492 STONY POINT RD
SANTA ROSA, CA 95407
714-673-1287
Insurance: Partnership Managed Medicaid      PCP: Southwest Community,Health Cli
Next of Kin: HUERTA,JOSE                     Family Doctor:
 Relation: Husband                           Referring:
 Phone: 714-673-1287
```

### GENERAL DATA

```
ED Physician: Brandwene,Elliott L, ACT       Arrival Date/Time: 02/25/15 - 0326
Practitioner:                                Triage Date/Time: 02/25/15 - 0351
Nurse: Cameron,Johnnie, RN                   Date of Birth:  07/31/1981

Stated Complaint: CONGESTION/COUGH/NERVE PAIN?
Chief Complaint: Respiratory                 Priority: 3
```

### ALLERGIES

hydromorphone/cardiopulmonary arrest

### REPORTED MEDICATIONS

| Prescription/Reported Meds | Type | Issued | Provider | Entered |
|---|---|---|---|---|
| ONDANSETRON (ZOFRAN ODT)  4 Mg Tab.rapdis | Rx | 11/02/14 | MULRI001 | 11/02/14 |
| 4 MG PO Twice Daily As needed for NAUSEA/VOMITING, #10 TAB.RAPDIS | | | | |
| FUROSEMIDE (LASIX)  80 Mg Tablet | Rx | 12/03/14 | ALTMU001 | 12/03/14 |
| 80 MG PO Daily, #30 TABLET | | | | |
| ATORVASTATIN CALCIUM (LIPITOR)  20 Mg Tab | Rx | 12/17/14 | QUAAN002 | 12/17/14 |
| 20 MG PO Every Evening, #30 TABLET  REF 0 | | | | |
| AMLODIPINE BESYLATE (NORVASC)  5 Mg Tab | Rx | 01/05/15 | JUNDA001 | 01/05/15 |
| 5 MG PO Daily 30 Days | | | | |
| HYDROCODONE BIT/ACETAMINOPHEN (NORCO 5-325 TABLET)  5 Mg/325 Mg Tab | Rx | 01/16/15 | QUAAN002 | 01/16/15 |
| 1 TAB PO Q6H As needed for PAIN, Mild (1-3), #30 TAB REF 0 | | | | |
| METOCLOPRAMIDE HCL (REGLAN)  10 Mg Tab | Rx | 01/22/15 | ALTMU001 | 01/22/15 |
| 10 MG PO Before Meals and at Bedtime, #120 TABLET REF 3 | | | | |
| HYDROCODONE BIT/ACETAMINOPHEN (NORCO 5-325 TABLET)  5 Mg/325 Mg Tab | Rx | 02/01/15 | ALLKE002 | 02/01/15 |
| 1-2 TAB PO Q6H As needed for PAIN, Moderate to Severe(4-10), #15 TAB | | | | |
| OXYCODONE HCL/ACETAMINOPHEN (PERCOCET 10-325 MG TABLET) | Rx | 02/06/15 | BRAEL001 | 02/06/15 |
| 1 Each Tablet | | | | |
| 1 TAB PO Every 4 Hours, #10 TABLET | | | | |
| LATANOPROST (LATANOPROST)  2.5 Ml Drops | Reported | | | 06/07/14 |

```
GUTIERREZ,CYNTHIA              Acct# SV0083448385           Unit# SM02706496
Age/Sex 33/F      DOB 07/31/1981
 Status DEP ER
```

006239

```
DATE: 03/27/15 @ 0023          Northern California EDM *LIVE*                    PAGE 2
USER: EDM MNR                       ED Summary Report
```

## Santa Rosa Memorial

```
Patient: GUTIERREZ,CYNTHIA          02/25/15 0341  Room          Acct# SV0083448385
Age/Sex 33/F      DOB 07/31/1981    Height 5 ft  3 in            Unit# SM02706496
Status DEP ER                       Weight 56.000 kg             Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                         PC.Phys Southwest Community,Health Cli
```

| Prescription/Reported Meds | Type | Issued | Provider | Entered |
|---|---|---|---|---|
| 1 DROP BOTH EYES Every Evening, #2.5 DROPS | | | | |
| TIMOLOL MALEATE (TIMOLOL MALEATE OPHTH SOLN 0.5%)  10 | Reported | | | 06/07/14 |
| Ml Drops | | | | |
| 1 DROP BOTH EYES Twice Daily, #10 DROPS | | | | |
| BRIMONIDINE TARTRATE (BRIMONIDINE TARTRATE 0.2%)  5 Ml | Reported | | | 06/07/14 |
| Drops | | | | |
| 1 DROP BOTH EYES Three Times Daily, #5 DROPS | | | | |
| METOPROLOL TARTRATE (METOPROLOL TARTRATE)  100 Mg | Reported | | | 01/13/15 |
| Tablet | | | | |
| 100 MG PO Twice Daily, #60 TABLET | | | | |
| HYDRALAZINE HCL (HYDRALAZINE HCL)  50 Mg Tablet | Reported | | | 01/13/15 |
| 50 MG PO Twice Daily, #120 TABLET | | | | |

### TRIAGE VITAL SIGNS

| Date/Time | Systolic | Diastolic | Pulse | Resp | Pulse Ox | Temp | Pain Intensity | User |
|---|---|---|---|---|---|---|---|---|
| 02/25/15 0351 | 177 | 97 | 86 | 2 | 94 | 98.7 | 8 | CAMEROJO0... |

OXYGENATION

| Date/Time | Pulse Ox | Oxygen Delivery Method | User |
|---|---|---|---|
| 02/25/15 0351 | 94 | Room Air | CAMEROJO01, RN |

### VITAL SIGNS

| Date/Time | Systolic | Diastolic | Pulse | Resp | Pulse Ox | Temp | Pain Intensity | User |
|---|---|---|---|---|---|---|---|---|
| 02/25/15 0427 | 177 | 97 | 86 | 2 | 94 | 98.7 | 9 | CAMEROJO0... |
| 02/25/15 0527 | | | 86 | 21 | 97 | 98.2 | | CAMEROJO0... |
| 02/25/15 0641 | 145 | 89 | 83 | 20 | 97 | 98.2 | 1 | CAMEROJO0... |

| Date/Time | Temperature (Celsius) | User |
|---|---|---|
| 02/25/15 0427 | 37.05852 | CAMEROJO01, RN |

### ASSESSMENTS

*02/25/15  0329    ED Past Medical History Adult*                    *Collins,Bernadette, RN*

Past Medical History Y
Multiple Sclerosis N
Parkinson's Disease N
Seizures Y
Comment pt has not have one since age two
Glaucoma Y
Macular Degeneration N
Other HEENT Disorders no vision in left eye, getting eye injections in right eye
Pacemaker N
Internal Defibrillator (AICD) N
Arrhythmia N
Cardiac Catheterization/PCI N
Hypertension Y

```
GUTIERREZ,CYNTHIA           Acct# SV0083448385         Unit# SM02706496
Age/Sex 33/F      DOB 07/31/1981
   Status DEP ER
```

```
DATE: 03/27/15 @ 0023        Northern California EDM *LIVE*              PAGE 3
USER: EDM MNR                      ED Summary Report
```

## Santa Rosa Memorial

```
Patient: GUTIERREZ,CYNTHIA           02/25/15 0341  Room          Acct# SV0083448385
Age/Sex 33/F      DOB 07/31/1981     Height 5 ft  3 in            Unit# SM02706496
Status DEP ER                        Weight 56.000 kg             Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                      PC.Phys Southwest Community,Health Cli
```

```
Palpitations N
Other Cardiovascular Disorders CHF
Asthma N
COPD N
Other Respiratory Disorders HX PERICARDIAL EFFUSIONS
Crohn's Disease N
Diverticulosis N
Esophageal Varices N
Pancreatitis N
Other GI Disorder partial pancreatectomy, gastroparesis
Dialysis Y
Comment AV Fisyula left upper arm
Prostate Problems N
Renal Failure Y
Comment CRF STAGE 3 KIDNEY DISEASE, dx'd in March 2014
Other Genitourinary Disorders GASTROPARESIS
                        LEFT UPPER ARM  DIALYSIS SHUNT  JAN/2015

Endometriosis N
Fibroids N
Epididymitis N
Other Reproductive Disorders tubal ligation
Arthritis,Rheumatoid N
Back Injury N
Fibromyalgia N
Other Musculoskeletal Disorders "NERVE PAIN"
Eating Disorder N
Panic Disorder N
Diabetes Mellitus Type 1 Y
Diabetes Mellitus Type 2 Y
Comment has been hospitlized for this many times
Hyperthyroidism N
Hypothyroidism N
Systemic Lupus Erythematosus N
Anemia Y
History Acquired Immunodeficiency Disease N
MRSA N
Bone N
Brain N
Breast N
Colorectal N
Leukemia N
Lymphoma N
Prostate N
Skin N
Chemotherapy N
Radiation Therapy N
Other Medical History kidney failure
Surgical History Y
Comment Partial pancreas removed as an infant
Cardiovascular  Surgery Y
```

```
GUTIERREZ,CYNTHIA              Acct# SV0083448385       Unit# SM02706496
Age/Sex 33/F      DOB 07/31/1981
    Status DEP ER
```

```
DATE: 03/27/15 @ 0023        Northern California EDM *LIVE*              PAGE 4
USER: EDM MNR                    ED Summary Report
```

## Santa Rosa Memorial

```
Patient: GUTIERREZ,CYNTHIA        02/25/15 0341  Room         Acct# SV0083448385
Age/Sex 33/F      DOB 07/31/1981  Height 5 ft  3 in           Unit# SM02706496
Status DEP ER                     Weight 56.000 kg            Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                    PC.Phys Southwest Community,Health Cli
```

Heart Valve Replacement N
HEENT Surgery N
Endocrine Surgery Y
Comment partial pancreatectomy for hypoglycemia
Gastrointestinal Surgery Y
Comment PARTIAL PANCREAS REMOVAL
Cholecystectomy N
Genitourinary Surgery Y
Renal Transplant N
Orthopedic Surgery N
Joint Replacement N
Neurologic Surgery N
Reproductive Surgery Y
Gynecologic Surgery N
Mastectomy N
Transurethral Resection (TURP) N
Respiratory Surgery N
Tracheostomy N
Other Surgery N
Past Medical History Verified By Nurse With Patient/Family Y

_02/25/15  0351    ED Adult Triage Assessment_            Cameron,Johnnie, RN
History Of Present Illness pT REPORTS, "I HAVE HAD SHORTNESS OF BREATH  SINCE 7PM LAST
                          EVENING. Last dialysis one day ago. " Pt also c/o bilateral
                          hand pain.
Informant Patient
Primary Language English
Interpreter Offered N
Means of Arrival Private Auto
Arrival From Home
Temp 98.7
Temperature (Calculated Celsius) 37.05852
Temperature Source Oral
Pulse 86
Resp 2
Pulse Ox 94
Oxygen Delivery Method Room Air
Systolic 177
Diastolic 97
Mean 123
Traveled Or Hospitalized Outside USA In Last 30 Days No
Reported Pain Pain Present
Pain Intensity 8
Height (Feet) 5
Height (Inches) 3
Height (Calculated Centimeters) 160.0
Height Measurement Method Stated
Weight (Kilograms) 56
Weight Source Stated
Is Patient Female? N

```
GUTIERREZ,CYNTHIA               Acct# SV0083448385              Unit# SM02706496
Age/Sex 33/F          DOB 07/31/1981
  Status DEP ER
```

```
DATE: 03/27/15 @ 0023        Northern California EDM *LIVE*                    PAGE 5
USER: EDM MNR                      ED Summary Report
```

## Santa Rosa Memorial

```
Patient: GUTIERREZ,CYNTHIA          02/25/15 0341  Room          Acct# SV0083448385
Age/Sex 33/F        DOB 07/31/1981  Height 5 ft  3 in            Unit# SM02706496
Status DEP ER                       Weight 56.000 kg             Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                         PC.Phys Southwest Community,Health Cli
```

Currently Pregnant? N
Currently Breastfeeding? N
Priority 3 Urgent

*02/25/15  0359    ED Patient Education Assessmnt*                    *Cameron,Johnnie, RN*
Barriers To Learning None
Focus Education To Patient
Education Topic Plan Of Care

*02/25/15  0359    ED Focal Head To Toe Assessmnt*                    *Cameron,Johnnie, RN*
Eye Opening Spontaneously 4
Verbal Response Oriented and Converses 5
Motor Response Obeys Commands 6
Glasgow Coma Scale Total 15

*02/25/15  0359    ED Screening Assessment*                          *Cameron,Johnnie, RN*
Last Tetanus Less Than 10 Years
Pressure Ulcer Prior To Admission N
Mode Of Transportation Ambulatory
Religious/Cultural Beliefs That May Affect Your Medical Care N
Recent Victim Of Physical/Emotional/Financial Abuse N
Do You Feel Safe Returning Home N
Barriers To Learning None
History Of Falls No
Secondary Diagnosis Yes
Ambulatory Aid None
IV/IV Access Yes
Gait Transferring Normal
Mental Status Oriented To Own Ability
Patient's Fall Risk Standard Fall Risk
Standard Interventions-All Patients Belongings Within Reach, Frequent Rounding,
                                     Bed Brakes On, Call Light In Reach,
                                   - Bed In Lowest Position
Moderate/High Risk Falls Intervention Place near Nurses Station, Educate Pt/Family,
                                     Fall Risk Signage Placed, Room Free Of Clutter,
                                     Bed Alarm On While In Bed, Frequent Rounding,
                                     Bed Brakes On, Belongings Within Reach,
                                     Call Light In Reach
Smoking Status Former Smoker
Other Tobacco Use N
History Of Substance Use N
Are You Having Thoughts/Had Thoughts Of Hurting Yourslf N
Are You Having/Had Thoughts Of Hurting Someone Else N

*02/25/15  0401    ED TB Screening*                                  *Cameron,Johnnie, RN*
History Of Active Tuberculosis No
Weight Loss No
Anorexia No
Fatigue No
Cough No Cough

```
GUTIERREZ,CYNTHIA              Acct# SV0083448385           Unit# SM02706496
Age/Sex 33/F        DOB 07/31/1981
  Status DEP ER
```

```
DATE: 03/27/15 @ 0023          Northern California EDM *LIVE*                    PAGE 6
USER: EDM MNR                       ED Summary Report
```

## Santa Rosa Memorial

```
Patient: GUTIERREZ,CYNTHIA        02/25/15 0341  Room              Acct# SV0083448385
Age/Sex 33/F       DOB 07/31/1981  Height 5 ft  3 in               Unit# SM02706496
Status DEP ER                      Weight 56.000 kg                Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                        PC.Phys Southwest Community,Health Cli
```

**Fever** No
**Night Sweats** No
**Exposure** No
**Tuberculosis Precautions** Standard Precautions

*02/25/15  0402    ED Safety Rounding Assessment*                    *Cameron,Johnnie, RN*
**Safety Rounds** Pt Resting In Bed
**Patient Positioning/ Turning** Turns Self
**Patient Activity** Resting In Bed
**Safety Precautions** Call/Assistance Education, ID Band Verified/Placed, Bed In Low Position,
                       Door Open, Brakes Locked, Floors Clean Of Obstacles,
                       Call Light Within Reach
**Side Rails Up** x2

*02/25/15  0421    ED Event Assessment*                             *Cameron,Johnnie, RN*
**Event Assessment Comment** Lab reports, pt has a BNP greater than 5000; Dr notified.

*02/25/15  0427    ED Adult VS & Pain Assessment*                   *Cameron,Johnnie, RN*
**Temp** 98.7
**Temperature (Celsius)** 37.05852
**Temperature (Calculated Celsius)** 37.05852
**Temperature Source** Oral
**Pulse** 86
**Resp** 2
**Pulse Ox** 94
**Oxygen Delivery Method** Room Air
**Systolic** 177
**Diastolic** 97
**Mean** 123
**Location** Right Arm
**Blood Pressure Source** Automatic Cuff
**Blood Pressure Position** Semi-Fowlers
**Cardiac Monitoring** Y
**Cardiac Rhythm** Sinus Rhythm
**Reported Pain** Pain Present
**Location Modifier** Left
**Pain Location** Hand
**Pain Description** Pins/Needles
**Pain Intensity** 9

*02/25/15  0431    ED Event Assessment*                             *Cameron,Johnnie, RN*
**Event Assessment Comment** Lab called and reported pt's glucose is 418; Dr notified.

*02/25/15  0526    ED Safety Rounding Assessment*                   *Cameron,Johnnie, RN*
**Safety Rounds** Pt Resting In Bed
**Present At Bedside** Family
**Patient Positioning/ Turning** Turns Self
**Patient Activity** Resting In Bed
**Safety Precautions** Call/Assistance Education, ID Band Verified/Placed, Bed In Low Position,
                       Door Open, Brakes Locked, Floors Clean Of Obstacles

```
GUTIERREZ,CYNTHIA              Acct# SV0083448385        Unit# SM02706496
Age/Sex 33/F       DOB 07/31/1981
   Status DEP ER
```

006244

```
DATE: 03/27/15 @ 0023        Northern California EDM *LIVE*              PAGE 7
USER: EDM MNR                ED Summary Report
```

## Santa Rosa Memorial

```
Patient: GUTIERREZ,CYNTHIA        02/25/15 0341  Room        Acct# SV0083448385
Age/Sex 33/F      DOB 07/31/1981  Height 5 ft  3 in          Unit# SM02706496
Status DEP ER                     Weight 56.000 kg           Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                    PC.Phys Southwest Community,Health Cli
```

Side Rails Up x2

**02/25/15  0527      ED Adult VS & Pain Assessment**                    Cameron,Johnnie, RN
Temp 98.2
Temperature (Calculated Celsius) 36.78072
Temperature Source Oral
Pulse 86
Resp 21
Pulse Ox 97
Oxygen Delivery Method Nasal Cannula
Oxygen Flow Rate 2
Location Right Arm
Blood Pressure Source Automatic Cuff
Blood Pressure Position Semi-Fowlers
Cardiac Monitoring Y
Cardiac Rhythm Sinus Rhythm
Reported Pain Denies Pain
Location Modifier Left
Pain Location Hand

**02/25/15  0615     ED Event Assessment**                               Cameron,Johnnie, RN
 Event Assessment Comment Accu chel 318; Dr notified.

**02/25/15  0641     ED Adult VS & Pain Assessment**                     Cameron,Johnnie, RN
 Temp 98.2
 Temperature (Calculated Celsius) 36.78072
 Temperature Source Oral
 Pulse 83
 Resp 20
 Pulse Ox 97
 Oxygen Delivery Method Room Air
 Systolic 145
 Diastolic 89
 Mean 107
 Location Right Arm
 Blood Pressure Source Automatic Cuff
 Cardiac Monitoring Y
 Cardiac Rhythm Sinus Rhythm
 Reported Pain Pain Present
 Location Modifier Left
 Pain Location Hand
 Pain Description Aching
 Pain Intensity 1

**02/25/15  0642     ED Safety Rounding Assessment**                     Cameron,Johnnie, RN
 Safety Rounds Pt Resting In Bed
 Patient Positioning/ Turning Turns Self
 Patient Activity Resting In Bed
 Safety Precautions Call/Assistance Education, ID Band Verified/Placed, Bed In Low Position,
              Door Open, Brakes Locked, Floors Clean Of Obstacles,

```
GUTIERREZ,CYNTHIA                 Acct# SV0083448385           Unit# SM02706496
Age/Sex 33/F           DOB 07/31/1981
 Status DEP ER
```

```
DATE: 03/27/15 @ 0023          Northern California EDM *LIVE*                    PAGE 8
USER: EDM MNR                        ED Summary Report
```

## Santa Rosa Memorial

```
Patient: GUTIERREZ,CYNTHIA        02/25/15 0341  Room           Acct# SV0083448385
Age/Sex 33/F        DOB 07/31/1981    Height 5 ft  3 in         Unit# SM02706496
Status DEP ER                         Weight 56.000 kg          Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                    PC.Phys Southwest Community,Health Cli
```

Call Light Within Reach
Side Rails Up x2

_02/25/15  0700    ED Adult Disposition Assessmnt_                     _Cameron,Johnnie, RN_
Temp 98.2
Temperature (Celsius) 36.78072
Temperature (Calculated Celsius) 36.78072
Temperature Source Oral
Pulse 83
Resp 20
Pulse Ox 97
Oxygen Delivery Method Room Air
Oxygen Flow Rate 2
Systolic 145
Diastolic 89
Mean 107
Reported Pain Denies Pain
Discharge/Transfer Paperwork Sent With Patient Y
After Care Instructions Given To Patient
After Care Instructions Comprehension Verbalizes Understanding
Discharged Via Walked
Discharge Mode Private Auto

| TREATMENTS |
|---|

_02/25/15  0413    ED IV Invasive Line Assessment_                    _Cameron,Johnnie, RN_
Location Right Hand
IV Line Type Peripheral IV
IV Site Observation/Evaluation Intact
Pre Hospitalization IV Start N
IV Gauge 22
Number Of Attempts 1

_02/25/15  0414    ED EKG/ECG_                                        _Cameron,Johnnie, RN_
EKG Results Reported To MD on duty

_02/25/15  0422    ED Med Rec Completed_                              _Cameron,Johnnie, RN_

_02/25/15  0659    ED Discontinue IV_                                 _Cameron,Johnnie, RN_
Location Right Hand
Type Peripheral IV
Dressing Status Dressing Dry & Intact
IV Line Interventions Discontinued Intact

| MEDICATIONS |
|---|

```
GUTIERREZ,CYNTHIA              Acct# SV0083448385          Unit# SM02706496
Age/Sex 33/F        DOB 07/31/1981
Status DEP ER
```

006246

```
DATE: 03/27/15 @ 0023        Northern California EDM *LIVE*              PAGE 9
USER: EDM MNR                    ED Summary Report
```

## Santa Rosa Memorial

```
Patient: GUTIERREZ,CYNTHIA          02/25/15 0341  Room        Acct# SV0083448385
Age/Sex 33/F     DOB 07/31/1981     Height 5 ft  3 in          Unit# SM02706496
Status DEP ER                       Weight 56.000 kg           Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                           PC.Phys Southwest Community,Health Cli
```

**Medication**

```
    Sch Date-Time  Ordered Dose  Admin Dose
    Doc Date-Time  Given - Reason          Site      User
```
HYDROmorphone Inj 1 mg/1 mL Amp (Dilaudid Inj) IM/ONCE/ONE
    02/25/15-0400  1 MG           1 MG
    02/25/15-0421  Y                                Cameron,Johnnie
    **IM Injection Site:** Right Dorsal Gluteal
    **Pain Scale Used:** Verbal Numeric (0-10)
    **Pain Location Modifier:**
       Right
    **Pain Location:** Hand
    **Pain Description:**
       Throbbing
    **Pain Intensity:** 10
    **Reassessments:**
    02/25/15-0451
    02/25/15-0451  Y                                Cameron,Johnnie
       **Pain Scale Used:** Verbal Numeric (0-10)
       **Pain Location Modifier:**
          Left
       **Pain Location:** Hand
       **Pain Description:**
          Aching
       **Pain Intensity:** 2
       **Patient Reports Pain Level Controlled Or Tolerable:** Y

    Acknowledgements
    Ack Date-Time                        User
    02/25/15-0421                        Cameron,Johnnie

Ondansetron 4 mg Orally-Disintegrating Tab (Zofran ODT) PO/ONCE/ONE
    02/25/15-0400  4 MG           4 MG
    02/25/15-0421  Y                                Cameron,Johnnie

    Acknowledgements
    Ack Date-Time                        User
    02/25/15-0421                        Cameron,Johnnie

Insulin Regular 1 unit/0.01 mL (HumuLIN R) SUBCUT/ONCE/ONE
    02/25/15-0455  15 UNIT        15 UNIT
    02/25/15-0516  Y                                Cameron,Johnnie
    **Blood Glucose:** 418
    **Subcutaneous Injection Site:** Right Posterior Arm

    Acknowledgements
    Ack Date-Time                        User
    02/25/15-0516                        Cameron,Johnnie

HYDROmorphone Inj 1 mg/1 mL Amp (Dilaudid Inj) IVP/ONCE/ONE
    02/25/15-0605  1 MG           1 MG
```

```
GUTIERREZ,CYNTHIA                   Acct# SV0083448385          Unit# SM02706496
Age/Sex 33/F          DOB 07/31/1981
 Status DEP ER
```

006247

```
DATE: 03/27/15 @ 0023          Northern California EDM *LIVE*                    PAGE 10
USER: EDM MNR                       ED Summary Report
```

## Santa Rosa Memorial

```
Patient: GUTIERREZ,CYNTHIA          02/25/15 0341  Room          Acct# SV0083448385
Age/Sex 33/F      DOB 07/31/1981    Height 5 ft  3 in            Unit# SM02706496
Status DEP ER                       Weight 56.000 kg             Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                         PC.Phys Southwest Community,Health Cli
```

```
        Acknowledgements
        Ack Date-Time                                    User
        Doc Date-Time  Given - Reason         Site       User
        02/25/15-0622  Y                                 Cameron,Johnnie
        Pain Scale Used: Verbal Numeric (0-10)
        Pain Location: Hand
        Pain Description:
            Aching
        Pain Intensity: 5
        Reassessments:
        02/25/15-0652
        02/25/15-0659  Y                                 Cameron,Johnnie
            Pain Scale Used: Verbal Numeric (0-10)
            Pain Intensity: 0
            Patient Reports Pain Level Controlled Or Tolerable: Y


        Acknowledgements
        Ack Date-Time                                    User
        02/25/15-0622                                    Cameron,Johnnie
```

### LAB RESULTS

| Test | Date | Time | Result | | Reference | Units |
|------|------|------|--------|---|-----------|-------|
| WBC | 2/25/15 | 0350 | 7.8 | | (3.5-11.0) | 10^3/uL |
| RBC | 2/25/15 | 0350 | 2.66 | L | (3.50-5.50) | 10^6/uL |
| HGB | 2/25/15 | 0350 | 7.7 | L | (12.0-15.0) | g/dL |
| HCT | 2/25/15 | 0350 | 24.2 # L | | (36.0-45.0) | % |
| MCV | 2/25/15 | 0350 | 91 # | | (79-95) | fL |
| MCH | 2/25/15 | 0350 | 29.1 | | (26.0-33.0) | pg |
| MCHC | 2/25/15 | 0350 | 32.0 | | (32.0-36.0) | g/dL |
| RDW | 2/25/15 | 0350 | 16.3 | H | (11.0-14.0) | % |
| PLT | 2/25/15 | 0350 | 172 | | (120-400) | THD/uL |
| MPV | 2/25/15 | 0350 | 9.4 | | (7.4-10.4) | fL |
| Neutrophils % | 2/25/15 | 0350 | 73.4 | H | (34-64) | % |
| Lymphocytes % | 2/25/15 | 0350 | 16.6 | L | (19-48) | % |
| Monocytes % | 2/25/15 | 0350 | 6.6 | | (3-9) | |
| Eosinophils % | 2/25/15 | 0350 | 2.4 | | (0-7) | % |
| Basophils % | 2/25/15 | 0350 | 1.0 | | (0-2) | % |
| Neutrophils # | 2/25/15 | 0350 | 5.7 | H | (2.5-5.6) | THD/uL |
| Lymphocytes # | 2/25/15 | 0350 | 1.3 | | (0.8-3.5) | 10^3/uL |
| Monocytes # | 2/25/15 | 0350 | 0.5 | | (0.2-1.0) | THD/uL |
| Eosinophils # | 2/25/15 | 0350 | 0.2 | | (0-0.5) | THD/uL |
| Basophils # | 2/25/15 | 0350 | 0.1 | | (0-0.1) | THD/uL |

```
GUTIERREZ,CYNTHIA              Acct# SV0083448385          Unit# SM02706496
Age/Sex 33/F        DOB 07/31/1981
  Status DEP ER
```

006248

```
DATE: 03/27/15 @ 0023          Northern California EDM *LIVE*                    PAGE 11
USER: EDM MNR                      ED Summary Report
```

## Santa Rosa Memorial

```
Patient: GUTIERREZ,CYNTHIA            02/25/15 0341  Room          Acct# SV0083448385
Age/Sex 33/F      DOB 07/31/1981      Height 5 ft  3 in           Unit# SM02706496
Status DEP ER                         Weight 56.000 kg            Dep'd 02/25/15 0702
ED.Phys Brandwene,Elliott L                          PC.Phys Southwest Community,Health Cli
```

| Test | Date | Time | Result | | Reference | Units |
|------|------|------|--------|---|-----------|-------|
| Glucose | 2/25/15 | 0350 | 418(A) | *H | (65-99) | mg/dL |

```
        (A)  ******   CRITICAL VALUE   ******
             CALLED AND READ BACK BY:
             WALLACCA01 on02/25/15(0429),TO CAMERON/ED
             NURSE_____NOTIFIED DR._____DATE:_____TIME:_____
             (Completed on hard copy only)
             IF DR. NOT NOTIFIED REASON:_____
             See also (B), (C)
```

| Test | Date | Time | Result | | Reference | Units |
|------|------|------|--------|---|-----------|-------|
| Na | 2/25/15 | 0350 | 137 | | (136-144) | mmol/L |
| K | 2/25/15 | 0350 | 4.9 | | (3.6-5.1) | mmol/L |
| Cl | 2/25/15 | 0350 | 96 | L | (101-111) | mmol/L |
| CO2 | 2/25/15 | 0350 | 26 | | (22-32) | mmol/L |
| Anion Gap | 2/25/15 | 0350 | 15.0 | H | (3.0-11.0) | |
| BUN | 2/25/15 | 0350 | 57 | H | (8-20) | mg/dL |
| Creatinine | 2/25/15 | 0350 | 3.9 | H | (0.40-1.00) | mg/dL |
| Calcium | 2/25/15 | 0350 | 8.0 | L | (8.9-10.3) | mg/dL |
| TP | 2/25/15 | 0350 | 6.8 | | (6.1-7.9) | gm/dL |
| Alb | 2/25/15 | 0350 | 3.3 | L | (3.5-4.8) | g/dL |
| T Bili | 2/25/15 | 0350 | 0.5(B) | | (0.3-1.2) | mg/dL |

```
        (B)  --- 02/25/15 0756 ---
             TBIL previously reported as:
             < 0.1  L mg/dL
```

| Test | Date | Time | Result | | Reference | Units |
|------|------|------|--------|---|-----------|-------|
| AST | 2/25/15 | 0350 | 27 | | (15-41) | IU/L |
| ALT | 2/25/15 | 0350 | 93 | H | (14-54) | IU/L |
| Alk Phos | 2/25/15 | 0350 | 290 | H | (32-91) | IU/L |
| Globulin | 2/25/15 | 0350 | 3.5 | | (2.3-3.5) | gm/dL |
| GFR Non-Af Am | 2/25/15 | 0350 | 14(C) | L | (>60) | ml/min |

```
        (C)  See (D), (E)
        (D)  Results suggest Kidney Stage 5 per NKF/DOQI guidelines
        (E)
             **Note: As of 04/21/14 the eGFR will be calculated using the
             CKD-EPI equation**
```

```
GUTIERREZ,CYNTHIA                    Acct# SV0083448385              Unit# SM02706496
Age/Sex 33/F        DOB 07/31/1981
 Status DEP ER
```

006249

```
DATE: 03/27/15 @ 0023           Northern California EDM *LIVE*                    PAGE 12
USER: EDM MNR                        ED Summary Report
```

## Santa Rosa Memorial

**Patient:** GUTIERREZ,CYNTHIA          02/25/15 0341  Room            **Acct#** SV0083448385
**Age/Sex** 33/F    **DOB** 07/31/1981    **Height** 5 ft  3 in           **Unit#** SM02706496
**Status** DEP ER                        **Weight** 56.000 kg            **Dep'd** 02/25/15 0702
**ED.Phys** Brandwene,Elliott L                          **PC.Phys** Southwest Community,Health Cli

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|
| GFR Af Am | 2/25/15 | 0350 | 17(F)  L | (>60) | ml/min |

    (F)  See (G), (H)

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|
| CKMB Rapid | 2/25/15 | 0350 | 5.1 | (0.6-6.3) | ng/mL |
| Rap Trop I | 2/25/15 | 0350 | < 0.05(G) | (<0.05) | ng/mL |

    (G)  99% of normal subjects have values <0.04. The recommended
threshold for acute MI is >0.40.  Values between 0.04 and
0.39 often occur in patients with acute coronary syndromes
and have been associated with an increased risk of coronary
events.
Serial sampling is recommended to detect the temporal rise
and fall of Troponin levels characteristic of an AMI.
These values should be interpreted in the context of the
patient's clinical presentation.

NOTE: These assays were performed using the Biosite Triage
Meter.  Reference ranges may be different.

---

**GUTIERREZ,CYNTHIA**              **Acct#** SV0083448385          **Unit#** SM02706496
**Age/Sex** 33/F     **DOB** 07/31/1981
 **Status** DEP ER

006250

```
DATE: 03/27/15 @ 0023          Northern California EDM *LIVE*                    PAGE 13
USER: EDM MNR                        ED Summary Report
```

## Santa Rosa Memorial

**Patient:** GUTIERREZ,CYNTHIA          02/25/15 0341  **Room**        **Acct#** SV0083448385
**Age/Sex** 33/F      **DOB** 07/31/1981    **Height** 5 ft  3 in        **Unit#** SM02706496
**Status** DEP ER                          **Weight** 56.000 kg          **Dep'd** 02/25/15 0702
**ED.Phys** Brandwene,Elliott L                          **PC.Phys** Southwest Community,Health Cli

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|
| BNPT | 2/25/15 | 0350 | > 5000(H) *H | (0-100) | pg/mL |

```
      (H)    POSITIVE
             ****** CRITICAL RESULT******
             CALLED AND BROADCAST TO CAMERON/EDE AT 0417,02/25/15 BY LAB
             WALLACCA01.
             NURSE_____NOTIFIED DR._____DATE:_____TIME:_____
             (Completed on hard copy only)
             IF DR. NOT NOTIFIED REASON:_____
             BNP LEVEL      ADDITIONAL INTERPRETATIONS
             0-100 PG/ML    Highly unlikely that patient's symptoms
             result from systolic or diastolic dysfuntion.
             101-200 PG/ML  BNP greater than 100 pg/ml is considered
             positive and indicative of heart failure. LV
             Dysfunction with no acute CHF=141 (+/-31).
             Severe Right Heart Failure, Pulm HTN, or
             large Pulm Embolus may equal 100-200 pg/ml.
             201-479 PG/ML  Almost always Left Heart Failure.  AMI with
             CHF may have elevated levels;  Positive BNP
             should not be viewed as excluding a diagnosis
             of AMI.
             Equal to or greater than 480 PG/ML
             Patients who present with dyspnea and BNP
             level equal to or greater than 480 have a
             nearly 30-fold increased risk for a cardiac
             event in the next 6 months.
```

| ORDERS | | | |
|--------|--|--|--|

| Ordered | | Procedure Name | Ordering Provider | E-Signed |
|---------|--|----------------|-------------------|----------|
| 02/25/15 | 0335 | CBC w/ Differential | Brandwene,Elliott L, ACT | Yes |
| 02/25/15 | 0335 | CMP Comp Metabolic Panel CMP | Brandwene,Elliott L, ACT | Yes |
| 02/25/15 | 0335 | Cardiac Panel Baseline | Brandwene,Elliott L, ACT | Yes |
| 02/25/15 | 0335 | XR Chest 1V Portable | Brandwene,Elliott L, ACT | Yes |
| 02/25/15 | 0335 | EKG/ ECG | Brandwene,Elliott L, ACT | Yes |
| 02/25/15 | 0400 | HYDROmorphone Inj (Dilaudid... | Brandwene,Elliott L, ACT | Yes |
| 02/25/15 | 0400 | Ondansetron ODT (Zofran ODT) | Brandwene,Elliott L, ACT | Yes |
| 02/25/15 | 0452 | Insulin Regular (HumuLIN R) | Brandwene,Elliott L, ACT | Yes |
| 02/25/15 | 0452 | Insulin Regular (HumuLIN R) | Brandwene,Elliott L, ACT | N/A |
| 02/25/15 | 0604 | HYDROmorphone Inj (Dilaudid... | Brandwene,Elliott L, ACT | Yes |
| 02/25/15 | 0808 | Glucose Bedside | Brandwene,Elliott L, ACT | N/A |

| DEPARTURE |
|-----------|

**Primary Impression:**
ESRD (end stage renal disease) on dialysis

```
GUTIERREZ,CYNTHIA                  Acct# SV0083448385          Unit# SM02706496
Age/Sex 33/F       DOB 07/31/1981
  Status DEP ER
```

006251

```
DATE: 03/27/15 @ 0023          Northern California EDM *LIVE*                    PAGE 14
USER: EDM MNR                        ED Summary Report
```

## Santa Rosa Memorial

**Patient:** GUTIERREZ,CYNTHIA        02/25/15 0341   Room          **Acct#** SV0083448385
**Age/Sex** 33/F     **DOB** 07/31/1981    **Height** 5 ft  3 in              **Unit#** SM02706496
**Status** DEP ER                    **Weight** 56.000 kg               **Dep'd** 02/25/15 0702
**ED.Phys** Brandwene,Elliott L                      **PC.Phys** Southwest Community,Health Cli

**Secondary Impressions:**
Chronic pain
Anemia
Neuropathy
Poorly controlled diabetes mellitus
**Disposition:** Discharge Home                 **Departure Date/Time:** 02/25/15 - 0702
**Comment:**
**Condition:** Stable

**Referrals:**
Southwest Community,Health Cli
751 Lombardi Ct
Santa Rosa, CA 95407
Phone:  707-547-2222     Fax: 707-547-2229

**Pt Instructions:** AFTERCARE, ED Chronic Pain, ED Chronic Renal Failure, Diabetic Neuropathy

**Additional Instructions:**
 Please follow up at dialysis as scheduled tomorrow, and return to the emergency department
 sooner for worsening symptoms or any other concerns.

**Care Plan:**

**Departure Forms:**

**Departure Screen :**

| PRESCRIPTIONS |
|---|

| Prescription/Reported Meds | Type | Issued | Provider | Entered |
|---|---|---|---|---|
| HYDROCODONE BIT/ACETAMINOPHEN (NORCO 10-325 TABLET) Mg/325 Mg Tab 1 TAB PO Every 6 Hours As needed for PAIN, Moderate to Severe(4-10), #20 TAB | 10 Rx | 02/25/15 | BRAEL001 | 02/25/15 |

| CARE PROVIDERS |
|---|

**Staff History:**
     ED Physician:
     02/25/15  0334 Brandwene,Elliott L, ACT
     Practitioner:
     Nurse:
     02/25/15  0502 Cameron,Johnnie, RN

**GUTIERREZ,CYNTHIA**                    **Acct#** SV0083448385            **Unit#** SM02706496
**Age/Sex** 33/F     **DOB** 07/31/1981
  **Status** DEP ER





Date: 02/25/15
Account Num: SV0083448385
Med Rec Num: SM02556209
Patient: GUTIERREZ,CYNTHIA
Location: NSMED
Physician: Brandwene,Elliott L

# Patient Visit Information

## You were seen today for:

ESRD (end stage renal disease) on dialysis
Chronic pain
Anemia
Neuropathy
Poorly controlled diabetes mellitus

## Staff

Your caregivers today were:

| | |
|---|---|
| Physician | Brandwene,Elliott L |
| Nurse | J C |

## Patient Instructions Reviewed

AFTERCARE
ED Chronic Pain
ED Chronic Renal Failure
Diabetic Neuropathy

received 02/25/15 - 0649

## Activity Restrictions or Additional Instructions

Please follow up at dialysis as scheduled tomorrow, and return to the emergency department sooner for worsening symptoms or any other concerns.

## Follow-up

Please contact the following to make an appointment for follow-up care:

Southwest Community,Health Cli
751 Lombardi Ct
Santa Rosa, CA 95407
Phone: 707-547-2222     Fax: 707-547-2229

Note: Your health care plan may require a referral from your primary care provider prior to making an appointment.



Date: 02/25/15
Account Num: SV0083448385
Med Rec Num: SM02556209
Patient: GUTIERREZ,CYNTHIA
Location: NSMED
Physician: Brandwene,Elliott L

# AFTERCARE

* The examination and treatment that you have received the Emergency Department is given as emergency first care only, and not intended to be a substitute for, or an effort to provide complete medical care.  It is impossible to recognize and treat all elements of an injury or illness in a single  Emergency Department Visit.  It is therefore important and mandatory that you seek follow up care from your physician or the one to whom you have been referred at the time of discharge.
* Return to this facility if you are not improving as expected.
* Please take these instructions and any medications you are taking to your follow-up appointment.
* The Emergency Department does not provide "Refills" of medications without being examined again by  the doctor.  Please consult with your follow-up doctor for any changes in you medications or refills.
* You will receive a separate bill for the services rendered by your Emergency Physician.
* All x-rays, EKG's, etc. are reviewed by a Radiologist/Cardiologist.  The interpretation of your x-ray, EKG and other lab is a preliminary reading only.  Please contact your Doctor or referral source for final interpretation.
* You may be asked to participate in a survey after you return home. Please take time to give us your feedback.
* If you have any questions or concerns, please call the phone number on the last page of these instructions.
* Thank you for choosing this Emergency Department for your emergency care.

### ***General Health Reminders***
* For your safety, please wear your seat belts.
* Clean hands are the best protection against spreading germs and preventing infection.
* When to clean your hands:
  - Whenever your hands are visible dirty
  - Before you eat and before touching your mouth, nose or eyes
  - Before and after preparing food
  - After contact with blood or body fluids, using the restroom, touching animals and pets, or change diapers
* Proper Hand Washing:
  - Use soap and plenty of running water if  your hands are visibly soiled
  - Wet hands with warm water and work soap into a lather
  - Rub your hands vigorously for 15 seconds or longer.  Get in between fingers and scrub wrists
  - Rinse your hands with warm running water and pat them dry with a clean towel
  - Use a clean paper towel to turn off the water faucet and discard it in a trash can



Date: 02/25/15
Account Num: SV0083448385
Med Rec Num: SM02556209
Patient: GUTIERREZ,CYNTHIA
Location: NSMED
Physician: Brandwene,Elliott L

## Chronic Pain

Pain of recent onset ("acute pain") serves an important function. It lets you know something is wrong that needs your attention. When the body heals, acute pain goes away.

When pain lasts longer than six months, it is called "chronic pain." It may be present even after the body has healed. Chronic pain has both a physical and a psychological component. It may cause low self-esteem, depression and irritability. And, it can interfere with daily activities.

**Treatment:**

Chronic pain is treated with a combination of medicines, therapy and lifestyle changes.

**Medicines** may include pain relievers and antidepressants. It is best not to rely on regular use of narcotics for chronic pain. This leads to physical addiction. If narcotics are used at all, they are best limited to acute, breakthrough pain. Medicines used for seizures also help in certain types of chronic pain.

**Physical Therapy** can offer stretching and strengthening activities as well as low-impact exercise. This can reduce certain types of chronic pain.

**Occupational Therapy** teaches you how to do routine tasks of daily living in ways that minimize your discomfort.

**Psychological Therapy** can help you deal with the stress in your life so you feel more at ease.

**Other Modalities** such as meditation, yoga, biofeedback, massage and acupuncture can also help manage chronic pain.

**Lifestyle Habits** can affect chronic pain. The following should be part of any chronic pain treatment plan.

- Eat healthy
- Develop an exercise routine
- Get enough sleep at night
- Stop smoking and limit alcohol use
- Start a weight loss program if you are overweight

006255

Page 4 of 9



Date: 02/25/15
Account Num: SV0083448385
Med Rec Num: SM02556209
Patient: GUTIERREZ,CYNTHIA
Location: NSMED
Physician: Brandwene,Elliott L

Many patients can be free from chronic pain. But at the very least, you should expect your pain to become less severe, occur less often and interfere less with your daily life.

Follow Up

with your doctor or as advised by our staff. Let your doctor know if your current treatment plan is successful or if changes are needed.

Resources:

American Council for Headache Society www.achenet.org

American Chronic Pain Association www.theacpa.org 800-533-3231



Date: 02/25/15
Account Num: SV0083448385
Med Rec Num: SM02556209
Patient: GUTIERREZ,CYNTHIA
Location: NSMED
Physician: Brandwene,Elliott L

Chronic Renal Failure

The role of the kidneys is to remove waste products and excess water from the blood.  When the kidneys do not function normally and waste products begin to build up in the blood, this is called  "renal insufficiency". When it is advanced, it is called "chronic renal failure" or "end-stage renal disease". Chronic renal failure allows excess water, waste and toxic substances to build up in the body. This can eventually become life-threatening, requiring dialysis or a kidney transplant to stay alive. 

Diabetes is the leading causes of chronic renal failure. Other causes include high blood pressure, hardening of the arteries (atherosclerosis), lupus, inflammation of the blood vessels (vasculitis), prior viral and bacterial infections, and others. Certain over-the-counter pain medicines can cause renal failure when taken often over a long period of time. These include aspirin, ibuprofen (Advil, Motrin) and related anti-inflammatory medicines.

Home Care:

o If you have diabetes, talk to your doctor about the quality of your blood sugar control and any adjustments needed to your diet.
o If you have high blood pressure:
  • Take prescribed medicine to lower your blood pressure to normal (130/80 mm Hg).
  • Take up a regular exercise program that you enjoy. Check with your doctor to be sure your planned exercise program is right for you.
  • Reduce your salt (sodium) intake. Your doctor can tell you how much salt per day is safe for you.

o If you are overweight, talk to your doctor about a weight loss plan.
o If you smoke, you must quit.  Smoking worsens kidney disease. Talk to your doctor about ways to help you quit.  For more information, visit the following links:
  • www.smokefree.gov/pubs/clearing_the_air.pdf
  • www.smokefree.gov
  • www.quitnet.com

o All patients with chronic renal failure need to follow a special diet.  Be sure



Date: 02/25/15
Account Num: SV0083448385
Med Rec Num: SM02556209
Patient: GUTIERREZ,CYNTHIA
Location: NSMED
Physician: Brandwene,Elliott L

you understand yours. In general, you will need to restrict protein, salt, potassium and phosphorus. You also need to limit fluid intake. A calcium supplement will be prescribed to protect your bones from osteoporosis.

○ Avoid the following over the counter medicines, or consult your doctor before using:

- Aspirin and anti-inflammatory drugs such as ibuprofen (Advil, Motrin), naprosyn (Aleve); [Short term use of acetaminophen (Tylenol) for fever or pain is okay.]
- Laxatives and antacids containing magnesium or aluminum (Mylanta, Maalox)
- Fleet or phosphosoda enemas containing phosphorus
- Certain stomach acid-blocking medicine such as cimetidine (Tagamet), ranitidine (Zantac)
- Decongestants containing pseudoephedrine (such as some forms of Sudafed or Actifed)
- Herbal supplements

Follow Up

with your doctor or as advised by our staff. Contact one of the following for more information.

- American Association of Kidney Patients  (800) 749-2257 www.aakp.org
- National Kidney Foundation (800) 622-9010 www.kidney.org

[NOTE: If an X-ray or EKG (cardiogram) was made, another specialist will review it. You will be notified of any new findings that may affect your care.]

Return Promptly

or contact your doctor if any of the following occurs:

- Nausea or vomiting
- Severe weakness, dizziness, fainting, drowsiness or confusion
- Chest pain or shortness of breath
- Unexpected weight gain or swelling in the legs, ankles or around the eyes
- Heart beating fast, slow or irregularly
- Decrease or absent urine output



Date: 02/25/15
Account Num: SV0083448385
Med Rec Num: SM02556209
Patient: GUTIERREZ,CYNTHIA
Location: NSMED
Physician: Brandwene,Elliott L

## Diabetic Neuropathy

Diabetic neuropathy is a common complication of diabetes that causes nerve damage. It most often affects people with diabetes who have poor control of their blood sugar levels.

Over time, high blood sugar levels can damage nerves and lead to poor blood flow (especially in the feet and legs). These complications increase the risk for serious foot and leg problems.

Early symptoms of diabetic neuropathy include numbness, tingling, pain, and weakness in the feet and legs. Symptoms tend to worsen over time and if left untreated may affect other parts of the body.

The goal of treatment is to stop the progress of the disease. It focuses on controlling your diabetes and taking proper care of your feet and legs. Regular follow-up with your doctor (or a recommended specialist) is required.



Nerve

### Home Care

Here are some tips for good foot hygiene:

- Wash your feet daily with warm (not hot) water and soap. Test the temperature with your wrist or elbow.
- Gently pat your feet dry with a soft towel, especially between your toes.
- Apply lotion, oil, or cream to your feet to prevent dryness. Avoid the area between your toes.
- Use foot powder if your feet sweat.
- Cut your toenails straight across. Use an emery board to smooth sharp corners. If you need help, talk to your doctor about seeing a podiatrist (foot doctor).
- Check your feet carefully each day. Use a mirror to help you look for cuts, sores, blisters, scratches, and redness.
- Don't use any medicine on your feet or legs unless prescribed by your doctor.
- Never go barefoot, even on the beach!

Good blood flow to your feet and legs is very important. Here are some tips:

- Don't sit or stand for long periods of time.
- Don't cross your legs when sitting.
- Don't wear clothes that bind your legs (like knee-hi socks or stockings).
- Don't expose your legs to very hot or cold temperatures (like from heating pads, electric blankets, hot tubs, sunburns, swimming pools, lakes, and oceans).
- Follow your prescribed walking and leg exercise program.

006259



**St.JosephHealth**

Date: 02/25/15
Account Num: SV0083448385
Med Rec Num: SM02556209
Patient: GUTIERREZ,CYNTHIA
Location: NSMED
Physician: Brandwene,Elliott L

Wearing proper-fitting shoes and socks can prevent many problems. Here are some tips for selecting the right shoes and socks:

- Always wear socks. Choose clean, soft, padded socks without holes. Don't wear stockings or socks that bind, rub, or slip around.
- Wear sturdy, comfortable shoes. Avoid shoes with pointed toes or heels higher than 2 inches.
- Check the insides of shoes for any uneven or rough edges or foreign objects like a pebble.
- Have both your feet measured at least once a year. Your foot size changes as you age and your feet may also differ slightly in size.
- Shop for shoes at the end of the day when your feet are at their widest and largest.
- Make sure that there is 1/4 - 3/8 inch space between your longest toe and the front of the shoe.
- Don't buy shoes that are too small thinking that they will stretch after some wear.

**Prevention**

Good diabetes control can help prevent further nerve damage.  Here are the key points to remember:

- Monitor your blood sugar.
- If needed, take diabetes medicine exactly as directed.
- Eat healthy.
- Exercise regularly.
- Get regular checkups.

**When to Call the Doctor**

Call your doctor, or go to the Emergency Department, if you develop:

- fever
- signs of infection like redness, swelling, drainage
- any changes in how your feet or legs look or feel

006260





Date: 02/25/15
Account Num: SV0083448385
Med Rec Num: SM02556209
Patient: GUTIERREZ,CYNTHIA
Location: NSMED
Physician: Brandwene,Elliott L

**Santa Rosa Memorial Hospital**

1165 Montgomery Drive
Santa Rosa, Ca 95405
(707)546-3210  Main Hospital
(707)546-3210  Emergency Department

006261

## SANTA ROSA MEMORIAL HOSPITAL LABORATORY
*St. Joseph Health System*
1165 Montomery Dr., Santa Rosa, CA 94505

Paul W. Wasserstein,M.D., M.J. DeMeo,M.D., J.A. Wolfe,M.D., Pathologists

### L A B O R A T O R Y     R E P O R T

| | | | |
|---|---|---|---|
| PATIENT: GUTIERREZ,CYNTHIA | ACCT #: SVO083448385 | LOC: NSMED | MR#: SMO2706496 |
| | STATUS: DEP ER | RM#: | REGSTR: 02/25/15 |
| ADMIT DR: Brandwene,Elliott L | AGE/SX: 33/F | DOB: 07/31/1981 | DISCHG: |

*********************************** HEMATOLOGY *********************************

| Date | 2/25 | | | |
|---|---|---|---|---|
| Time | 0350 | | Reference | Units |
| White Blood Cell C | 7.8 | | (3.5-11.0) | 10^3/uL |
| Red Blood Cell Cou | 2.66 | L | (3.50-5.50) | 10^6/uL |
| Hemoglobin | 7.7 | L | (12.0-15.0) | g/dL |
| Hematocrit | 24.2 | # L | (36.0-45.0) | % |
| Mean Corpuscular V | 91 | # | (79-95) | fL |
| Mean Corpuscular H | 29.1 | | (26.0-33.0) | pg |
| Mean Corp Hgb Conc | 32.0 | | (32.0-36.0) | g/dL |
| Red Cell Distribut | 16.3 | H | (11.0-14.0) | % |
| Platelet Count | 172 | | (120-400) | THD/uL |
| Mean Platelet Volu | 9.4 | | (7.4-10.4) | fL |
| Segmented Neutroph | 73.4 | H | (34-64) | % |
| Lymphocytes % | 16.6 | L | (19-48) | % |
| Monocytes % | 6.6 | | (3-9) | |
| Eosinophils % | 2.4 | | (0-7) | % |
| Basophils % | 1.0 | | (0-2) | % |
| Neutrophils # | 5.7 | H | (2.5-5.6) | THD/uL |
| Lymphocytes # | 1.3 | | (0.8-3.5) | 10^3/uL |
| Monocytes # | 0.5 | | (0.2-1.0) | THD/uL |
| Eosinophils # | 0.2 | | (0-0.5) | THD/uL |
| Basophils # | 0.1 | | (0-0.1) | THD/uL |

| Patient: GUTIERREZ,CYNTHIA | Age/Sex: 33/F | AcctSVO083448385 UnitSMO2706496 |
|---|---|---|

006262

RUN: 02/26/16 1413

# SANTA ROSA MEMORIAL HOSPITAL LABORATORY
*St. Joseph Health System*
1165 Montomery Dr., Santa Rosa, CA 94505

Paul W. Wasserstein,M.D., M.J. DeMeo,M.D., J.A. Wolfe,M.D., Pathologists

## L A B O R A T O R Y   R E P O R T

| PATIENT: GUTIERREZ,CYNTHIA | ACCT #: SVO083448385 LOC: NSMED | MR#: SMO2706496 |
|---|---|---|
| | STATUS: DEP ER  RM#: | REGSTR: 02/25/15 |
| ADMIT DR: Brandwene,Elliott L | AGE/SX: 33/F  DOB: 07/31/1981 | DISCHG: |

**************************************** CHEMISTRY ****************************************

| Date | ----------2/25---------- | | | |
|---|---|---|---|---|
| Time | 0614 | 0350 | Reference | Units |
| Glucose | | 418(A) *H | (65-99) | mg/dL |

    (A)    ****** CRITICAL VALUE ******
            CALLED AND READ BACK BY:
            WALLACCA01 on02/25/15(0429),TO CAMERON/ED
            NURSE_____NOTIFIED DR._____DATE:_____TIME:_____
            (Completed on hard copy only)
            IF DR. NOT NOTIFIED REASON:_____
            See also (B), (C)
    (B)    American Diabetes Association guidelines:
            Values greater than 125 mg/dl indicate diabetes if the
            abnormality is confirmed on a subsequent day.
    (C)    Note: Reference Range is ADA Guideline for fasting glucose.

| | | | | |
|---|---|---|---|---|
| Sodium | | 137 | (136-144) | mmol/L |
| Potassium | | 4.9 | (3.6-5.1) | mmol/L |
| Chloride | | 96  L | (101-111) | mmol/L |
| Carbon Dioxide | | 26 | (22-32) | mmol/L |
| Anion Gap | | 15.0  H | (3.0-11.0) | |
| Blood Urea Nitroge | | 57  H | (8-20) | mg/dL |
| Creatinine | | 3.9  H | (0.40-1.00) | mg/dL |
| Calcium | | 8.0  L | (8.9-10.3) | mg/dL |
| Total Protein | | 6.8 | (6.1-7.9) | gm/dL |
| Albumin | | 3.3  L | (3.5-4.8) | g/dL |
| Total Bilirubin | | 0.5(D) | (0.3-1.2) | mg/dL |

    (D)    --- 02/25/15 0756 ---
            TBIL previously reported as:
               < 0.1  L mg/dL

| | | | | |
|---|---|---|---|---|
| Aspartate Amino Tr | | 27 | (15-41) | IU/L |
| Alanine Aminotrans | | 93  H | (14-54) | IU/L |
| Alkaline Phosphata | | 290  H | (32-91) | IU/L |
| Globulin | | 3.5 | (2.3-3.5) | gm/dL |
| Estimated GFR Non- | | 14(E)  L | (>60) | ml/min |

    (E)    See (F), (G)
    (F)    Results suggest Kidney Stage 5 per NKF/DOQI guidelines
    (G)
            **Note: As of 04/21/14 the eGFR will be calculated using the
            CKD-EPI equation**

| Patient: GUTIERREZ,CYNTHIA | Age/Sex: 33/F | AcctSVO083448385 UnitSMO2706496 |
|---|---|---|

006263

## SANTA ROSA MEMORIAL HOSPITAL LABORATORY
*St. Joseph Health System*
1165 Montomery Dr., Santa Rosa, CA 94505

Paul W. Wasserstein,M.D., M.J. DeMeo,M.D., J.A. Wolfe,M.D., Pathologists

---

### L A B O R A T O R Y    R E P O R T

| | | |
|---|---|---|
| PATIENT: GUTIERREZ,CYNTHIA | ACCT #: SVO083448385 LOC: NSMED | MR#: SMO2706496 |
| | STATUS: DEP ER         RM#: | REGSTR: 02/25/15 |
| ADMIT DR: Brandwene,Elliott L | AGE/SX: 33/F         DOB: 07/31/1981 | DISCHG: |

******************************** CHEMISTRY (continued) ********************************

| Date | ----------2/25---------- | | | |
|---|---|---|---|---|
| Time | 0614 | 0350 | Reference | Units |
| Estimated GFR (Afr | | 17(H)  L | (>60) | ml/min |

```
     (H)  See (I), (J)
     (I)  Results suggest Kidney Stage 4 per NKF/DOQI guidelines

          Reference Range: >60 ml/min/1.73 m2
     (J)  Stage 1 or 2 = Normal to mildly reduced kidney function
          Stage 3 = Moderately reduced kidney function
          Stage 4 = Severely reduced kidney function
          Stage 5 = Very severe or endstage kidney failure

          As of 4/21/14, eGFR will be calculated using the CKD-EPI
          Creatinine equation.
```

| | | | | |
|---|---|---|---|---|
| Rapid Creatine Kin | | 5.1 | (0.6-6.3) | ng/mL |
| Rapid Troponin I | < 0.05(K) | | (<0.05) | ng/mL |

```
     (K)  99% of normal subjects have values <0.04. The recommended
          threshold for acute MI is >0.40.  Values between 0.04 and
          0.39 often occur in patients with acute coronary syndromes
          and have been associated with an increased risk of coronary
          events.
          Serial sampling is recommended to detect the temporal rise
          and fall of Troponin levels characteristic of an AMI.
          These values should be interpreted in the context of the
          patient's clinical presentation.

          NOTE: These assays were performed using the Biosite Triage
          Meter.  Reference ranges may be different.
```

---

| | | |
|---|---|---|
| Patient: GUTIERREZ,CYNTHIA | Age/Sex: 33/F | AcctSVO083448385 UnitSM02706496 |

006264

RUN: 02/26/16 1413                                                    PAGE 4

## SANTA ROSA MEMORIAL HOSPITAL LABORATORY
### St. Joseph Health System
1165 Montomery Dr., Santa Rosa, CA 94505

Paul W. Wasserstein,M.D., M.J. DeMeo,M.D., J.A. Wolfe,M.D., Pathologists

---

### L A B O R A T O R Y     R E P O R T

| | | |
|---|---|---|
| PATIENT: GUTIERREZ,CYNTHIA | ACCT #: SVO083448385 LOC: NSMED<br>STATUS: DEP ER         RM#: | MR#: SMO2706496<br>REGSTR: 02/25/15 |
| ADMIT DR: Brandwene,Elliott L | AGE/SX: 33/F          DOB: 07/31/1981 | DISCHG: |

******************************* CHEMISTRY (continued) *******************************

| Date<br>Time | ---------2/25---------<br>0614      0350 | Reference | Units |
|---|---|---|---|
| Rapid B-type Nat P | > 5000(L) *H | (0-100) | pg/mL |

    (L)   POSITIVE
       ****** CRITICAL RESULT******
       CALLED AND BROADCAST TO CAMERON/EDE AT 0417,02/25/15 BY LAB
       WALLACCAO1.
       NURSE_____NOTIFIED DR._____DATE:_____TIME:_____
       (Completed on hard copy only)
       IF DR. NOT NOTIFIED REASON:_____
       BNP LEVEL     ADDITIONAL INTERPRETATIONS
       0-100 PG/ML   Highly unlikely that patient's symptoms
       result from systolic or diastolic dysfuntion.
       101-200 PG/ML  BNP greater than 100 pg/ml is considered
       positive and indicative of heart failure. LV
       Dysfunction with no acute CHF=141 (+/-31).
       Severe Right Heart Failure, Pulm HTN, or
       large Pulm Embolus may equal 100-200 pg/ml.
       201-479 PG/ML  Almost always Left Heart Failure.  AMI with
       CHF may have elevated levels; Positive BNP
       should not be viewed as excluding a diagnosis
       of AMI.
       Equal to or greater than 480 PG/ML
       Patients who present with dyspnea and BNP
       level equal to or greater than 480 have a
       nearly 30-fold increased risk for a cardiac
       event in the next 6 months.

| Bedside Glucose | 313(@a)  H | (65-99) | mg/dL |
|---|---|---|---|

NOTES:   (@a) Santa Rosa Point of Care
         Test Performed at: Santa Rosa Memorial Hospital
         1165 Montgomery Dr  Santa Rosa, CA  95402

---

| | | |
|---|---|---|
| Patient: GUTIERREZ,CYNTHIA | Age/Sex: 33/F | AcctSVO083448385 UnitSMO2706496 |

006265

RUN: 02/26/16 1413

## SANTA ROSA MEMORIAL HOSPITAL LABORATORY
*St. Joseph Health System*
1165 Montomery Dr., Santa Rosa, CA 94505

Paul W. Wasserstein,M.D., M.J. DeMeo,M.D., J.A. Wolfe,M.D., Pathologists

---

## L A B O R A T O R Y   R E P O R T

| | | | |
|---|---|---|---|
| PATIENT: GUTIERREZ,CYNTHIA | ACCT #: SVO083448385 | LOC: NSMED | MR#: SMO2706496 |
| | STATUS: DEP ER | RM#: | REGSTR: 02/25/15 |
| ADMIT DR: Brandwene,Elliott L | AGE/SX: 33/F | DOB: O7/31/1981 | DISCHG: |

--------------------------------------------CANCELLED SPECIMENS--------------------------------------------

O225:BGOO049S   CAN, Coll: 02/25/15-1135 Recd: 02/25/15-1143 (ROO996228) Kang,Hyun
         Ordered: ABG
         Comment: WRONG SV#

---

| Patient: GUTIERREZ,CYNTHIA | Age/Sex: 33/F | AcctSVO083448385 UnitSMO2706496 |
|---|---|---|

006266

 St.JosephHealth

Date 02/25/15
Account Num  SV0083448385
Med Rec Num  SM02556209
Patient  GUTIERREZ,CYNTHIA
Location  NSMED
Physician  Brandwene,Elliott L

## Patient Instructions Signature Page

**Patient Name:**  GUTIERREZ,CYNTHIA

**Guardian Name:**

**The above-named patient and/or guardian has received the following patient instructions:**

AFTERCARE, ED Chronic Pain, ED Chronic Renal Failure, Diabetic Neuropathy

**on this date:**  02/25/15 - 0649

**I have read and understand the instructions given to me by my caregivers.**

GUTIERREZ,CYNTHIA

Print Patient Name

Patient (or Guardian) Signature                    Date    2/25/15

Caregiver RN/Proof Signature                       Date    2/25/1\

006267

**Santa Rosa Memorial**
**1165 Montgomery Drive**
**Santa Rosa, CA  95405**

# Imaging Services

**Patient Name:** GUTIERREZ,CYNTHIA          **DOB:** 07/31/1981
**Account #:** SV0083448385                   **Age/Sex:** 33/F
**Unit #:** SM02706496                        **Location:** NSMED

**Admitting Dr:**
**Ordering Dr:** Brandwene, Elliott L MD
**Primary Dr:** Southwest Community,Health Cli
**Exam Performed: XR Chest 1V Portable**
**Date of Service:** 02/25/15
**Req #:** 15-0046705
**Accession #:** 785411.001NSM


EXAMINATION:          PORTABLE CHEST X-RAY:  02/25/2015


CLINICAL HISTORY:     Congestion; cough.

COMPARISON:          February 12.

FINDINGS:             Portable view of the chest obtained.  Stable right IJ large bore dual lumen central line.
Heart is enlarged but stable.  No pneumothorax.  There is prominence of the pulmonary vascularity as well as
bilateral interstitial infiltrates.  No significant effusion on portable exam.

IMPRESSION:
Stable cardiomegaly.  There is pulmonary vascular congestion and interstitial infiltrates.  Findings suggest fluid
overload with congestive failure.

Findings noted by ER physician.


Job #:
76171602
<Electronically signed by Shawn P Daly MD>          02/25/15 1440
 Signed


Shawn P Daly MD


**Report #:**  0225-0120
**Dictated Date/Time:** 02/25/15 0822
**Transcribed Date/Time:** 02/25/15 0927
**Transcriptionist:** WEISSDI01


**Imaging Services Report**              **Patient Name:** GUTIERREZ,CYNTHIA
**Report Status:** Signed                **Account #:** SV0083448385
**Unit #:** SM02706496                   **Dictated By:** Shawn P Daly MD
**Report #:**  0225-0120
**Page 1 of 2**

006268

**GUTIERREZ,CYNTHIA   SM02706496**

**CC:** Elliott L Brandwene

**Imaging Services Report**
**Report Status:** Signed
**Unit #:** SM02706496
**Report #:**  0225-0120
**Page 2 of 2**

**Patient Name:** GUTIERREZ,CYNTHIA
**Account #:** SV0083448385
**Dictated By:** Shawn P Daly MD

006269

```
DATE: 05/05/15 @ 1127              Northern California ITS *LIVE*                    PAGE 794
USER: ROMANORO01          ITS Reports: Patients/Departments/Reports Print
```

| Account# | Name | Unit# | Status Report# | Dept Report | Dept.Name Report.Name | Facility Facility.Name |
|---|---|---|---|---|---|---|

```
SV0083448385 GUTIERREZ,CYNTHIA          SM02706496 DEP ER     CVS      Cardiovascular Services       NSM
   Att.Phys                                         0225-0105 EKG      Electrocardiology Report      Santa Rosa Memorial
Dictated.by Coleman, Patrick S MD       02/25/2015 0408          Transcribed.by GE Muse
  Signed.by Coleman,Patrick S           for Coleman,Patrick S                Signed Date/Time 02/25/15 1328
  Phys CC'd Vista Family Health Care
```

```
                                * * * * * * * * O R D E R S * * * * * * * * *
Order# 0225-0023   Category EKG      Procedure EKG/ ECG
                                * * * * * * * * R E P O R T * * * * * * * * *
  1  Descr:                          Type: Text   Form.or.Screen:                    Init.WDoc:
Test Reason : SOB
Blood Pressure : ***/*** mmHG
Vent. Rate : 086 BPM      Atrial Rate : 086 BPM
   P-R Int : 138 ms           QRS Dur : 078 ms
   QT Int : 378 ms       P-R-T Axes : 009 075 054 degrees
  QTc Int : 452 ms

Normal sinus rhythm
Left atrial enlargement
Borderline ECG
When compared with ECG of 12-FEB-2015 14:28,
No significant change since prior tracing
Confirmed by Coleman, MD, Patrick (34) on 2/25/2015 1:27:30 PM

Referred By: Elliott Brandwene        Overread By: Patrick Coleman, MD

                    * * * * * * * * R E P O R T   (RICH TEXT) * * * * * * * * *
```

```
RAD.RES.zcus.reports.print
```

006270



GUTIERREZ, CYNTHIA

31-JUL-1981 (33 yr)
Female    Hispanic

Room:
Loc:2

|                | BPM | ms |
|----------------|-----|-----|
| Vent. rate     | 86  | BPM |
| PR interval    | 138 | ms  |
| QRS duration   | 78  | ms  |
| QT/QTc         | 378/452 | ms |
| P-R-T axes     | 9   75 | 54 |

Technician: JLC
Test ind:SOB

ID:SM02556209

25-FEB-2015  04:08:29

Normal sinus rhythm
Left atrial enlargement
Borderline ECG
When compared with ECG of 12-FEB-2015 14:28,
No significant change since prior tracing
Confirmed by Coleman, MD, Patrick (34) on 2/25/2015 1:27:30 PM

Referred by: Elliott Brandwene

Confirmed By:  Patrick Coleman, MD

Santa Rosa Memorial Hospital

EID:34 EDT: 13:27 25-FEB-2015 ORDER: 0225-0023 ACCOUNT: SV008344385
Page 1 of 1

25mm/s    10mm/mV    150Hz    7.1.1    12SL 239    CID: 21

006271

№ 133



# St.JosephHealth

### Santa Rosa Memorial

1165 Montgomery Dr
Santa Rosa, CA 95405

707-546-3210

GUTIERREZ,CYNTHIA
3492 STONY POINT RD

SANTA ROSA,          CA 95407

*** This is an ED Patient; please fill Stat ***
**Sex** F   **Age** 33
**Birthdate** 07/31/1981

HYDROCODONE BIT/ACETAMINOPHEN (NORCO 10-325 TABLET) 10 MG/325 MG Tablet                                    1
  1 TAB ORAL - Every 6 Hours
**Only as Needed for** PAIN, Moderate to Severe(4-10)   **PRN?** Yes
[ ] **Do Not Substitute**      **Date Issued** 02/25/2015   **Refills** No Refills
**Diagnosis**

Qty 20 Tablet (TWENTY)
**Quantity**      X 1-24    _ 25-49    _ 50-74    _ 75-100    _ 101-150    _ 151 and over

SV83448563

GUTIERREZ,CYNTHIA
07/31/1981

Prescription is void if number of drugs prescribed is not noted:

Date 2/25/15

**Prescriber's Signature**
**Brandwene,Elliott** L
**Lic#** A60229                      1165 MONTGOMERY DR
**DEA#** BB5035452                    SANTA ROSA, CA
**NPI#** 1518050012                   **Phone#** 707-525-5207

PRN.RX.zcus.nu.rx.script.mult                    IDC-10 Compatible

SECURE   Designated Physician  Richard D. Carvolth, M.D.   DEA: AC8786216   Lic #: G36945

Batch 15-26980                      370517 (7/14)

SP 51