

**LOS ANGELES**
Tel (213) 426-3600
Fax (213) 426-3650

**ORANGE COUNTY**
Tel (714) 558-7008
Fax (714) 972-0379

**INLAND EMPIRE**
Tel (951) 275-9192
Fax (951) 275-9249

**SAN DIEGO**
Tel (619) 400-4977
Fax (619) 400-4979

655 University Avenue, Suite 119

Sacramento, California 95825-6746

Tel (916) 563-3100 •Fax (916) 565-3704

www.ljdfa.com

**JOHN T. LaFOLLETTE**
(1922 – 1990)
**DAREN T. JOHNSON**
of Counsel

November 7, 2018

*<u>VIA ELECTRONIC DELIVERY</u>*
Honorable Susan Ilston
USDC – Northern District
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     **GUTIERREZ v. SANTA ROSA MEMORIAL HOSPITAL, et al.**
        **Case No.:  3:16-CV-02645-SI**

Dear Judge Ilston:

This serves to advise that the parties have reached a global settlement of the above-referenced matter.  Please vacate all calendared dates including the November 13, 2018 pre-Trial Conference as well as the November 19, 2018 trial date, along with all corresponding deadlines.

Should you have any questions or concerns, please do not hesitate to contact us.

    Very truly yours,

    LA FOLLETTE, JOHNSON
    DE HAAS, FESLER & AMES

    /s/

    BRETT SCHOEL
    Attorneys for Defendants Santa Rosa Memorial
    Hospital and St. Joseph Health

BS/lg