LAW OFFICE OF

# Douglas C. Fladseth

1160 North Dutton Avenue, Suite 180
Santa Rosa, California 95401
www.medicalmalpracticegroup.com
fladseth@aol.com

Telephone: (707) 545-2600                              Facsimile: (707) 545-0552

January 30, 2019

The Honorable Susan Illston
United States District Court, Northern District - San Francisco
450 Golden Gate Ave., 17th Floor, Courtroom 1
San Francisco, CA 94102

     Re:    Gutierrez v. Santa Rosa Memorial Hospital, et al.
               Case No.: 3:16-cv-02645-SI

Dear Judge Illston:

     Plaintiffs are hereby requesting that this cause of action be restored to the calendar for further proceedings and are asking for a 60 day extension regarding the 90 day period tolled in the Order of Dismissal Upon Settlement filed by this Honorable Court on 11/8/18. Settlement has not occurred as Defendants are unable to provide a settlement agreement until the petitions for minor's compromise for the minor children and for the special needs trust for Cynthia Gutierrez are granted. Plaintiff's counsel has been unable to file the petitions within the ordered time frame. Additionally, Medi-Cal will not provide Plaintiff with its final lien amount until the Court approves the settlement. Therefore, Plaintiffs hereby request that this matter be restored to the calendar until March 31, 2019.

                                      Respectfully submitted,

                                        /S/

                                       DOUGLAS C. FLADSETH

DCF:dmf

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2019, I will electronically file the foregoing with the Clerk using the CM/ECF system, which will send a notification of filing to the following counsel of record:

| | |
|---|---|
| BRETT SCHOEL<br>DIANA KAEMPFER<br>LA FOLLETTE, JOHNSON,<br>DE HAAS, FESLER & AMES<br>655 University Avenue, Suite 119<br>Sacramento, California 95825<br>Bschoel@ljdfa.com<br>dkaempfer@ljdfa.com | Attorneys for Defendants<br>SANTA ROSA MEMORIAL HOSPITAL<br>AND ST. JOSEPH HEALTH |
| JAMES NELSON ESQ<br>JOSEPH FINKEL ESQ<br>ALEXANDER M. ARONOV ESQ<br>SONJIA M. DAHL, ESQ.<br>DONNELLY NELSON DEPOLO & MURRAY<br>201 N CIVIC DR SUITE 239<br>WALNUT CREEK CA 94596<br>Jnelson@dndmlawyers.com<br>jfinkel@dndmlawyers.com<br>aaronov@dndmlawyers.com<br>sdahl@dndmlawyers.com | Attorneys for<br>DR. ELLIOT BRANDWENE |
| JOHN RHODE ESQ<br>HARDY ERICH BROWN & WILSON<br>455 Capitol Mall, Sujite 200<br>SACRAMENTO CA 95814<br>jrhode@hebw.com | Attorneys for TEAM HEALTH, CHASE DENNIS EMERGENCY MEDICAL GROUP INC |

_____/S/_____
Douglas C. Fladseth (SBN 083420)
Counsel for Plaintiffs
LAW OFFICE OF DOUGLAS C. FLADSETH
1160 North Dutton Avenue, Suite 180
Santa Rosa, California 95401
Telephone: (707) 545-2600
Fax: (707) 545-0552
fladseth@aol.com